AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-00292-JEJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    ECKERT SEAMANS CHERIN & MELLOTT, LLC

was received by me on *(date)*         02/19/2020        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Ann Kauffman, Legal Secretary        , who is

designated by law to accept service of process on behalf of *(name of organization)*    Eckert Seaman Cheriin

& Mellott, 213 Market Street, 8th Floor, Harrisburg, PA        on *(date)*    02/19/2020    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    02/19/2020

_____ Server's signature

Mary Kerns, Process Server
_____
Printed name and title

5235 N. Front Street, Harrisburg, PA 17110
_____
Server's address

Additional information regarding attempted service, etc: