**IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **NO. 20-CV-292** |
| | **:** | |
| **ECKERT, SEAMANS CHERIN &** | **:** | **JUDGE CONNER** |
| **MELLOTT, LLC,** | **:** | |
| | **:** | **ELECTRONICALLY FILED** |
| **Defendant.** | **:** | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Plaintiff Pace-O-Matic, Inc. in

the above-captioned matter.

/s/ Erik R. Anderson
Erik R. Anderson (PA ID 203007)

MYERS, BRIER & KELLY, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
570-342-6100

Date:  February 26, 2020

## **CERTIFICATE OF SERVICE**

I, Erik R. Anderson, hereby certify that a true and correct copy of the

foregoing Withdrawal of Appearance was served upon the following party by first-

class mail, postage prepaid, on this 26th day of February 2020:

Eckert Seamans Charin & Mellott, LLC
213 Market Street, 8th Floor
Harrisburg, PA  17101


/s/ Erik R. Anderson
Erik R. Anderson