IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                          :
                                             :
                        Plaintiff,           :
                                             :
        v.                                   :    Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN & MELLOTT,             :
LLC,                                         :
                                             :
                        Defendant.           :
                                             :

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as counsel of record for defendant, Eckert Semans Cherin &

Mellott, LLC, in the above-captioned matter.

_____
ABRAHAM C. REICH, ESQUIRE (No. 20060)
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3291
(215) 299-2090 (telephone)
(215) 299-2150 (facsimile)
areich@foxrothschild.com

**Counsel for Defendant**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

Date:   March 4, 2020

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                          :
                                             :
                    Plaintiff,               :
                                             :
    v.                                       :    Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN & MELLOTT,             :
LLC,                                         :
                                             :
                    Defendant.               :
                                             :

## CERTIFICATE OF SERVICE

I, Abraham C. Reich, Esquire, hereby certify that, on this 4th day of March, 2020, I served a true and correct copy of the foregoing Notice of Entry of Appearance via ECF and U.S. First-Class Mail, upon the following:

> Daniel T. Brier, Esquire
> Myers, Brier & Kelly, LLP
> 425 Spruce Street, Suite 200
> Scranton, PA 18503

**Counsel for Plaintiff**

_____
ABRAHAM C. REICH, ESQUIRE