# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    :

                **Plaintiff,**                    :

      v.                    :    **NO. 20-CV-292**

ECKERT, SEAMANS, CHERIN & :    **JUDGE WILSON**
MELLOTT, LLC,                    :

              **Defendant.**                    :    **ELECTRONICALLY FILED**

## PLAINTIFF'S MOTION PRELIMINARY INJUNCTION[1]

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Pace-O-Matic, Inc., by and through its undersigned counsel, hereby moves for a preliminary injunction barring Defendant Eckert, Seamans, Cherin & Mellott, LLC from representing Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino in matters adverse to Pace-O-Matic, Inc.  Pertinent affidavits and other documents

---

[1]  Pace-O-Matic, Inc. and its counsel remain supremely mindful of the national crisis caused by COVID-19 and the unprecedented burdens placed on the courts, other public institutions, opposing counsel and the public.  This request for injunctive relief is submitted to preserve Pace-O-Matic. Inc.'s rights and to address, as soon as appropriate, the ongoing irreparable harm resulting from the breach described herein.  Counsel for Pace-O-Matic, Inc. respectfully requests that this motion be addressed by the court as soon as circumstances permit without jeopardizing anyone's health.

and a supporting memorandum of law are filed contemporaneously herewith in accordance with Local Rules 7.3 and 7.5.

Respectfully submitted,

s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Attorneys for Plaintiff,
Pace-O-Matic, Inc.

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Dated:  March 24, 2020

2

## CERTIFICATE OF NON-CONCURRENCE

I, Daniel T. Brier, hereby certify that I sought the concurrence of counsel for Defendant, Robert S. Tintner, Esquire in the Motion.  Mr. Tintner does not concur in this motion.

/s/ Daniel T. Brier
Daniel T. Brier

Date:  March 24, 2020

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Motion For Preliminary Injunction was served upon the following counsel of

record via the Court's ECF system on this 24th day of March 2020:

Abraham C. Reich, Esquire
Robert S. Tintner, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

/s/ Daniel T. Brier
Daniel T. Brier