## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,             :

                   :

        **Plaintiff,**       :

                   :

   v.                :     NO. 20-CV-292

                   :

ECKERT, SEAMANS, CHERIN & :     JUDGE WILSON

MELLOTT, LLC,          :

                   :     ELECTRONICALLY FILED

       **Defendant.**     :

## ORDER

AND NOW, this _____ day of March 2020, upon consideration of Plaintiff

Pace-O-Matic, Inc.'s Motion for Preliminary Injunction, and any response thereto,

IT IS HEREBY ORDERED THAT the Motion is Granted.  Defendant Eckert,

Seamans, Cherin & Mellott, LLC is hereby preliminarily enjoined from

representing Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino in any

matter adverse to Pace-O-Matic, Inc.

_____

                                   J.