# Exhibit "D"

1/17/2020 *Stewart . Haverstick*
*Pugh        Varce*

## IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA
### CIVIL DIVISION

Greenwood Gaming and
Entertainment Inc.

      v.

.SpiceRite LLC d/b/a Tobacco Express

    : No. 2019-07343

Greenwood Gaming and
Entertainment Inc.

      v.

Smoker's Hut, LLC d/b/a Smoker's Express

    : No. 2019-07345

Case #: 2019-06832-0020    12513099
Main (Public)
Code: 65        Judge:40
Rcpt: Z2284817  1/23/2020 2:04:40 PM

Greenwood Gaming and
Entertainment Inc.

      v.

Smoker's Express

    : No. 2019-07344

Greenwood Gaming and
Entertainment Inc.

      v.

One Punch Boxing & MMA, LLC
d/b/a One Punch Sports

    : No. 2019-07121

Greenwood Gaming and
Entertainment Inc.

      v.

Smoker's Express

    : No. 2019-07119

Greenwood Gaming and
Entertainment Inc.

      v.

Valley News & Smoke Shop

    : No. 2019-07120

Greenwood Gaming and
Entertainment Inc.

    : No. 2019-07021

THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 01/23/2020 PURSUANT TO PA. R. C. P. 236.

v.                                          :
                                            :
Smokin Joes Tobacco Shop                    :

Greenwood Gaming and                        : No. 2019-07055
Entertainment Inc.                          :
                                            :
                                            :
v.                                          :
                                            :
                                            :
USA Gas and Repair, Inc.                    :
d/b/a Speedy Gas d/b/a USA Gas d/b/a        :
USA Gas-N-Go d/b/a USA Gas and Repair       :

Greenwood Gaming and                        : No. 2019-06999
Entertainment Inc.                          :
                                            :
                                            :
v.                                          :
                                            :
JSB NewGas, Inc.                            :

Greenwood Gaming and                        : No. 2019-06833
Entertainment Inc.                          :
                                            :
                                            :
v.                                          :
                                            :
Raj Rajeshwari, Inc.                        :

Greenwood Gaming and                        : No. 2019-06832
Entertainment Inc.                          :
                                            :
                                            :
v.                                          :
                                            :
Smoker's Express                            :

## ORDER

And now, this *17th* day of *January*, 2020, upon review of the record

of the above-captioned matters and after oral argument held on January 2, 2020, it is hereby

ordered as follows:

1. The above captioned matters are hereby consolidated at and under docket number

   2019-06832;

2. The matters are stayed pending the decision of the Commonwealth Court in the matter captioned POM of Pa., LLC v. Commonwealth;

3. Upon issuance of the Commonwealth Court's decision in the referenced POM of Pa., LLC matter, counsel shall provide a copy thereof to the Chambers of the undersigned, at which time further proceedings will be scheduled in the Court's discretion.

By the Court:

JEFFREY G. TRAUGER, JUDGE

N.B.    It is your responsibility to notify all interested parties of the above action.