# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    :       Civil No. 1:20-CV-00292
                                       :
    Plaintiff,                         :
                                       :
    v.                                 :
                                       :
ECKERT, SEAMANS CHERIN &               :
MELLOTT, LLC.,                         :
                                       :
    Defendant.                         :       Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 26th day of March, 2020, **IT IS ORDERED** that a telephone status conference is scheduled for **March 31, 2020 at 9:45 a.m.** to discuss timing and case management matters relating to the Plaintiff's motion for preliminary injunction (Doc. 12), in light of the COVID-19 pandemic. All parties shall appear at the conference. Plaintiff's counsel shall circulate a conference call-in number to all parties and the court at least one hour prior to the call.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

1