**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PACE-O-MATIC, INC.,                              :
                                                 :
                            Plaintiff,           :
            v.                                   :    Docket No. 1:20-cv-00292
                                                 :
ECKERT SEAMANS CHERIN & MELLOTT,                 :
LLC,                                             :
                                                 :
                            Defendant.           :
                                                 :

**O R D E R**

AND NOW, this ___ day of _____, 2020, upon consideration of the

Unopposed Motion of Defendant, Eckert Seamans Cherin & Mellott, LLC, for Enlargement of

Time to Respond to Plaintiff's Motion for Preliminary Injunction, it is hereby ORDERED that

the Motion is GRANTED.  Defendant, Eckert Seamans Cherin & Mellott, LLC, shall have until

Tuesday, April 21, 2020 to file its response to Plaintiff's Motion for Preliminary Injunction.

                                    BY THE COURT:


                                    _____
                                    Jennifer D. Wilson, U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PACE-O-MATIC, INC.,                                          :
                                                            :
                              Plaintiff,                     :
v.                                                          :        Docket No. 1:20-cv-00292
                                                            :
ECKERT SEAMANS CHERIN & MELLOTT,                            :
LLC,                                                        :
                                                            :
                              Defendant.                    :
                                                            :

**UNOPPOSED MOTION OF DEFENDANT,
ECKERT SEAMANS CHERIN & MELLOTT, LLC,
FOR ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR PRELIMINARY INUNCTION**

Defendant, Eckert Seamans Cherin & Mellott, LLC ("Eckert"), by and through its

counsel, Fox Rothschild LLP, hereby moves this Court for a two (2) week enlargement of time to

respond to the motion for preliminary injunction of plaintiff, Pace-O-Matic, Inc. ("POM"). In

support thereof, Eckert alleges as follows:

1.      This is a breach of fiduciary action filed by POM against Eckert.

2.      POM filed its Complaint in this action on February 18, 2020.

3.      On March 10, 2020, Eckert filed its Answer with Affirmative Defenses.

4.      On March 24, 2020, POM filed a motion for preliminary injunction.

5.      Under the Local Rules for the United States District Court for the Middle District

of Pennsylvania, Eckert's response to the motion would be due on April 7, 2020.

6.      Because of logistical challenges associated with the recent COVID-19 outbreak

and related closures, Eckert seeks a two (2) week extension to file its response to POM's motion

for preliminary injunction.

7.      Eckert, thus, seeks an extension until April 21, 2020 to respond to POM's motion.

8.      Counsel for Eckert requested POM's consent for the two (2) week enlargement of time, and counsel for POM agreed to the extension provided that Eckert does not use the two (2) week extension as a basis to argue against POM's request for injunctive relief.

WHEREFORE, defendant, Eckert Seamans Cherin & Mellott, LLC, respectfully requests that this Court grant its motion and permit defendant an additional two (2) weeks, or until April 21, 2020, to file its response to the motion for preliminary injunction filed by plaintiff, Pace-O-Matic, Inc.

_____
ABRAHAM C. REICH, ESQUIRE (No. 20060)
ROBERT S. TINTNER, ESQUIRE (No. 73865)
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2090/2766 (telephone)
(215) 299-2150 (facsimile)
areich@foxrothschild.com
rtintner@foxrothschild.com

**Counsel for Defendant,**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

Date:   March 27, 2020

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,                          :
                                             :
                    Plaintiff,               :
                                             :
       v.                                    :      Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN & MELLOTT,             :
LLC,                                         :
                                             :
                    Defendant.               :
_____:

## CERTIFICATE OF CONCURRENCE

I, Robert S. Tintner, Esquire, hereby certify that I sought the concurrence of counsel for

plaintiff, Daniel T. Brier, Esquire, in this motion.  Mr. Brier does not oppose the relief sought in

in this motion.

_____
ROBERT S. TINTNER, ESQUIRE

Dated:  March 27, 2020

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC.,           : | |
|                           : | |
|           Plaintiff,    : | |
| v.                          : | Docket No. 1:20-cv-00292 |

PACE-O-MATIC, INC.,
             Plaintiff,

v.                                                                Docket No. 1:20-cv-00292

ECKERT SEAMANS CHERIN & MELLOTT, LLC,

             Defendant.

## CERTIFICATE OF SERVICE

I, Robert S. Tintner, Esquire, hereby certify that, on this 27th day of March, 2020, I served a true and correct copy of the foregoing Unopposed Motion for Enlargement of Time, via ECF, upon the following:

> Daniel T. Brier, Esquire
> Myers, Brier & Kelly, LLP
> 425 Spruce Street, Suite 200
> Scranton, PA 18503
>
> **Counsel for Plaintiff**
> **PACE-O-MATIC, INC.**

_____
ROBERT S. TINTNER, ESQUIRE