## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,           :      Civil No. 1:20-CV-00292
:
    Plaintiff,           :
:
    v.           :
:
ECKERT, SEAMANS CHERIN &    :
MELLOTT, LLC.,           :
:
    Defendant.           :      Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 31st day of March, 2020, following a telephone conference with counsel to address scheduling  matters related to Plaintiff's motion for preliminary injunction (Doc. 12), **IT IS ORDERED THAT:**

1) Defendant's unopposed motion for extension of time, Doc. 15, is **GRANTED**. Defendant shall file their brief in opposition to the Plaintiff's motion for preliminary injunction, Doc. 12, by no later than **April 21, 2020**. In addition to responding to the Plaintiff's motion, Defendant's brief shall address any issues which may exist regarding this court's subject-matter jurisdiction over the instant matter.

2) The parties shall meet and confer by no later than **April 28, 2020**, to discuss mutual, limited discovery related to the issues raised in Plaintiff's motion for preliminary injunction, and supplemental briefing related to

1

the Plaintiff's motion, including the scope and schedule for discovery, and the briefing schedule. The parties shall submit a joint discovery and briefing schedule by no later than **May 5, 2020**.

3) After receiving the parties' joint discovery and briefing schedule, the court will schedule a telephone conference with counsel for a date to follow the conclusion of the discovery and briefing schedule in order to address whether an evidentiary hearing or oral argument will be convened to address Plaintiff's motion for preliminary injunction.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Court Judge
> Middle District of Pennsylvania

2