# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## CASE MANAGEMENT ORDER

Counsel participated in a telephonic case management conference with the court on the 8th day of April, 2020, at which time, agreements were reached by the parties in consultation with the court after review of the parties' joint case management plan. The following summary of dates and deadlines is provided for convenience, but counsel shall review the entirety of this order.

### Summary of Dates and Deadlines

| | |
|---|---|
| Joinder of additional parties: | July 1, 2020 |
| Amended pleadings: | July 1, 2020 |
| Status conference: | September 23, 2020 |
| Fact discovery: | October 30, 2020 |
| Dispositive motions and supporting briefs: | November 30, 2020 |
| Plaintiff's expert reports: | November 30, 2020 |
| Defendant's expert reports: | January 1, 2021 |
| Supplemental and rebuttal expert reports: | January 15, 2021 |
| Expert discovery: | February 12, 2021 |
| Motions in limine and supporting briefs: | March 10, 2021 |
| Pretrial memoranda: | April 7, 2021 |
| Proposed voir dire and jury instructions: | April 7, 2021 |
| Final pretrial conference: | April 21, 2021 |
| Trial: | May 3, 2021 |

**IT IS ORDERED THAT**:

1.      **Joinder of Additional Parties and Amended Pleadings.**  All additional parties shall be joined by **July 1, 2020**.  Amended pleadings are due by **July 1, 2020**.

2.      **Trial List.**  The above case is hereby placed on the May, 2021 trial list.  Jury selection for trials on this list will commence at 9:30 a.m. on **May 3, 2021**, in Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  Counsel are attached for trial.  Trials will commence immediately following the completion of jury selections.  Counsel should note that criminal matters take priority over and may delay the beginning of the civil trial list.

3.      **Status Conference.**  A status conference will be conducted via telephone by the court on **September 23, 2020 at 10:30 a.m.**  Counsel for Plaintiff shall initiate the telephone conference and have all parties on the line prior to calling chambers at (717) 221-3970.  The purpose of this conference will be to discuss any outstanding discovery issues, settlement options, and any other issues.  Participation in this conference by counsel and by self-represented parties is mandatory.  Any counsel of record may participate in this conference call.

**4. Fact Discovery.** Fact discovery shall be completed by **October 30, 2020**. All requests for extensions of this deadline shall be made at least fourteen days before the expiration of the discovery period.

**5. Expert Reports and Expert Discovery**. Plaintiff's expert reports are due on **November 30, 2020**. Defendant's expert reports are due on **January 1, 2021**. Supplemental and rebuttal expert reports are due on **January 15, 2021**. Expert discovery shall be completed by **February 12, 2021**.

**6. Dispositive Motions.** Dispositive motions <u>and</u> supporting briefs shall be filed by **November 30, 2020**. Briefing on dispositive motions shall comply with Local Rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that briefs in support of any dispositive motions shall be filed by the above date.

**7. Motions in Limine**. Motions in limine <u>and</u> supporting briefs shall be filed by **March 10, 2021**.

**8. Pretrial Memoranda, Voir Dire, and Jury Instructions**. Pretrial memoranda, proposed voir dire questions, the joint voir dire fact statement, and proposed jury instructions shall be filed by **April 7, 2021**. No later than seven days before this date, counsel shall hold a conference as indicated in Local Rule 16.3.

9. **Final Pretrial Conference**.  A final pretrial conference will be held on **April 21, 2021 at 2:00 p.m.**, in chambers on the Eighth Floor of the Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
