**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PACE-O-MATIC, INC.,

                Plaintiff,

    v.

ECKERT SEAMANS CHERIN & MELLOTT,
LLC,

                Defendant.

:
:
:
:
:
:
:
:
:
:
:

Docket No. 1:20-cv-00292

(Judge Jennifer P. Wilson)

## ORDER

AND NOW, this ___ day of _____, 2020, upon consideration of the

Motion of Plaintiff, Pace-O-Matic, Inc., for a Preliminary Injunction, the Memorandum of Law

of Defendant, Eckert Seamans Cherin & Mellott, LLC, in Opposition to the Motion, all

declarations and any other memoranda, and after oral argument, it is hereby ORDERED that

Plaintiff's Motion for a Preliminary Injunction is DENIED.

                BY THE COURT:

                _____

                Jennifer P. Wilson, U.S.D.J.