*EXHIBIT "A"*

**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

David J. Mayernik
412 566 6126
dmayernik@eckertseamans.com

September 13, 2011

303499-1
09/19/11

Mark E. Jefferson, Esquire
General Counsel
Pace-O-Matic, Inc.
4150 Blue Ridge Industrial Parkway
Norcross, Georgia 30071

Dear Mr. Jefferson:

We are pleased that you have asked our firm to represent Pace-O-Matic, Inc. in connection with legal advice related to distribution of Pace-O-Matic's "Palmetto Gold" skill games or similar devices within the Commonwealth of Pennsylvania, and any legal issues which may arise from the distribution of any such devices within the Commonwealth of Pennsylvania, including the defense of Pace-O-Matic and its operators or distributors in any actions arising out of and related to such distribution which may be brought in the state or federal courts in the Commonwealth of Pennsylvania (hereinafter referred to as the "Project"). The purpose of this engagement letter is to set forth our mutual understanding of the basis on which we have agreed to undertake such representation. Under the Pennsylvania Rules of Professional Conduct, we are required to inform you in writing of the basis of the fee and expense reimbursement arrangement that will be applicable to our handling of the Project. This letter agreement will become effective upon our receipt of the retainer described below and a copy of this letter signed by you.

The charges for our services will be based upon our regular hourly rates in effect at the time the services are rendered. My rate currently is currently is $370 per hour. Judge Robert Graci's rate currently is $400 per hour. If other members in the firm work on this matter, their time will be billed on the basis of their regular hourly rate. If associate attorneys in the firm work on this matter, their time will be billed on the basis of their regular hourly rate. Associate hourly rates currently range from $155 to $335 per hour depending on their experience. If firm paralegals work on the Project, their time will be billed on the basis of their hourly rate which is in the $100 to $200 range. All of our current rates will be in effect for the calendar year 2011, but are subject to change thereafter, usually on an annual basis.

Any additional services requested to be provided by our firm beyond the scope of the work involved in this Project will be subject to a separate written agreement and billed to you in accordance with our hourly rates in effect at the time those services are rendered. In other words, if you would want us to provide advice and counsel to Pace-O-Matic for products different from "Palmetto Gold," a new, mutually agreed upon engagement letter would be required.

PITTSBURGH, PA    BOSTON, MA    CHARLESTON, WV    HARRISBURG, PA    PHILADELPHIA, PA    RICHMOND, VA
{J1551392U}HPOINTE, PA    WASHINGTON, DC    WEST CHESTER, PA    WHITE PLAINS, NY    WILMINGTON, DE

**ECKERT
SEAMANS**

Mark E. Jefferson, Esquire
September 13, 2011
Page 2

It is possible that some of our present or future clients will have matters adverse to you while we are representing you. We understand that you have no objection to our representations of parties with interests adverse to you and that you waive any actual or potential conflict of interest as long as those engagements are not substantially related to our representation of you. We agree that your consent shall not apply in any instance where, as a result of our representation of you, we have obtained confidential information that, if known to such other client, could be used to your material disadvantage.

We are requesting a retainer fee of $5,000, which amount is to be remitted with a copy of this letter executed by you. The retainer will be applied against our monthly charges. Bills will be submitted to you on a monthly basis and will be itemized describing all time expended by each attorney or paralegal involved in the Project. Each bill will also contain a description of all expenditures incurred on your behalf that month.

It is our understanding that all bills rendered to you by us will be paid within thirty days of the date on which such bills are submitted. We reserve the right to terminate our representation of you if such bills are not paid in a timely manner. We also reserve the right to charge interest on the amount of any bill remaining unpaid after expiration of a thirty day period at a rate of one per cent (1%) a month. We will promptly respond to any questions you may have concerning any item on a bill submitted to you.

You will be billed for disbursements and expenses that we incur on your behalf, including, without limitation, electronic research, travel costs, mileage, express mailings and postage, long distance telephone costs, telecopying charges, photocopying charges, and secretarial overtime. Unless you have a written arrangement with the firm which specifies otherwise, our firm policy requires that most expenses, excepting those which are extremely small in amount, incurred on your behalf and which are payable to a third party, will be forwarded to you for direct payment. Please remit such payments within thirty days directly to the third party. The firm will not be responsible for payment of the disbursements and expenses incurred on your behalf and which are payable to a third party.

Some of our clients use electronic mail ("E-Mail") to conduct communications between them and the firm. During 1999 the ethics committee of the American Bar Association issued a Formal Opinion in which it concluded that an attorney could transmit information relating to the representation of a client by use of unencrypted E-Mail sent over the Internet without violating the attorney's responsibilities under the Rules of Professional Conduct because such a mode of information transmission afforded a reasonable expectation of privacy from a technological and legal standpoint. For greater protection of client information, our firm has the capability to encrypt E-Mail. If you would like to request the use of encrypted E-Mail, please contact me so I can notify the appropriate personnel in our Information Systems department. However, no system of encryption provides absolute protection of the confidentiality of information communicated by E-Mail. If you do not want the firm to use E-Mail for some, or all, of its

**ECKERT
SEAMANS**

Mark E. Jefferson, Esquire
September 13, 2011
Page 3

communication with you, please advise us promptly to that effect. We will follow your instructions as to the manner in which you want to communicate with the firm.

Clients are entitled to request and receive client-owned files unless the Firm asserts a legally cognizable right to retain all or a portion of the files. No client files can be removed from the Firm and transmitted to any person or entity without the client's written authorization. After a legal representation has ended, client-owned files will either be returned to the client or kept in the possession of the Firm in accordance with its client file retention policy. Under that policy, client files are retained by the Firm for a fixed time period after which the files may be destroyed. No client files will be destroyed unless approved by the responsible Firm attorney on that legal representation or by the Firm's Executive Director. Files released to a client are no longer subject to the Firm's client file retention policy.

If this engagement letter is consistent with your understanding of our fee and representation arrangement, please sign the enclosed copy where indicated and return it to me. If you have any questions concerning any of the matters discussed in this letter, please do not hesitate to let me know.

We appreciate the opportunity to be of service to you on this Project and look forward to working with you.

Very truly yours,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By_____
David J. Mayernik

Enclosure

Accepted and agreed to this _____ day of _____, 20_.

_____
Mark E. Jefferson

Client: Pace-O-Matic, Inc.
Title: General Counsel