*E X H I B I T "D"*

| | |
|---|---|
| **From:** | Thomas A. Lisk |
| **To:** | Mark S. Stewart; Loudon Campbell |
| **Cc:** | Timothy P. Ryan; David W. Clarke; Harold Balk |
| **Subject:** | Pace-O-Matic, Inc. |
| **Date:** | Tuesday, December 20, 2016 1:22:41 PM |

Mark & Hap – I have been contacted by a potential client looking for legal and legislative representation for its "games of skill" software and machinery that they manufacture and distribute in states where it may be lawful. The company name is Pace-O-Matic, Inc. and it is based in Atlanta, GA. (website: https://www.paceomatic.com/).  They also may have needs for representation in Pennsylvania and Massachusetts.

I will start a formal conflicts search, but wanted first to reach out to you to see if you had any knowledge of the company and also to ascertain if you see any potential conflicts with the firm's gaming clients. While the potential clients products are skill-based games, typically located in bars and restaurants that hold liquor licenses, they may appear to the untrained eye to be similar to gaming devices often found in casinos.

Let me know your thoughts on the above and whether you want to schedule a call to discuss the potential representation.

Thomas A. Lisk
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street  •  Suite 1300  •  Richmond, VA 23219
Direct (804) 788.7750  |  Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com  |  bio  |  vCard


ECKERT SEAMANS
ATTORNEYS AT LAW

| From: | Mark S. Stewart |
|---|---|
| To: | Thomas A. Lisk; Loudon Campbell |
| Cc: | Timothy P. Ryan; David W. Clarke; Harold Balk |
| Subject: | RE: Pace-O-Matic, Inc. |
| Date: | Tuesday, December 20, 2016 1:46:00 PM |

Tom,

Thanks for the email and for checking in. I was approached earlier this year by a similar company out of Florida, looking for legal and lobbying representation in Pennsylvania. Our client, Parx, asked that we not take the engagement on the basis that our casino clients (here, anyway) will likely be adverse to such interests; almost certainly on the lobbying front and potentially on the legal side as well. I would not anticipate an objection to representation in VA or MA, but we would need to retain our ability to be adverse to them in Pennsylvania, and having discussed the topic once with them I would like to confirm the difference in this scenario.

I'm happy to discuss further with you or the group.

Thanks.

**Mark S. Stewart, Esq.  |  Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street  •  8th Floor  •  Harrisburg, PA 17101
Direct (717) 237.7191  |  Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio | vCard

**From:** Thomas A. Lisk
**Sent:** Tuesday, December 20, 2016 1:23 PM
**To:** Mark S. Stewart; Loudon Campbell
**Cc:** Timothy P. Ryan; David W. Clarke; Harold Balk
**Subject:** Pace-O-Matic, Inc.

Mark & Hap – I have been contacted by a potential client looking for legal and legislative representation for its "games of skill" software and machinery that they manufacture and distribute in states where it may be lawful. The company name is Pace-O-Matic, Inc. and it is based in Atlanta, GA. (website: https://www.paceomatic.com/). They also may have needs for representation in Pennsylvania and Massachusetts.

I will start a formal conflicts search, but wanted first to reach out to you to see if you had any knowledge of the company and also to ascertain if you see any potential conflicts with the firm's gaming clients. While the potential clients products are skill-based games, typically located in bars and restaurants that hold liquor licenses, they may appear to the untrained eye to be similar to gaming devices often found in casinos.

Let me know your thoughts on the above and whether you want to schedule a call to discuss the potential representation.

**Thomas A. Lisk**

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street  •  Suite 1300  •  Richmond, VA 23219
Direct (804) 788.7750  |  Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com  |  bio  |  vCard



| | |
|---|---|
| **From:** | Thomas A. Lisk |
| **To:** | Mark S. Stewart; Loudon Campbell |
| **Cc:** | Timothy P. Ryan; David W. Clarke; Harold Balk |
| **Subject:** | RE: Pace-O-Matic, Inc. |
| **Date:** | Tuesday, December 20, 2016 1:52:25 PM |

Thanks Mark. Please confirm with Parx that we would be okay to present this client outside of Pennsylvania. If Parx so agrees, I will confirm that Pace-O-Matic also will agree with this restriction.

**Thomas A. Lisk**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street  •  Suite 1300  •  Richmond, VA 23219
Direct (804) 788.7750  |  Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com  |  bio  |  vCard


ATTORNEYS AT LAW

**From:** Mark S. Stewart
**Sent:** Tuesday, December 20, 2016 1:46 PM
**To:** Thomas A. Lisk; Loudon Campbell
**Cc:** Timothy P. Ryan; David W. Clarke; Harold Balk
**Subject:** RE: Pace-O-Matic, Inc.

