*E X H I B I T "I"*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC., :<br><br>Plaintiff, :<br>v. :<br><br>ECKERT SEAMANS CHERIN & MELLOTT, :<br>LLC, :<br><br>Defendant. : | Docket No. 1:20-cv-00292 |

## DECLARATION OF HON. ANTHONY F. TROY

I, Anthony F. Troy, hereby declare and state as follows:

1.      I am an attorney licensed to practice law in the Commonwealth of Virginia and the District of Columbia.

2.      I am a member of the law firm of Eckert Seamans Cherin & Mellott, LLC ("Eckert"), the defendant in the above-captioned action.

3.      I work in the Richmond, Virginia office of Eckert.

4.      My law practice focuses on regulatory work, consumer protection issues, and civil and administrative litigation.

5.      I am a former Attorney General for the Commonwealth of Virginia.

6.      Although I did not originate Eckert's representation of Pace-O-Matic, Inc. ("POM"), the plaintiff in this action, I worked on a number of matters for POM in Virginia.

7.      I have never discussed the work that I was doing for POM in Virginia with any of the attorneys at Eckert who represent gaming clients in Pennsylvania, including but not limited to, Mr. Stewart.

8.    I never disclosed any confidential information about my representation of POM in Virginia or discussed any of my attorney-client privileged communications with POM with the attorneys at Eckert who represent gaming clients in Pennsylvania, including but not limited to, Mr. Stewart.

9.    I neither got involved nor was I asked to get involved in any of the matters in which Eckert was representing gaming clients in Pennsylvania.

10.    Sometime, in January 2020, Eckert's representation of POM in Virginia ended.

_____
HON. ANTHONY F. TROY

Dated: April 20, 2020

2