**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **NO. 20-CV-292** |
| | **:** | |
| **ECKERT, SEAMANS, CHERIN &** | **:** | **JUDGE WILSON** |
| **MELLOTT, LLC,** | **:** | |
| | **:** | **ELECTRONICALLY FILED** |
| **Defendant.** | **:** | |

**UNOPPOSED MOTION FOR ENLARGMENT
OF TIME TO FILE REPLY IN FURTHER SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 7.1 of the Local Rules of Court, Plaintiff Pace-O-Matic, Inc., by and through its undersigned counsel, hereby moves for a brief enlargement of the deadline to file its reply in further support of its Motion for Preliminary Injunction in the above-referenced matter and, in support thereof, states at follows:

1.     On March 24, 2020, Pace-O-Matic, Inc. filed a Motion for Preliminary Injunction (ECF No. 12) and supporting memorandum of law (ECF No. 13).

2.     Defendant Eckert Seamans Cherin & Mellott, LLC filed its brief in opposition on April 21, 2020.  (ECF No. 21.)

3.     Pursuant to Local Rule 7.7, Pace-O-Matic, Inc.'s reply brief is due to be filed on or before May 5, 2020.

4.      Due to administrative challenges resulting from the COVID-19 pandemic, Pace-O-Matic, Inc. respectfully requests that the deadline to file its reply brief be extended to Friday, May 8, 2020.

5.      Counsel for Eckert Seamans Cherin & Mellott, LLC concurs in this Motion.

WHEREFORE, Pace-O-Matic, Inc. respectfully requests an extension of time until Friday, May 8, 2020 to file its reply in further support of its Motion for Preliminary Injunction.

Respectfully submitted,

s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Attorneys for Plaintiff,
Pace-O-Matic, Inc.

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Dated:  May 4, 2020

2

## **CERTIFICATE OF CONCURRENCE**

I, Daniel T. Brier, hereby certify that I sought the concurrence of Robert S. Tintner, Esquire, counsel for Defendant Eckert Seamans Eckert Cherin & Mellott, LLC, in this Motion.  Mr. Tintner concurs in this motion.


/s/ Daniel T. Brier
Daniel T. Brier

Date:  May 4, 2020

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Unopposed Motion for Enlargement of Time was served upon the following

counsel of record via the Court's ECF filing system on this 4th day of May 2020:

> Abraham C. Reich, Esquire
> Robert S. Tintner, Esquire
> Fox Rothschild LLP
> 2000 Market Street, 10th Floor
> Philadelphia, PA  19103-3291

> /s/ Daniel T. Brier
> Daniel T. Brier