**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 20-CV-292** |
| | : | |
| **ECKERT, SEAMANS, CHERIN &** | : | **JUDGE WILSON** |
| **MELLOTT, LLC,** | : | |
| | : | **ELECTRONICALLY FILED** |
| **Defendant.** | : | |

## ORDER

AND NOW, this 5th day of May 2020, upon consideration of Plaintiff's

Motion for Enlargement of Time to File Reply in Further Support of Motion for

Preliminary Injunction, IT IS HEREBY ORDERED THAT the Motion is

GRANTED.  The deadline for Plaintiff to file its reply brief is extended until May

8, 2020.

　　　　　　　　　　　　　__s/ Jennifer P. Wilson_____
　　　　　　　　　　　　　　　　　　　　　　J.