# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| Plaintiff, | : | |
| v. | : | NO. 20-CV-292 |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC, | : | JUDGE WILSON |
| | : | ELECTRONICALLY FILED |
| Defendant. | : | |

## STIPULATION REGARDING DISCOVERY AND BRIEFING SCHEDULE

WHEREAS, Plaintiff Pace-O-Matic, Inc. ("POM") filed a Motion for Preliminary Injunction and supporting brief on March 24, 2020 (ECF Nos. 12, 13);

WHEREAS, Defendant Eckert Seamans Cherin & Mellott, LLC ("Eckert") filed an opposition brief on April 21, 2020 (ECF No. 21);

WHERAS, POM has sought unopposed leave to file its reply brief on or before May 8, 2020 (ECF No. 22);

WHEREAS, by Order dated March 31, 2020 (ECF No. 17), the Court directed the parties to meet and confer no later than April 28, 2020 to discuss a discovery and briefing schedule; and

WHEREAS, the parties conferred and agreed upon the schedule below.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

1. The parties will conduct discovery relating to POM's Motion for Preliminary Injunction for a period of 75 days beginning on May 5, 2020 and ending on July 20, 2020.

2. Supplemental briefs will be filed by both parties no later than 20 days after the close of discovery and rebuttal briefs will be filed no later than 10 days after the deadline for filing supplemental briefs.

3. If unanticipated issues related to the COVID-19 pandemic arise during the course of discovery that materially impact this schedule, counsel for the parties will promptly bring those issues to the attention of the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel T. Brier | /s/ Robert S. Tintner |
| Daniel T. Brier | Abraham C. Reich |
| Donna A. Walsh | Robert S. Tintner |
| | |
| Myers, Brier & Kelly, LLP | Fox Rothschild LLP |
| 425 Spruce Street, Suite 200 | 2000 Market Street, 10th Floor |
| Scranton, PA  18503 | Philadelphia, PA  19103-3291 |
| (570) 342-6100 | (215) 299-2090 |
| | |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| Pace-O-Matic, Inc. | Eckert Seamans Cherin & Mellott, LLC |

Dated:  May 5, 2020

SO ORDERED:

_____
J.