# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-cv-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## CASE MANAGEMENT CONFERENCE SCHEDULING ORDER

**AND NOW**, on this 6th day of May, 2020, **IT IS ORDERED THAT:**

A case management conference will be conducted via telephone by the court on **September 3, 2020** at **9:30 a.m.** Counsel for Plaintiff shall initiate the telephone conference and have all parties on the line prior to calling chambers at (717) 221-3970. The primary purpose of this conference will be to discuss whether it is necessary to convene an evidentiary hearing or oral argument to address Plaintiff's motion for preliminary injunction. *See* Doc. 17. Any counsel of record may participate in this conference call.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania