# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of June, 2020, following a review of Plaintiff's letter regarding a discovery dispute, Doc. 28, and Defendant's response thereto, Doc. 29, **IT IS ORDERED THAT** this matter is referred to Chief United States Magistrate Judge Susan E. Schwab for assignment to a United States Magistrate Judge for resolution of the dispute.

                                                  s/Jennifer P. Wilson
                                                  JENNIFER P. WILSON
                                                  United States District Court Judge
                                                  Middle District of Pennsylvania