# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | **CASE NO.: 1:20-CV-00292** |
| | : | |
| | : | (Judge Wilson) |
| Plaintiff, | : | |
| | : | (Magistrate Judge Saporito) |
| v. | : | |
| | : | |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

AND NOW, this 19th day of June, 2020, at the request of the district court and pursuant to 28 U.S.C. § 636, the above-captioned case is assigned to Magistrate Judge Saporito for the purpose of resolution of the parties' discovery dispute (*see docs. 28, 29*).

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge
