IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | CIVIL NO. 1:20-CV-0292 |
| | : | |
| Plaintiff | : | (Judge Wilson) |
| | : | |
| v. | : | (Magistrate Judge Saporito) |
| | : | |
| ECKERT, SEAMANS, CHERIN | : | |
| & MELLOTT, LLC, | : | |
| | : | |
| Defendant | : | |

FILED
WILKES BARRE
JUN 22 2020
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 22nd day of June, 2020, IT IS HEREBY

ORDERED THAT:

1. A telephonic conference shall be conducted in the above-captioned action on **June 25, 2020, at 10:00 a.m.**

2. Counsel shall utilize the following information to access the conference:  **Toll-Free Number: (888) 251-2909, Access Code: 2052706.**

JOSEPH F. SAPORITO, JR.
**United States Magistrate Judge**