# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,               :     CIVIL NO. 1:20-CV-0292

       Plaintiff              :     (Judge Wilson)

       v.                      :     (Magistrate Judge Saporito)

ECKERT, SEAMANS, CHERIN   :
& MELLOTT, LLC,                   :

       Defendant              :

## ORDER

**AND NOW, this 25th day of June, 2020,** pursuant to the telephonic discovery conference conducted on this date by the Court with counsel for the parties, counsel for Hawke, McKeon & Sniscak LLP and Kevin J. McKeon, and counsel for Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino, **IT IS HEREBY ORDERED THAT:**

1. All appropriate motions with respect to the discovery issues raised in Docs. 28 and 29, **together with supporting briefs**, shall be filed on or before **July 20, 2020.**

2. Any motions asserting privileges shall be supported with appropriate privilege logs.

3.  All briefs in response to the motions shall be filed on or before

<u>August 7, 2020</u>.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge