IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | CIVIL NO. 1:20-CV-0292 |
| Plaintiff | : | (Judge Wilson) |
| v. | : | (Magistrate Judge Saporito) |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC, | : | |
| Defendant | : | |

**ORDER**

**AND NOW, this 25th day of June, 2020,** pursuant to the request of counsel during the telephonic discovery conference conducted on this date by the Court, **IT IS HEREBY ORDERED THAT** the July 20, 2020, deadline for discovery relating to Pace-O-Matic, Inc.'s, motion for preliminary injunction (See Doc. 27-2, ¶1) is **STAYED** pending further Order of the Court.

JOSEPH F. SAPORITO, JR.
**United States Magistrate Judge**