IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,              :      CIVIL NO. 1:20-CV-0292

      Plaintiff                 :      (Judge Wilson)

v.                               :      (Magistrate Judge Saporito)

ECKER SEAMANS CHERIN &           :
MELLOTT, LLC,                    :

      Defendant                 :

**ORDER**

AND NOW, this 25th day of June, 2020, IT IS HEREBY

ORDERED THAT:

    1.    A settlement conference shall be conducted in the above-captioned action on **July 16, 2020, at 10:00 a.m.** in **Chambers, Max Rosenn U.S. Courthouse, 197 S. Main Street, Wilkes-Barre, Pennsylvania.**

    2.    Individuals having settlement authority may participate in the conference by telephone.

    3.    On or by July 9, 2020, each party shall submit to the undersigned, *via facsimile* at 570-821-4009, or by email at magistrate_judge_saporito@pamd.uscourts.gov., a brief, concise, and

confidential settlement memorandum.

JOSEPH F. SAPORITO, JR.
**United States Magistrate Judge**