## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **NO. 20-CV-292** |
| | **:** | |
| **ECKERT, SEAMANS, CHERIN &** | **:** | **JUDGE WILSON** |
| **MELLOTT, LLC,** | **:** | |
| | **:** | **ELECTRONICALLY FILED** |
| **Defendant.** | **:** | |

## UNOPPOSED MOTION FOR ENLARGEMENT
## OF TIME TO SUBMIT CONFIDENTIAL SETTLEMENT
## MEMORANDUM

Plaintiff Pace-O-Matic, Inc., by and through its undersigned counsel, hereby moves for a brief enlargement of time to submit its confidential settlement memorandum in the above-referenced matter and, in support thereof, states as follows:

1.     On June 25, 2020, Magistrate Judge Joseph F. Saporito, Jr. entered an Order scheduling a settlement conference in this matter on July 16, 2020. (ECF No. 37).

2.     Pace-O-Matic's confidential settlement memorandum is due on or before July 9, 2020. (*Id.*)

3.     Due to the scheduling of administrative staff and overlapping professional commitments involving undersigned counsel, Pace-O-Matic, Inc.

respectfully requests that the deadline to submit its confidential settlement memorandum be extended until 12:00 p.m. on Monday, July 13, 2020.

4.    Counsel for Defendant Eckert Seamans Cherin & Mellott, LLC concurs in this Motion.

WHEREFORE, Pace-O-Matic, Inc. respectfully requests an enlargement of time until 12:00 p.m. on Monday, July 13, 2020 to submit its confidential settlement memorandum.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Attorneys for Plaintiff,
Pace-O-Matic, Inc.

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Dated:  July 6, 2020

2

## <u>CERTIFICATE OF CONCURRENCE</u>

I, Daniel T. Brier, hereby certify that I sought the concurrence of Robert S. Tintner, Esquire, counsel for Defendant Eckert Seamans Eckert Cherin & Mellott, LLC, in this Motion.  Mr. Tintner concurs in this motion.

<u>/s/ Daniel T. Brier</u>
Daniel T. Brier

Date:  July 6, 2020

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Unopposed Motion for Enlargement of Time was served upon the following

counsel of record via the Court's ECF filing system on this 6th day of July 2020:

> Abraham C. Reich, Esquire
> Robert S. Tintner, Esquire
> Fox Rothschild LLP
> 2000 Market Street, 10th Floor
> Philadelphia, PA  19103-3291

> /s/ Daniel T. Brier
> Daniel T. Brier