## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **NO. 20-CV-292** |
| | **:** | |
| **ECKERT, SEAMANS, CHERIN &** | **:** | **JUDGE WILSON** |
| **MELLOTT, LLC,** | **:** | |
| | **:** | **ELECTRONICALLY FILED** |
| **Defendant.** | **:** | |

## ORDER

AND NOW, this _____ day of July 2020, upon consideration of Pace-O-Matic, Inc.'s Unopposed Motion for Enlargement of Time to Submit Confidential Settlement Memorandum, IT IS HEREBY ORDERED THAT the Motion is GRANTED.  The deadline for Plaintiff to submit its confidential settlement memorandum is extended to 12:00 p.m. on Monday July 13, 2020.

_____

J.