## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 20-CV-292 |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | JUDGE WILSON |
| MELLOTT, LLC, | : | |
| | : | ELECTRONICALLY FILED |
| Defendant. | : | |

FILED
WILKES BARRE
JUL 07 2020
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 7th day of July 2020, upon consideration of Pace-O-Matic, Inc.'s Unopposed Motion for Enlargement of Time to Submit Confidential Settlement Memorandum, IT IS HEREBY ORDERED THAT the Motion is GRANTED. The deadline for Plaintiff to submit its confidential settlement memorandum is extended to 12:00 p.m. on Monday July 13, 2020.

Joseph F. Saporito, Jr.
M.J.