

Fox Rothschild LLP
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

ROBERT S. TINTNER, ESQUIRE
Direct Dial: 215-299-2766
Email Address: rtintner@foxrothschild.com

July 9, 2020

**VIA ECF FILING**

The Honorable Joseph F. Saporito, Jr.
United States Magistrate Judge
United States District Court for the
Middle District of Pennsylvania
Max Rosenn United States Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

> **Re:     Pace-O-Matic, Inc. v. Eckert Seamans Cherin Mellott, LLC**
> **U.S.D.C., Middle District of Pennsylvania, Docket No. 1:20-cv-00292**

Dear Judge Saporito:

I represent defendant, Eckert Seamans Cherin & Mellott, LLC ("Eckert"), in the above-referenced matter.  As Your Honor is aware, the Court has scheduled a settlement conference for the parties on July 16, 2020 in Wilkes-Barre.

In part because of the issues that Your Honor will be deciding relating to the privilege issues, and, in part, because Eckert believes that additional discovery is required in order to assess its settlement position, I write respectfully to request a continuance of the July 16, 2020 settlement conference.  I believe that, following the completion of certain depositions and the resolution of the issues before Your Honor, both parties will be in a better position to engage in meaningful settlement discussions.  I fear that, at this juncture of the case, the parties will merely posture the various legal positions that they have already asserted in their injunction papers and opposition without really engaging in discussions that could result in a resolution of the case. We simply believe that a settlement conference next week would be premature.

A Pennsylvania Limited Liability Partnership

California     Colorado     Connecticut     Delaware     District of Columbia     Florida
Illinois     Minnesota     Nevada     New Jersey     New York     Pennsylvania     Texas



For those reasons, we respectfully request that the Court continue the settlement conference until the end of the summer or early September once the parties have completed substantial discovery when both parties will be in a far better posture to discuss resolution.

Thank you for Your Honor's consideration of my request.

Respectfully,

Robert S. Tintner

RST/ebm

cc:     Daniel T. Brier, Esquire (via ECF and e-mail)
        Donna A. Walsh, Esquire (via ECF and e-mail)
        Abraham C. Reich, Esquire (via ECF and e-mail)