# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                 :        NO.:  1:20-cv-00292

      Plaintiff,                          :

  v.                                       :        (WILSON, J.)
                                             (SAPORITO, M.J.)
                                         :

ECKERT, SEAMANS, CHERIN  :
& MELLOTT, LLC,                      :

      Defendant.                          :

## ORDER

AND NOW, this 10th day of July, 2020, **IT IS HEREBY ORDERED THAT:**

1.    A telephonic conference with counsel is scheduled for **Monday,  July 13, 2020**, at **2:00 p.m**.

2.    The purpose of the conference is to discuss the letter dated July 9, 2020 (Doc. 40), received from defendant's counsel.

3.    The court shall initiate the call.

_____
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated:  July 10, 2020