IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                        :        Civil No. 1:20-CV-00292
                                           :
            Plaintiff,                     :
                                           :
  v.                                       : (Judge Wilson)
                                           : (Magistrate Judge Saporito)
ECKERT, SEAMANS,                           :
CHERIN & MELLOTT, LLC,   :
                                           :
            Defendant.                     :

## ORDER

AND NOW, this 13th day of July, 2020, IT IS HEREBY

ORDERED THAT:

1.    The  follow-up  settlement  conference  currently

scheduled for Thursday, July 16, 2020, at 10:00 a.m. **is**

**RESCHEDULED to Tuesday, July 21, 2020, at 10:30 a.m. in**

**Courtroom #1, Max Rosenn United States Courthouse, 197 S.**

**Main Street, Wilkes-Barre, Pennsylvania.**

2.   All persons having settlement authority shall be present

on the date and time of the conference. In the event a person with

settlement  authority  wishes  to  participate  in  the  conference

telephonically, counsel for the party must seek leave of Court to do

so.  Personal attendance shall be excused ONLY for good cause shown.

3.  On or by **July 17, 2020**, each party shall submit to the undersigned, *via facsimile* at 570-821-4009, or by email at magistrate_judge_saporito@pamd.uscourts.gov, a brief, concise, and confidential settlement memorandum.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

**Dated: July 13, 2020**