## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

—————————————————————————

PACE-O-MATIC, INC.,                              :
                                                 :
                      Plaintiff,                 :
        v.                                        :        Docket No. 1:20-cv-00292
                                                 :
ECKERT SEAMANS CHERIN &                          :
MELLOTT, LLC,                                    :        (Judge Jennifer P. Wilson)
                                                 :        (Judge Joseph F. Saporito, Jr.)
                      Defendant.                 :
—————————————————————————:

## MOTION OF DEFENDANT,
## ECKERT SEAMANS CHERIN & MELLOTT, LLC, FOR A
## PROTECTIVE ORDER AGAINST PLAINTIFF, PACE-O- MATIC, INC.

Defendant, Eckert Seamans Cherin & Mellott, LLC ("Eckert"), by and through its counsel, Fox Rothschild LLP, hereby moves the Court for a protective order to prohibt plaintiff, Pace-O-Matic, Inc. ("POM"), from obtaining communications and/or information as between Eckert and its other clients, including but not limited to, Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx Casino"), as such information is protected by the attorney-client privilege, client confidentiality and the attorney work product doctrine. Eckert asserts as follows:

1.      This case involves POM's alleged breach of fiduciary duty claim against Eckert.

2. POM filed a motion for preliminary injunction that has been fully briefed and will be adjudicated by the Court following discovery.

3. In connection with its discovery requests, POM sought communications and other information as between Eckert and another client, Parx Casino, in the form of a document request and interrogatory.

4. POM separately subpoenaed the same information from Parx Casino directly and from Parx Casino's other counsel, Hawke, McKeon & Sniscak, LLP ("Hawke, McKeon").

5. Such information is obviously protected by the attorney-client privilege, client confidentiality and the attorney work product doctrine.

6. POM has separately requested information as between Eckert and third parties; Eckert will provide that information.

7. POM refuses to limit and/or remove the interrogatory and document request seeking attorney-client privileged, client confidential and attorney work product information.

8. As such, Eckert must seek relief from the Court in the form of a protective order.

9. The parties have appropriately met and conferred and cannot reach a resolution.

10.   Eckert hereby incorporates its memorandum of law in support of the motion, which is being filed contemporaneously.

WHEREFORE, defendant, Eckert Seamans Cherin & Mellott, LLC, respectfully requests that this Court enter its proposed form of Order and grant the motion for protective order as to the discovery requests of plaintiff, Pace-O-Matic, Inc.

_____
ABRAHAM C. REICH, ESQUIRE (No. 20060)
ROBERT S. TINTNER, ESQUIRE (No. 73865)
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2090/2766 (telephone)
(215) 299-2150 (facsimile)
areich@foxrothschild.com
rtintner@foxrothschild.com

**Counsel for Defendant,**
**ECKERT SEAMANS CHERIN & MELLOTT,**
**LLC**

Date:   July 20, 2020