## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,                          :
                                             :
                     Plaintiff,              :
        v.                                   :        Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC,                                :        (Judge Jennifer P. Wilson)
                                             :        (Judge Joseph F. Saporito, Jr.)
                     Defendant.              :
_____:

## **O R D E R**

AND NOW, this _____ day of _____, 2020, upon

consideration of the Motion for Protective Order of Defendant, Eckert Seamans

Cherin & Mellott, LLC, and any response thereto, it is hereby ORDERED that the

Motion is GRANTED.  Plaintiff, Pace-O-Matic, Inc., is hereby PROHIBITED

from seeking any discovery concerning communications and/or other information

as between Eckert Seamans Cherin & Mellott, LLC, Hawke, McKeon & Sniscak,

LLP, and any Eckert clients other than Pace-O-Matic, Inc., including but not

limited to, Greenwood Gaming & Entertainment, Inc. d//b/a Parx Casino.

                              BY THE COURT:


                              _____
                              Joseph F. Saporito, Jr., U.S. Magistrate Judge