# In the United States District Court for the Middle District of Pennsylvania

PACE-O-MATIC, INC.         )

                           )

         *Plaintiff,*   )  [ELECTRONICALLY FILED]

                           )

      *vs.*          )  Docket No. 20-292

                           )

ECKERT, SEAMANS, CHERIN  )  JUDGE WILSON

& MELLOT, LLC        )

                           )

        *Defendant.*  )

## LIMITED ENTRY OF APPEARANCE

Please enter the appearance of George A. Bibikos as counsel for Greenwood Gaming & Entertainment, d/b/a Parx Casino in the above matter for the limited purpose of filing a motion regarding a third-party subpoena.

**GA BIBIKOS LLC**

/s George A. Bibikos
George A. Bibikos
5901 Jonestown Rd. #6330
Harrisburg, PA 17112
(717) 580-5305
gbibikos@gabibikos.com

*Counsel for Greenwood Gaming & Entertainment, d/b/a Parx Casino*

## CERTIFICATE OF SERVICE

I hereby certify that I filed and served the foregoing electronically.


/s George A. Bibikos
George A. Bibikos