# In the United States District Court for the Middle District of Pennsylvania

PACE-O-MATIC, INC.            )
                             )
            *Plaintiff,*     ) [ELECTRONICALLY FILED]
                             )
    *vs.*                    ) Docket No. 20-292
                             )
ECKERT, SEAMANS, CHERIN      ) JUDGE WILSON
& MELLOT, LLC                )
                             )
            *Defendant.*     )

## CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Greenwood Gaming & Entertainment, d/b/a Parx Casino, makes the following disclosure: No publicly-held corporation owns 10% or more of the company's stock.

**GA BIBIKOS LLC**

/s George A. Bibikos
George A. Bibikos
5901 Jonestown Rd. #6330
Harrisburg, PA 17112
(717) 580-5305
gbibikos@gabibikos.com

*Counsel for Greenwood Gaming & Entertainment, d/b/a Parx Casino*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed and served the foregoing electronically.


<u>/s George A. Bibikos</u>
George A. Bibikos