# In the United States District Court for the Middle District of Pennsylvania

PACE-O-MATIC, INC.                          )
                                            )
                    *Plaintiff,*    )  [ELECTRONICALLY FILED]
                                            )
        *vs.*                   )  Docket No. 20-292
                                            )
ECKERT, SEAMANS, CHERIN    )  JUDGE WILSON
& MELLOT, LLC                         )
                                            )
                    *Defendant.*   )

## ORDER

AND NOW, this __ day of _____, upon consideration of the motion filed by Greenwood Gaming & Entertainment, d/b/a Parx Casino ("Parx"), to quash a subpoena *duces tecum* issued by Pace-O-Matic, Inc. ("POM") in the above matter, and any response thereto, and it appearing that the subpoena calls for documents protected from disclosure by the confidentiality, attorney-client privilege, and attorney work-product immunity, the motion is GRANTED and the subpoena is hereby QUASHED with prejudice.

FOR THE COURT:

_____
Joseph F. Saporito, Jr.
Magistrate Judge