# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,       **:**

                            **:**

         **Plaintiff,**      **:**      **NO. 20-CV-292**

                            **:**

   **v.**                       **:**      **JUDGE WILSON**

                            **:**

**ECKERT, SEAMANS, CHERIN & :**      **MAGISTRATE JUDGE SAPORITO**
**MELLOTT, LLC,**              **:**

                            **:**      **ELECTRONICALLY FILED**

        **Defendant.**      **:**

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY
## PURSUANT TO FED R. CIV. P. 37(a)(1)

Pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

Pace-O-Matic, Inc. ("POM"), by and through its undersigned counsel, hereby

moves for an Order compelling Defendant Eckert, Seamans, Cherin and Mellott,

LLC and non-parties Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino

and Hawke, McKeon & Sniscak, LLP to produce certain documents and

information withheld from discovery on the basis of a claim of privilege.  The

grounds supporting this Motion are set forth in the accompanying memorandum of

law in accordance with Local Rule 7.5.

Respectfully submitted,

s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Attorneys for Plaintiff,
Pace-O-Matic, Inc.

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Dated:  July 20, 2020

2

## <u>CERTIFICATE OF NONCONCURRENCE</u>

I, Daniel T. Brier, Esquire, hereby certify that I sought the concurrence of Robert S. Tintner, counsel for Defendant, in this Motion.  Mr. Tintner does not concur in this Motion.

<u>/s/ Daniel T. Brier</u>
Daniel T. Brier


Date:  July 20, 2020

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Motion To Compel Discovery was served upon the following counsel of record via

the Court's ECF filing system on this 20th day of July 2020:

> Abraham C. Reich, Esquire
> Robert S. Tintner, Esquire
> Fox Rothschild LLP
> 2000 Market Street, 10th Floor
> Philadelphia, PA  19103-3291

> /s/ Daniel T. Brier
> Daniel T. Brier