IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    :
                                       :
            Plaintiff,                 :        NO. 20-CV-292
                                       :
v.                                     :        JUDGE WILSON
                                       :
ECKERT, SEAMANS, CHERIN & :             MAGISTRATE JUDGE
SAPORITO MELLOTT, LLC,                 :
                                       :        ELECTRONICALLY FILED
            Defendant.                 :

## ORDER

AND NOW, this ____ day of July 2020, upon consideration of

Plaintiff Pace-O-Matic, Inc.'s Motion To Compel Discovery Pursuant to

Fed. R. Civ. P. 37(a)(1), IT IS HEREBY ORDERED THAT the Motion is

GRANTED as follows:

    1.    Defendant Eckert Seamans, Cherin & Mellott, LLC

("Eckert") is Ordered to:

    A.    Produce all communications and documents exchanged

          with counsel for Greenwood Gaming & Entertainment,

          Inc. d/b/a Parx Casino ("Parx Casino") relating to the

          matters docketed at No. 418 M.D. 2018 and/or No. 503

          M.D. 2018 in the Commonwealth Court;

B.       Designate a witness pursuant to Rule 30(b)(6) of the

Federal Rules of Civil Procedure to testify concerning:

(i) communications between Eckert and Parx Casino

relating to any alleged conflict waiver; (ii) total legal fees

paid by Parx Casino to Eckert; and (iii) communications

between Eckert and Parx Casino relating to the claims

asserted in this case and/or Eckert's decision to withdraw

from representing POM.

2.       Parx Casino is Ordered to produce the following in

response to the subpoena *duces tecum* served in this case:

A.       Communications with Eckert concerning any actional or

potential conflict between Parx Casino and POM;

B.       Communications with Eckert relating to any request that

Parx Casino consent to Eckert's concurrent

representation of POM;

C.       Communications with Eckert concerning Eckert's

decision to withdraw from representing POM; and

D.       Documents relating to this action.

3.       Hawke, McKeon & Sniscak, LLP is Ordered to produce

the following in response to the subpoena *duces tecum* served in this case:

2

A.     Communications with Eckert and materials received from Eckert in relation to the actions docketed at No. 418 M.D. 2018 and/or 503 M.D. 2018 in the Commonwealth Court; and

B.     Communications regarding any actual or potential conflict of interest between POM and Parx Casino.

_____

J.

3