# Exhibit A

Eckert Seamans Cherin & Mellott, LLC          TEL    717 237 6000
213 Market Street                             FAX    717 237 6019
8th Floor                                     www.eckertseamans.com
Harrisburg, PA 17101


Mark S. Stewart
717.237.7191
mstewart@eckertseamans.com

### COMMONWEALTH COURT DECISION PAVES WAY FOR CRIMINAL ENFORCEMENT AGAINST ILLEGAL "SKILL" SLOT MACHINES

A recent Commonwealth Court decision is a major development in the eradication of illegal gambling in Pennsylvania. In *POM of Pennsylvania, LLC v. Commonwealth of Pa., et al.*, No. 418 M.D. 2018, the Court concluded that the so-called "skill games" manufactured by POM of Pennsylvania, LLC are slot machines under the definition of that term used by the Legislature in the Gaming Act. Opinion at 11. The Court further found that, unlike licensed gaming activity which is governed by the regulations of the Pennsylvania Gaming Control Board, illegal slot machines are governed by Pennsylvania criminal law, specifically 18 Pa.C.S. § 5513.

Section 5513 of the Crimes Code expressly makes it illegal in Pennsylvania for a person to make, assemble, sell, lease or maintain a slot machine. Section 5513 also makes it a crime for a person or business to use their property, or allow persons to assemble at their property, to play slot machines. Slot machines operated by licensed casinos are excepted from this provision.

The Commonwealth Court has now definitively concluded that POM's "skill games" are nothing more than slot machines. With this ruling, POM and any person who makes, sells, leases, maintains or offers for play one of their games should be immediately subject to criminal enforcement by local and state law enforcement authorities. In addition to criminal prosecution, Section 5513(b) of the Crimes Code empowers law enforcement to seize any slot machine that is not in a licensed casino. 18 Pa.C.S. § 1513(b).

The Pennsylvania State Police have testified that one manufacturer alone is responsible for more than 10,000 of these illegal slot machines in operation in Pennsylvania – and that five or six manufacturers are active in the state. The clarity provided by the Court will enable law enforcement to rid the Commonwealth of these and all similar illegal slot machines.

Thank you,

Mark Stewart, Esq.

{L0843657.1}