# Exhibit C

# ECKERT SEAMANS
## ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
213 Market Street
8th Floor
Harrisburg, PA 17101

TEL   717 237 6000
FAX   717 237 6019
www.eckertseamans.com

Mark S. Stewart
717.237.7191
mstewart@eckertseamans.com

January 10, 2020



Dear Secretary/Treasurer

We write regarding the proliferation of so-called "skill games" across the Commonwealth, for the purpose of requesting that ▆▆▆▆▆▆▆▆▆▆ consider the adoption of a Slot Machine Nuisance Ordinance to help combat the further expansion of these illegal slot machines in Pennsylvania.

Skill games look and operate similar to the slot machines found at a licensed casino. These machines, however, have been branded as "skill games," and it has been argued that they use the skill of the player as the predominant factor in affecting the outcome of the game. Despite this clever marketing, the Commonwealth Court has recently determined that so-called skill games are nothing more than slot machines. POM of Pennsylvania, LLC v. Commonwealth of Pennsylvania, LLC, NO. 418 M.D. 2018 (Pa. Cmwlth. November 20, 2019).

The Court also determined that, unlike gaming in a licensed casino authorized by the Pennsylvania Race Horse Development and Gaming Act, 4 Pa.C.S. §§ 1101-1904 ("Gaming Act"), skill games operate outside of the Gaming Control Board's comprehensive regulatory framework and are instead governed by Pennsylvania's criminal law. The Crimes Code expressly makes it illegal for a person, other than a licensed casino, to make, assemble, sell, lease or maintain a slot machine, or to use their property to allow the play of slot machines. 18 Pa.C.S. § 5513. Despite such actions being crimes, illegal slot machines have spread like wildfire in bars, restaurants, convenience stores, gas stations, and other establishments. It has been estimated that there are tens of thousands of these machines at retail outlets and similar locations throughout the Commonwealth.

Many are concerned about the infiltration of these illegal slot machines plaguing our communities. These machines operate outside of the legal gaming industry authorized in the Commonwealth. They are unregulated, and do not afford any of the protections legal gaming provides, such as the comprehensive oversight of their ownership and operation, safeguards for problem gambling and the prevention of underage gambling by minors. Enclosed is a photograph of an establishment located in a Pennsylvania municipality that is hosting at least seven of these gambling machines. One such machine is being operated by what appears to be an

{L0842270.1}

underage boy, while a woman is gambling on another with her little girl in tow on the seat in front of the machine.

These slot machines deprive county and local governments, as well as the Commonwealth, of millions of dollars of gaming tax revenue each year. This has a direct negative impact on property tax relief for Pennsylvanians. In addition, for municipalities that receive local share funds from licensed casinos, or are eligible for local share grants, the operation of these illegal machines reduces the amount of available local share funds to support municipalities and municipal projects.

These slot machines also take money directly from our senior citizens by siphoning funds away from the Pennsylvania Lottery. The annual impact to the Lottery has been estimated at nearly $140 million, with millions more in jeopardy for senior programs as these slot machines continue to spread. In fact, in a letter directed at the Pennsylvania General Assembly, the Board Chair of Meals on Wheels Pennsylvania made clear that our senior population cannot afford to have more money siphoned away from Lottery funded programs, such Home-Delivered Meals, Senior Centers, APPRISE Counseling, Adult Day and the OPTIONS home and community-based services programs.

We believe that your voice needs to be heard. We are asking that you look at the substantial negative impact of these machines and make an informed decision to oppose their spread in your Township. In our view, municipal enforcement measures are necessary to protect our communities and our youth and seniors from the continued expansion of these slot machines.

We have attached a model Slot Machine Nuisance Ordinance for your consideration. We urge you to consider adopting this proposed Ordinance to address this critical issue. In addition, we note that there are grant funds available to local law enforcement agencies to combat this issue. Grants are awarded through the Pennsylvania Gaming Control Board. Guidelines and application information can be found on the Gaming Board's website at gamingcontrolboard.pa.gov.

We would be happy to work with you on this issue. If there is anything we can do to assist you, or if you have any questions, please do not hesitate to contact us.

Thank you for your attention to this important matter.

Sincerely,

Mark S. Stewart

Enclosure

