# Exhibit H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PACE-O-MATIC, INC.,          :

        Plaintiff,        :

                          :

    v.                    :      **NO. 20-CV-292**

                          :

ECKERT, SEAMANS, CHERIN & :     **JUDGE WILSON**
MELLOTT, LLC,            :

                          :

        Defendant.     :

**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)**

To:    Abraham C. Reich, Esquire
       Robert S. Tintner, Esquire
       Fox Rothschild, LLP
       2000 Market Street, 20th Floor
       Philadelphia, PA  19103

PLEASE TAKE NOTICE THAT Plaintiff Pace-O-Matic, Inc. will take the

deposition of a Corporate Designate of Defendant Eckert, Seamans, Cherin &

Mellott, LLC ("Eckert") pursuant to Federal Rule of Civil Procedure 30(b)(6)

before a notary public or some other officer authorized to administer oaths under

law, at the offices of Myers, Brier & Kelly, LLP, Suite 200, 425 Spruce Street,

Scranton, Pennsylvania on June 26, 2020 commencing at 10:00 a.m. and

continuing from day to day thereafter until completed.  You are invited to attend

and participate in the examination if you so desire.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the

matters on which the corporate designate will be examined include:

1.     Disclosures, whether oral or written, made to Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx Casino") in connection with seeking Parx Casino's informed consent for any representation involving an actual or potential conflict of interest with Pace-O-Matic, Inc. or any of its affiliates and/or subsidiaries (hereafter "POM").

2.     Disclosures, whether oral or written, made to any other client of Eckert in connection with seeking informed consent for any representation involving an actual or potential conflict of interest with POM.

3.     Disclosures, whether oral or written, made to POM in connection with seeking POM's informed consent for any representation involving an actual or potential conflict of interest with any other client of Eckert.

4.     The "confidentiality screen" referenced in the January 29, 2020 letter from Timothy S. Coon, Esquire.

5.     Participation, direct or indirect, and/or involvement of any member, employee, agent or representative of Eckert in the matters docketed at No. 418 M.D. 2018 and/or No. 503 M.D. 2018 in the Commonwealth Court.

6.     Communications with counsel and/or the parties in the matters docketed at No. 418 M.D. 2018 and/or No. 503 M.D. 2018 in the Commonwealth Court.

2

7. The "gaming clients" referenced in Paragraphs 7, 8, 14 and 24 of the Answer filed in this matter (ECF No. 9).

8. Conflict checks performed by Eckert in relation to any proposed representation of POM.

9. The assertions in the Answer filed in this matter (ECF No. 9).

10. The basis for the assertion in the April 7, 2017 email from Mark S. Stewart, Esquire that "[t]he casinos we represent are . . . working actively against [Pace-O-Matic, Inc.] in the legislative sphere in PA."

11. The basis for the assertion in the February 6, 2017 email from Mark S. Stewart, Esquire that "our clients do not agree they [*i.e.* Pace-O-Matic, Inc.'s] games are games of skill and will likely be actively opposing them on legal and legislative fronts."

12. The basis for the assertion in the February 1, 2017 email from Mark S. Stewart, Esquire that "we will definitely be affirmatively going after this industry in PA. . . ."

13. Communications between any member, employee, agent or representative of Eckert and any municipality, law enforcement agency, regulatory agency or government unit in Pennsylvania concerning electronic games.

14.    Fees paid by the "gaming clients" referenced in Paragraph 7 above to Eckert during the period from December 20, 2016 to January 29, 2020.

15.    Communications between Eckert and Parx Casino concerning Eckert's decision to withdraw from the representation of POM.

Respectfully submitted:

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Attorneys for Plaintiff,
Pace-O-Matic, Inc.

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Dated:  June 5, 2020

4

# CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) was served upon the following counsel of record via electronic and first-class mail, postage prepaid, on this 5th day of June 2020:

Abraham C. Reich, Esquire
Robert S. Tintner, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

/s/ Daniel T. Brier
Daniel T. Brier