# Exhibit I

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| PACE-O-MATIC, INC. | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 20-CV-292 |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Greenwood Gaming & Entertainment, Inc. / d/b/a Parx Casino
2999 Street Road, Bensalem, PA 19020

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
See Exhibit 'A'

| Place: Myers, Brier & Kelly, LLP<br>425 Spruce Street, Suite 200<br>Scranton, PA 18503 | Date and Time:<br>06/15/2020 10:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _6-4-20_

| _CLERK OF COURT_ | | |
|---|---|---|
| | OR | |
| _____<br>Signature of Clerk or Deputy Clerk_ | | _____<br>Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ ___Plaintiff___
PACE-O-MATIC, INC. _____ , who issues or requests this subpoena, are:
Donna A. Walsh, Esquire
MYERS, BRIER & KELLY, LLP 425 Spruce Street, Suite 200, Scranton, PA 18503 570-342-6100

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 20-CV-292

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____    on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                         *Server's signature*

                                _____
                                         *Printed name and title*

                                _____
                                         *Server's address*

Additional information regarding attempted service, etc.:

Donna A. Walsh, Esquire
425 Spruce St., Ste. 200
Scranton, PA 18503
(570) 342-6100

## United States District Court
## In the Middle District of Pennsylvania

**Pace-O-Matic, Inc.**

v.

**Case No.:20-CV-292**

**Eckert, Seamans, Cherin & Mellott LLC**

Commonwealth of Pennsylvania
County of Philadelphia   ss

## AFFIDAVIT OF SUBSTITUTED SERVICE

I, **Thomas J. Crean, Jr.**, being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino** |
| DOCUMENTS SERVED: | **Subpoena** |
| BY LEAVING WITH: | **Gary Stalford, Person in Charge** |
| DATE & TIME OF SERVICE: | **6/9/2020  1:33 PM** |

PHYSICAL DESCRIPTION:  **Age: 57**　**Weight: 220**　　**Hair: Grey**
**Sex: Male**　**Height: 5'9**　　**Race: White**

SERVED ADDRESS:  **2999 Street Rd**
**Bensalem, PA 19020-2060**

Comments: **Phone is 267-525-7220**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.



Thomas J. Crean, Jr.
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393



GPS: 40.117783… …5099950081215

Order #P179370

## Exhibit "A"

### Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino
### 2999 Street Road Bensalem, PA 19020

#### Definitions

"Document" and "documents" mean any written, recorded or graphic material of any kind, whether prepared by you or by any other person, that is in your possession, custody or control. The term includes agreements, contracts, letters, correspondence, inter-office communications, memoranda, reports, records, notes, diaries, drawings, sketches, diagrams, photographs, photocopies, charts, graphs, descriptions, drafts, minutes, invoices, recordings, publications, transcripts, electronic mail, voice mail, social media posts and printouts. The term "document" includes information stored in, or accessible through, computer or other information retrieval systems (including any computer archives or back up systems). Any such document is to be produced in a reasonably legible and usable form. The term "document" also includes all drafts of a document and all copies that differ in any respect from the original, including any notation, underlining, marking or information not on the original.

#### Documents Requested

1. Any and all documents that constitute, include or reflect communications with any member, employee, agent or representative of Eckert, Seamans, Cherin & Mellott, LLC ("Eckert") concerning any actual or potential conflict of interest that Eckert may have in representing Pace-O-Matic, Inc. or any of its affiliates and Greenwood Gaming & Entertainment, Inc. d/b/a. Parx Casino or any of its affiliates ("Parx Casino").

2. Any and all documents that constitute, include or reflect communications with any member, employee, agent or representative of Eckert relating to any request by Eckert that Parx Casino or any of its affiliates consent to Eckert's concurrent representation of Pace-O-Matic, Inc. or any of its affiliates.

3. Any and all documents that constitute, include or reflect communications with any member, employee, agent or representative of Eckert relating to Eckert's decision to withdraw from its representation of Pace-O-Matic, Inc. or any of its affiliates.

4. Any and all documents relating or referring to the matter pending in the Middle District of Pennsylvania captioned *Pace-O-Matic, Inc. v. Eckert, Seamans Cherin & Mellott, LLC*, No. 20-CV-00292.