## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,     :
            :
    Plaintiff    : No. 1:20-cv-00292
            :
    v.      : (Judge Jennifer P. Wilson)
            : (Magistrate Judge Joseph F. Saporito, Jr.)
ECKERT SEAMANS CHERIN & :
MELLOTT, LLC,      :
            : Electronically Filed Document
    Defendant.  :

## MOTION OF HAWKE MCKEON & SNISCAK LLP FOR A PROTECTIVE ORDER AND/OR TO QUASH SUBPOENA

Pursuant to Fed. R. Civ. P. 26(c) and/or Fed. R. Civ. P. 45(d)(3)(A)(iii), Hawke McKeon & Sniscak, LLP (HMS) respectfully moves this Court for a protective order and/or an order to quash the subpoena to produce documents served upon HMS by Plaintiff in the above-captioned matter, Pace-O-Matic, Inc.

Pursuant to Fed. R. Civ. P. 26(c)(1), the undersigned certifies that he has in good faith conferred with other affected parties to resolve the dispute without court action but that no resolution was reached.

Pursuant to Local Rule 7.1, accompanying this Motion is a Brief in Support of Motion for Protective Order and/or to quash and a proposed order.

Respectfully submitted,

*/s/ Dennis A. Whitaker*
Dennis A. Whitaker, I.D. #53975
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA  17101
(717) 236-1300
(717) 236-4841
dawhitaker@hmslegal.com

*Counsel for Hawke McKeon & Sniscak, LLP*

Dated: July 20, 2020

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 20, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the Middle District of Pennsylvania by using the ECF system. Pursuant to LR 5.7, participants in the case who are registered ECF users will be served by the ECF system.

*/s/ Dennis A. Whitaker*