# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    :
                                       :
      Plaintiff            :    No. 1:20-cv-00292
                                       :
     v.                    :    (Judge Jennifer P. Wilson)
                                       :    (Magistrate Judge Joseph F. Saporito, Jr.)
ECKERT SEAMANS CHERIN &                :
MELLOTT, LLC,                          :
                                       :    Electronically Filed Document
      Defendant.           :


## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of Hawke McKeon & Sniscak, LLP's Motion for a Protective Order and/or Motion to Quash the Pace-O-Matic, Inc. issued subpoena to produce documents and of any response thereto, it is hereby **ORDERED** that said Motion is **GRANTED** and a Protective Order issued/the subpoena is Quashed. Pace-O-Matic, Inc. is hereby **PROHIBITED** from seeking any discovery concerning communications and/or other information as between Eckert Seamans Cherin & Mellott, LLC, Hawke, McKeon & Sniscak, LLP, Greenwood Gaming & Entertainment, Inc. d//b/a Parx Casino and any other entity represented by Hawke McKeon & Sniscak, LLP in the Pennsylvania Commonwealth Court matters at Nos. 418 MD 2018 and 502 MD 2018.

_____

, J.
United States District Judge