

**Dennis A. Whitaker**
**(717) 703-0805**
**dawhitaker@hmslegal.com**

100 North 10th Street, Harrisburg, Pennsylvania 17101    |    (717) 236-1300    |    www.hmslegal.com

July 24, 2020

*Via E-Filing*

U.S. District Court
Middle District of Pennsylvania

   **Re:** *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC*
      **Docket No. 1:20-cv-00292; Amended Attachment Doc. No. 53-4**

To the Clerk of Courts:

  Filed concurrently with this letter, please find an **Amended Attachment 4** to the Brief of Hawke McKeon & Sniscak, LLP in Support of Motion for a Protective Order and/or Motion to Quash Subpoena, filed on July 20, 2020 (Doc. No. 53-4). If you have any questions, please contact my office.

        Sincerely,

        */s/ Dennis A. Whitaker*
        Dennis A. Whitaker
        *Counsel for Hawke McKeon & Sniscak, LLP*