IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :        NO. 20-CV-292
                                       :
ECKERT, SEAMANS, CHERIN & :             JUDGE WILSON
MELLOTT, LLC,                          :        MAG. JUDGE SAPORITO
                                       :
        Defendant.                     :        ELECTRONICALLY FILED


UNOPPOSED MOTION FOR MUTUAL
ENLARGMENT OF TIME TO FILE REPLY IN
FURTHER SUPPORT OF DISCOVERY MOTIONS

Pursuant to Rule 7.1 of the Local Rules of Court, Plaintiff Pace-O-Matic, Inc., by and through its undersigned counsel, hereby moves for a brief enlargement of the mutual deadline to file reply briefs related to the discovery motions relating to the above-referenced matter and, in support thereof, states at follows:

1.    On June 15, 2020, Pace-O-Matic, Inc. filed a letter to Judge Jennifer Wilson outlining several discovery disputes.  (ECF No. 28.)

2.    Defendant Eckert Seamans Cherin & Mellott, LLC filed a responsive letter June 18, 2020.  (ECF No. 29.)

3.    On June 19, 2020, Magistrate Judge Susan E. Schwab assigned the above matter to Magistrate Judge Saporito for the purpose of resolving the parties' discovery dispute.  (ECF No. 31.)

4. On June 25, 2020 Judge Saporito issued a briefing schedule outlining deadlines for the filing of all appropriate motions relating to discovery issues to be filed on or before July 20, 2020. All briefs in response to the motions are due to be filed on or before the mutual deadline of August 7, 2020. (ECF No. 35.)

5. Pace-O-Matic, Inc. respectfully requests that the mutual deadline to file reply briefs related to the discovery be extended to Friday, August 14, 2020.

6. Counsel for Eckert Seamans Cherin & Mellott, LLC and third-parties Hawke McKeon & Sniscak, LLP and Greenwood Gaming & Entertainment d/b/a Parx Casino, concur in this Motion.

WHEREFORE, Pace-O-Matic, Inc. respectfully requests an extension of time until Friday, August 14, 2020 to file the reply briefs regarding the outstanding discovery motions.

Respectfully submitted,

s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Attorneys for Plaintiff,
Pace-O-Matic, Inc.

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Dated:  August 7, 2020

## CERTIFICATE OF CONCURRENCE

I, Daniel T. Brier, hereby certify that I sought the concurrence of Robert S. Tintner, Esquire, counsel for Defendant Eckert Seamans Eckert Cherin & Mellott, LLC, Denis A. Whitaker, Esquire, counsel for Hawke McKeon & Sniscak, LLP and George A. Bibikos, Esquire, counsel for Greenwood Gaming & Entertainment d/b/a Parx Casino, in this Motion.  All counsel concur in this motion.


/s/ Daniel T. Brier
Daniel T. Brier

Date:  August 7, 2020

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Unopposed Motion for Enlargement of Time was served upon the following

counsel of record via the Court's ECF filing system on this 7th day of August

2020:

Abraham C. Reich, Esquire
Robert S. Tintner, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

Dennis A. Whitaker, Esquire
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA  17101

George A. Bibikos
5901 Jonestown Road #6330
Harrisburg, PA 17112

/s/ Daniel T. Brier
Daniel T. Brier