## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    :

       Plaintiff,                     :

                                       :

       v.                              :          NO. 20-CV-292

                                       :

ECKERT, SEAMANS, CHERIN & :          JUDGE WILSON
MELLOTT, LLC,                          :          MAG. JUDGE SAPORITO

                                       :

       Defendant.                     :          ELECTRONICALLY FILED

## ORDER

AND NOW, this **7th** day of August 2020, upon consideration of the

Unopposed Motion for Mutual Enlargement of Time to File Reply in Further

Support of Discovery Motions, IT IS HEREBY ORDERED THAT the Motion is

GRANTED.  The deadline for the parties to file reply briefs is extended until

August 14, 2020.

_Joseph F. Saporito, Jr._
M.J.