**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

PACE-O-MATIC, INC.,                       :
                                          :
                    Plaintiff,            :
        v.                                :        Docket No. 1:20-cv-00292
                                          :
ECKERT SEAMANS CHERIN &                   :
MELLOTT, LLC,                             :        (Judge Jennifer P. Wilson)
                                          :        (Judge Joseph F. Saporito, Jr.)
                    Defendant.            :
_____:

## **O R D E R**

AND NOW, this ____ day of _____, 2020, upon

consideration of the Motion to Compel of Plaintiff, Pace-O-Matic, Inc., and the

response in opposition filed by Defendant, Eckert Seamans Cherin & Mellott,

LLC, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:


_____
Joseph F. Saporito, Jr., U.S. Magistrate Judge