*E X H I B I T "C"*

Case 1:20-cv-00292-JPW    Document 59-4    Filed 08/14/20    Page 2 of 3

**PACE-O-MATIC, INC. v. ECKERT SEAMANS CHERIN & MELLOTT, LLC**
**NO. 20-CV-292**
**PRIVILEGE LOG**

| Date | From | To | cc | Subject | Privilege |
|---|---|---|---|---|---|
| 12/23/19 @ 10:08 am | Matt Haverstick | Tom Lisk<br>Dan Brier | Paul Goldean<br>Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/23/19 @ 10:20 am | Paul Goldean | Matt Haverstick<br>Tom Lisk<br>Dan Brier | Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/23/19 @ 10:21 am | Matt Haverstick | Paul Goldean | Tom Lisk<br>Dan Brier<br>Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/23/19 @ 10:36 am | Dan Brier | Paul Goldean<br>Tom Lisk | Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey<br>Carol Kelleher | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/23/19 @ 10:49 am | Tom Lisk | Dan Brier<br>Paul Goldean | Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey<br>Carol Kelleher | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/23/19 @ 11:06 am | Paul Goldean | Dan Brier<br>Tom Lisk | Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey<br>Carol Kelleher | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |

Case 1:20-cv-00292-JPW    Document 59-4    Filed 08/14/20    Page 3 of 3

**PACE-O-MATIC, INC. v. ECKERT SEAMANS CHERIN & MELLOTT, LLC**
**NO. 20-CV-292**
**PRIVILEGE LOG**

| Date | From | To | cc | Subject | Privilege |
|---|---|---|---|---|---|
| 12/23/19 @ 1:05 pm | Paul Goldean | Dan Brier<br>Tom Lisk | Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey<br>Carol Kelleher | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/23/19 @ 1:06 pm | Dan Brier | Paul Goldean<br>Tom Lisk | Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey<br>Carol Kelleher<br>Donna Walsh | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/26/19 @ 8:41 pm | Greg Cline | Paul Goldean | Mark Poovey<br>Greg Cline<br>Dan Brier<br>Michael Barley<br>Lee Wesson<br>Tom Lisk | Tentative-<br>Eckert<br>Matter-New<br>Counsel<br>Introduction | Attorney-Client Privilege;<br>Work Product Doctrine |
| 01/30/20 @ 1:39 pm | Dan Brier | Tom Lisk | Greg Cline | POM | Attorney-Client Privilege;<br>Work Product Doctrine |
| 01/31/20 | Donna Walsh | POM File | | Discussion<br>w/ Tom Lisk | Attorney-Client Privilege;<br>Work Product Doctrine |
| 02/07/20 @ 3:20 pm | Greg Cline | Tom Lisk | | Dan Brier | Attorney-Client Privilege;<br>Work Product Doctrine |
| 02/07/20 @ 3:24 pm | Tom Lisk | Greg Cline | | Dan Brier | Attorney-Client Privilege;<br>Work Product Doctrine |
| 02/07/20 @ 4:14 pm | Greg Cline | Tom Lisk<br>Greg Cline | | Dan Brier | Attorney-Client Privilege |