# Attachment 1

**Miscellaneous Docket Sheet**                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  418 MD 2018**

**Page 1 of 10**



**August 5, 2020**

| CAPTION |
|---|

POM of Pennsylvania, LLC,
Petitioner

v.

Commonwealth of Pennsylvania,
Department of Revenue,  and City
of Philadelphia,
Respondents

| CASE INFORMATION |
|---|

Initiating Document:          Petition for Review

Case Status:                    Active

Case Processing Status:      May 11, 2020            Awaiting Petitioner Paperbooks

Journal Number:               35-05-2019

Case Category:        Miscellaneous              Case Type(s):        Declaratory Judgment

| CONSOLIDATED CASES | RELATED CASES |
|---|---|

| | | Docket No / Reason | Type |
|---|---|---|---|
| | | 503 MD 2018 | Related |
| | |    Similar Issue(s) | |

| COUNSEL INFORMATION |
|---|

**Petitioner**       **POM of Pennsylvania, LLC**
Pro Se:                  No
IFP Status:

| | |
|---|---|
| Attorney: | Haverstick, Matthew Hermann |
| Law Firm: | Kleinbard LLC |
| Address: | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000                    Fax No: |

| | |
|---|---|
| Attorney: | Gagne, Paul Gerard |
| Law Firm: | Kleinbard LLC |
| Address: | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 523-5302                    Fax No: |

| | |
|---|---|
| Attorney: | Schreiner, Eric Joseph |
| Law Firm: | Kleinbard LLC |
| Address: | One Liberty Place, 46th Floor |
| | 1650 Market Street |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000                    Fax No: |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                    **Commonwealth Court of Pennsylvania**

**Docket Number:  418 MD 2018**

**Page 2 of 10**

**August 5, 2020**



| COUNSEL INFORMATION |
|---|

**Petitioner**    **POM of Pennsylvania, LLC**

Pro Se:            No

IFP Status:

    Attorney:    Vance, Shohin Hadizadeh

    Law Firm:    Kleinbard LLC

    Address:     1717 Arch St 5th Fl
                Philadelphia, PA 19103

    Phone No:    (215) 568-2000          Fax No:

---

**Possible Intervenor**    **Pennsylvania Gaming Control Board**

Pro Se:            No

IFP Status:

    Attorney:    Sherman, Richard Douglas

    Address:     Pa Gaming Control Board
                303 Walnut St
                Harrisburg, PA 17101-1803

    Phone No:    (717) 703-2566          Fax No:

---

    Attorney:    Cook, Stephen S.

    Law Firm:    Pennsylvania Gaming Control Board

    Address:     Pa Gaming Control Bd
                Po Box 69060
                Harrisburg, PA 17106-9060

    Phone No:    (717) 346-8300          Fax No:

---

**Possible Intervenor**    **Greenwood Gaming and Entertainment et al.**

Pro Se:            No

IFP Status:

    Attorney:    McKeon, Kevin James

    Address:     Hawke Mckeon & Sniscak Llp
                100 N 10TH St
                Harrisburg, PA 17101

    Phone No:    (717) 236-1300          Fax No:

---

    Attorney:    King, Adrian Renz, Jr.

    Law Firm:    Ballard Spahr LLP

    Address:     1735 Market St 51st Fl
                Philadelphia, PA 19103

    Phone No:    (215) 864-8622          Fax No:

---

**Respondent**    **Department of Revenue**

Pro Se:            No

IFP Status:

    Attorney:    Romano, Karen Mascio

    Law Firm:    PA Office of Attorney General

    Address:     PA Ofc of Attorney General
                Strawberry Sq Fl 15
                Harrisburg, PA 17120

    Phone No:    (717) 787-2717          Fax No:

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  418 MD 2018**

**Page 3 of 10**

**August 5, 2020**

| COUNSEL INFORMATION |
|---|

**Respondent**          **City of Philadelphia**
Pro Se:                 No
IFP Status:
         Attorney:       Jefferson, Edward P.
         Law Firm:       Philadelphia Solicitor's Office
         Address:        City Of Phila Law Dept
                         1515 Arch St 15th Fl
                         Philadelphia, PA 19102-1595
         Phone No:       (215) 683-5104                    Fax No:

