# Attachment 2

**Miscellaneous Docket Sheet**                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  503 MD 2018**

**Page 1 of 10**

**August 5, 2020**

| CAPTION |
|---|

POM of Pennsylvania, LLC,
Petitioner

v.

Pennsylvania State Police, Bureau of
Liquor Control Enforcement,
Respondent

| CASE INFORMATION |
|---|

| | | |
|---|---|---|
| Initiating Document: | Petition for Review | |
| Case Status: | Active | |
| Case Processing Status: | May 11, 2020 | Awaiting Petitioner Paperbooks |
| Journal Number: | 36-05-2019 | |
| Case Category: | Miscellaneous | Case Type(s): | Declaratory Judgment |

| CONSOLIDATED CASES | | RELATED CASES |
|---|---|---|

| Docket No / Reason | Type |
|---|---|
| 418 MD 2018 | Related |
| Similar Issue(s) | |

| COUNSEL INFORMATION |
|---|

**Petitioner          POM of Pennsylvania, LLC**
Pro Se:                    No
IFP Status:

| | |
|---|---|
| Attorney: | Haverstick, Matthew Hermann |
| Law Firm: | Kleinbard LLC |
| Address: | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000          Fax No: |

| | |
|---|---|
| Attorney: | Gagne, Paul Gerard |
| Law Firm: | Kleinbard LLC |
| Address: | 1650 Market St Fl 46 |
| | Philadelphia, PA 19103-7305 |
| Phone No: | (215) 523-5302          Fax No: |

| | |
|---|---|
| Attorney: | Schreiner, Eric Joseph |
| Law Firm: | Kleinbard LLC |
| Address: | One Liberty Place, 46th Floor |
| | 1650 Market Street |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000          Fax No: |

| | |
|---|---|
| Attorney: | Vance, Shohin Hadizadeh |
| Law Firm: | Kleinbard LLC |
| Address: | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000          Fax No: |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  503 MD 2018**

**Page 2 of 10**

**August 5, 2020**

| COUNSEL INFORMATION |
|---|

**Amicus Curiae**     **Greenwood Gaming and Entertainment Inc et al.**

Pro Se:               No

IFP Status:

| | | |
|---|---|---|
| Attorney: | McKeon, Kevin James | |
| Address: | Hawke Mckeon & Sniscak Llp | |
| | 100 N 10TH St | |
| | Harrisburg, PA 17101 | |
| Phone No: | (717) 236-1300 | Fax No: |

| | | |
|---|---|---|
| Attorney: | King, Adrian Renz, Jr. | |
| Law Firm: | Ballard Spahr LLP | |
| Address: | 1735 Market St 51st Fl | |
| | Philadelphia, PA 19103 | |
| Phone No: | (215) 864-8622 | Fax No: |

**Possible Intervenor**     **Pennsylvania Gaming Control Board**

Pro Se:               No

IFP Status:

| | | |
|---|---|---|
| Attorney: | Sherman, Richard Douglas | |
| Address: | Pa Gaming Control Board | |
| | 303 Walnut St | |
| | Harrisburg, PA 17101-1803 | |
| Phone No: | (717) 703-2566 | Fax No: |

**Respondent**     **Pennsylvania State Police, Bureau of Liquor Control Enforcement**

Pro Se:               No

IFP Status:

| | | |
|---|---|---|
| Attorney: | Romano, Karen Mascio | |
| Law Firm: | PA Office of Attorney General | |
| Address: | Pa Ofc Of Attorney General | |
| | Strawberry Sq Fl 15 | |
| | Harrisburg, PA 17120 | |
| Phone No: | (717) 787-2717 | Fax No: |

