# Attachment 3



July 22, 2020

**VIA ELECTRONIC & FIRST-CLASS MAIL**

Dennis A. Whitaker, Esquire
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA  17101

      Re:    <u>Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC – No. 20-292</u>

Dear Dennis:

I write in an effort to avoid a discovery dispute before Judge Saporito related to Hawke McKeon & Sniscak, LLP's ("HMS") privilege log.  A copy of the log is attached hereto as Exhibit A.

Based on my initial evaluation, the HMS privilege log is problematic and deficient for the following reasons:

1.    The privilege log improperly groups numerous emails into a single entry.  For example, entry No. 22 groups emails from the period January 23 – January 29, 2020.  Each email needs to be listed separately.  Please confirm that HMS will produce a new log that separately identifies each email with the to/from/cc fields populated.

2.    Karen M. Romano is a recipient of certain emails in the privilege log.  Ms. Romano is a Chief Deputy Attorney General for the Commonwealth of Pennsylvania.  There is no appropriate basis to withhold communications involving Ms. Romano or any other third parties.  By way of example, in January 2020 Ms. Romano communicated with Mr. McKeon related to POM.  All communications responsive to the subpoena circulated to or shared with third parties such as Ms. Roman should be produced forthwith.  A copy of the referenced communication is attached hereto as Exhibit B.

3.    The privilege log does not include text messages between, *inter alia*, Mr. Stewart and Mr. McKeon including the text messages related to the Commonwealth Court hearing on January 15, 2020.  Please confirm that the privilege log will be updated to include text messages that are responsive to the subpoena over which HMS is asserting privilege.

4.    The privilege log fails to identify additional communications that Mr. McKeon had with Ms. Romano relating to Pace-O-Matic.  On February 5, 2020 Ms. Romano emailed Mr. McKeon.  Please produce the documents including the

425 Spruce Street | Suite 200 | Scranton, PA 18503 | p (570) 342-6100 | f (570) 342-6147
240 North Third Street | 5th Floor | Harrisburg, PA 17101 | p (717) 553-6251
**www.mbklaw.com**

*Dennis A. Whitaker, Esquire*
*July 22, 2020*
*Page 2*

           February 5, 2020 emails between Mr. McKoen and Ms. Romano that are responsive to the subpoena which are not being withheld based on an alleged privilege.

5.      The privilege log does not identify HMS's internal communications regarding the lawsuit filed by Pace-O-Matic against Eckert. Please confirm that there are no internal emails over which HMS is asserting privilege relating to the lawsuit captioned *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC.*

        Please confirm by the close of business Friday, July 24, 2020 that HMS will produce a new log that addresses the deficiencies identified above, and that HMS will produce forthwith the responsive documents over which there is no claim of privilege. Alternatively, I will seek relief from Judge Saporito.

        I reserve the right to raise additional concerns and objections regarding the privilege log.

                                       Sincerely,

                                       Daniel T. Brier

DTB:cak
Enclosures
cc:    Robert Tintner, Esquire (via electronic mail)

# Exhibit A

**Privilege Log**

| No. | Date | Author | Recipient | Subject Matter | Privilege |
|-----|------|--------|-----------|----------------|-----------|
| 1 | 11/27/19 | Stewart | McKeon | Background information of skill game litigation and legislation | Work product/attorney client |
| 2 | 12/10/19 | Stewart | McKeon | Legal analysis of legality of skill games | Work product/attorney client |
| 3 | 12/10/19 | Stewart | McKeon | Email commenting on legal analysis | Work product/attorney client |
| 4 | 12/11/19 | Stewart | McKeon | Revised legal analysis of legality of skill games | Work product/attorney client |
| 5 | 12/12/19 | McKeon | Stewart | Comments on revised legal analysis of legality of skill games | Work product/attorney client |
| 6 | 12/13/19 | Stewart | McKeon | Email concerning POM emergency application | Work product/attorney client |

