# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff | : | No. 1:20-cv-00292 |
| | : | |
| v. | : | (Judge Jennifer P. Wilson) |
| | : | (Magistrate Judge Joseph F. Saporito, Jr.) |
| ECKERT SEAMANS CHERIN & | : | |
| MELLOTT, LLC, | : | |
| | : | Electronically Filed Document |
| Defendant. | : | |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2020, upon consideration of the Motion to Compel of Plaintiff, Pace-O-Matic, Inc., and the response in opposition filed by Hawke McKeon & Sniscak LLP, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____

Joseph F. Saporito, Jr., U.S. Magistrate Judge