## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                  :        CIVIL NO. 1:20-CV-0292
                                     :
           Plaintiff                 :        (Judge Wilson)
                                     :
           v.                        :        (Magistrate Judge Saporito)
                                     :
ECKERT, SEAMANS, CHERIN  :
& MELLOTT, LLC,                      :
                                     :                    FILED
                                     :              WILKES BARRE
           Defendant                 :
                                                     SEP 02 2020

                                              PER_____ M.S.
                                                       DEPUTY CLERK

### ORDER

**AND NOW, this 2nd day of September, 2020, IT IS HEREBY**

**ORDERED THAT:**

1. A telephonic conference shall be conducted in the above-captioned action on **September 9, 2020, at 2:30 p.m.**

2. Counsel shall utilize the following information to access the conference: **Toll-Free Number: (888) 251-2909, Access Code: 2052706.**


                              _____
                              JOSEPH F. SAPORITO, JR.
                              **United States Magistrate Judge**