## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,　　　　　　：　　CIVIL NO. 1:20-CV-0292

　　　　　Plaintiff　　　　　　　：　　(Judge Wilson)

　　　　　v.　　　　　　　　　　：　　(Magistrate Judge Saporito)

ECKERT, SEAMANS, CHERIN　：
& MELLOTT, LLC,　　　　　　：

　　　　　Defendant　　　　　：

**FILED
WILKES BARRE
SEP 09 2020
PER___MS___
DEPUTY CLERK**

### ORDER

**AND NOW, this 9th day of September, 2020,** in accordance with the telephonic conference conducted on this date by the Court with counsel for the parties and miscellaneous parties, **IT IS HEREBY ORDERED THAT** plaintiff may file a supplemental brief in support of its Doc. 50 motion to compel discovery on or before September 16, 2020. Responsive briefs shall be filed on or before September 23, 2020.

JOSEPH F. SAPORITO, JR.
**United States Magistrate Judge**