IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC., | CIVIL NO. 1:20-CV-0292 |
| Plaintiff | (Judge Wilson) |
| v. | (Magistrate Judge Saporito) |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC, | |
| Defendant | |

FILED
WILKES BARRE
SEP 09 2020
PER ms
DEPUTY CLERK

## ORDER

**AND NOW, this 9th day of September, 2020, IT IS HEREBY ORDERED THAT** the Court shall hear oral argument on the Doc. 44 motion for protective order, the Doc. 48 motion to quash subpoena, the Doc. 50 motion to compel discovery, and the Doc. 52 motion for protective order and/or motion to quash subpoena on **October 20, 2020, at 11:00 a.m. in COURTROOM #3, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701.**

*[signature]*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**