IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,            :      CIVIL NO. 1:20-CV-0292

        Plaintiff            :      (Judge Wilson)

        v.            :      (Magistrate Judge Saporito)

ECKERT, SEAMANS, CHERIN :
& MELLOTT, LLC,            :

        Defendant            :

**AMENDED ORDER**

**AND NOW, this 16th day of September, 2020, IT IS HEREBY**

**ORDERED THAT** our Order of September 9, 2020 (Doc. 67), is

**AMENDED** as follows: plaintiff may file a supplemental brief in

support of its Doc. 50 motion to compel discovery on or before

September 16, 2020. Responsive briefs shall be filed on or before

September 25, 2020.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge