# Exhibit A

| Sent Time | Subject | Has Attachment | Sender | Recipients in To line | Recipients in Cc line | Recipients in Bcc line | Privilege Reason |
|---|---|---|---|---|---|---|---|
| 11/28/2018 19:57 | RE: Some litigation / legislative updates | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/28/2018 20:12 | [External] RE: Some litigation / legislative updates | FALSE | Thomas Bonner | Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/28/2018 20:13 | FW: Parx; POM actions - skill games | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/28/2018 20:15 | RE: Some litigation / legislative updates | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 3/18/2019 15:52 | RE: ILottery and skill games litigation | TRUE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 4/22/2019 21:17 | [External] Upcoming GRI board meeting | FALSE | Thomas Bonner | Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 4/23/2019 15:24 | RE: Upcoming GRI board meeting | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 4/25/2019 21:06 | FW: Parx; POM, skill game, oral argument | TRUE | Mark Stewart | Bob Green; Anthony Ricci; Richard Gmerek; Sean Schafer | Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 4/26/2019 15:47 | [External] RE: Parx; POM, skill game, oral argument | FALSE | Richard Gmerek | Mark Stewart; Bob Green; Anthony Ricci; Sean Schafer | Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 4/26/2019 18:58 | RE: Upcoming GRI board meeting | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 4/26/2019 19:42 | [External] RE: Upcoming GRI board meeting | FALSE | Thomas Bonner | Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 4/26/2019 19:56 | RE: Upcoming GRI board meeting | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 5/6/2019 16:02 | Parx; Skill Games, letter regarding POMs Sur-Reply Brief | TRUE | Kevin Skjoldal | Bob Green; Sean Schafer; Richard Gmerek; Thomas Bonner | Mark S Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 5/6/2019 18:48 | [External] Re: Parx; Skill Games, letter regarding POMs Sur-Reply Brief | FALSE | Sean Schafer | Kevin Skjoldal | Bob Green; Richard Gmerek; Thomas Bonner; Mark Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 5/6/2019 19:43 | RE: [External] Re: Parx; Skill Games, letter regarding POMs Sur-Reply Brief | FALSE | Kevin Skjoldal | Sean Schafer | Bob Green; Richard Gmerek; Thomas Bonner; Mark Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 5/10/2019 13:31 | Summary of skill games oral argument | TRUE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 5/20/2019 23:17 | [External] Update | FALSE | Thomas Bonner | Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 5/21/2019 0:07 | RE: [External] Update | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 5/22/2019 13:54 | RE: [External] Update | FALSE | Mark Stewart | Thomas Bonner | Bryan Schroeder | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 5/22/2019 14:03 | RE: [External] Update | FALSE | Mark Stewart | Thomas Bonner | Bryan Schroeder | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 6/3/2019 19:53 | [External] Farry Conversation | FALSE | Sean Schafer | Bob Green; Mark Stewart; Richard Gmerek; Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 6/14/2019 18:19 | [External] RE: Reply to Haverstick letter to Diaz | TRUE | Richard Gmerek | Mark Stewart; Thomas Bonner; Bob Green; Sean Schafer | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |

| Date/Time | Subject | Flag | From | To | CC | | Description |
|---|---|---|---|---|---|---|---|
| 6/14/2019 18:29 | [External] FW: Reply to Haverstick letter to Diaz | TRUE | Thomas Bonner | Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/14/2019 18:56 | RE: Reply to Haverstick letter to Diaz | FALSE | Mark Stewart | Richard Gmerek; Sean Schafer | Thomas Bonner; Bob Green | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/14/2019 21:21 | Question piece for Farry | TRUE | Mark Stewart | Richard Gmerek; Sean Schafer | Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/14/2019 21:50 | [External] RE: Reply to Haverstick letter to Diaz | FALSE | Richard Gmerek | Bob Green | Thomas Bonner; Mark Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/14/2019 21:51 | RE: Reply to Haverstick letter to Diaz | FALSE | Mark Stewart | Richard Gmerek; Bob Green | Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/17/2019 20:05 | RE: Question piece for Farry | TRUE | Mark Stewart | Richard Gmerek; Sean Schafer | Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/17/2019 20:51 | [External] RE: Question piece for Farry | FALSE | Richard Gmerek | Mark Stewart; Sean Schafer | Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/17/2019 21:22 | [External] Re: Question piece for Farry | FALSE | Sean Schafer | Richard Gmerek | Mark Stewart; Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/17/2019 21:30 | [External] Re: Question piece for Farry | FALSE | Richard Gmerek | Sean Schafer | Mark Stewart; Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/18/2019 14:12 | [External] Skill Games Attorney | TRUE | Bryan Schroeder | Mark Stewart | Thomas Bonner; Sarah Stoner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/18/2019 14:19 | RE: Skill Games Attorney | FALSE | Mark Stewart | Bryan Schroeder | Thomas Bonner; Sarah Stoner; Richard Gmerek | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/18/2019 14:35 | [External] Re: Skill Games Attorney | FALSE | Richard Gmerek | Mark Stewart | Bryan Schroeder; Thomas Bonner; Sarah Stoner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/18/2019 15:49 | RE: Skill Games Attorney | FALSE | Mark Stewart | Richard Gmerek | Bryan Schroeder; Thomas Bonner; Sarah Stoner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/18/2019 20:24 | Skill Games legal plan | FALSE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 6/18/2019 20:45 | RE: Skill Games legal plan | FALSE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 7/16/2019 13:26 | [External] Litigation update - board meeting | TRUE | Thomas Bonner | Mark Stewart | Sarah Stoner; Kristine Marsilio | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 7/19/2019 20:57 | RE: Litigation update - board meeting | TRUE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 7/25/2019 18:26 | RE: POM - Cambria County suit | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 7/25/2019 19:04 | [External] RE: POM - Cambria County suit | FALSE | Thomas Bonner | Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 8/7/2019 17:18 | [External] Skill Games PAC Report | TRUE | Sean Schafer | Bob Green; Richard Gmerek; Thomas Bonner; Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 8/14/2019 16:40 | [External] FW: Pace-O-Matic Findings | TRUE | Grace H. Flanagan | Mark Stewart; Kevin Skjoldal | Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 9/12/2019 18:19 | FW: Parx/skill games; new articles | FALSE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek; Sean Schafer | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |

| Date | Subject | | From | To | CC | | Description |
|---|---|---|---|---|---|---|---|
| 9/12/2019 19:25 | [External] Re: FW: Parx/skill games; new articles | TRUE | Sean Schafer | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 9/12/2019 20:51 | [External] Re: Parx/skill games; new articles | FALSE | Richard Gmerek | Mark Stewart | Bob Green; Thomas Bonner; Sean Schafer | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 9/13/2019 14:26 | RE: PLD - COMPLAINT SKILL GAMES LITIGATION PARX V. JSB NEWGAS (L0830697xA35AE) | FALSE | Mark Stewart | Andrew Kramer; Thomas Bonner; Kevin Skjoldal | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 9/13/2019 14:44 | RE: Parx/skill games; new articles | FALSE | Mark Stewart | Richard Gmerek | Bob Green; Thomas Bonner; Sean Schafer | | Communication providing legal advice and/or transmitting or discussing information for the purpose of prviding legal advice. Work product doctrine. |
| 9/20/2019 18:21 | RE: Skill games complaints | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 9/24/2019 16:44 | FW: [External] Re: FW: Parx/skill games; new articles | TRUE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of [providing legal advice. Work product doctrine. |
| 9/27/2019 20:16 | Parx; SPQR Amusements and pending skill games case | TRUE | Kevin Skjoldal | Bob Green; Thomas Bonner; Richard Gmerek; Sean Schafer | Mark S Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose; SPQR providing legal advice. Work product doctrine. |
| 10/4/2019 17:38 | RE: Parx; skill game complaints - October 4, 2019 | FALSE | Kevin Skjoldal | Sean Schafer; Bob Green; Thomas Bonner; Richard Gmerek | Mark Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/4/2019 18:05 | RE: Parx; skill game complaints - October 4, 2019 | FALSE | Mark Stewart | Kevin Skjoldal; Sean Schafer; Bob Green; Thomas Bonner; Richard Gmerek | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/4/2019 18:17 | [External] Re: Parx; skill game complaints - October 4, 2019 | FALSE | Richard Gmerek | Mark Stewart | Kevin Skjoldal; Sean Schafer; Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/4/2019 18:19 | [External] RE: Parx; skill game complaints - October 4, 2019 | FALSE | Sean Schafer | Richard Gmerek; Mark Stewart | Kevin Skjoldal; Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/9/2019 17:56 | [External] Notes from Yesterday | FALSE | Richard Gmerek | Bob Green; Thomas Bonner); Mark Stewart; Sean Schafer | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/10/2019 20:18 | Parx; pending skill games cases | TRUE | Kevin Skjoldal | Bob Green; Thomas Bonner; Richard Gmerek; Sean Schafer | Mark S Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose; providing legal advice. Work product doctrine. |
| 10/11/2019 14:00 | RE: Parx; pending skill games cases | FALSE | Mark Stewart | Kevin Skjoldal; Bob Green; Thomas Bonner; Richard Gmerek; Sean Schafer | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of Parx; providing legal advice. Work product doctrine. |
| 10/11/2019 15:05 | [External] RE: Parx; pending skill games cases | FALSE | Richard Gmerek | Mark Stewart; Kevin Skjoldal; Bob Green; Thomas Bonner; Sean Schafer | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/11/2019 21:12 | [External] RE: Hearing on the 30th | FALSE | Richard Gmerek | Sean Schafer | Mark Stewart; Bob Green; Tom Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/18/2019 15:01 | [External] FW: Parx; pending skill games cases | TRUE | Thomas Bonner | Kevin Skjoldal; Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/18/2019 15:04 | RE: Parx; pending skill games cases | FALSE | Kevin Skjoldal | Thomas Bonner; Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/18/2019 18:43 | [External] HB 1598 | FALSE | Richard Gmerek | Bob Green | Mark Stewart; Sean Schafer ; Thomas Bonner) | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/21/2019 20:09 | RE: Parx; pending skill games cases | FALSE | Mark Stewart | Kevin Skjoldal; Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/22/2019 19:10 | RE: Parx; pending skill games cases | TRUE | Kevin Skjoldal | Mark Stewart; Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 10/22/2019 20:18 | [External] RE: Parx; pending skill games cases | FALSE | Thomas Bonner | Kevin Skjoldal; Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |

| Date | Subject | Priv | From | To | CC | Description |
|---|---|---|---|---|---|---|
| 10/29/2019 20:25 | [External] Smokers Express and Raj Rajeshwari | TRUE | Andrew Kramer | Kevin Skjoldal; Thomas Bonner; Robert Mulhern, Jr.; Mark Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/4/2019 21:26 | [External] JSB NewGas; Smokin Joe Tobacco Shops and USA Gas and Repairs | TRUE | Andrew Kramer | Mark Stewart; Kevin Skjoldal | Thomas Bonner; Robert Mulhern, Jr. | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/12/2019 14:46 | [External] Valley News and Smokers Express | TRUE | Andrew Kramer | Thomas Bonner; Robert Mulhern, Jr.; Mark Stewart; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/14/2019 20:28 | [External] Smokers Hutt | TRUE | Andrew Kramer | Thomas Bonner; Robert Mulhern, Jr.; Mark Stewart; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/14/2019 23:23 | Parx/skill games - responses to POs and motion for stay | TRUE | Kevin Skjoldal | Andrew Kramer; Thomas Bonner; Robert Mulhern, Jr.; Mark Stewart | Casey Coyle | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/18/2019 12:17 | [External] RE: Parx/skill games - responses to POs and motion for stay | FALSE | Robert Mulhern, Jr. | Kevin Skjoldal; Andrew Kramer; Thomas Bonner; Mark Stewart | Casey Coyle | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/18/2019 13:54 | RE: Parx/skill games - responses to POs and motion for stay | FALSE | Kevin Skjoldal | Robert Mulhern, Jr.; Andrew Kramer; Thomas Bonner; Mark Stewart | Casey Coyle | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/18/2019 16:05 | [External] RE: Skill Games Litigation: Smokers Express (Langhorne) | TRUE | Andrew Kramer | Casey Coyle | Kevin Skjoldal; Robert Mulhern, Jr.; Thomas Bonner; Mark Stewart | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/18/2019 18:54 | Skill Games Litigation: Responses for 9 of 11 Motions for Stay | TRUE | Casey Coyle | Andrew Kramer | Mark Stewart; Kevin Skjoldal; Thomas Bonner; Vicki Serrano | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/18/2019 21:34 | [External] Skill Games Litigation | TRUE | Vicki Serrano | Casey Coyle | Mark Stewart; Kevin Skjoldal; Thomas Bonner; Andrew Kramer | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/19/2019 22:45 | [External] Smokers Express and Raj Rajeshwari | TRUE | Andrew Kramer | Casey Coyle; Kevin Skjoldal; Mark Stewart; Thomas Bonner; Robert Mulhern, Jr. | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/20/2019 14:28 | COMMONWEALTH COURT DECISION OUT -- [redacted] | FALSE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/20/2019 14:43 | RE: COMMONWEALTH COURT DECISION OUT -- [redacted] | FALSE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/20/2019 15:19 | RE: COMMONWEALTH COURT DECISION OUT | FALSE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek | Sean Schafer | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/20/2019 15:39 | RE: COMMONWEALTH COURT DECISION OUT | FALSE | Mark Stewart | Sean Schafer; Bob Green; Thomas Bonner; Richard Gmerek | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/20/2019 16:09 | RE: COMMONWEALTH COURT DECISION OUT | FALSE | Mark Stewart | Richard Gmerek; Bob Green; Thomas Bonner); Sean Schafer | Kevin Skjoldal | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/20/2019 21:48 | [External] FW: ATTORNEY-CLIENT PRIVILEGED/CONFIDENTIAL WORK PRODUCT PROTECTED | TRUE | Richard Gmerek | Bob Green; Thomas Bonner+E134 | Mark Stewart | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/20/2019 22:26 | [External] RE: Statement | TRUE | Pete Shelly | Thomas Bonner | Richard Gmerek; Mark Stewart; Bob Green; Charlie Lyons | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/20/2019 22:39 | [External] FW: Statement | TRUE | Richard Gmerek | Thomas Bonner) | Bob Green; Mark Stewart; Pete Shelly | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/20/2019 23:09 | One pager | TRUE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek; Sean Schafer; Pete Shelly | Kevin Skjoldal | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/20/2019 23:19 | [External] Re: One pager | TRUE | Richard Gmerek | Mark Stewart | Bob Green; Thomas Bonner; Sean Schafer; Pete Shelly; Kevin Skjoldal | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 11/20/2019 23:31 | RE: One pager | FALSE | Mark Stewart | Richard Gmerek | Bob Green; Thomas Bonner; Sean Schafer; Pete Shelly; Kevin Skjoldal; Charlie Lyons | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |

| Date | Subject | | From | To | CC | | Description |
|---|---|---|---|---|---|---|---|
| 11/20/2019 23:35 | [External] Re: One pager | FALSE | Richard Gmerek | Mark Stewart | Bob Green; Thomas Bonner; Sean Schafer; Pete Shelly; Kevin Skjoldal; Charlie Lyons | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/20/2019 23:42 | RE: One pager | FALSE | Mark Stewart | Richard Gmerek | Bob Green; Thomas Bonner; Sean Schafer; Pete Shelly; Kevin Skjoldal; Charlie Lyons | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 0:57 | [External] Fwd: PA Commonwealth Court Rules That Pennsylvania Skill Games Are Slot Machines | FALSE | Richard Gmerek | Bob Green; Mark Stewart; Tom Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 14:59 | RE: One pager | FALSE | Mark Stewart | Richard Gmerek; Sean Schafer | Bob Green; Thomas Bonner; Pete Shelly; Kevin Skjoldal; Charlie Lyons | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 16:33 | [External] RE: One pager | FALSE | Sean Schafer | Charlie Lyons; Richard Gmerek; Mark Stewart | Bob Green; Thomas Bonner; Pete Shelly; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 16:35 | [External] FW: Pennsylvania Skill Wins PA Commonwealth Court Decision | FALSE | Sean Schafer | Bob Green; Thomas Bonner; Richard Gmerek; Mark Stewart; Kevin Skjoldal; Pete Shelly; Charlie Lyons | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 18:09 | RE: One pager | FALSE | Mark Stewart | Sean Schafer; Charlie Lyons; Richard Gmerek | Bob Green; Thomas Bonner; Pete Shelly; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 18:26 | [External] RE: One pager | FALSE | Pete Shelly | Mark Stewart; Sean Schafer; Charlie Lyons; Richard Gmerek | Bob Green; Thomas Bonner; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 19:08 | RE: One pager | TRUE | Mark Stewart | Pete Shelly; Sean Schafer; Charlie Lyons; Richard Gmerek | Bob Green; Thomas Bonner; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 19:19 | [External] RE: One pager | FALSE | Pete Shelly | Richard Gmerek; Mark Stewart; Sean Schafer; Charlie Lyons | Bob Green; Thomas Bonner; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 19:28 | [External] RE: One pager | FALSE | Richard Gmerek | Pete Shelly; Mark Stewart; Sean Schafer; Charlie Lyons | Bob Green; Thomas Bonner; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 19:31 | [External] RE: Pennsylvania Skill Wins PA Commonwealth Court Decision | FALSE | Richard Gmerek | Sean Schafer; Bob Green; Thomas Bonner; Mark Stewart; Kevin Skjoldal; Pete Shelly; Charlie Lyons | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 19:32 | [External] RE: One pager | FALSE | Pete Shelly | Richard Gmerek; Mark Stewart; Sean Schafer; Charlie Lyons | Bob Green; Thomas Bonner; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 19:57 | RE: One pager | TRUE | Mark Stewart | Richard Gmerek; Pete Shelly; Sean Schafer; Charlie Lyons | Bob Green; Thomas Bonner; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/21/2019 20:00 | RE: One pager | FALSE | Mark Stewart | Richard Gmerek; Pete Shelly; Sean Schafer; Charlie Lyons | Bob Green; Thomas Bonner; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/22/2019 14:32 | RE: One pager | TRUE | Mark Stewart | Thomas Bonner | Richard Gmerek | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/22/2019 16:57 | RE: One pager | FALSE | Kevin Skjoldal | Richard Gmerek; Pete Shelly; Sean Schafer; Mark Stewart; Charlie Lyons | Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/22/2019 17:39 | FW: POM Opinion - next steps | FALSE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek; Sean Schafer; Pete Shelly; Charlie Lyons | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/22/2019 19:06 | FW: POM Opinion - next steps | FALSE | Mark Stewart | Bob Green; Richard Gmerek; Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/22/2019 22:36 | [External] Re: One pager | TRUE | Richard Gmerek | Mark Stewart | Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/27/2019 14:59 | Parx; Skill Games - brief opposing POs | TRUE | Kevin Skjoldal | Thomas Bonner; Andrew Kramer; Robert Mulhern, Jr.; Mark Stewart; Casey Coyle | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 11/27/2019 19:05 | Draft of new industry letter | TRUE | Mark Stewart | Bob Green; Richard Gmerek; Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |

| Date/Time | Subject | | From | To | CC | | Description |
|---|---|---|---|---|---|---|---|
| 11/27/2019 21:27 | [External] Re: Draft of new industry letter | TRUE | Richard Gmerek | Mark Stewart | Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/2/2019 17:27 | Skill Games Litigation: Briefs in Opposition to Preliminary Objections for Filing | TRUE | Casey Coyle | Andrew Kramer | Mark Stewart; Kevin Skjoldal; Thomas Bonner; Vicki Serrano | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/4/2019 20:57 | [External] Smokers Hut; Valley News; Smokers express and Raj Rajeshwari | TRUE | Andrew Kramer | Mark Stewart; Kevin Skjoldal; Casey Coyle | Thomas Bonner; Robert Mulhern, Jr. | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/6/2019 19:52 | Parx; skill games - DAs office | FALSE | Kevin Skjoldal | Thomas Bonner | Mark S Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/6/2019 20:09 | FW: Parx; skill games - DAs office | FALSE | Mark Stewart | Bob Green; Richard Gmerek; Thomas Bonner; Pete Shelly | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/8/2019 18:38 | Skill Games Litigation: Briefs in Opposition to Preliminary Objections for Filing | TRUE | Casey Coyle | Andrew Kramer | Mark Stewart; Kevin Skjoldal; Thomas Bonner; Vicki Serrano | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/10/2019 4:08 | Draft of law firm letter | TRUE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/10/2019 12:02 | [External] Re: Draft of law firm letter | TRUE | Richard Gmerek | Mark Stewart | Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/10/2019 12:07 | [External] Re: Draft of law firm letter | TRUE | Richard Gmerek | Mark Stewart | Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/10/2019 14:25 | [External] CASINO LAW FIRM SKILL GAMES CRIMES CODE LETTER (L0845146xA35AE) | TRUE | Thomas Bonner | Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/10/2019 18:38 | [External] RE: Skill games - how many in PA? | FALSE | Thomas Bonner | Mark Stewart; Andrew Kramer; Kevin Skjoldal | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/11/2019 0:08 | [External] Re: Skill Games Seizure in Dauphin County | FALSE | Richard Gmerek | Sean Schafer | Bob Green; Thomas Bonner; Mark Stewart; Pete Shelly | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/11/2019 3:33 | RE: Skill games - how many in PA? | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/11/2019 3:53 | RE: Skill Games Seizure in Dauphin County | FALSE | Mark Stewart | Richard Gmerek; Sean Schafer | Bob Green; Thomas Bonner; Pete Shelly | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/11/2019 11:11 | [External] RE: Skill Games Seizure in Dauphin County | FALSE | Pete Shelly | Mark Stewart; Richard Gmerek; Sean Schafer | Bob Green; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/11/2019 20:48 | Skill Games Litigation: Brief in Opposition to Preliminary Objections for Filing | TRUE | Casey Coyle | Andrew Kramer | Mark Stewart; Kevin Skjoldal; Thomas Bonner; Vicki Serrano | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/12/2019 4:39 | casino law firm letter | TRUE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek; Sean Schafer; Pete Shelly; Charlie Lyons | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/13/2019 15:13 | RE: PennLive Article | FALSE | Mark Stewart | Richard Gmerek; Bob Green; Pete Shelly; Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/13/2019 18:31 | [External] RE: PennLive Article | FALSE | Pete Shelly | Richard Gmerek; Mark Stewart; Bob Green; Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/13/2019 18:45 | RE: POM injunction filing | FALSE | Kevin Skjoldal | Mark Stewart; Richard Gmerek; Bob Green; Thomas Bonner; Sean Schafer; Pete Shelly; Charlie Lyons | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/13/2019 18:47 | [External] RE: PennLive Article | FALSE | Richard Gmerek | Pete Shelly; Mark Stewart; Bob Green; Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 12/13/2019 20:24 | [External] RE: POM injunction filing | FALSE | Sean Schafer | Kevin Skjoldal; Mark Stewart; Richard Gmerek; Bob Green; Thomas Bonner; Pete Shelly; Charlie Lyons | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |

| Date/Time | Subject | Priv | From | To | CC | | Description |
|---|---|---|---|---|---|---|---|
| 12/13/2019 21:58 | [External] Re: POM injunction filing | FALSE | Sean Schafer | Kevin Skjoldal; Mark Stewart; Richard Gmerek; Bob Green; Thomas Bonner; Pete Shelly; Charlie Lyons | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/13/2019 22:04 | RE: [External] RE: POM injunction filing | FALSE | Mark Stewart | Richard Gmerek; Kevin Skjoldal; Bob Green; Thomas Bonner; Sean Schafer; Pete Shelly; Charlie Lyons | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/13/2019 22:05 | [External] Re: POM injunction filing | FALSE | Richard Gmerek | Sean Schafer | Mark Stewart; Bob Green; Thomas Bonner; Pete Shelly | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/16/2019 21:56 | RE: Continuance of 12/23 PI hearing | FALSE | Mark Stewart | Bob Green; Richard Gmerek; Thomas Bonner; Sean Schafer; Pete Shelly; Charlie Lyons | Kevin Skjoldal; David Hittinger, Jr. | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/18/2019 17:57 | draft amicus brief | TRUE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/18/2019 19:12 | RE: POM - AMICUS BRIEF | TRUE | Mark Stewart | Robert Mulhern, Jr. | Thomas Bonner; Grace H. Flanagan | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/19/2019 14:16 | As filed Amicus Brief | TRUE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/19/2019 21:22 | [External] Re: OAG appeal | FALSE | Richard Gmerek | Mark Stewart | Bob Green; Thomas Bonner; Sean Schafer; Pete Shelly; Charlie Lyons | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/27/2019 16:16 | Skill Games Litigation: Draft Complaints for 9 of 10 New Montco Cases | TRUE | Casey Coyle | Christopher White | Mark Stewart; Kevin Skjoldal; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/30/2019 14:14 | [External] FW: VALLEY NEWS - LEGALLY PRIVILEGED | FALSE | Thomas Bonner | Mark Stewart; Kevin Skjoldal | Robert Mulhern, Jr.; Andrew Kramer | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/30/2019 15:32 | RE: VALLEY NEWS - LEGALLY PRIVILEGED | FALSE | Mark Stewart | Thomas Bonner; Kevin Skjoldal | Robert Mulhern, Jr.; Andrew Kramer | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/31/2019 17:01 | RE: Skill Games - Dropbox link | TRUE | Casey Coyle | Dorsia Ramcharan; Robert Mulhern, Jr.; Andrew Kramer | Mark Stewart; Kevin Skjoldal; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 12/31/2019 19:23 | [External] Skills Games Litigation; Filed Complaints | TRUE | Vicki Serrano | Casey Coyle; Kevin Skjoldal; Mark Stewart; Denise Kline | Robert Mulhern, Jr.; Thomas Bonner; Andrew Kramer | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/1/2020 17:49 | [External] Fwd: Greenwood Gaming and Entertainment, Inc. v. Valley News and Smoke Shop | FALSE | Thomas Bonner | Andrew Kramer; Robert Mulhern, Jr.; Mark Stewart; Kevin Skjoldal | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/1/2020 21:12 | RE: [External] Fwd: Greenwood Gaming and Entertainment, Inc. v. Valley News and Smoke Shop | FALSE | Mark Stewart | Thomas Bonner; Andrew Kramer; Robert Mulhern, Jr.; Kevin Skjoldal | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/6/2020 15:18 | [External] FW: Skill Games Argument Today | FALSE | Thomas Bonner | Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/8/2020 13:18 | [External] Greenwood Gaming v. One Punch | TRUE | Andrew Kramer | Mark Stewart; Casey Coyle; Kevin Skjoldal | Thomas Bonner; Robert Mulhern, Jr. | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/8/2020 22:50 | Bucks County Skill Games Cases: Draft of Brief in Oppositions to Motions to Stay | TRUE | Casey Coyle | Thomas Bonner; Robert Mulhern, Jr.; Andrew Kramer; Mark Stewart | Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/9/2020 18:18 | RE: Bucks County Skill Games Cases: Draft of Brief in Oppositions to Motions to Stay | TRUE | Casey Coyle | Thomas Bonner; Robert Mulhern, Jr. | Mark Stewart; Kevin Skjoldal; Andrew Kramer | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/9/2020 19:57 | Bucks County Skill Games Cases: Briefs in Opposition to Motions for Stay | TRUE | Casey Coyle | Andrew Kramer | Mark Stewart; Kevin Skjoldal; Thomas Bonner; Robert Mulhern, Jr.; Vicki Serrano | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/9/2020 19:59 | RE: Bucks County Skill Games Cases: Briefs in Opposition to Motions for Stay | TRUE | Casey Coyle | Andrew Kramer | Mark Stewart; Kevin Skjoldal; Thomas Bonner; Robert Mulhern, Jr.; Vicki Serrano | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/10/2020 4:25 | FW: 2020 01 02 Greenwood Gaming v Valley News et al Oral Argument | TRUE | Mark Stewart | Thomas Bonner; Robert Mulhern, Jr.; Andrew Kramer; Kevin Skjoldal; Casey Coyle | Bob Green; Richard Gmerek | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |

| Date | Subject | Priv | From | To | CC | Description |
|---|---|---|---|---|---|---|
| 1/10/2020 17:57 | RE: PGCB quarterly report | TRUE | Michael J. Herzog | Thomas Bonner | Mary Jo DePazza; Mark Stewart | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/13/2020 19:30 | Bucks County Skill Games Cases: Response in Opposition to POs (Parx v. SpiceRite, LLC) | TRUE | Casey Coyle | Andrew Kramer | Mark Stewart; Kevin Skjoldal; Thomas Bonner; Robert Mulhern, Jr.; Vicki Serrano | Communication providing legal cdvice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/13/2020 23:05 | FW: Superior Court: slot machine seizure does not require gambling purpose | TRUE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek; Sean Schafer; Pete Shelly | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/17/2020 18:56 | Parx; Bucks County actions | FALSE | Kevin Skjoldal | Thomas Bonner; Andrew Kramer; Robert Mulhern, Jr. | Mark S Stewart; Casey Coyle | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/17/2020 20:05 | [External] RE: Parx; Bucks County actions | FALSE | Robert Mulhern, Jr. | Kevin Skjoldal; Thomas Bonner; Andrew Kramer | Mark Stewart; Casey Coyle | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/17/2020 21:09 | RE: Parx; Bucks County actions | FALSE | Kevin Skjoldal | Robert Mulhern, Jr.; Thomas Bonner; Andrew Kramer | Mark Stewart; Casey Coyle | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/17/2020 21:20 | [External] RE: Parx; Bucks County actions | FALSE | Andrew Kramer | Kevin Skjoldal; Robert Mulhern, Jr.; Thomas Bonner | Mark Stewart; Casey Coyle | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/17/2020 23:18 | [External] Re: Parx; Bucks County actions | FALSE | Robert Mulhern, Jr. | Andrew Kramer | Kevin Skjoldal; Thomas Bonner; Mark Stewart; Casey Coyle | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/17/2020 23:25 | [External] Re: Parx; Bucks County actions | FALSE | Andrew Kramer | Robert Mulhern, Jr. | Kevin Skjoldal; Thomas Bonner; Mark Stewart; Casey Coyle | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/18/2020 1:14 | RE: [External] Re: Parx; Bucks County actions | FALSE | Kevin Skjoldal | Andrew Kramer; Robert Mulhern, Jr. | Thomas Bonner; Mark Stewart; Casey Coyle | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/19/2020 22:36 | RE: [External] Re: Parx; Bucks County actions | FALSE | Kevin Skjoldal | Andrew Kramer; Robert Mulhern, Jr. | Thomas Bonner; Mark Stewart; Casey Coyle | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/21/2020 15:57 | [External] FW: Pennsylvania Commonwealth Court Says Pace-O-Matic's Pennsylvania Skill Are Legal | FALSE | Richard Gmerek | Bob Green; Pete Shelly; Mark Stewart; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/21/2020 17:58 | [External] POM application for clarification/amendment | TRUE | Kevin McKeon | Mark Stewart | King, Jr., Adrian R.; Thomas Bonner; Bob Green | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/22/2020 14:41 | RE: Order Denying Application to Amend filing for case POM of PA, LLC v. PSP, Bur. of Liq. Ctrl Enf. (503 MD 2018) | FALSE | Mark Stewart | Bob Green; Thomas Bonner | Kevin McKeon; Kevin Skjoldal; Richard Gmerek; Pete Shelly; Sean Schafer | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/22/2020 14:45 | [External] RE: Order Denying Application to Amend filing for case POM of PA, LLC v. PSP, Bur. of Liq. Ctrl Enf. (503 MD 2018) | FALSE | Pete Shelly | Mark Stewart; Bob Green; Thomas Bonner | Kevin McKeon; Kevin Skjoldal; Richard Gmerek; Sean Schafer | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/22/2020 15:49 | RE: Order Denying Application to Amend filing for case POM of PA, LLC v. PSP, Bur. of Liq. Ctrl Enf. (503 MD 2018) | FALSE | Kevin Skjoldal | Pete Shelly; Mark Stewart; Bob Green; Thomas Bonner | Kevin McKeon; Richard Gmerek; Sean Schafer | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/23/2020 16:29 | Response to POM application to amend/clarify | TRUE | Mark Stewart | Bob Green; Thomas Bonner | Kevin McKeon; Richard Gmerek | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/24/2020 14:23 | [External] Bucks County Skill Games Litigation | TRUE | Andrew Kramer | Thomas Bonner; Robert Mulhern, Jr.; Mark Stewart; Kevin Skjoldal; Casey Coyle | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/24/2020 14:23 | [External] Bucks County Skill Games Litigation | TRUE | Andrew Kramer | Thomas Bonner; Robert Mulhern, Jr.; Mark Stewart; Kevin Skjoldal; Casey Coyle | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/24/2020 14:26 | RE: Bucks County Skill Games Litigation | FALSE | Mark Stewart | Andrew Kramer; Thomas Bonner; Robert Mulhern, Jr.; Kevin Skjoldal; Casey Coyle | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/24/2020 14:30 | RE: Bucks County Skill Games Litigation | FALSE | Mark Stewart | Andrew Kramer; Thomas Bonner; Robert Mulhern, Jr.; Kevin Skjoldal; Casey Coyle | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 1/24/2020 14:41 | [External] RE: Bucks County Skill Games Litigation | FALSE | Robert Mulhern, Jr. | Mark Stewart; Andrew Kramer; Thomas Bonner; Kevin Skjoldal; Casey Coyle | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |

| Date | Subject | | Author | Recipient | CC | | Description |
|---|---|---|---|---|---|---|---|
| 1/27/2020 3:45 | Intervention petition and brief | TRUE | Mark Stewart | Bob Green; Thomas Bonner; Kevin McKeon | Richard Gmerek; David Hittinger, Jr. | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/5/2020 21:41 | [External] Re: New POM Game in DC | FALSE | Richard Gmerek | Sean Schafer; Bob Green; Thomas Bonner; ehausler@parxcasino.com; Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/6/2020 11:16 | [External] letter to pennlive | TRUE | Pete Shelly | Bob Green; Thomas Bonner; Richard Gmerek; Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/6/2020 13:19 | Intervention documents | TRUE | Mark Stewart | Bob Green; Thomas Bonner | Richard Gmerek | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/6/2020 22:09 | [External] Letter to editor REVISED | TRUE | Thomas Bonner | Pete Shelly; Richard Gmerek; Mark Stewart | Bob Green; Eric Hausler | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/7/2020 15:34 | [External] FW: new draft | TRUE | Pete Shelly | Thomas Bonner; Bob Green; Eric Hausler; Richard Gmerek; Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/7/2020 15:56 | [External] Letter - PennLive | TRUE | Thomas Bonner | Bob Green; Eric Hausler; Richard Gmerek; Mark Stewart | Pete Shelly | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/7/2020 19:08 | [External] Re: Letter - PennLive | FALSE | Pete Shelly | Richard Gmerek | Thomas Bonner; Bob Green; Eric Hausler; Mark Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/7/2020 19:10 | RE: Intervention documents | FALSE | Mark Stewart | Robert Mulhern, Jr. | Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/9/2020 17:38 | RE: New POM Game in DC | FALSE | Mark Stewart | Sean Schafer; Bob Green; Thomas Bonner; Eric Hausler; Richard Gmerek | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/10/2020 14:56 | RE: New POM Game in DC | FALSE | Mark Stewart | Sean Schafer; Bob Green; Thomas Bonner; Eric Hausler; Richard Gmerek | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/11/2020 16:51 | Parx; Montgomery County - skill games actions - response and brief IOT POs | TRUE | Kevin Skjoldal | Thomas Bonner; Robert B. Mulhern; Andrew Kramer | Mark S Stewart; Casey Coyle | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/12/2020 16:58 | POM Intervention Documents (503 MD 2018) | TRUE | David Hittinger, Jr. | Adrian King; Kevin McKeon; Thomas Bonner | Mark Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/12/2020 16:59 | POM Intervention Documents (418 MD 2018) | TRUE | David Hittinger, Jr. | Adrian King; Kevin McKeon; Thomas Bonner | Mark Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/18/2020 17:36 | FW: [External] Sycuan Casino expansion means reaching outside San Diego to grow the market; Will Ohio legalize sports gambling? Bet on it. | FALSE | Mark Stewart | Bob Green; Thomas Bonner; Richard Gmerek; Pete Shelly; Kevin McKeon | David Hittinger, Jr.; Kevin Skjoldal | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/19/2020 23:01 | Background information on POM issue | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/19/2020 23:21 | [External] RE: Background information on POM issue | FALSE | Thomas Bonner | Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/19/2020 23:55 | RE: [External] RE: Background information on POM issue | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/20/2020 0:52 | Press statement | FALSE | Mark Stewart | Bob Green; Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/20/2020 2:17 | FW: statement | FALSE | Mark Stewart | Bob Green; Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/20/2020 21:11 | FW: PGCBs Apps to Intervene POM of PA v. DOR, City of Phila; 418 MD 2018 and POM of PA v. PSP, Liq Control Enforcement; 503 MD 2018 | TRUE | Mark Stewart | Bob Green; Thomas Bonner; Eric Hausler | Richard Gmerek; Kevin McKeon; Pete Shelly; Kevin Skjoldal; Sean Schafer; David Hittinger, Jr. | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |
| 2/21/2020 19:56 | RE: [External] POM v ESCM | FALSE | Thomas Bonner | Kevin Skjoldal; Mark Stewart | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice. Work product doctrine. |

| Date | Subject | Privileged | From | To | CC | | Description |
|---|---|---|---|---|---|---|---|
| 2/21/2020 20:12 | RE: [External] POM v ESCM | FALSE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 2/27/2020 20:07 | RE: Pgcb and POM | TRUE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 3/4/2020 21:39 | [External] Re: Meeting w/ the Governors Office | FALSE | Richard Gmerek | Sean Schafer | Bob Green; Eric Hausler; Thomas Bonner; Mark Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 3/4/2020 21:48 | [External] Re: Meeting w/ the Governors Office | FALSE | Richard Gmerek | Sean Schafer | Bob Green; Eric Hausler; Thomas Bonner; Mark Stewart | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 3/4/2020 22:42 | RE: Meeting w/ the Governors Office | FALSE | Mark Stewart | Richard Gmerek; Sean Schafer | Bob Green; Eric Hausler; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 3/4/2020 22:51 | [External] Re: Meeting w/ the Governors Office | FALSE | Richard Gmerek | Mark Stewart | Sean Schafer; Bob Green; Eric Hausler; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 3/4/2020 23:05 | RE: Meeting w/ the Governors Office | FALSE | Mark Stewart | Richard Gmerek | Sean Schafer; Bob Green; Eric Hausler; Thomas Bonner | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 3/6/2020 14:16 | [External] RE: Parx/skill games; Montgomery County - POs | FALSE | Robert Mulhern, Jr. | Kevin Skjoldal; Thomas Bonner; Andrew Kramer | Mark Stewart; Casey Coyle | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 3/6/2020 15:16 | RE: Parx/skill games; Montgomery County - POs | FALSE | Kevin Skjoldal | Robert Mulhern, Jr.; Thomas Bonner; Andrew Kramer | Mark Stewart; Casey Coyle | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 3/6/2020 15:23 | [External] RE: Parx/skill games; Montgomery County - POs | FALSE | Andrew Kramer | Kevin Skjoldal; Robert Mulhern, Jr.; Thomas Bonner | Mark Stewart; Casey Coyle | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 4/3/2020 14:37 | FW: GLI White Paper | TRUE | Mark Stewart | Bob Green; Eric Hausler; Thomas Bonner; Pete Shelly; Richard Gmerek; Sean Schafer | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |
| 5/15/2020 20:01 | Bucks and Montco cases | TRUE | Mark Stewart | Thomas Bonner | | | Communication providing legal advice and/or transmitting or discussing information for the purpose of providing legal advice.  Work product doctrine. |