**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Docket No. 1:20-cv-00292 |
| | : | |
| ECKERT SEAMANS CHERIN & | : | |
| MELLOTT, LLC, | : | (Judge Jennifer P. Wilson) |
| | : | (Judge Joseph F. Saporito, Jr.) |
| Defendant. | : | |

_____:

## CERTIFICATE OF SERVICE

I, Robert S. Tintner, Esquire, hereby certify that, on this 25th day of September, 2020, I served a true and correct copy of the foregoing Supplemental Brief in Opposition to POM's Brief, via ECF, upon the following:

Daniel T. Brier, Esquire
Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

**Counsel for Plaintiff**
**PACE-O-MATIC, INC.**

_____
ROBERT S. TINTNER, ESQUIRE