# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | CIVIL NO. 1:20-CV-0292 |
| | : | |
| Plaintiff | : | (Judge Wilson) |
| | : | |
| v. | : | (Magistrate Judge Saporito) |
| | : | |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC, | : | |
| | : | |
| Defendant | : | |

**FILED WILKES BARRE NOV 12 2020 PER M5 DEPUTY CLERK**

## ORDER

**AND NOW,** this 12th day of November, 2020, IT IS HEREBY **ORDERED THAT:**

1. A telephonic conference shall be conducted in the above-captioned action on **November 13, 2020, at 2:00 p.m.**

2. Counsel shall utilize the following information to access the conference: **Toll-Free Number: (888) 251-2909, Access Code: 2052706.**

*Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**