UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECKERT SEAMANS CHERIN & MELLOTT, LLC, <br><br> Defendant. | CIVIL ACTION NO. 1:20-cv-00292 <br><br> (WILSON, J.) <br> (SAPORITO, M.J.) |

## ORDER

AND NOW, this 16th day of February, 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion for a protective order by defendant Eckert[1] (Doc. 44), the motion to quash subpoena by non-party subpoena recipient Parx[2] (Doc. 48), the motion to compel discovery by plaintiff POM[3] (Doc. 50), and the motion for a protective order or to quash subpoena by non-party subpoena recipient HMS[4] (Doc. 52) are **GRANTED in part and DENIED in part**;

---

[1] Eckert Seamans Cherin & Mellott, LLC.
[2] Greenwood Gaming & Entertainment d/b/a Parx Casino.
[3] Pace-O-Matic, Inc.
[4] Hawke McKeon & Sniscak LLP.

2. Based on our *in camera* review, the following documents shall be **WITHHELD** from disclosure as duplicative:

- 2018_11_28_15_13_42 (Copy 2).pdf;
- 2019_05_02_13_50_00.pdf;
- 2019_05_06_15_43_12 (Copy 2).pdf;
- 2020_01_15_07_49_01.pdf;
- 2020_01_22_16_28_25 (Copy 2).pdf;
- 2020_01_23_09_19_41 (Copy 2).pdf;
- 2020_01_30_13_04_55 (Copy 2).pdf;
- 2020_02_10_14_38_15 (Copy 2).pdf;
- 2020_02_19_18_01_55 (Copy 2).pdf;
- 2020_02_19_18_21_19 (Copy 2).pdf;
- 2020_02_19_18_55_53 (Copy 2).pdf;
- 2020_02_20_16_10_20 (Copy 2).pdf;
- 2020_05_01_17_12_49 (Copy 2).pdf;
- HMS-000815;
- HMS-000926;
- HMS-000972–HMS-000984;
- HMS-001323; and
- HMS-001325;

3. Based on our *in camera* review, the movants' objections are **SUSTAINED**, and the following documents shall be **WITHHELD** from disclosure as attorney-client privileged or protected work product:

- 2017_02_14_15_34_42.pdf;
- 2017_06_20_00_02_56.pdf;
- 2017_07_06_11_46_57.pdf;
- 2018_03_20_10_09_35.pdf;
- 2018_03_20_10_12_26.pdf;
- 2018_05_09_16_22_26.pdf;
- 2018_05_10_13_11_40.pdf;
- 2018_11_27_14_04_27.pdf;
- 2018_11_28_15_13_42.pdf;

- 2019_01_24_16_07_34.pdf;
- 2019_02_13_12_07_54.pdf;
- 2019_03_01_11_01_08.pdf;
- 2019_03_01_11_06_07.pdf;
- 2019_04_25_17_06_08.pdf;
- 2019_04_26_11_47_31.pdf;
- 2019_05_06_12_02_53.pdf;
- 2019_05_06_14_48_53.pdf;
- 2019_05_06_15_43_12.pdf;
- 2019_05_09_22_23_18.pdf;
- 2019_05_10_09_31_19.pdf;
- 2019_06_18_16_24_48.pdf;
- 2019_06_18_16_45_29.pdf;
- 2019_07_25_14_26_00.pdf;
- 2019_07_25_15_04_52.pdf;
- 2019_08_14_12_40_15.pdf;
- 2019_08_16_10_16_13.pdf;
- 2019_08_16_10_35_13.pdf;
- 2019_08_16_10_42_44.pdf;
- 2019_11_20_09_28_23.pdf;
- 2019_11_20_09_43_21.pdf;
- 2019_11_20_10_19_08.pdf;
- 2019_11_20_10_39_57.pdf;
- 2019_11_20_11_09_38.pdf;
- 2019_12_10_13_38_10.pdf;
- 2019_12_10_22_33_45.pdf;
- 2019_12_31_12_01_32.pdf;
- 2020_01_06_10_18_00.pdf;
- 2020_01_06_13_06_32.pdf;
- 2020_02_09_12_38_53.pdf;
- 2020_02_10_09_56_26.pdf;
- 2020_02_19_18_01_55.pdf;
- 2020_02_19_18_02_22.pdf;
- 2020_02_19_18_21_19.pdf;
- 2020_02_19_18_55_53.pdf;
- 2020_02_20_11_05_59.pdf;
- 2020_02_21_14_56_37.pdf;

- 2020_02_21_15_12_13.pdf;
- HMS-000711–HMS-000713;
- HMS-001320–HMS-001321;
- HMS-001322;
- HMS-001324; and
- PARX000001–PARX000025;

4. Based on our *in camera* review, the movants' objections are **OVERRULED**, and the following documents shall be **PRODUCED** to the plaintiffs without redaction **within twenty-one (21) days**:

- 2019_04_15_11_30_49.pdf;
- 2019_05_02_13_49_59.pdf;
- 2019_05_02_15_29_57.pdf;
- 2019_05_02_16_40_39.pdf;
- 2019_05_28_16_03_43.pdf;
- 2019_05_28_16_22_48.pdf;
- 2019_05_29_12_09_56.pdf;
- 2019_06_03_15_53_47.pdf;
- 2019_06_12_16_55_18.pdf;
- 2019_06_14_14_19_52.pdf;
- 2019_06_14_14_29_36.pdf;
- 2019_06_14_14_56_58.pdf;
- 2019_06_14_17_21_16.pdf;
- 2019_06_14_17_50_13.pdf;
- 2019_06_14_17_51_46.pdf;
- 2019_06_17_16_05_21.pdf;
- 2019_06_17_16_51_49.pdf;
- 2019_06_17_17_22_56.pdf;
- 2019_06_17_17_30_08.pdf;
- 2019_07_16_23_06_14.pdf;
- 2019_11_20_16_48_14.pdf;
- 2019_11_20_17_26_23.pdf;
- 2019_11_20_17_39_02.pdf;
- 2019_11_20_18_09_05.pdf;
- 2019_11_20_18_19_20.pdf;

- 2019_11_20_18_31_03.pdf;
- 2019_11_20_18_35_51.pdf;
- 2019_11_20_18_42_52.pdf;
- 2019_11_20_19_57_16.pdf;
- 2019_11_21_09_59_17.pdf;
- 2019_11_21_11_33_54.pdf;
- 2019_11_21_11_35_26.pdf;
- 2019_11_21_13_09_31.pdf;
- 2019_11_21_13_26_27.pdf;
- 2019_11_21_14_08_51.pdf;
- 2019_11_21_14_19_51.pdf;
- 2019_11_21_14_28_53.pdf;
- 2019_11_21_14_31_13.pdf;
- 2019_11_21_14_32_31.pdf;
- 2019_11_21_14_57_04.pdf;
- 2019_11_21_15_00_21.pdf;
- 2019_11_22_09_32_09.pdf;
- 2019_11_22_11_57_40.pdf;
- 2019_11_22_12_39_49.pdf;
- 2019_11_22_14_06_31.pdf;
- 2019_11_22_17_36_12.pdf;
- 2019_11_25_18_01_20.pdf;
- 2019_12_09_23_08_38.pdf;
- 2019_12_10_07_02_32.pdf;
- 2019_12_10_07_07_26.pdf;
- 2019_12_10_09_24_14.pdf;
- 2019_12_10_09_25_46.pdf;
- 2019_12_11_23_24_42.pdf;
- 2019_12_11_23_39_21.pdf;
- 2019_12_13_10_10_12.pdf;
- 2019_12_13_10_12_21.pdf;
- 2019_12_13_10_13_06.pdf;
- 2019_12_13_11_16_51.pdf;
- 2019_12_13_13_31_21.pdf;
- 2019_12_13_13_45_48.pdf;
- 2019_12_13_13_47_48.pdf;
- 2019_12_13_15_24_35.pdf;

- 2019_12_13_16_58_02.pdf;
- 2019_12_13_17_04_24.pdf;
- 2019_12_13_17_05_37.pdf;
- 2019_12_14_11_06_16.pdf;
- 2019_12_16_16_56_58.pdf;
- 2019_12_18_02_55_49.pdf;
- 2019_12_18_12_12_16.pdf;
- 2019_12_18_12_57_27.pdf;
- 2019_12_18_14_04_35.pdf;
- 2019_12_18_14_12_23.pdf;
- 2019_12_18_14_42_06.pdf;
- 2019_12_18_15_14_03.pdf;
- 2019_12_19_09_16_07.pdf;
- 2019_12_19_13_34_47.pdf;
- 2019_12_19_14_38_32.pdf;
- 2019_12_19_16_22_36.pdf;
- 2019_12_20_09_58_07.pdf;
- 2019_12_31_11_12_17.pdf;
- 2020_01_03_16_02_42.pdf;
- 2020_01_13_13_05_02.pdf;
- 2020_01_13_13_26_46.pdf;
- 2020_01_13_13_39_23.pdf;
- 2020_01_13_16_49_17.pdf;
- 2020_01_13_17_16_53.pdf;
- 2020_01_13_18_05_01.pdf;
- 2020_01_14_15_49_07.pdf;
- 2020_01_14_15_55_27.pdf;
- 2020_01_14_16_24_06.pdf;
- 2020_01_14_17_37_03.pdf;
- 2020_01_14_19_46_34.pdf;
- 2020_01_14_23_55_57.pdf;
- 2020_01_15_07_49_00.pdf;
- 2020_01_15_07_50_51.pdf;
- 2020_01_15_07_51_56.pdf;
- 2020_01_16_18_09_26.pdf;
- 2020_01_16_19_41_46.pdf;
- 2020_01_17_16_23_45.pdf;

- 2020_01_17_16_39_22.pdf;
- 2020_01_17_16_45_14.pdf;
- 2020_01_17_16_51_18.pdf;
- 2020_01_19_16_01_31.pdf;
- 2020_01_21_10_57_52.pdf;
- 2020_01_21_12_58_11.pdf;
- 2020_01_22_16_28_25.pdf;
- 2020_01_22_18_44_52.pdf;
- 2020_01_23_07_21_42.pdf;
- 2020_01_23_09_19_41.pdf;
- 2020_01_23_09_40_35.pdf;
- 2020_01_23_10_54_41.pdf;
- 2020_01_23_10_58_33.pdf;
- 2020_01_23_11_19_43.pdf;
- 2020_01_23_11_29_40.pdf;
- 2020_01_26_22_45_37.pdf;
- 2020_01_26_22_47_08.pdf;
- 2020_01_27_11_17_33.pdf;
- 2020_01_27_19_04_50.pdf;
- 2020_01_28_11_55_57.pdf;
- 2020_01_30_11_34_32.pdf;
- 2020_01_30_11_34_33.pdf;
- 2020_01_30_12_03_36.pdf;
- 2020_01_30_13_04_55.pdf;
- 2020_01_30_13_06_10.pdf;
- 2020_02_04_12_05_21.pdf;
- 2020_02_04_12_53_05.pdf;
- 2020_02_04_16_21_41.pdf;
- 2020_02_05_10_24_31.pdf;
- 2020_02_05_11_40_20.pdf;
- 2020_02_05_11_42_28.pdf;
- 2020_02_05_16_41_30.pdf;
- 2020_02_06_08_19_01.pdf;
- 2020_02_06_09_56_51.pdf;
- 2020_02_06_17_03_53.pdf;
- 2020_02_07_10_34_48.pdf;
- 2020_02_07_14_10_16.pdf;

- 2020_02_07_14_10_56.pdf;
- 2020_02_07_16_11_26.pdf;
- 2020_02_07_16_19_05.pdf;
- 2020_02_07_16_47_19.pdf;
- 2020_02_10_14_38_15.pdf;
- 2020_02_10_17_48_35.pdf;
- 2020_02_12_11_58_58.pdf;
- 2020_02_12_11_59_15.pdf;
- 2020_02_13_17_35_37.pdf;
- 2020_02_18_10_57_43.pdf;
- 2020_02_20_16_08_56.pdf;
- 2020_02_20_16_10_20.pdf;
- 2020_02_20_16_11_16.pdf;
- 2020_02_20_16_16_24.pdf;
- 2020_02_27_15_07_59.pdf;
- 2020_03_04_16_39_04.pdf;
- 2020_03_04_16_48_08.pdf;
- 2020_03_04_17_42_47.pdf;
- 2020_03_04_17_51_05.pdf;
- 2020_03_04_18_05_41.pdf;
- 2020_03_06_10_43_08.pdf;
- 2020_03_20_10_09_48.pdf;
- 2020_03_20_10_12_30.pdf;
- 2020_03_21_08_30_59.pdf;
- 2020_03_22_13_31_45.pdf;
- 2020_04_07_11_31_00.pdf;
- 2020_05_01_14_25_10.pdf;
- 2020_05_01_14_33_41.pdf;
- 2020_05_01_17_12_49.pdf;
- 2020_05_01_23_09_28.pdf;
- 2020_05_04_09_49_02.pdf;
- 2020_05_04_12_24_38.pdf;
- 2020_05_04_12_26_39.pdf;
- 2020_05_04_12_28_31.pdf;
- 2020_05_07_10_48_18.pdf;
- 2020_05_07_11_23_40.pdf;
- 2020_05_07_11_24_31.pdf;

- 2020_05_07_17_02_24.pdf;
- 2020_05_11_10_57_45.pdf;
- 2020_05_11_12_53_48.pdf;
- 2020_05_12_10_26_15.pdf;
- 2020_05_12_17_19_04.pdf;
- 2020_05_13_08_41_56.pdf;
- 2020_05_14_11_42_01.pdf;
- 2020_05_15_10_13_45.pdf;
- 2020_05_15_16_11_57.pdf;
- 2020_05_15_16_12_26.pdf;
- HMS-000060–HMS-000063;
- HMS-000064–HMS-000072;
- HMS-000073–HMS-000075;
- HMS-000076–HMS-000083;
- HMS-000084–HMS-000085;
- HMS-000086–HMS-000087;
- HMS-000088–HMS-000112;
- HMS-000113;
- HMS-000114–HMS-000193;
- HMS-000194–HMS-000198;
- HMS-000199–HMS-000200;
- HMS-000201–HMS-000202;
- HMS-000203–HMS-000205;
- HMS-000206–HMS-000208;
- HMS-000209–HMS-000249;
- HMS-000250–HMS-000253;
- HMS-000254–HMS-000257;
- HMS-000258–HMS-000261;
- HMS-000262–HMS-000555;
- HMS-000556–HMS-000557;
- HMS-000558;
- HMS-000559–HMS-000592;
- HMS-000593–HMS-000594;
- HMS-000595–HMS-000628;
- HMS-000629–HMS-000630;
- HMS-000631–HMS-000633;
- HMS-000634–HMS-000637;

- HMS-000638–HMS-000671;
- HMS-000672;
- HMS-000673–HMS-000708;
- HMS-000709;
- HMS-000710;
- HMS-000714–HMS-000722;
- HMS-000723–HMS-000724;
- HMS-000725–HMS-000732;
- HMS-000733–HMS-000736;
- HMS-000737–HMS-000739;
- HMS-000740–HMS-000741;
- HMS-000742;
- HMS-000743–HMS-000744;
- HMS-000745–HMS-000811;
- HMS-000812–HMS-000813;
- HMS-000814;
- HMS-000816;
- HMS-000817–HMS-000818;
- HMS-000819–HMS-000820;
- HMS-000821–HMS-000823;
- HMS-000824–HMS-000831;
- HMS-000832–HMS-000833;
- HMS-000834–HMS-000839;
- HMS-000840–HMS-000842;
- HMS-000843–HMS-000846;
- HMS-000847;
- HMS-000848–HMS-000860;
- HMS-000861–HMS-000865;
- HMS-000866–HMS-000914;
- HMS-000915–HMS-000923;
- HMS-000924;
- HMS-000925;
- HMS-000927–HMS-000928;
- HMS-000929;
- HMS-000930;
- HMS-000931–HMS-000933;
- HMS-000934–HMS-000935;

- HMS-000936–HMS-000938;
- HMS-000939–HMS-000941;
- HMS-000942–HMS-000945;
- HMS-000946–HMS-000948;
- HMS-000949;
- HMS-000950–HMS-000951;
- HMS-000952;
- HMS-000953–HMS-000956;
- HMS-000957–HMS-000958;
- HMS-000959–HMS-000971;
- HMS-000985–HMS-000997;
- HMS-000998–HMS-001007;
- HMS-001008–HMS-001012;
- HMS-001013–HMS-001016;
- HMS-001017–HMS-001020;
- HMS-001021–HMS-001022;
- HMS-001023–HMS-001029;
- HMS-001030–HMS-001048;
- HMS-001049–HMS-001056;
- HMS-001057–HMS-001061;
- HMS-001062–HMS-001064;
- HMS-001065–HMS-001066;
- HMS-001067–HMS-001076;
- HMS-001077–HMS-001080;
- HMS-001081–HMS-001082;
- HMS-001083–HMS-001088;
- HMS-001089–HMS-001092;
- HMS-001093–HMS-001105;
- HMS-001106–HMS-001107;
- HMS-001108–HMS-001112;
- HMS-001113–HMS-001117;
- HMS-001118–HMS-001119;
- HMS-001120–HMS-001129;
- HMS-001130;
- HMS-001131–HMS-001132;
- HMS-001133–HMS-001161;
- HMS-001162–HMS-001194;

- HMS-001195–HMS-001197;
- HMS-001198;
- HMS-001201–HMS-001202;
- HMS-001203–HMS-001204;
- HMS-001205–HMS-001220;
- HMS-001221–HMS-001222;
- HMS-001223–HMS-001251;
- HMS-001252–HMS-001253;
- HMS-001254–HMS-001281;
- HMS-001282–HMS-001298;
- HMS-001299–HMS-001301;
- HMS-001302–HMS-001306;
- HMS-001307–HMS-001310;
- HMS-001311–HMS-001315;
- HMS-001316–HMS-001319;
- HMS-001322;
- HMS-001324;
- HMS-001326–HMS-001330;
- HMS-001331–HMS-001334;
- HMS-001335–HMS-001338;
- HMS-001339–HMS-001340;
- HMS-001341–HMS-001342; and
- HMS-001343–HMS-001345;

5. Based on our *in camera* review, the movants' objections are **SUSTAINED in part and OVERRULED in part**, and the following documents shall be **PRODUCED** to the plaintiffs **with redactions** as described in the accompanying Memorandum **within twenty-one (21) days**:

- 2019_03_01_11_39_44.pdf;
- 2019_03_01_15_53_16.pdf;
- 2019_03_01_15_58_37.pdf;
- 2019_03_01_16_00_10.pdf;

- 2019_11_27_14_13_25.pdf; and
- HMS-000001–HMS-000059; and

6. With respect to POM's Interrogatory No. 5 directed to Eckert, the defendant's objections are **OVERRULED**, and the defendant shall serve a supplemental answer to this interrogatory **within twenty-one (21) days**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge