# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of February, 2021, **IT IS ORDERED THAT:** on or before **February 26, 2021**, Defendant shall file a motion to dismiss Plaintiff's motion for preliminary injunction as moot with supporting documentation. Once filed, this motion shall follow the briefing schedule provided by the Local Rules.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania