## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                              :
                                                 :
                          Plaintiff,             :
                                                 :
v.                                               :      Docket No. 1:20-cv-00292
                                                 :
ECKERT SEAMANS CHERIN &                          :
MELLOTT, LLC,                                    :      (Judge Jennifer P. Wilson)
                                                 :      (Judge Joseph F. Saporito, Jr.)
                          Defendant.             :
                                                 :

## ORDER

AND NOW, this _____ day of _____, 2021, upon

consideration of the Motion of Defendant, Eckert Seamans Cherin & Mellott, LLC,

to Dismiss Motion for Preliminary Injunction of Plaintiff, Pace-O-Matic, Inc., and

any response thereto, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff's Motion for Preliminary Injunction (Docket No. 12), is hereby

DISMISSED as moot.

                          BY THE COURT:


                          _____
                          Jennifer P. Wilson, U.S.D.J.