*EXHIBIT "A"*

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,             :

           :

       **Plaintiff,**       :

           :

**v.**               :       **NO. 20-CV-292**

           :

**ECKERT, SEAMANS, CHERIN & :**       **JUDGE WILSON**
**MELLOTT, LLC,**           :

           :       **ELECTRONICALLY FILED**

       **Defendant.**      :

## ORDER

AND NOW, this _____ day of March 2020, upon consideration of Plaintiff

Pace-O-Matic, Inc.'s Motion for Preliminary Injunction, and any response thereto,

IT IS HEREBY ORDERED THAT the Motion is Granted.  Defendant Eckert,

Seamans, Cherin & Mellott, LLC is hereby preliminarily enjoined from

representing Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino in any

matter adverse to Pace-O-Matic, Inc.

 

 

_____

                                                    J.