*EXHIBIT "C"*

| From: | Thomas A. Lisk |
|---|---|
| To: | Mark S. Stewart; Loudon Campbell |
| Cc: | Timothy P. Ryan; David W. Clarke; Harold Balk |
| Subject: | RE: Pace-O-Matic, Inc. |
| Date: | Tuesday, December 20, 2016 1:52:25 PM |

Thanks Mark. Please confirm with Parx that we would be okay to present this client outside of Pennsylvania. If Parx so agrees, I will confirm that Pace-O-Matic also will agree with this restriction.

**Thomas A. Lisk**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street • Suite 1300 • Richmond, VA 23219
Direct (804) 788.7750 | Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com | bio | vCard



**From:** Mark S. Stewart
**Sent:** Tuesday, December 20, 2016 1:46 PM
**To:** Thomas A. Lisk; Loudon Campbell
**Cc:** Timothy P. Ryan; David W. Clarke; Harold Balk
**Subject:** RE: Pace-O-Matic, Inc.

Tom,

Thanks for the email and for checking in. I was approached earlier this year by a similar company out of Florida, looking for legal and lobbying representation in Pennsylvania. Our client, Parx, asked that we not take the engagement on the basis that our casino clients (here, anyway) will likely be adverse to such interests; almost certainly on the lobbying front and potentially on the legal side as well. I would not anticipate an objection to representation in VA or MA, but we would need to retain our ability to be adverse to them in Pennsylvania, and having discussed the topic once with them I would like to confirm the difference in this scenario.

I'm happy to discuss further with you or the group.

Thanks.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio | vCard

**From:** Thomas A. Lisk
**Sent:** Tuesday, December 20, 2016 1:23 PM

**ECKERT00085**

**To:** Mark S. Stewart; Loudon Campbell
**Cc:** Timothy P. Ryan; David W. Clarke; Harold Balk
**Subject:** Pace-O-Matic, Inc.

Mark & Hap – I have been contacted by a potential client looking for legal and legislative representation for its "games of skill" software and machinery that they manufacture and distribute in states where it may be lawful. The company name is Pace-O-Matic, Inc. and it is based in Atlanta, GA. (website: https://www.paceomatic.com/). They also may have needs for representation in Pennsylvania and Massachusetts.

I will start a formal conflicts search, but wanted first to reach out to you to see if you had any knowledge of the company and also to ascertain if you see any potential conflicts with the firm's gaming clients. While the potential clients products are skill-based games, typically located in bars and restaurants that hold liquor licenses, they may appear to the untrained eye to be similar to gaming devices often found in casinos.

Let me know your thoughts on the above and whether you want to schedule a call to discuss the potential representation.

**Thomas A. Lisk**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

SunTrust Center
919 East Main Street • Suite 1300 • Richmond, VA 23219
Direct (804) 788.7750 | Mobile (804) 714.6915
tlisk@eckertseamans.com

eckertseamans.com | bio | vCard


ECKERT
SEAMANS
ATTORNEYS AT LAW