*E X H I B I T "G"*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC., | : |
| Plaintiff, | : |
| v. | :     Docket No. 1:20-cv-00292 |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, | : |
| Defendant. | : |

## DECLARATION OF HON. ANTHONY F. TROY

I, Anthony F. Troy, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Virginia and the District of Columbia.

2. I am a member of the law firm of Eckert Seamans Cherin & Mellott, LLC ("Eckert"), the defendant in the above-captioned action.

3. I work in the Richmond, Virginia office of Eckert.

4. My law practice focuses on regulatory work, consumer protection issues, and civil and administrative litigation.

5. I am a former Attorney General for the Commonwealth of Virginia.

6. Although I did not originate Eckert's representation of Pace-O-Matic, Inc. ("POM"), the plaintiff in this action, I worked on a number of matters for POM in Virginia.

7. I have never discussed the work that I was doing for POM in Virginia with any of the attorneys at Eckert who represent gaming clients in Pennsylvania, including but not limited to, Mr. Stewart.

Case 1:20-cv-00292-JPW   Document 21-10   Filed 04/21/20   Page 3 of 3

8.      I never disclosed any confidential information about my representation of POM in Virginia or discussed any of my attorney-client privileged communications with POM with the attorneys at Eckert who represent gaming clients in Pennsylvania, including but not limited to, Mr. Stewart.

9.      I neither got involved nor was I asked to get involved in any of the matters in which Eckert was representing gaming clients in Pennsylvania.

10.     Sometime, in January 2020, Eckert's representation of POM in Virginia ended.

HON. ANTHONY F. TROY

Dated: April ___, 2020

2