**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PACE-O-MATIC, INC.,

    Plaintiff,

v.

ECKERT SEAMANS CHERIN &
MELLOTT, LLC,

    Defendant.

:
:
:
:
:
:
:
:
:
:
:
:

Docket No. 1:20-cv-00292

(Judge Jennifer P. Wilson)
(Judge Joseph F. Saporito, Jr.)

**NOTICE OF APPEAL OF DEFENDANT,
ECKERT SEAMANS CHERIN & MELLOTT, LLC, FROM
MAGISTRATE JUDGE JOSEPH F. SAPORTIO, JR.'S
<u>FEBRUARY 16, 2021 ORDER AND MEMORANDUM</u>**

Pursuant to Federal Rule of Civil Procedure 72 and Local Rule 72.2,

defendant, Eckert Seamans Cherin & Mellott, LLC ("Eckert"), by and through its

counsel, Fox Rothschild LLP, hereby appeals only that portion of Magistrate Judge

Joseph F. Saporito, Jr.'s February 16, 2021 Order and Memorandum dealing with

judicial estoppel and implied waiver of the privilege (as described in Section III.,I.

of the Memorandum and referenced in paragraph 4 of the Order), and respectfully

objects to that portion of the Order and Memorandum.[1]  Eckert seeks for the

---

[1] Eckert is not appealing and/or objecting to the remainder of Judge Saporito's
Order and Memorandum and will produce all of the other documents and the
interrogatory response referenced in the February 16, 2021 Order and
Memorandum.

District Court to reverse and vacate that portion of Magistrate Judge Saporito's

Order and Memorandum.  A true and correct copy of the February 16, 2021 Order

and Memorandum is attached hereto as Exhibit "A".  In support of this

appeal/objection, Eckert relies upon the contemporaneously filed Brief in Support

of this Appeal.

ABRAHAM C. REICH, ESQUIRE (No. 20060)
ROBERT S. TINTNER, ESQUIRE (No. 73865)
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2090/2766 (telephone)
(215) 299-2150 (facsimile)
areich@foxrothschild.com
rtintner@foxrothschild.com

**Counsel for Defendant,**
**ECKERT SEAMANS CHERIN & MELLOTT,**
**LLC**

Date:  March 2, 2021

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                          :
                                             :
                        Plaintiff,           :
                                             :
v.                                           :      Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC,                                :      (Judge Jennifer P. Wilson)
                                             :      (Judge Joseph F. Saporito, Jr.)
                        Defendant.           :
                                             :

## CERTIFICATE OF SERVICE

I, Robert S. Tintner, Esquire, hereby certify that, on this 2nd day of March,

2021, I served a true and correct copy of the foregoing Notice of Appeal, via ECF,

upon all counsel of record and the following by e-mail:

Daniel T. Brier, Esquire
Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

**Counsel for Plaintiff
PACE-O-MATIC, INC.**

Judge Joseph F. Saporito, Jr.
Magistrate Judge
U.S.D.C., Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

_____

ROBERT S. TINTNER, ESQUIRE