# In the United States District Court for the Middle District of Pennsylvania

PACE-O-MATIC, INC.     )
                            )
         *Plaintiff,*    )   [ELECTRONICALLY FILED]
                            )
         *vs.*        )   Docket No. 20-292
                            )
ECKERT, SEAMANS, CHERIN   )   JUDGE WILSON
& MELLOT, LLC          )
                            )
         *Defendant.*   )

## NOTICE OF APPEAL OF GREENWOOD GAMING & ENTERTAINMENT, D/B/A PARX CASINO

**(From a February 16, 2021 Non-Dispositive
Order Overruling Attorney-Client Privilege Objection
to Non-Party Subpoena)**

Pursuant to Fed. R. Civ. P. 72(a) and L.R.72.2, Greenwood Gaming & Entertainment, d/b/a Parx Casino ("Parx"), files an appeal from (a) paragraph 4 of the order issued by Magistrate Judge Joseph F. Saporito, Jr., dated February 16, 2021, and (b) Discussion Section III, Subsection I, of the accompanying opinion ("Judicial Estoppel and Implied Waiver of Privilege") at 32-42 (2021 WL 602733) (Doc. 87). The decision invokes the doctrine of "judicial estoppel" and on that basis directs Eckert, Seamans,

Cherin & Mellot, LLC ("Eckert") and Hawke McKeon & Sniscak ("HMS") to produce documents despite the objections of Parx, HMS, and Eckert based on the attorney-client privilege.

As described in more detail in the brief filed contemporaneously with this appeal, that portion of the decision is clearly erroneous and contrary to law because the documents are privileged, "judicial estoppel" does not justify the disclosure of privileged documents, and in any event there is no evidence supporting the elements of judicial estoppel. Parx incorporates by reference the points of law and authorities in its brief.

March 2, 2021                                         Respectfully submitted,

                                                     **GA BIBIKOS LLC**

                                                     /s George A. Bibikos
                                                     George A. Bibikos
                                                     5901 Jonestown Rd. #6330
                                                     Harrisburg, PA 17112
                                                     (717) 580-5305
                                                     gbibikos@gabibikos.com

                                                     *Counsel for Parx*

## CERTIFICATES OF SERVICE

I hereby certify that I filed and served the foregoing electronically through the Court's ECF system such that counsel of record and the magistrate judge will be served automatically.


/s George A. Bibikos
George A. Bibikos