## CERTIFICATE OF NON-CONCURRENCE

I, Dennis A. Whitaker, counsel for Hawke McKeon & Sniscak, LLP, do hereby certify that I sought the concurrence of counsel for plaintiff Pace-O-Matic, Inc. with respect to the Joint Motion for Stay (Doc. 99). Counsel for plaintiff offered to concur but only on conditions unrelated to the stay application which we treat as nonconcurrence.

 

|  |  |
|---|---|
|  | */s/ Dennis A. Whitaker* |
|  | Dennis A. Whitaker |
|  | 100 North Tenth Street |
|  | Harrisburg, PA 17101 |
| Dated: March 3, 2021 | (717) 236-1300 |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 3, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the Middle District of Pennsylvania by using the ECF system. Pursuant to LR 5.7, participants in the case who are registered ECF users will be served by the ECF system.

*/s/ Dennis A. Whitaker*