# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 4th day of March, 2021, **IT IS ORDERED THAT:**

1. Appellants' motion to stay pending the resolution of their appeals, Doc. 99, is **GRANTED**. Appellants shall not be required to produce the documents identified in pages 40–42 of Judge Saporito's memorandum pending disposition of the appeals filed in this case. (Doc. 87.) All other document production detailed in Judge Saporito's memorandum shall proceed notwithstanding the stay.

2. In order for the court to expeditiously address the merits of the appeals, Docs. 93, 95, 97, and to minimize the length of the stay entered in this case, the court sets the following briefing schedule. Appellees shall file a brief in opposition to the appeals within **7 days**, on or before **March 11, 2021**. Appellants may then file a reply brief within **7 days** after receipt of Appellees' brief in opposition.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania