**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **NO. 20-CV-292** |
| | **:** | |
| **v.** | **:** | **JUDGE WILSON** |
| | **:** | |
| **ECKERT, SEAMANS, CHERIN &** | **:** | **MAGISTRATE JUDGE SAPORITO** |
| **MELLOTT, LLC,** | **:** | |
| | **:** | **ELECTRONICALLY FILED** |
| **Defendant.** | **:** | |

## CORRECTED CERTIFICATE OF CONCURRENCE

The undersigned counsel for Plaintiff Pace-O-Matic, Inc. ("POM") submit

this certificate to correct the Certificate of Non-Concurrence filed by counsel for

Hawke McKeon & Sniscak LLP ("HMS") on March 3, 2021 (ECF 100).

Specifically, the undersigned counsel communicated to HMS that POM does not

oppose the motion for stay based on the understanding that the stay applied only to

documents that are the subject of the appeals and further would not prevent the

Honorable Jennifer P. Wilson from having *in camera* access to all documents

reviewed by Magistrate Judge Joseph F. Saporito, Jr.  A copy of the email message

communicating this position is attached as Exhibit "A."

<div style="margin-left: 50%;">

Respectfully submitted,

/s/ Donna A. Walsh
Daniel T. Brier
Donna A. Walsh

</div>

Myers, Brier & Kelly, LLP                    Attorneys for Plaintiff,
425 Spruce Street, Suite 200             Pace-O-Matic, Inc.
Scranton, PA  18503
(570) 342-6100

Dated:  March 4, 2021

## CERTIFICATE OF SERVICE

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing Certificate of Concurrence was served upon the following counsel of record via the Court's ECF filing system on this 4th day of March 2021:

> Abraham C. Reich, Esquire
> Robert S. Tintner, Esquire
> Fox Rothschild LLP
> 2000 Market Street, 10th Floor
> Philadelphia, PA  19103-3291
>
> Dennis A. Whitaker, Esquire
> Hawke McKeon & Sniscak, LLP
> 100 North Tenth Street
> Harrisburg, PA  17101
>
> George A. Bibikos, Esquire
> 5901 Jonestown Road, #6330
> Harrisburg, PA  17112

/s/ Donna A. Walsh
Donna A. Walsh