# EXHIBIT "A"

## Dan Brier

**From:**        Dan Brier
**Sent:**        Wednesday, March 3, 2021 3:32 PM
**To:**          Dennis A. Whitaker
**Cc:**          George A. Bibikos; Robert S. Tintner (RTintner@foxrothschild.com); Donna Walsh
**Subject:**     FW: Motion to Stay

Dennis – The email below bounced back because I had a typo in your address.

Dan

**From:** Dan Brier
**Sent:** Wednesday, March 3, 2021 3:29 PM
**To:** Dennis A. Whitaker (dawhitaker@hmsleagal.com) <dawhitaker@hmsleagal.com>
**Cc:** George A. Bibikos <gbibikos@gabibikos.com>; Robert S. Tintner (RTintner@foxrothschild.com) <RTintner@foxrothschild.com>; Donna Walsh <dwalsh@mbklaw.com>
**Subject:** Motion to Stay

Dennis –

I understand that you spoke to Donna.

This email is in response to your request for concurrence in the joint motion to stay the deadline to produce the documents referenced in Paragraph 4 of Judge Saporito's February 16 Order.

POM does not oppose the motion so long as Eckert, HMS and Parx agree to timely produce all of the other documents required to be produced by the February 16 Order, and further agree that the stay is not intended to and will not prevent Judge Wilson from having *in camera* access to all documents which Magistrate Judge Saporito reviewed.

Thanks -
Dan

1