**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **NO. 20-CV-292** |
| | **:** | |
| **ECKERT, SEAMANS, CHERIN &** | **:** | **JUDGE WILSON** |
| **MELLOTT, LLC,** | **:** | |
| | **:** | **ELECTRONICALLY FILED** |
| **Defendant.** | **:** | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT**
**OF TIME TO FILE OPPOSITION BRIEF**

Pursuant to Rule 7.1 of the Local Rules of Court, Plaintiff Pace-O-Matic, Inc., by and through its undersigned counsel, hereby moves for a brief enlargement of the deadline to file its brief in opposition to Defendant Eckert Seamans Cherin & Melott, LLC's Motion To Dismiss Motion for Preliminary Injunction in the above-referenced matter and, in support thereof, states at follows:

1. Following a telephone conference on February 17, 2021, the Court entered an Order setting the deadline for Defendant to file a motion to dismiss Plaintiff's motion for preliminary injunction (ECF No. 90).

2. On February 26, 2021, Defendant filed a Motion To Dismiss (ECF No. 91) and supporting memorandum of law (ECF No. 92).

3. Pursuant to Local Rule 7.7, Plaintiff's brief in opposition is due to be

filed on or before March 12, 2020.

4.      Due to the scheduling of administrative staff and overlapping professional commitments involving undersigned counsel, Pace-O-Matic, Inc. respectfully requests that the deadline to file its reply brief be extended until Monday, March 22, 2021.

5.      Counsel for Eckert Seamans Cherin & Mellott, LLC concurs in this motion.

WHEREFORE, Plaintiff Pace-O-Matic, Inc. respectfully requests an extension of time until Monday, March 22, 2021 to file its brief in opposition.

Respectfully submitted,

s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Attorneys for Plaintiff,
Pace-O-Matic, Inc.

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Dated:  March 9, 2021

2

## CERTIFICATE OF CONCURRENCE

I, Daniel T. Brier, hereby certify that I sought the concurrence of Robert S. Tintner, Esquire, counsel for Defendant Eckert Seamans Eckert Cherin & Mellott, LLC, in this Motion.  Mr. Tintner concurs in this motion.

/s/ Daniel T. Brier
Daniel T. Brier

Date:  March 9, 2021

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Unopposed Motion for Enlargement of Time was served upon the following

counsel of record via the Court's ECF filing system on this 9th day of March 2021:

Abraham C. Reich, Esquire
Robert S. Tintner, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

Dennis A. Whitaker, Esquire
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA  17101

George A. Bibikos, Esquire
5901 Jonestown Road, #6330
Harrisburg, PA  17112

/s/ Daniel T. Brier
Daniel T. Brier