# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC., | |
| Plaintiff, | CIVIL ACTION NO. 1:20-cv-00292 |
| v. | (WILSON, J.) |
| | (SAPORITO, M.J.) |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, | |
| Defendant. | |

## ORDER

AND NOW, this 10th day of March, 2021, in light of the movant's letter (Doc. 103) bringing to our attention certain scrivener's errors by the court, **IT IS HEREBY ORDERED THAT**:

1. Our Order of February 16, 2021 (Doc. 88) shall be **DEEMED AMENDED** to strike the following text from paragraph 3 (at page 4):

   - HMS-001322;
   - HMS-001324;

2. The accompanying Memorandum (Doc. 87) shall be **DEEMED AMENDED** to strike the following text from page 45:

   9) HMS-001322
   10) HMS-001324

3. For the purpose of clarity, the movant's objections to

production of these two documents (HMS-001322 and HMS-001324) have been **OVERRULED** and these documents shall be **PRODUCED** to the plaintiffs without redaction forthwith.

                                                                             /s/ Joseph F. Saporito, Jr.
                                                                             JOSEPH F. SAPORITO, JR.
                                                                             United States Magistrate Judge