# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **NO. 20-CV-292** |
| | **:** | |
| **ECKERT, SEAMANS, CHERIN &** | **:** | **JUDGE WILSON** |
| **MELLOTT, LLC,** | **:** | |
| | **:** | **ELECTRONICALLY FILED** |
| **Defendant.** | **:** | |

## ORDER

AND NOW, this 11th day of March 2021, upon consideration of Plaintiff's Unopposed Motion for Enlargement of Time To File Brief in Opposition, IT IS HEREBY ORDERED THAT the Motion is GRANTED.  The deadline for Plaintiff to file its brief in opposition to Defendant's motion to dismiss (ECF No. 91) is extended until Monday, March 22, 2021.

s/ Jennifer P. Wilson      
J.
