# Exhibit D

No. 4 of the Parx Subpoena, Parx does not have responsive documents in its possession. *See* Bonner Decl. ¶ 11, at 2. These five emails dated February 19 and 21, 2020, are all privileged. They are identified in the log submitted by Eckert with its motion. *See* Bonner Decl. ¶ 14, at 2.

In addition, Parx discovered several internal emails in which Parx's Chief Counsel informed the board and management about this litigation and discussed it with Parx's CFO after forwarding him a copy of the complaint filed by POM that Parx received from Eckert. These emails are also privileged and listed in the privilege log embedded below.

| Date | Subject Line | Subject Matter | Sender | Sender's Title | Recipient(s) | Recipient(s)'s Title(s) | Privilege |
|---|---|---|---|---|---|---|---|
| 2/19/2020 @ 6:20 PM EST | FW: Lawsuit filed by Pace-O-Matic | Forwarding complaint; summarizing contents | Thomas C. Bonner | Chief Counsel | Members of the Board; Officers; Management; Board Advisors and Board Representatives | Chairman; Board of Directors, CEO, CFO, COO, Group VPs, Legal and Financial Advisors | Attorney-Client; Work-Product |
| 2/21/2020 @ 2:57:47 PM EST | FW: [External] POM v ESCM | Forwarding complaint; discussing contents | Thomas C. Bonner | Chief Counsel | Bryan Bartlett | Chief Financial Officer | Attorney-Client; Work-Product |
| 2/21/2020 @ 3:02:17 PM EST | RE: [External] POM v ESCM | Discussing contents of complaint | Bryan Bartlett | Chief Financial Officer | Thomas C. Bonner | Chief Counsel | Attorney-Client; Work-Product |
| 2/21/2020 @ 3:04:18 PM EST | RE: [External] POM v ESCM | Discussing contents of complaint | Thomas C. Bonner | Chief Counsel | Bryan Bartlett | Chief Financial Officer | Attorney-Client; Work-Product |

Accordingly, although Parx submits that documents regarding conflicts, waivers, concurrent representation, or withdrawal from representation are privileged and protected from disclosure for the