Tom,

Thanks for the email and for checking in. I was approached earlier this year by a similar company out of Florida, looking for legal and lobbying representation in Pennsylvania. Our client, Parx, asked that we not take the engagement on the basis that our casino clients (here, anyway) will likely be adverse to such interests; almost certainly on the lobbying front and potentially on the legal side as well. I would not anticipate an objection to representation in VA or MA, but we would need to retain our ability to be adverse to them in Pennsylvania, and having discussed the topic once with them I would like to confirm the difference in this scenario.

I'm happy to discuss further with you or the group.

Thanks.

**Mark S. Stewart, Esq.  |  Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street  •  8th Floor  •  Harrisburg, PA 17101
Direct (717) 237.7191  |  Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com  |  bio  |vCard

**From:** Thomas A. Lisk
**Sent:** Tuesday, December 20, 2016 1:23 PM

**To:** Mark S. Stewart; Loudon Campbell
**Cc:** Timothy P. Ryan; David W. Clarke; Harold Balk
**Subject:** Pace-O-Matic, Inc.

Mark & Hap – I have been contacted by a potential client looking for legal and legislative representation for its "games of skill" software and machinery that they manufacture and distribute in states where it may be lawful. The company name is Pace-O-Matic, Inc. and it is based in Atlanta, GA. (website: https://www.paceomatic.com/). They also may have needs for representation in Pennsylvania and Massachusetts.

I will start a formal conflicts search, but wanted first to reach out to you to see if you had any knowledge of the company and also to ascertain if you see any potential conflicts with the firm's gaming clients. While the potential clients products are skill-based games, typically located in bars and restaurants that hold liquor licenses, they may appear to the untrained eye to be similar to gaming devices often found in casinos.

Let me know your thoughts on the above and whether you want to schedule a call to discuss the potential representation.

**Thomas A. Lisk**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street • Suite 1300 • Richmond, VA 23219
Direct (804) 788.7750 | Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com | bio | vCard



ECKERT
SEAMANS
ATTORNEYS AT LAW

| | |
|---|---|
| **From:** | Mark S. Stewart |
| **To:** | Thomas A. Lisk; Loudon Campbell |
| **Cc:** | Timothy P. Ryan; David W. Clarke; Harold Balk |
| **Subject:** | RE: Pace-O-Matic, Inc. |
| **Date:** | Tuesday, December 20, 2016 1:54:47 PM |

Will do, Tom. Thank you.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard


**From:** Thomas A. Lisk
**Sent:** Tuesday, December 20, 2016 1:52 PM
**To:** Mark S. Stewart; Loudon Campbell
**Cc:** Timothy P. Ryan; David W. Clarke; Harold Balk
**Subject:** RE: Pace-O-Matic, Inc.


Thanks Mark. Please confirm with Parx that we would be okay to present this client outside of
Pennsylvania. If Parx so agrees, I will confirm that Pace-O-Matic also will agree with this restriction.

**Thomas A. Lisk**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street • Suite 1300 • Richmond, VA 23219
Direct (804) 788.7750 | Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com | bio | vCard



**From:** Mark S. Stewart
**Sent:** Tuesday, December 20, 2016 1:46 PM
**To:** Thomas A. Lisk; Loudon Campbell
**Cc:** Timothy P. Ryan; David W. Clarke; Harold Balk
**Subject:** RE: Pace-O-Matic, Inc.


Tom,

Thanks for the email and for checking in. I was approached earlier this year by a similar company out of Florida,
looking for legal and lobbying representation in Pennsylvania. Our client, Parx, asked that we not take the
engagement on the basis that our casino clients (here, anyway) will likely be adverse to such interests; almost
certainly on the lobbying front and potentially on the legal side as well. I would not anticipate an objection to
representation in VA or MA, but we would need to retain our ability to be adverse to them in Pennsylvania, and

having discussed the topic once with them I would like to confirm the difference in this scenario.

I'm happy to discuss further with you or the group.

Thanks.

**Mark S. Stewart, Esq.  |  Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street  •  8th Floor  •  Harrisburg, PA 17101
Direct (717) 237.7191  |  Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard

**From:** Thomas A. Lisk
**Sent:** Tuesday, December 20, 2016 1:23 PM
**To:** Mark S. Stewart; Loudon Campbell
**Cc:** Timothy P. Ryan; David W. Clarke; Harold Balk
**Subject:** Pace-O-Matic, Inc.

Mark & Hap – I have been contacted by a potential client looking for legal and legislative representation for its "games of skill" software and machinery that they manufacture and distribute in states where it may be lawful.  The company name is Pace-O-Matic, Inc. and it is based in Atlanta, GA. (website: https://www.paceomatic.com/).   They also may have needs for representation in Pennsylvania and Massachusetts.

I will start a formal conflicts search, but wanted first to reach out to you to see if you had any knowledge of the company and also to ascertain if you see any potential conflicts with the firm's gaming clients.  While the potential clients products are skill-based games, typically located in bars and restaurants that hold liquor licenses, they may appear to the untrained eye to be similar to gaming devices often found in casinos.

Let me know your thoughts on the above and whether you want to schedule a call to discuss the potential representation.

**Thomas A. Lisk**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street  •  Suite 1300  •  Richmond, VA 23219
Direct (804) 788.7750  |  Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com | bio | vCard



**ECKERT SEAMANS**
ATTORNEYS AT LAW

| From: | Mark S. Stewart |
|---|---|
| To: | Thomas A. Lisk |
| Subject: | Pace |
| Date: | Wednesday, January 25, 2017 4:29:54 PM |

Tom

Trying to get this resolved. I forgot that you guys had done work for Parx in VA and they are still interested in us being able to represent them down there. I talked to them yesterday and will call today. At a minimum, I think we will need to be able to be adverse in VA and PA and I guess establish a wall from you or have the opportunity to have Rich or someone who could work for Parx. Sorry this has taken so long.

**Mark S. Stewart, Esq.  |  Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street  ·  8th Floor  ·  Harrisburg, PA 17101
Direct (717) 237.7191  |  Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com  |  bio  |vCard

| From: | Thomas A. Lisk |
| To: | Mark S. Stewart |
| Subject: | RE: Pace |
| Date: | Wednesday, January 25, 2017 4:32:16 PM |

Please see what you can do as I am scheduled to fly to Atlanta on Sunday to meet with the client.

Sent with BlackBerry Work (www.blackberry.com)

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Date:** Wednesday, Jan 25, 2017, 4:29 PM
**To:** Thomas A. Lisk <TLisk@eckertseamans.com>
**Subject:** Pace

Tom

Trying to get this resolved. I forgot that you guys had done work for Parx in VA and they are still interested in us being able to represent them down there. I talked to them yesterday and will call today. At a minimum, I think we will need to be able to be adverse in VA and PA and I guess establish a wall from you or have the opportunity to have Rich or someone who could work for Parx. Sorry this has taken so long.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio | vCard

| From: | Mark S. Stewart |
|---|---|
| To: | Thomas A. Lisk |
| Subject: | RE: Pace |
| Date: | Wednesday, January 25, 2017 4:43:50 PM |

Let's discuss when you are available. They are ok so long as we have the waiver discussed below. They would like it to be explicit that we won't rep them in PA and that we can't do anything to preclude casino gaming opportunities. I don't think that will be an issue. As i understand these companies, the issue would be more that casinos would be trying to shut them down arguing not really skill but just a slot machine. I am assuming this is not a VGT company (video gaming terminals usually in bars etc).

Thanks.

Mark

Sent with Good Work (www.good.com)

**From:** Thomas A. Lisk <TLisk@eckertseamans.com>
**Date:** Wednesday, Jan 25, 2017, 4:32 PM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>
**Subject:** RE: Pace

Please see what you can do as I am scheduled to fly to Atlanta on Sunday to meet with the client.

Sent with BlackBerry Work (www.blackberry.com)

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Date:** Wednesday, Jan 25, 2017, 4:29 PM
**To:** Thomas A. Lisk <TLisk@eckertseamans.com>
**Subject:** Pace

Tom

Trying to get this resolved. I forgot that you guys had done work for Parx in VA and they are still interested in us being able to represent them down there. I talked to them yesterday and will call today. At a minimum, I think we will need to be able to be adverse in VA and PA and I guess establish a wall from you or have the opportunity to have Rich or someone who could work for Parx. Sorry this has taken so long.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio | vCard

| From: | Mark S. Stewart |
| --- | --- |
| To: | Thomas A. Lisk |
| Subject: | RE: Pace |
| Date: | Wednesday, January 25, 2017 4:44:27 PM |

Also think we need a wall or the chance to have one.

M


Sent with Good Work (www.good.com)

**From:** Thomas A. Lisk <TLisk@eckertseamans.com>
**Date:** Wednesday, Jan 25, 2017, 4:32 PM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>
**Subject:** RE: Pace

Please see what you can do as I am scheduled to fly to Atlanta on Sunday to meet with the client.


Sent with BlackBerry Work (www.blackberry.com)

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Date:** Wednesday, Jan 25, 2017, 4:29 PM
**To:** Thomas A. Lisk <TLisk@eckertseamans.com>
**Subject:** Pace

Tom

Trying to get this resolved. I forgot that you guys had done work for Parx in VA and they are still interested in us being able to represent them down there. I talked to them yesterday and will call today. At a minimum, I think we will need to be able to be adverse in VA and PA and I guess establish a wall from you or have the opportunity to have Rich or someone who could work for Parx. Sorry this has taken so long.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard

| From: | Mark S. Stewart |
|---|---|
| To: | Thomas A. Lisk |
| Subject: | RE: Pace |
| Date: | Wednesday, February 01, 2017 4:13:22 PM |

Tom

How'd your trip go. Please coordinate with me on the waiver language. It is looking like we will definitely be affirmatively going after this industry in PA, so the waiver language is important.

Thanks.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio | vCard

**From:** Mark S. Stewart
**Sent:** Wednesday, January 25, 2017 4:44 PM
**To:** Thomas A. Lisk
**Subject:** RE: Pace

Also think we need a wall or the chance to have one.

M

Sent with Good Work (www.good.com)

**From:** Thomas A. Lisk <TLisk@eckertseamans.com>
**Date:** Wednesday, Jan 25, 2017, 4:32 PM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>
**Subject:** RE: Pace

Please see what you can do as I am scheduled to fly to Atlanta on Sunday to meet with the client.

Sent with BlackBerry Work (www.blackberry.com)

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Date:** Wednesday, Jan 25, 2017, 4:29 PM
**To:** Thomas A. Lisk <TLisk@eckertseamans.com>
**Subject:** Pace

Tom

Trying to get this resolved. I forgot that you guys had done work for Parx in VA and they are still interested in us being able to represent them down there. I talked to them yesterday and will call today. At a minimum, I think we will need to be able to be adverse in VA and PA and I guess establish a wall from you or have the opportunity to have Rich or someone who could work for Parx. Sorry this has taken so long.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street · 8th Floor · Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard

**From:**      Thomas A. Lisk <TLisk@eckertseamans.com>
**Sent:**      Monday, February 06, 2017 11:02 AM
**To:**        Mark S. Stewart
**Subject:**   RE: Pace

Are you available now to talk?

**Thomas A. Lisk**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street ? Suite 1300 ? Richmond, VA 23219
Direct (804) 788.7750 | Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com | bio | vCard



ATTORNEYS AT LAW

**From:** Mark S. Stewart
**Sent:** Monday, February 06, 2017 7:16 AM
**To:** Thomas A. Lisk
**Subject:** RE: Pace

Yes, mid morning on. We can discuss but our clients do not agree they are games of skill and will likely be actively opposing them on legal and legislative fronts.

M


Sent with Good Work (www.good.com)

**From:** Thomas A. Lisk <TLisk@eckertseamans.com>
**Date:** Sunday, Feb 05, 2017, 11:46 AM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>
**Subject:** RE: Pace

Mark ? Do you have time to talk on Monday? And what do you mean when you say that ?we will definitely be affirmatively going after this industry in PA??

**Thomas A. Lisk**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street ? Suite 1300 ? Richmond, VA 23219
Direct (804) 788.7750 | Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com | bio | vCard

1



**From:** Mark S. Stewart
**Sent:** Wednesday, February 01, 2017 4:13 PM
**To:** Thomas A. Lisk
**Subject:** RE: Pace

Tom

How?d your trip go. Please coordinate with me on the waiver language. It is looking like we will definitely be affirmatively going after this industry in PA, so the waiver language is important.

Thanks.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street ? 8th Floor ? Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard

**From:** Mark S. Stewart
**Sent:** Wednesday, January 25, 2017 4:44 PM
**To:** Thomas A. Lisk
**Subject:** RE: Pace

Also think we need a wall or the chance to have one.

M


Sent with Good Work (www.good.com)

**From:** Thomas A. Lisk <TLisk@eckertseamans.com>
**Date:** Wednesday, Jan 25, 2017, 4:32 PM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>
**Subject:** RE: Pace

Please see what you can do as I am scheduled to fly to Atlanta on Sunday to meet with the client.


Sent with BlackBerry Work (www.blackberry.com)

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Date:** Wednesday, Jan 25, 2017, 4:29 PM
**To:** Thomas A. Lisk <TLisk@eckertseamans.com>
**Subject:** Pace

Tom

Trying to get this resolved. I forgot that you guys had done work for Parx in VA and they are still interested in us being able to represent them down there. I talked to them yesterday and will call today. At a minimum, I think we will need to be able to be adverse in VA and PA and I guess establish a wall from you or have the opportunity to have Rich or someone who could work for Parx. Sorry this has taken so long.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street ? 8ᵗʰ Floor ? Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard

3

| | |
|---|---|
| **From:** | Mark S. Stewart |
| **To:** | Timothy S. Coon |
| **Cc:** | Thomas A. Lisk |
| **Subject:** | Need for separation wall |
| **Date:** | Friday, February 10, 2017 1:43:18 PM |

Tim

We have a waiver and a separation wall we need to make sure we are implementing between Parx and a new client of Tom's.

We cannot rep them in PA and they need to waive us being adverse to them there. There will be adverse legislative action and potential litigation against them.

In VA, we need to be able to continue representing Parx and put in place separation between Tom and the rest of the govt rels people.

I thought you should be involved to make sure it is buttoned down and protect the firm. Maybe we an have a call if necessary on Monday.

Thanks.

Mark


Sent with Good Work (www.good.com)

| From: | Timothy S. Coon |
|---|---|
| To: | Mark S. Stewart |
| Cc: | Thomas A. Lisk |
| Subject: | RE: Need for separation wall |
| Date: | Friday, February 10, 2017 1:53:14 PM |

Yes, let's talk on Monday.

**Timothy S. Coon, Esq.** | Member
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

600 Grant Street • 44th Floor • Pittsburgh, PA 15219
Direct (412) 566.1214 | Mobile (412) 874.2011
tcoon@eckertseamans.com

eckertseamans.com | bio | vCard

**From:** Mark S. Stewart
**Sent:** Friday, February 10, 2017 1:43 PM
**To:** Timothy S. Coon
**Cc:** Thomas A. Lisk
**Subject:** Need for separation wall

Tim

We have a waiver and a separation wall we need to make sure we are implementing between Parx and a new client of Tom's.

We cannot rep them in PA and they need to waive us being adverse to them there. There will be adverse legislative action and potential litigation against them.

In VA, we need to be able to continue representing Parx and put in place separation between Tom and the rest of the govt rels people.

I thought you should be involved to make sure it is buttoned down and protect the firm. Maybe we an have a call if necessary on Monday.

Thanks.

Mark

Sent with Good Work (www.good.com)

**From:** Mark S. Stewart
**Sent:** Tuesday, December 20, 2016 1:55 PM
**To:** Thomas A. Lisk; Loudon Campbell
**Cc:** Timothy P. Ryan; David W. Clarke; Harold Balk
**Subject:** RE: Pace-O-Matic, Inc.

Will do, Tom. Thank you.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard

**From:** Thomas A. Lisk
**Sent:** Tuesday, December 20, 2016 1:52 PM
**To:** Mark S. Stewart; Loudon Campbell
**Cc:** Timothy P. Ryan; David W. Clarke; Harold Balk
**Subject:** RE: Pace-O-Matic, Inc.

Thanks Mark. Please confirm with Parx that we would be okay to present this client outside of Pennsylvania. If Parx so agrees, I will confirm that Pace-O-Matic also will agree with this restriction.

**Thomas A. Lisk**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street • Suite 1300 • Richmond, VA 23219
Direct (804) 788.7750 | Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com | bio | vCard

 **ECKERT**
**SEAMANS**

**From:** Mark S. Stewart
**Sent:** Tuesday, December 20, 2016 1:46 PM
**To:** Thomas A. Lisk; Loudon Campbell
**Cc:** Timothy P. Ryan; David W. Clarke; Harold Balk
**Subject:** RE: Pace-O-Matic, Inc.

Tom,

Thanks for the email and for checking in. I was approached earlier this year by a similar company out of Florida, looking for legal and lobbying representation in Pennsylvania. Our client, Parx, asked that we not take the engagement on the basis that our casino clients (here, anyway) will likely be adverse to such interests; almost certainly on the lobbying front and potentially on the legal side as well. I would not anticipate an objection to representation in VA or MA, but we would need to retain our ability to be adverse to them in Pennsylvania, and having discussed the topic once with them I would like to confirm the difference in this scenario.

I'm happy to discuss further with you or the group.

Thanks.

2

| From: | Timothy S. Coon - PIT |
|-------|------------------------|
| To: | Jennifer Skoff |
| Cc: | Thomas A. Lisk; Mark S. Stewart |
| Subject: | RE: Need for separation wall |
| Date: | Thursday, March 02, 2017 9:59:03 AM |

Yes. I will be out of office so send a call in.

**Timothy S. Coon, Esq.** | Member
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

600 Grant Street • 44th Floor • Pittsburgh, PA 15219
Direct (412) 566.1214 | Mobile (412) 874.2011
tcoon@eckertseamans.com

eckertseamans.com | bio | vCard

**From:** Jennifer Skoff
**Sent:** Thursday, March 02, 2017 9:58 AM
**To:** Timothy S. Coon - PIT
**Cc:** Thomas A. Lisk; Mark S. Stewart
**Subject:** RE: Need for separation wall

Tim, would 1 pm work on Friday for this call?  Mark is available then.  Thanks

**Jennifer L. Skoff** | **Legal Assistant to**
Mark S. Stewart, Esquire, Carl R. Shultz, Esquire
and Sarah C. Stoner, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237-7167 | Fax (717) 237.6019
jskoff@eckertseamans.com

eckertseamans.com

**From:** Thomas A. Lisk
**Sent:** Wednesday, March 01, 2017 5:21 PM
**To:** Jennifer Skoff; Timothy S. Coon - PIT; Mark S. Stewart
**Subject:** RE: Need for separation wall

FYI, I have a meeting out of the office from from 8 to 9:30 am and a conference call from 10 to 11:30 am on Friday, but I am generally available in the afternoon.

Sent with BlackBerry Work (www.blackberry.com)

**From:** Jennifer Skoff <JSkoff@eckertseamans.com>
**Date:** Wednesday, Mar 01, 2017, 4:49 PM
**To:** Timothy S. Coon - PIT <TCoon@eckertseamans.com>, Mark S. Stewart
<MStewart@eckertseamans.com>

**Cc:** Thomas A. Lisk <TLisk@eckertseamans.com>
**Subject:** RE: Need for separation wall

Okay, let's say 10 am on Friday.

**Jennifer L. Skoff | Legal Assistant to**
Mark S. Stewart, Esquire, Carl R. Shultz, Esquire
and Sarah C. Stoner, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237-7167 | Fax (717) 237.6019
jskoff@eckertseamans.com

eckertseamans.com

**From:** Timothy S. Coon - PIT
**Sent:** Wednesday, March 01, 2017 4:28 PM
**To:** Mark S. Stewart
**Cc:** Thomas A. Lisk; Jennifer Skoff
**Subject:** RE: Need for separation wall

Sometime Friday morning.

**Timothy S. Coon, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

600 Grant Street • 44th Floor • Pittsburgh, PA 15219
Direct (412) 566.1214 | Mobile (412) 874.2011
tcoon@eckertseamans.com

eckertseamans.com | bio | vCard

**From:** Mark S. Stewart
**Sent:** Wednesday, March 01, 2017 4:22 PM
**To:** Timothy S. Coon - PIT
**Cc:** Thomas A. Lisk; Jennifer Skoff
**Subject:** RE: Need for separation wall

We need to close this loop. Do you guys have a time that works for a call? I'm pretty open on Fri.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard

**From:** Timothy S. Coon
**Sent:** Friday, February 10, 2017 1:53 PM

**To:** Mark S. Stewart
**Cc:** Thomas A. Lisk
**Subject:** RE: Need for separation wall

Yes, let's talk on Monday.

**Timothy S. Coon, Esq.** | Member
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

600 Grant Street • 44th Floor • Pittsburgh, PA 15219
Direct (412) 566.1214  |  Mobile (412) 874.2011
tcoon@eckertseamans.com

eckertseamans.com  |  bio  |  vCard

**From:** Mark S. Stewart
**Sent:** Friday, February 10, 2017 1:43 PM
**To:** Timothy S. Coon
**Cc:** Thomas A. Lisk
**Subject:** Need for separation wall

Tim

We have a waiver and a separation wall we need to make sure we are implementing between Parx and a new client of Tom's.

We cannot rep them in PA and they need to waive us being adverse to them there. There will be adverse legislative action and potential litigation against them.

In VA, we need to be able to continue representing Parx and put in place separation between Tom and the rest of the govt rels people.

I thought you should be involved to make sure it is buttoned down and protect the firm. Maybe we an have a call if necessary on Monday.

Thanks.

Mark

Sent with Good Work (www.good.com)

**Jennifer Skoff**

| | |
|---|---|
| From: | Thomas A. Lisk |
| Sent: | Saturday, April 08, 2017 9:43 AM |
| To: | Dorothy A. Davis; Mark S. Stewart; Warren Vogel; Joan N. Stern; Julia Rose |
| Cc: | Nina Plumb; Timothy S. Coon - PIT; Timothy Q. Hudak |
| Subject: | RE: Conflict Batch 145742 |

Dot - I do not quite understand what it is that you want me to do in the future. When Pace-O-Matic first approached me in January 2017, I immediately contacted Mark because of the firm's active gaming practice (in addition to running the standard conflict check). Thereafter, in very early March 2017, Mark and I had a telephone conference with Tim Coon to determine how we could possibly reconcile the respective client interests in PA and VA. In the end, both Mark and Tim appeared satisfied with the outcome. What additional steps are you suggesting should have been taken?

Sent with BlackBerry Work (www.blackberry.com)

**From:** Dorothy A. Davis <DDavis@eckertseamans.com>
**Date:** Friday, Apr 07, 2017, 7:53 PM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>, Warren Vogel <WVogel@eckertseamans.com>, Joan N. Stern <jstern@eckertseamans.com>, Julia Rose <jrose@eckertseamans.com>, Thomas A. Lisk <TLisk@eckertseamans.com>
**Cc:** Nina Plumb <NPlumb@eckertseamans.com>, Timothy S. Coon - PIT <TCoon@eckertseamans.com>, Timothy Q. Hudak <THudak@eckertseamans.com>
**Subject:** RE: Conflict Batch 145742

You are welcome, Mark.
Tom, in the future,it would be helpful to Tim Hudak and me if you would please remind us of the potential issues which could affect our firms overall interests when you know them, which I presume you do based on Marks comments. I lucked upon this potential issue by general concern that its generally not in our wheelhouse to become involved in what is obviously a criminal forfeiture but not identified as such. We need to discuss this opportunity next week with all stakeholders. I know our firms best collective interest is what we all want to serve. Have a great weekend
Dot

Dorothy A. Davis, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC

600 Grant Street • 44th Floor • Pittsburgh, PA 15219
Direct (412) 566.5953 | Mobile (412) 973.5969
ddavis@eckertseamans.com

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Date:** Friday, Apr 07, 2017, 7:33 PM
**To:** Dorothy A. Davis <DDavis@eckertseamans.com>, Warren Vogel <WVogel@eckertseamans.com>, Joan N. Stern <jstern@eckertseamans.com>, Julia Rose <jrose@eckertseamans.com>, Thomas A. Lisk <TLisk@eckertseamans.com>
**Cc:** Nina Plumb <NPlumb@eckertseamans.com>, Timothy S. Coon - PIT <TCoon@eckertseamans.com>, Timothy Q. Hudak <THudak@eckertseamans.com>
**Subject:** RE: Conflict Batch 145742

1

Thank you, Dot, for raising this. The casinos we represent are very adverse to this entity, and working actively against them in the legislative sphere in PA. Tom Lisk represents them and we've worked out an arrangement where we are adverse to them in PA and have a separation wall in VA. Positionally, I would be concerned about an engagement with them. I never like to impede engagements, but would appreciate the opportunity to discuss further.

Thanks.

Mark

Sent with Good Work (www.good.com)

From: Dorothy A. Davis <DDavis@eckertseamans.com>
Date: Friday, Apr 07, 2017, 7:09 PM
To: Warren Vogel <WVogel@eckertseamans.com>, Joan N. Stern <jstern@eckertseamans.com>, Julia Rose <jrose@eckertseamans.com>, Thomas A. Lisk <TLisk@eckertseamans.com>
Cc: Nina Plumb <NPlumb@eckertseamans.com>, Timothy S. Coon - PIT <TCoon@eckertseamans.com>, Timothy Q. Hudak <THudak@eckertseamans.com>, Mark S. Stewart <MStewart@eckertseamans.com>
Subject: RE: Conflict Batch 145742

Is this a criminal forfeiture? Are you taking the position that the equipment is a game of skill? We need to make sure that all members with a positional interest we n the outcome have a fair opportunity to assess all potential future impact on their business by undertaking this representation.

Dorothy A. Davis, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC

600 Grant Street • 44th Floor • Pittsburgh, PA 15219
Direct (412) 566.5953 | Mobile (412) 973.5969
ddavis@eckertseamans.com

eckertseamans.com | bio | vCard

From: Warren Vogel <WVogel@eckertseamans.com>
Date: Friday, Apr 07, 2017, 4:12 PM
To: Joan N. Stern <jstern@eckertseamans.com>, Julia Rose <jrose@eckertseamans.com>, Thomas A. Lisk <TLisk@eckertseamans.com>
Cc: Nina Plumb <NPlumb@eckertseamans.com>, Timothy S. Coon - PIT <TCoon@eckertseamans.com>, Dorothy A. Davis <DDavis@eckertseamans.com>, Timothy Q. Hudak <THudak@eckertseamans.com>
Subject: RE: Conflict Batch 145742

Our client is a manufacturer of a "game of skill" that was "placed" by its distributor, Philadelphia Vending, in a bar operated by an unrelated third party. The police then "raided" the bar and confiscated the equipment as a "game of chance." Our client wishes to protect the interests of its distributor by making a property claim in respect of the equipment.

Warren Vogel, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC

2

Two Liberty Place
50 South 16th Street • 22nd Floor • Philadelphia, PA 19102
Direct (215) 851.8448
Fax (215) 851-8383
wvogel@eckertseamans.com

eckertseamans.com | bio | vCard | LinkedIn



**From:** Joan N. Stern
**Sent:** Friday, April 07, 2017 4:08 PM
**To:** Julia Rose; Warren Vogel; Thomas A. Lisk
**Cc:** Nina Plumb; Timothy S. Coon - PIT; Dorothy A. Davis; Timothy Q. Hudak
**Subject:** RE: Conflict Batch 145742

Warren-please give me details so I can determine if a waiver is needed.

**Joan N. Stern, Esq.** | Equity Member
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

Two Liberty Place
50 South 16th Street • 22nd Floor • Philadelphia, PA 19102
Direct (215) 851.8442 | Mobile (215) 696.0791
jstern@eckertseamans.com

eckertseamans.com



**From:** Julia Rose
**Sent:** Friday, April 07, 2017 3:49 PM
**To:** Warren Vogel; Joan N. Stern; Thomas A. Lisk
**Cc:** Nina Plumb; Timothy S. Coon - PIT; Dorothy A. Davis; Timothy Q. Hudak
**Subject:** Conflict Batch 145742

Hello,

Attached is the report for the above referenced conflict check. Warren Vogel would like to represent Pace O Matic and Jeff McGinness, adverse to the City of Philadelphia. The matter relates to property claims.

There is a possible conflict. The City of Philadelphia is an open client for Joan Stern (item 9).

Tom, you have been included on this report because Pace-O-Matic is your open client (item 10). We have been asked to notify members when a colleague seeks to open a matter for their existing client.

Please advise.

Thank you,
Julia

**Julia Rose** | Conflicts Analyst
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
600 Grant Street • 44th Floor • Pittsburgh, PA 15219

3

Direct (412) 566.1227
jrose@eckertseamans.com

eckertseamans.com

## Jennifer Skoff

| | |
|---|---|
| **From:** | Thomas A. Lisk |
| **Sent:** | Wednesday, September 27, 2017 2:20 PM |
| **To:** | Mark S. Stewart |
| **Subject:** | Pace-O-Matic. |

Mark – just checking in to confirm that nothing has changed in relation to our gaming clients perspective relating to Pace-O-Matic.  Apparently, an issue has arisen in PA where Pace-O-Matic would like ESCM to provide representation.  But, unless something has changed, I believe that the answer is still a no. Can you confirm?

Thomas A. Lisk
ECKERT SEAMANS CHERIN & MELLOTT, LLC

SunTrust Center
919 East Main Street  •  Suite 1300  •  Richmond, VA 23219
Direct (804) 788.7750  |  Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com  |  bio  |  vCard

ECKERT
SEAMANS
ATTORNEYS AT LAW

**From:** Mark S. Stewart
**Sent:** Friday, April 07, 2017 7:33 PM
**To:** Dorothy A. Davis; Warren Vogel; Joan N. Stern; Julia Rose; Thomas A. Lisk
**Cc:** Nina Plumb; Timothy S. Coon - PIT; Timothy Q. Hudak
**Subject:** RE: Conflict Batch 145742

Thank you, Dot, for raising this. The casinos we represent are very adverse to this entity, and working actively against them in the legislative sphere in PA. Tom Lisk represents them and we've worked out an arrangement where we are adverse to them in PA and have a separation wall in VA. Positionally, I would be concerned about an engagement with them. I never like to impede engagements, but would appreciate the opportunity to discuss further.

Thanks.

Mark

1

## Jennifer Skoff

| | |
|---|---|
| **From:** | Mark S. Stewart |
| **Sent:** | Wednesday, September 27, 2017 2:24 PM |
| **To:** | Thomas A. Lisk |
| **Subject:** | RE: Pace-O-Matic. |

Tom,

Nothing has changed, so I regretfully agree that the answer would still need to be a no.

Thanks.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street  ·  8th Floor  ·  Harrisburg, PA 17101
Direct (717) 237.7191  |  Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard

**From:** Thomas A. Lisk
**Sent:** Wednesday, September 27, 2017 2:20 PM
**To:** Mark S. Stewart
**Subject:** Pace-O-Matic.

Mark – just checking in to confirm that nothing has changed in relation to our gaming clients perspective relating to Pace-O-Matic.  Apparently, an issue has arisen in PA where Pace-O-Matic would like ESCM to provide representation.  But, unless something has changed, I believe that the answer is still a no. Can you confirm?

**Thomas A. Lisk**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street  ·  Suite 1300  ·  Richmond, VA 23219
Direct (804) 788.7750  |  Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com | bio | vCard



**From:** Mark S. Stewart
**Sent:** Friday, April 07, 2017 7:33 PM
**To:** Dorothy A. Davis; Warren Vogel; Joan N. Stern; Julia Rose; Thomas A. Lisk
**Cc:** Nina Plumb; Timothy S. Coon - PIT; Timothy Q. Hudak
**Subject:** RE: Conflict Batch 145742

Thank you, Dot, for raising this. The casinos we represent are very adverse to this entity, and working actively against them in the legislative sphere in PA. Tom Lisk represents them and we've worked out an arrangement where we are adverse to them in PA and have a separation wall in VA. Positionally, I would be concerned about

1