| FEE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
| 04/01/2019 | Petition for Reargument | 15.00 | | | 0.00 |
| 06/08/2018 | Miscellaneous Docket Filing Fee | 70.25 | 06/11/2018 | 2018-CMW-H-001369 | 70.25 |
| 07/24/2018 | Copy Work (Per Page) | 20.00 | 07/24/2018 | 2018-CMW-H-001703 | 20.00 |
| 03/08/2019 | Copy Work (Per Page) | 174.50 | 03/08/2019 | 2019-CMW-H-000490 | 174.50 |
| 03/13/2019 | Copy Work (Per Page) | 230.50 | 03/13/2019 | 2019-CMW-H-000523 | 230.50 |
| 03/22/2019 | Copy Work (Per Page) | 23.50 | 03/22/2019 | 2019-CMW-H-000595 | 23.50 |
| 04/22/2019 | Copy Work (Per Page) | 361.00 | 04/22/2019 | 2019-CMW-H-000850 | 361.00 |
| 12/23/2019 | Copy Work (Per Page) | 63.00 | 12/23/2019 | 2019-CMW-H-002645 | 63.00 |
| 12/31/2019 | Copy Work by Clerk (Per Page) | 45.00 | 12/31/2019 | 2019-CMW-H-002684 | 45.00 |
| 01/06/2020 | Copy Work by Clerk (Per Page) | 92.00 | 01/06/2020 | 2020-CMW-H-000059 | 92.00 |
| 01/23/2020 | Copy Work by Clerk (Per Page) | 2.00 | 01/23/2020 | 2020-CMW-H-000193 | 2.00 |
| 03/10/2020 | Subpoena | 28.00 | 03/10/2020 | 2020-CMW-H-000635 | 28.00 |
| 06/11/2020 | Copy Work (Per Page) | 33.50 | 06/11/2020 | 2020-CMW-H-001215 | 33.50 |

| AGENCY/TRIAL COURT INFORMATION |
|---|

Order Appealed From:                              Notice of Appeal Filed:
Order Type:
Documents Received:       June 8, 2018

Court Below:
County:                                           Division:
Judge:                                            OTN:
Docket Number:                                    Judicial District:

| ORIGINAL RECORD CONTENT |
|---|

Original Record Item                    Filed Date        Content Description


**Date of Remand of Record:**

| BRIEFING SCHEDULE |
|---|

**Petitioner**                                    **Respondent**
 **POM of Pennsylvania, LLC**                       **Department of Revenue**
 **Brief**                                          **Brief**
Due: March 4, 2019          Filed: May 11, 2020     Due: February 18, 2019          Filed: March 11, 2019

| DOCKET ENTRY |
|---|

Filed Date        Docket Entry / Filer        Representing        Participant Type        Exit Date

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  418 MD 2018**

**Page 4 of 10**



**August 5, 2020**

| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **June 8, 2018** | Petition for Review Filed<br>POM of Pennsylvania, LLC | | Petitioner | |
| | Document Name:  Petition for Review for Declaratory and Injunctive Relief | | | |
| **June 11, 2018** | Notice Exited<br>Commonwealth Court Filing<br>Office | | | 06/11/2018 |
| **June 15, 2018** | Entry of Appearance<br>Auerbach, Daniel Johnson | City of Philadelphia | Respondent | |
| | Document Name:  On behalf of Respondent | | | |
| **July 6, 2018** | Entry of Appearance<br>Romano, Karen Mascio | Department of Revenue | Respondent | |
| **July 6, 2018** | Application for Extension of Time to File<br>Romano, Karen Mascio<br>Auerbach, Daniel Johnson | Department of Revenue<br>City of Philadelphia | Respondent<br>Respondent | |
| | Document Name:  Resps' Uncontested App. for Relief in the Form of a Motion for an Ext. of Time to file a response | | | |
| **July 11, 2018** | Order Granting Application for Extension of Time to File<br>Ceisler, Ellen | | | 07/12/2018 |
| | Document Name:  Respondents' response to the PFR shall be filed by 8-10-18. | | | |
| **August 10, 2018** | Answer and New Matter<br>Romano, Karen Mascio | Department of Revenue | Respondent | |
| | Document Name:  And Counterclaim of Respondent, Commonwealth of Pennsylvania, Department of Revenue | | | |
| **August 10, 2018** | Answer and New Matter<br>Auerbach, Daniel Johnson | City of Philadelphia | Respondent | |
| | Document Name:  Respondent City of Philadelphia's Answer to Petition for Review | | | |
| **August 15, 2018** | Praecipe for Withdrawal of Appearance<br>Pratt, Marcel S. | City of Philadelphia | Respondent | |
| **September 10, 2018** | Answer to New Matter<br>Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name:  Reply of Petitioner to Respondent City of Phila's New Matter | | | |
| **September 10, 2018** | Answer to New Matter<br>Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name:  Response of Petitioner to Dept. of Revenue's New Matter and Counterclaim | | | |
| **October 5, 2018** | Answer to New Matter<br>Romano, Karen Mascio | Department of Revenue | Respondent | |
| | Document Name:  Response of Respondent, Commonwealth of Pennsylvania, Department of Revenue to Petitioner's<br>Comment:  New Matter to Counterclaim. | | | |
| **November 9, 2018** | Entry of Appearance<br>Jefferson, Edward P. | City of Philadelphia | Respondent | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                    **Commonwealth Court of Pennsylvania**

**Docket Number: 418 MD 2018**

**Page 5 of 10**

**August 5, 2020**



| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| **Filed Date** | **Docket Entry / Filer** | **Representing** | **Participant Type** | **Exit Date** |
| **January 11, 2019** | Application for Summary Relief | | | |
| | Romano, Karen Mascio | Department of Revenue | Respondent | |
| Document Name: | Respondent, Com. of Pa., Dept. of Rev.'s App. for Summary Relief in the Nature of a Motion for | | | |
| Comment: | Partial Judgment on the Pleadings | | | |
| **January 25, 2019** | Application for Extension of Time to File | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Schreiner, Eric Joseph | POM of Pennsylvania, LLC | Petitioner | |
| | Romano, Karen Mascio | Department of Revenue | Respondent | |
| Document Name: | Joint App. for Ext. of Time to File Answer and Request for Expedited Consideration | | | |
| **January 28, 2019** | Order Granting Application for Extension of Time to File | | | 01/29/2019 |
| | Simpson, Robert E. | | | |
| Document Name: | Upon consideration of the joint application for extension of time to file answer | | | |
| Comment: | and request for expedited consideration, the application is granted. The following schedule shall apply to this case: | | | |
| | (a) Petitioner shall file and serve its answer to respondent Department of Revenue's application for summary relief in the nature of a motion for partial judgment on the pleadings (Motion) on or before February 11, 2019; | | | |
| | (b) Respondent shall file and serve its brief in support of the Motion (4 copies) on or before February 18, 2019; | | | |
| | (c) Petitioner shall file and serve its brief in opposition to the Motion (4 copies) on or before March 4, 2019; | | | |
| | (d) Respondent may file and serve a reply brief (4 copies), if any, on or before March 11, 2019. | | | |
| | Upon the filing of all briefs, the Chief Clerk shall list the Motion for oral argument before a panel of judges on the next available and appropriate argument session, unless otherwise ordered. | | | |
| **February 11, 2019** | Answer to Application for Relief | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | Petitioners' Response to the Com. of Pa. Dept. of Rev.'s App. for Summary Relief in the Nature of a | | | |
| Comment: | Motion for Partial Judgment on the Pleadings | | | |
| **February 12, 2019** | Entry of Appearance | | | |
| | Paul, Inder Deep | Department of Revenue | Respondent | |
| **February 18, 2019** | Respondent's Brief Filed | | | |
| | Department of Revenue | | Respondent | |
| Document Name: | Respondent Brief in Support of Summary Relief | | | |
| **February 19, 2019** | Praecipe for Withdrawal of Appearance | | | |
| | Auerbach, Daniel Johnson | City of Philadelphia | Respondent | |
| **February 21, 2019** | Tentative Session Date | | | |
| | Krimmel, Michael | | | |
| Document Name: | May 2019 (Pittsburgh) | | | |
| **February 22, 2019** | Application to Transfer | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | App. of Petitioner POM of Pa, LLC to Coordinate and Transfer of Civil Actions | | | |

**Miscellaneous Docket Sheet**                                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  418 MD 2018**

**Page 6 of 10**

**August 5, 2020**



| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **February 22, 2019** | Application for Stay | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | Expedited Application of Petitioner POM of Pennsylvania for Stay of Common Pleas Actions. | | | |
| **March 4, 2019** | Petitioner's Brief Filed | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| **March 6, 2019** | Order Filed | | | 03/06/2019 |
| | Fizzano Cannon, Christine | | | |
| Document Name: | Respondents shall file a response to the app. for stay by 3-13-19.  Respondents shall file a | | | |
| Comment: | response to the app. to coordinate by 3-15-19.  Argument on petitioner's app. for stay is set for 3-21-19, 1:30 pm.  The argument shall be conducted by telephone call to the offices of counsel of record and shall originate from the chambers of a designated judge of the Comm. Ct. sitting in HBG.  Cell phones may not be used. | | | |
| **March 11, 2019** | Application for Oral Argument | | | |
| | Romano, Karen Mascio | Department of Revenue | Respondent | |
| Document Name: | Application of Respondent, Commonwealth of Pennsylvania, Department of Revenue for Oral Argument | | | |
| Comment: | En Banc | | | |
| **March 11, 2019** | Respondent's Reply Brief Filed | | | |
| | Romano, Karen Mascio | Department of Revenue | Respondent | |
| | Department of Revenue | | Respondent | |
| Document Name: | Brief in Further Support of Summary Relief | | | |
| **March 13, 2019** | Application for Intervention (Pa.R.A.P. 1531b) | | | |
| | Wilson, Christopher Farrell | TMC Consulting Incorporated | Possible Intervenor | |
| | Wilson, Christopher Farrell | Pong Game Studios Corporation | Possible Intervenor | |
| Document Name: | Petition to Intervene | | | |
| **March 13, 2019** | Answer to Application to Transfer | | | |
| | Romano, Karen Mascio | Department of Revenue | Respondent | |
| Document Name: | Answer of Respondent, Com. of Pa., Dept. of Revenue to App. to Coordinate and Transfer Civil Action | | | |
| **March 13, 2019** | Answer to Application for Stay | | | |
| | Romano, Karen Mascio | Department of Revenue | Respondent | |
| Document Name: | Answer of Respondent, Com. of Pa., Dept. of Revenue to App. for Stay of Common Pleas Action | | | |
| **March 13, 2019** | Filed - Other | | | |
| | POM of Pennsylvania, LLC | | Petitioner | |
| Document Name: | Certificate of Word Count Compliance | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**

**Commonwealth Court of Pennsylvania**

**Docket Number:  418 MD 2018**

**Page 7 of 10**



**August 5, 2020**

| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **March 13, 2019** | Order Filed<br>Per Curiam | | | 03/14/2019 |
| | Document Name: | Upon consideration of Pong Game Studios Corporation's and TMC Consulting Incorporated's | | |
| | Comment: | (together, Proposed Intervenors) petition to intervene, Petitioner POM of Pennsylvania, LLC (Petitioner) and Respondents Commonwealth of Pennsylvania, Department of Revenue, and City of Philadelphia (Respondents) shall file a response to the petition to intervene no later than 12:00 noon on March 20, 2019. Hearing on Proposed Intervenors' petition to intervene is set for March 21, 2019 at 1:30 p.m., in Courtroom 3001, Third Floor, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Harrisburg, Pennsylvania.<br>Argument on Petitioner's application for stay previously set for a conference call on March 21, 2019 at 1:30 p.m. is hereby cancelled. Argument on Petitioner's application for stay and Petitioner's application to coordinate and transfer civil actions, and Respondents' answers thereto, will immediately follow the hearing on the petition to intervene on March 21, 2019 in Courtroom 3001, Third Floor, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Harrisburg, Pennsylvania. | | |
| **March 19, 2019** | Order Denying Application for Stay<br>Ceisler, Ellen | | | 03/19/2019 |
| | Document Name: | Petitioner's expedited app. for stay and app. to coordinate transfer are denied.  In light of the | | |
| | Comment: | denial, the petition to intervene filed by Pong Game Studios Corp. and TMC Consulting is dismissed as moot.  The hearing and argument set for 3-21-19 is cancelled. | | |
| **March 25, 2019** | Application for Relief | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name: | Petitioner POM of Pennsylvania, LLC's Application for Leave to File Sur-Reply Brief | | |
| **March 25, 2019** | Petitioner's Brief Filed | | | |
| | POM of Pennsylvania, LLC | | Petitioner | |
| | Document Name: | Sur-Reply Brief | | |
| **April 1, 2019** | Application for Reconsideration/Reargument | | | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name: | (PACFILED) Petitioner POM of Pennsylvania, LLC's Application for Reargument En Banc | | |
| **April 2, 2019** | Order Granting Application for Oral Argument<br>Per Curiam | | | 04/02/2019 |
| | Document Name: | upon consideration of Respondents' Applications for Oral Argument En Banc, | | |
| | Comment: | the Applications are GRANTED. The Chief Clerk is directed to list Respondents' Applications for Summary Relief seriately for oral argument before the Court sitting en bane on the May 2019 argument list in Pittsburgh. Thirty minutes total argument time will be set aside for this argument, with counsel for both sides having fifteen minutes in which to argue both matters. | | |
| **April 3, 2019** | Order Filed<br>Per Curiam | | | 04/03/2019 |
| | Document Name: | Respondents shall file a responde to petitioner POM of Pennsylvania, LLC's application for | | |
| | Comment: | reargument en banc on or before April 10, 2019. | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability<br>for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                     **Commonwealth Court of Pennsylvania**

**Docket Number:  418 MD 2018**

**Page 8 of 10**



**August 5, 2020**

| DOCKET ENTRY |
|---|

| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
|---|---|---|---|---|
| **April 4, 2019** | Argument Scheduled | | | 04/04/2019 |
| | Krimmel, Michael | | | |
| Document Name: | Wednesday, 5-8-19, 9:30 am, En Banc, Supreme Ct. Rm., PGH.  No. 35 on list. | | | |
| Comment: | Please file 4 additional copies of petitioner's sur-reply brief and respondent's brief, and 3 additional copies of respondent's reply brief with the court within 10 days of this notice. | | | |
| **April 8, 2019** | Application to Expedite | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | Petitioner POM of Pennsylvania LLC's Application for Expedited Consideration and Oral Argument | | | |
| **April 8, 2019** | Order Granting Application for Relief | | | 04/09/2019 |
| | Per Curiam | | | |
| Document Name: | Petitioner's application for leave to file sur-reply brief is granted. | | | |
| **April 10, 2019** | Answer to Application for Reargument | | | |
| | Romano, Karen Mascio | Department of Revenue | Respondent | |
| Document Name: | Response of Respondent, Commonwealth of Pennsylvania, Department of Revenue to Petitioner's | | | |
| Comment: | Application for Reargument. | | | |
| **April 10, 2019** | Answer to Application to Expedite | | | |
| | Romano, Karen Mascio | Department of Revenue | Respondent | |
| Document Name: | Response to POM of Pennsylvania's Application for Expedited Consideration and Oral Argument | | | |
| **April 15, 2019** | Application for Intervention (Pa.R.A.P. 1531b) | | | |
| | Wilson, Christopher Farrell | TMC Consulting Incorporated | Possible Intervenor | |
| | Wilson, Christopher Farrell | Pong Game Studios Corporation | Possible Intervenor | |
| Document Name: | Petition to Intervene | | | |
| **April 16, 2019** | Order Denying Application for Reconsideration/Reargument | | | 04/17/2019 |
| | Ceisler, Ellen | | | |
| Document Name: | Petitioner's applications for reargument en banc and for expedited consideration and oral argument | | | |
| Comment: | are denied.  Petitioner's request to certify the court's 3-19-19 order for immediate review is also denied.  In light of the denial of petitioner's applications, the petition to intervene is dismissed as moot. | | | |
| **May 6, 2019** | Letter | | | |
| | City of Philadelphia | | Respondent | |
| Document Name: | The City of Philadelphia will not be appearing for argument. | | | |
| **August 28, 2019** | Praecipe for Withdrawal of Appearance | | | |
| | Paul, Inder Deep | Department of Revenue | Respondent | |
| Document Name: | of Inder Deep Paul, Esq. | | | |
| **November 20, 2019** | Opinion | | | 11/20/2019 |
| | McCullough, Patricia A. | | | |
| Document Name: | Opinion (32 pages) : The Com. of Pa., Dept. of Revenue's application for summary relief in the | | | |
| Comment: | nature of a motion for partial judgment on the pleadings, with respect to the Dept's counterclaim is denied.  Judge Cohn Jubelirer dissents.  Judge Brobson did not participate in the decision.  Judge Covey concurs in the result only.  See Opinion Filed. | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  418 MD 2018**

**Page 9 of 10**



**August 5, 2020**

| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **December 20, 2019** | Application to Amend | | | |
| | Romano, Karen Mascio | Department of Revenue | Respondent | |
| Document Name: | Respondent Department of Revenue's App. to Amend the 11-20-19 Order | | | |
| **January 3, 2020** | Answer Filed | | | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | Petitioner's Response in Opposition to Pa. Dept. of Revenue's App. to Amend the 11-20-19 Order | | | |
| **January 21, 2020** | Order Denying Application to Amend | | | 01/22/2020 |
| | Per Curiam | | | |
| Document Name: | Depart. of Revenue's application to amend the 11-20-19 order is denied. | | | |
| **February 14, 2020** | Motion to Intervene | | | |
| | McKeon, Kevin James | Greenwood Gaming and Entertainmo | Possible Intervenor | |
| **February 14, 2020** | Filed - Other | | | |
| | McKeon, Kevin James | Greenwood Gaming and Entertainmo | Possible Intervenor | |
| | King, Adrian Renz, Jr. | Greenwood Gaming and Entertainmo | Possible Intervenor | |
| Document Name: | Intervenor's Memorandum in Support of App. For Leave to Intervene | | | |
| **February 20, 2020** | Application for Intervention (Pa.R.A.P. 1531b) | | | |
| | Sherman, Richard Douglas | Pennsylvania Gaming Control Board | Possible Intervenor | |
| | Cook, Stephen S. | Pennsylvania Gaming Control Board | Possible Intervenor | |
| Document Name: | The Pennsylvania Gaming Control Board's App. to Intervene Pursuant to Pa.R.C.P. 2327-2330 | | | |
| **February 20, 2020** | Memorandum of Law Filed | | | |
| | Sherman, Richard Douglas | Pennsylvania Gaming Control Board | Possible Intervenor | |
| **February 24, 2020** | Hearing Scheduled | | | 02/25/2020 |
| | Per Curiam | | | |
| Document Name: | Hearing with respect tot he applications and any responses thereto is set for 4-6-20, 1:30 pm, | | | |
| Comment: | CR 3001, PJC, HBG. | | | |
| **April 6, 2020** | Answer to Application for Intervention (Pa.R.A.P. 1531b) | | | |
| | Romano, Karen Mascio | Department of Revenue | Respondent | |
| Document Name: | Respondent Dept. of Rev.'s Response to the Application for Leave to Intervene of Greenwood Gaming | | | |
| Comment: | and Entertainment, Inc., Downs Racing, LP, Mountainview Thoroughbred Racing Ass., LLC, Washington Trotting Ass., LLC, Stadium Casino, LLC, Chester Downs and Marina, LLC and Wind Creek Bethlehem, LLC | | | |
| **April 6, 2020** | Answer to Application for Intervention (Pa.R.A.P. 1531b) | | | |
| | Romano, Karen Mascio | Department of Revenue | Respondent | |
| Document Name: | Respondent Dept. of Rev's Response to The Application for Leave to Intervene of the PGCB | | | |
| **May 11, 2020** | Petitioner's Brief Filed | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | In opposition to Greenwood Gaming et al application to intervene | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  418 MD 2018**

**Page 10 of 10**

**August 5, 2020**

## DOCKET ENTRY

| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
|---|---|---|---|---|
| **May 11, 2020** | Answer to Application to Intervene (Pa.R.C.P. 2328) | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name: Petitioner POM of Pennsylvania, LLC's Response to Greenwood Gaming and Entertainment, Inc., Downs | | | |
| | Comment: Racing, L.P., Mountainview Thoroughbred Racing Association, LLC, Washington Trotting Association, LLC, Stadium Casino, LLC, Chester Downs and Marina, LLC, and Wind Creek Bethlehem, LLC's Application for Leave to Intervene | | | |
| **May 11, 2020** | Petitioner's Brief Filed | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name: In opposition to Pa Gaming Control Boards application to interevne | | | |
| **May 11, 2020** | Answer to Application to Intervene (Pa.R.C.P. 2328) | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name: Petitioner POM of Pennsylvania, LLC's Response to the Pennsylvania Gaming Control Board's | | | |
| | Comment: Application to Intervene Pursuant to PA.R.CIV.P. 2327-2330 | | | |
| **May 15, 2020** | Letter | | | |
| | McKeon, Kevin James | Greenwood Gaming and Entertainm | Possible Intervenor | |
| | McKeon, Kevin James | Greenwood Gaming and Entertainm | Possible Intervenor | |
| | Document Name: Requesting Telephone Status Conference | | | |

## SESSION INFORMATION

| | |
|---|---|
| Journal Number: | 35-05-2019 |
| Consideration Type: | En Banc Argument |
| Listed/Submitted Date: | May 8, 2019 |

## REARGUMENT / RECONSIDERATION / REMITTAL

| | |
|---|---|
| Filed Date: | April 1, 2019 |
| Disposition: | Order Denying Application for Reconsideration/Reargument |
| Disposition Date: | April 16, 2019 |

Record Remittal:

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.