| FEE INFORMATION |
|---|

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 07/20/2018 | Miscellaneous Docket Filing Fee | 70.25 | 07/23/2018 | 2018-CMW-H-001695 | 70.25 |
| 10/02/2018 | Copy Work (Per Page) | 56.00 | 10/02/2018 | 2018-CMW-H-002210 | 56.00 |
| 05/10/2019 | Copy Work (Per Page) | 134.00 | 05/10/2019 | 2019-CMW-H-000993 | 134.00 |
| 05/10/2019 | Copy Work by Clerk (Per Page) | 72.00 | 05/10/2019 | 2019-CMW-H-000993 | 72.00 |
| 12/19/2019 | Copy Work by Clerk (Per Page) | 25.00 | 12/19/2019 | 2019-CMW-H-002627 | 25.00 |
| 12/20/2019 | Copy Work (Per Page) | 66.50 | 12/20/2019 | 2019-CMW-H-002634 | 66.50 |
| 01/21/2020 | Copy Work by Clerk (Per Page) | 8.00 | 01/21/2020 | 2020-CMW-H-000168 | 8.00 |
| 01/21/2020 | Copy Work by Clerk (Per Page) | 8.00 | 01/21/2020 | 2020-CMW-H-000172 | 8.00 |
| 01/29/2020 | Copy Work by Clerk (Per Page) | 12.00 | 01/29/2020 | 2020-CMW-H-000227 | 12.00 |
| 02/11/2020 | Copy Work by Clerk (Per Page) | 2.00 | 02/11/2020 | 2020-CMW-H-000335 | 2.00 |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  503 MD 2018**

**Page 3 of 10**

**August 5, 2020**

| AGENCY/TRIAL COURT INFORMATION |
|---|

| Order Appealed From: | | Notice of Appeal Filed: |
|---|---|---|
| Order Type: | | |
| Documents Received: | July 20, 2018 | |

| Court Below: | | |
|---|---|---|
| County: | | Division: |
| Judge: | | OTN: |
| Docket Number: | | Judicial District: |

| ORIGINAL RECORD CONTENT |
|---|

| Original Record Item | Filed Date | Content Description |
|---|---|---|

**Date of Remand of Record:**

| BRIEFING SCHEDULE |
|---|

| **Petitioner** | | **Respondent** | |
|---|---|---|---|
| **POM of Pennsylvania, LLC** | | **Pennsylvania State Police, Bureau of Liquor Control Enforcement** | |
| **Brief** | | **Brief** | |
| Due: March 4, 2019 | Filed: May 11, 2020 | Due: February 19, 2019 | Filed: February 18, 2019 |
| **Reply Brief** | | **Reply Brief** | |
| Due: | Filed: April 5, 2019 | Due: March 11, 2019 | Filed: March 11, 2019 |

| DOCKET ENTRY |
|---|

| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
|---|---|---|---|---|
| **July 20, 2018** | Petition for Review Filed<br>POM of Pennsylvania, LLC | | Petitioner | |
| **July 20, 2018** | Certificate of Service Filed<br>Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| **July 27, 2018** | Notice Exited<br>Commonwealth Court Filing Office | | | 07/27/2018 |
| **August 10, 2018** | Entry of Appearance<br>Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| **August 10, 2018** | Answer and New Matter<br>Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| | Document Name:  and Counterclaim of Respondent, Pennsylvania State Police, Bureau of Liquor Control Enforcement | | | |
| **September 10, 2018** | Answer Filed<br>Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name:  Reply of Petitioner, POM of Pennsylvania, LLC to Resp. Pennsylvania State Police, Bureau of Liquor | | | |
| | Comment:  Control Enforcement's Answer with New Matter and Counterclaim. | | | |
| **October 5, 2018** | Answer to New Matter<br>Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| | Document Name:  Respondent's Reply to Petitioner's New Matter to Counterclaim | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**

**Commonwealth Court of Pennsylvania**

**Docket Number:  503 MD 2018**

**Page 4 of 10**



**August 5, 2020**

| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **January 11, 2019** | Application for Summary Relief | | | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| Document Name: | Respondent's Application for Summary Relief in the Nature of a Motion for Partial Judgment on the | | | |
| Comment: | Pleadings. | | | |
| **January 25, 2019** | Application for Extension of Time to File | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Schreiner, Eric Joseph | POM of Pennsylvania, LLC | Petitioner | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| Document Name: | Joint App. for Ext. of Time to File Answer and Request for Expedited Consideration | | | |
| **January 29, 2019** | Order Granting Application for Extension of Time to File | | | 01/30/2019 |
| | Simpson, Robert E. | | | |
| Document Name: | Upon consideration of the Joint Application for Extension of Time to File Answer and Request for | | | |
| Comment: | Expedited Consideration, the application is granted. The following schedule shall apply to this case: ( a) Petitioner shall file and serve its answer to respondent's application for summary relief in the nature of a motion for judgment on the pleadings (Motion) on or before February 11, 2019; (b) Respondent shall file and serve its brief in support of the Motion (4 copies) on or before February 19, 2019; (c) Petitioner shall file and serve its brief in opposition to the Motion (4 copies) on or before March 4, 2019; (d) Respondent may file and serve a reply brief (4 copies), if any, on or before March 11, 2019. Upon the filing of all briefs, the Chief Clerk shall list the Motion for oral argument before a panel of judges on the next available and appropriate argument session, unless otherwise ordered. | | | |
| **January 31, 2019** | Entry of Appearance | | | |
| | Paul, Inder Deep | Pennsylvania State Police, Bureau o | Respondent | |
| **February 11, 2019** | Answer Filed | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | Pets's Response to the Pennsylvania State Police, Application for Summary Relief | | | |
| **February 18, 2019** | Respondent's Brief Filed | | | |
| | Pennsylvania State Police, Bureau of Liquor Control Enforcement | | Respondent | |
| Document Name: | Respondent Brief in Support of Summary Relief | | | |
| **February 21, 2019** | Tentative Session Date | | | |
| | Krimmel, Michael | | | |
| Document Name: | May 2019 (Pittsburgh) | | | |
| **March 4, 2019** | Petitioner's Brief Filed | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| **March 11, 2019** | Application for Oral Argument | | | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| | Paul, Inder Deep | Pennsylvania State Police, Bureau o | Respondent | |
| Document Name: | Respondent's Application for Oral Argument En Banc | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                     **Commonwealth Court of Pennsylvania**

**Docket Number:  503 MD 2018**

**Page 5 of 10**

**August 5, 2020**



| | DOCKET ENTRY | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **March 11, 2019** | Respondent's Reply Brief Filed | | Respondent | |
| | Pennsylvania State Police, Bureau of Liquor Control Enforcement | | | |
| | Document Name: Reply Brief in Further Support of Summary Relief | | | |
| **March 13, 2019** | Filed - Other | | Petitioner | |
| | POM of Pennsylvania, LLC | | | |
| | Document Name: Certificate of Word Count Compliance | | | |
| **April 2, 2019** | Order Granting Application for Oral Argument | | | 04/02/2019 |
| | Per Curiam | | | |
| | Document Name: upon consideration of Respondents' Applications for Oral Argument En Banc, | | | |
| | Comment: the Applications are GRANTED. The Chief Clerk is directed to list Respondents' Applications for Summary Relief seriately for oral argument before the Court sitting en banc on the May 2019 argument list in Pittsburgh. Thirty minutes total argument time will be set aside for this argument, with counsel for both sides having fifteen minutes in which to argue both matters. | | | |
| **April 4, 2019** | Argument Scheduled | | | 04/04/2019 |
| | Krimmel, Michael | | | |
| | Document Name: WEDNESDAY, May 8, 2019 at 9:30 AM. Before the Court En Banc sitting in the Supreme | | | |
| | Comment: Court Room Eighth Floor, City-County Building, Pittsburgh, Pennsylvania. Note: This case is No. 36 on the list of cases. | | | |
| **April 5, 2019** | Application for Relief | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name: Petitioner POM of Pennsylvania, LLC's Application for Leave to File Sur-Reply Brief | | | |
| **April 5, 2019** | Petitioner's Reply Brief Filed | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name: Sur-Reply Brief of Petitioner | | | |
| **April 8, 2019** | Order Granting Application for Relief | | | 04/09/2019 |
| | Per Curiam | | | |
| | Document Name: Petitioner POM of Pennsylvania, LLC's Application for Leave to File Sur-Reply Brief is GRANTED. | | | |
| **August 28, 2019** | Praecipe for Withdrawal of Appearance | | | |
| | Paul, Inder Deep | Pennsylvania State Police, Bureau o | Respondent | |
| | Document Name: of Inder Deep Paul, Esq. | | | |
| **November 20, 2019** | Memorandum Opinion Filed | | | 11/20/2019 |
| | McCullough, Patricia A. | | | |
| | Document Name: Memorandum Opinion (7 pages) : The PSP, Bureau of Liquor Control Enforcement's application for | | | |
| | Comment: summary relief in the nature of a motion for partial judgment on the pleadings, with respect to the PSP's counterclaim, is denied.   Judge Cohn Jubelirer dissents.   Judge Brobson did not participate in the decision.  Judge Covey concurs in the result only.  See Memorandum Opinion Filed. | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                      **Commonwealth Court of Pennsylvania**

**Docket Number:  503 MD 2018**

**Page 6 of 10**

**August 5, 2020**



| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **December 12, 2019** | Application for Emergency Relief | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | Emergency Application for Preliminary Injunction by Petitioner POM of Pennsylvania, LLC | | | |
| **December 13, 2019** | Order Filed | | | 12/13/2019 |
| | Per Curiam | | | |
| Document Name: | Upon consideration of the EMERGENCY APPLICATION FOR PRELIMINARY INJUNCTION BY | | | |
| Comment: | PETITIONER POM OF PENNSYLVANIA, LLC (POM) (Application), the Court enters the following order: 1. Effective immediately, Respondent Pennsylvania State Police, Bureau of Liquor Control Enforcement is hereby ENJOINED from seizing any Pennsylvania | | | |
| | Skill Amusement Device 402.49 PEN, including related POM equipment and any currency found therein, pending a hearing on POM' s Application and further order of this Court; 2. A Hearing on the Application is scheduled for December 23, 2019, at 10:00 a.m., in Courtroom 3001, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Harrisburg, Pennsylvania; and, 3. Respondent shall file and serve a response to the Application on or before 4:00 p.m. on December 18, 2019. | | | |
| **December 16, 2019** | Application for Continuance | | | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| Document Name: | App. for Relief in the Nature of a Motion to Continue Hearing Currently Set for December 23, 2019. | | | |
| **December 17, 2019** | Order Granting Application for Continuance | | | 12/17/2019 |
| | Per Curiam | | | |
| Document Name: | NOW, December 17, 2019, upon consideration of Respondent's | | | |
| Comment: | unopposed Application for a Continuance (Application) of the hearing on the Emergency Application of POM of Pennsylvania, LLC (POM), for Preliminary Injunction, cunently scheduled for December 23, 2019, at 10:00 a.m., in Courtroom 3001, Pennsylvania Judicial Center, 60 I Commonwealth Avenue, Harrisburg, Pennsylvania, said Application is granted. The hearing is rescheduled to January 15, 2020, at 9:30 a.m. in Courtroom 3001, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Hanisburg, Pennsylvania. To the extent that this Court's previous order dated December 13, 2019, enjoined Respondent from seizing any Pennsylvania Skill Amusement Device 402.49 PEN, including related POM equipment and any cunency found therein, pending a hearing on POM's Application and further order of this Court, and directed Respondent to file and serve a response to the Application on or before 4:00 p.m. on December 18, 2019, said order remains unchanged. | | | |
| **December 18, 2019** | Answer to Application for Emergency Relief | | | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| Document Name: | Respondent's Answer to Petitioner's Emergency Application for Preliminary Injunction | | | |
| **December 18, 2019** | Answer Filed | | | |
| | McKeon, Kevin James | Greenwood Gaming and Entertainm | Amicus Curiae | |
| Document Name: | Answer (Titled Brief) to P.I. of petitioners | | | |
| **December 20, 2019** | Application to Amend | | | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| Document Name: | Respondent's App. to Amend the 11/20/19 Order to Include the 42 PA.C.S. Section 702(b) Statement | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                                         **Commonwealth Court of Pennsylvania**

**Docket Number: 503 MD 2018**

**Page 7 of 10**



**August 5, 2020**

| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| **Filed Date** | **Docket Entry / Filer** | **Representing** | **Participant Type** | **Exit Date** |
| **January 3, 2020** | Answer to Application to Amend | | | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | Pet.'s Response in Opposition to PA State Police, Bureau of Liquor Control Enforcement's App. | | | |
| Comment: | to Amend the 11/30/19 Order to Include the 42 PA.C.S. Section 702(b) Statement. | | | |
| **January 21, 2020** | Memorandum and Order | | | 01/21/2020 |
| | Ceisler, Ellen | | | |
| Document Name: | Memorandum and Order (8 pages) : Upon consideration of the Emergency Application for a Preliminary | | | |
| Comment: | Injunction and the responses thereto, the application is denied.  See Memorandum and Order Filed. | | | |
| **January 21, 2020** | Application for Clarification | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | Petitioner POM of Pennsylvania LLC's Application to Clarify/Amend | | | |
| **January 21, 2020** | Order Denying Application to Amend | | | 01/22/2020 |
| | Per Curiam | | | |
| Document Name: | Upon consideration of the Pennsylvania State Police, Bureau of Liquor Control Enforcement's | | | |
| Comment: | Application to Amend the November 20, 2019 order of this Court to include the statement set forth in 42 Pa. C.S. §702(b), and the Response thereto, the Application is denied. | | | |
| **January 28, 2020** | Application for Emergency Relief | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | Petitioner POM of Pennsylvania LLC's App. for Leave to Supplement Request for Clarification of | | | |
| Comment: | Order Vacating Injunction. | | | |
| **January 29, 2020** | Order Filed | | | 01/30/2020 |
| | Ceisler, Ellen | | | |
| Document Name: | Upon consideration of Petitioner's Application to Clarify/Amend this Court's January 21, 2020 | | | |
| Comment: | Order, which denied Petitioner's Emergency Application for a Preliminary Injunction, as well as Petitioner's Application for Leave to Supplement its Request for Clarification, the Pennsylvania State Police, Bureau of Liquor Control Enforcement is directed to file a response to both Applications on or before February 7, 2020. | | | |
| **February 4, 2020** | Transcript Lodged | | | |
| | Court Reporter | | | |
| Document Name: | Proceeding held 1/15/2020 at 9:43 a.m., PJC, CR 3001, Hbg., PA. | | | |
| **February 5, 2020** | Answer Filed | | | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| Document Name: | Response of Resp., Pennsylvania State Police, Bureau of Liquor Control Enforcement to Petitioner's | | | |
| Comment: | App. to Clarify/Amend. | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                        **Commonwealth Court of Pennsylvania**

**Docket Number:  503 MD 2018**

**Page 8 of 10**



**August 5, 2020**

| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **February 5, 2020** | Answer Filed | | | |
| | McKeon, Kevin James | Greenwood Gaming and Entertainm | Amicus Curiae | |
| | King, Adrian Renz, Jr. | Greenwood Gaming and Entertainm | Amicus Curiae | |
| Document Name: | Answer in Opposition to POM of Pennsylvania, LLC's App. to Clarify/Amend | | | |
| **February 6, 2020** | Application for Emergency Relief | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| Document Name: | Petitioner POM pf Pennsylvania, LLC's App. for Leave to File Rejoinder in Opposition to Resp. | | | |
| Comment: | PA State Police, Bureau of Liquor Control Enforcement's Opposition to Amendment/Clarification of Order Vacating Injunction. | | | |
| **February 7, 2020** | Order Filed | | | 02/10/2020 |
| | Ceisler, Ellen | | | |
| Document Name: | Upon consideration of the Applications of POM of Pennsylvania, LLC, to Clarify/Amend this Court's | | | |
| Comment: | January 21, 2020 Order (See Footnote 1) denying POM's Emergency Application for a Preliminary Injunction and for Leave to Supplement the Request for Clarification, as well as the response in opposition thereto submitted by the Pennsylvania State Police, Bureau of Liquor Control Enforcement (PSP), (See Footnote 2) said Applications are hereby DENIED. On February 6, 2020, POM filed an Application for Leave to File Rejoinder in Opposition to PSP's Response, which is hereby DENIED. POM essentially seeks reconsideration of this Court's previous order denying preliminary injunctive relief, which can only be obtained for "compelling reasons" under Pa.R.A.P. 2543, none of which have been shown here. Additionally, POM's allegation that several of the seizures that prompted the filing of its Emergency Application for a Preliminary Injunction solely involved POM's gaming machines was not supported by, and was contrary to, the record herein, namely the credible testimony of PSP Captain James A. Jones, Jr. Finally, the motion for stay filed by the PSP in an unrelated administrative proceeding involving a particular licensee was sought pending a request filed with our Supreme Court by the Department of Revenue and PSP for permission to appeal this Court's November 20, 2019 Orders concluding that the Pennsylvania Race Horse Development and Gaming Act (See Footnote 3) does not apply to POM's gaming machines and, thus, neither controls nor warrants clarification/amendment of this Court's January 21, 2020 Order. | | | |
| | Footnote 1: In this January 21, 2020 Order, the Court found that POM failed to meet at least three of the necessary factors required for a grant of preliminary injunctive relief, including that the injunction was necessary to preserve the status quo, that the injunctions was reasonably suited to abate the offending activity, and that the injunction will not adversely affect the public interest. | | | |
| | Footnote 2: Amici Curiae Greenwood Gaming and Entertainment, Inc., Downs Racing, L.P., Mountainview Thoroughbred Racing Association, LLC, and Washington Trotting Association, LLC, filed a similar response in opposition to POM's Applications. | | | |
| | Footnote 3: 4 Pa.C.S. §§1101-1904. | | | |
| **February 14, 2020** | Transcript Filed | | | |
| | Court Reporter | | | |
| Document Name: | Proceeding held 1/15/2020 at 9:43 a.m., PJC, CR 3001, Hbg., PA. | | | |
| **February 14, 2020** | Application for Intervention (Pa.R.A.P. 1531b) | | | |
| | McKeon, Kevin James | Greenwood Gaming and Entertainm | Amicus Curiae | |
| | King, Adrian Renz, Jr. | Greenwood Gaming and Entertainm | Amicus Curiae | |

**Miscellaneous Docket Sheet**                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  503 MD 2018**

**Page 9 of 10**



**August 5, 2020**

| DOCKET ENTRY | | | | |
|---|---|---|---|---|

| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
|---|---|---|---|---|
| **February 14, 2020** | Memorandum of Law Filed | | | |
| | McKeon, Kevin James | Greenwood Gaming and Entertainm | Amicus Curiae | |
| | Document Name: In support of application to intervene | | | |
| **February 20, 2020** | Application for Intervention (Pa.R.A.P. 1531b) | | | |
| | Sherman, Richard Douglas | Pennsylvania Gaming Control Board | Possible Intervenor | |
| | Document Name: The Pennsylvania Gaming Control Board's App. to Intervene Pursuant to Pa.R.C.P. 2327-2330 | | | |
| **February 20, 2020** | Memorandum of Law Filed | | | |
| | Sherman, Richard Douglas | Pennsylvania Gaming Control Board | Possible Intervenor | |
| **February 21, 2020** | Amended | | | |
| | Court Reporter | | | |
| | Document Name: Amended Certificate of Service (Proceeding held 1/15/2020). | | | |
| **February 24, 2020** | Hearing Scheduled | | | 02/25/2020 |
| | Per Curiam | | | |
| | Document Name: Hearing with respect tot he applications and any responses thereto is set for 4-6-20, 1:30 pm, | | | |
| | Comment: CR 3001, PJC, HBG. | | | |
| **April 6, 2020** | Answer to Application to Intervene (Pa.R.C.P. 2328) | | | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| | Document Name: Respondent, Pennsylvania State Police, Bureau of Liquor Control Enforcement's Response to the | | | |
| | Comment: Application for Leave to Intervene of Greenwood Gaming and Entertainment, Inc., Downs Racing, L.P., Mountainview Thoroughbred Racing Association, LLC, Washington Trotting Association, LLC, Stadium Casino, LLC, Chester Downs and Marina, LLC and Wind Creek Bethlehem, LLC. | | | |
| **April 6, 2020** | Answer to Application to Intervene (Pa.R.C.P. 2328) | | | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| | Document Name: Respondent, Pennsylvania State Police, Bureau of Liquor Control Enforcement's Response to the | | | |
| | Comment: Application for Leave to Intervene of the Pennsylvania Gaming Control Board. | | | |
| **May 11, 2020** | Petitioner's Brief Filed | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name: In opposition to application to Greenwood Gaming et al application to interenve | | | |
| **May 11, 2020** | Answer to Application for Intervention (Pa.R.A.P. 1531b) | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name: Pet. POM of Pennsylvania, LLC's Response to Greenwood Gaming and Entertainment, Inc., Downs | | | |
| | Comment: Racing, L.P., Mountainview Thoroughbred Racing Association, LLC, Washington Trotting Association, LLC, Stadium Casino, LLC, Chester Downs and Marina, LLC, and Wind Creek Bethlehem, LLC's App. for Leave to Intervene. | | | |
| **May 11, 2020** | Answer to Application for Intervention (Pa.R.A.P. 1531b) | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Gagne, Paul Gerard | POM of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name: Petitioner POM of Pennsylvania, LLC's Response to the Pennsylvania Gaming Control Board's App. | | | |
| | Comment: to Intervene Pursuant to PA.R.C.P. 2327-2330 | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  503 MD 2018**

**Page 10 of 10**



**August 5, 2020**

| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **May 11, 2020** | Petitioner's Brief Filed | | | |
| | Haverstick, Matthew Hermann | POM of Pennsylvania, LLC | Petitioner | |
| | Document Name: In opposition to Pa Gaming Control Boards application to intervene | | | |
| **May 15, 2020** | Letter | | | |
| | McKeon, Kevin James | Greenwood Gaming and Entertainm | Amicus Curiae | |
| | Document Name: Requesting Telephone Status Conference | | | |

| SESSION INFORMATION |
|---|

Journal Number:        36-05-2019
Consideration Type:    En Banc Argument
Listed/Submitted Date:  May 8, 2019