**Privilege Log**

| | | | | | |
|---|---|---|---|---|---|
| 7 | 12/14/19 | McKeon/Stewart | McKeon/Stewart | Emails concerning POM emergency application | Work product/attorney client |
| 8 | 12/14/19 | McKeon/Stewart | McKeon/Stewart | Emails concerning amicus brief issues and requirements | Work product/attorney client |
| 9 | 12/16/19 | Stewart | McKeon | Emails concerning amicus brief; draft brief | Work product/attorney client |
| 10 | 12/16/19 | McKeon/Stewart | McKeon/Stewart | Emails concerning POM PI hearing | Work product/attorney client |
| 11 | 12/18/19 | McKeon/Stewart | McKeon/Stewart | Emails concerning amicus brief and editing | Work product/attorney client |
| 12 | 12/18/19 | McKeon | Stewart | Email re amicus brief as filed | Work product/attorney client |
| 13 | 12/19/19 | Stewart | McKeon and Parx team | strategy | Work product/attorney client |

**Privilege Log**

| | | | | | |
|---|---|---|---|---|---|
| 14 | 12/19/20 | Skoff | McKeon, Stewart, King, Skjoldal | Email concerning Defendants' answer to POM PI REQUEST | Work product/attorney client |
| 15 | 12/23/19 | Stewart | McKeon | Email re AG request to certify POM en banc decision for interlocutory appeal | Work product/attorney client |
| 16 | 12/31/19 | Stewart | McKeon and Parx legal team | Email re coordination with defendants | Work product/attorney client |
| 17 | 1/7/20 | Stewart | McKeon, King | Emails re coordination with defendants | Work product/attorney client |
| 18 | 1/9/20-1/14/20 | McKeon, King, Stewart, Skjoldal, Burns | McKeon, King, Stewart, Skjoldal, Burns | Emails re PI hearing presentation | Work product/attorney client |
| 19 | 1/13/20 | Stewart | McKeon, King, Defendant counsel | Emails re PI hearing presentation | Work product/attorney client |
| 20 | 1/17/20-1/20/20 | Stewart | McKeon, King, Gmerek | Emails re post-PI Hearing strategy | Work product/attorney client |

**Privilege Log**

| | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|
| | 1/21/20 | Stewart/McKeon/King/Parx | Stewart/McKeon/King/Parx | Emails re court order denying injunction | Work product/attorney client |
| 21 | 1/21/20-1/23/20 | Stewart/McKeon/King/Gmerek/Skjoldal/Parx | Stewart/McKeon/King/Gmerek/Skjoldal/Parx | Emails re response to POM motion for clarification | Work product/attorney client |
| 22 | 1/23/20-1/29/20 | Stewart/ McKeon, King/Skjoldal/Romano | Stewart/McKeon, King/Skjoldal/Romano | Email sharing draft of answer to POM clarification motion | Work product/attorney client |
| 23 | 1/26/20 | Stewart | McKeon/Parx legal team | Email sharing draft of answer to POM clarification motion | Work product/attorney client |
| 24 | 1/28/20-2/7/20 | McKeon/Stewart/King/Hittenger | McKeon/Stewart/King/Hittenger | Sharing of drafts and comments to motions to intervene | Work product/attorney client |
| 25 | 2/7/20 | Stewart | McKeon/Mulhern | Sharing of drafts and comments to motions to intervene | Work product/attorney client |

**Privilege Log**

| | | | | | |
|---|---|---|---|---|---|
| 26 | 2/9/20 | Stewart/ McKeon, King/Skjoldal | Stewart/ McKeon, King/Skjoldal | Case strategy | Work product/attorney client |
| 27 | 2/10/20 | Stewart/ McKeon, King/Skjoldal | Stewart/ McKeon, King/Skjoldal | Emails concerning denial of POM reconsideration | Work product/attorney client |
| 28 | 2/13/20 | Stewart/ McKeon, King/Hittenger/Downey/Maguzzi/Gmerek | Stewart/ McKeon/Hittenger King/Skjoldal/Downey/Maguzzi/Gmerek | Emails concerning intervention | Work product/attorney client |
| 29 | 2/14/20 | McKeon | Stewart/Skoff/Hittenger | Emails concerning intervention | Work product/attorney client |
| 30 | 2/14/20 | McKeon | Stewart/ McKeon, King/Skjoldal/Downey/Maguzzi/Gmerek | Emails concerning intervention | Work product/attorney client |
| 31 | 2/20/20 | Stewart | McKeon | Email transmitting Stewart communication to Parx chief counsel concerning POM lawsuit against Eckert | Work product/attorney client |
| 32 | 2/25/20 | McKeon/Stewart | McKeon/Stewart | Emails re date April date for intervention hearing | Work product/attorney client |

**Privilege Log**

| | | | | | |
|---|---|---|---|---|---|
| 33 | 2/26/20 | Stewart | McKeon;Parx executives and advisors | Email re date April date for intervention hearing | Work product/attorney client |
| 34 | 2/26/20 | McKeon/Stewart | McKeon/Stewart | Emails re case | Work product/attorney client |
| 35 | 3/9/20-3/17/20 | McKeon/Stewart/King | McKeon/Stewart/King | Emails re intervention hearing | Work product/attorney client |
| 36 | 3/19/20-3/23/20 | McKeon/King/Stewart/Hittenger | McKeon/King/Stewart/Hittenger | Emails re POM subpoenas to clients concerning intervention petition | Work product/attorney client |
| 37 | 3/23/20 | Stewart | McKeon/Bonner | Email concerning POM subpoena to Parx | Work product/attorney client |
| 38 | 4/9/20 | McKeon | Stewart | Emails concerning Defendants' answers to intervention applications | Work product/attorney client |
| 39 | 5/1/20 | McKeon | King/Hittenger/Stewart | Email discussion of COVID orders | Work product/attorney client |

**Privilege Log**

| # | Date | Author | Recipient | Description | Privilege |
|---|---|---|---|---|---|
| | | | | and resulting due date for POM answers to intervention petitions | |
| 40 | 5/11/20 | McKeon | King/Hittenger/Stewart | Emails re POM answers to intervention petitions | Work product/attorney client |
| 41 | 5/12/20-5/15/20 | McKeon | King/Hittenger/Stewart | Draft of letter to court re conference and follow up emails | Work product/attorney client |

# Exhibit B

| | |
|---|---|
| **From:** | Romano, Karen M. |
| **Sent:** | Tuesday, January 28, 2020 11:57 AM |
| **To:** | 'Mark S. Stewart' |
| **Cc:** | 'Kevin J. McKeon'; 'King, Jr., Adrian R.'; 'Kevin M. Skjoldal' |
| **Subject:** | RE: Response to POM application to amend/clarify |
| **Attachments:** | 2020.01.28 POM - 2nd Application for Emergency Relief.pdf |

I have a draft response out to my clients for edits. Meantime, in case you haven't seen, POM just filed the attached.

Karen M. Romano
Chief Deputy Attorney General

---

**From:** Mark S. Stewart
**Sent:** Thursday, January 23, 2020 5:00 PM
**To:** Romano, Karen M.
**Cc:** Kevin J. McKeon King, Jr., Adrian R. Kevin M. Skjoldal
**Subject:** Response to POM application to amend/clarify

Karen

The amici are planning on filing an opposition to POM's application to clarify/amend whenever the Commonwealth files its response. Attached is a draft of the filing. As indicated during the hearing, intervention is still planned and in the works.

We'd appreciate the chance to coordinate our filing timing-wise with yours.

Thanks very much.

Mark Stewart, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct | Mobile

1

----------------------------------------------------------------------

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Click here to report this email as spam.

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG