# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,

  Plaintiff,      Docket Number

vs           1:20-CV-00292

ECKERT SEAMANS CHERIN &

MELLOTT, LLC,

  Defendant.

_____

DEPOSITION OF

THOMAS LISK, ESQUIRE

September 1, 2020

11:00 a.m.

ESQUIRE DEPOSITION SOLUTIONS

1835 Mark Street - Suite 555

Philadelphia, PA 19103

Gena M. Nardone, RPR



Q.    Do you have any reason to believe that he did or tried to access this information?

A.    I have no reason to believe one way or the other.

Q.    Do you know that Mr. Stewart also took a declaration in this case?

A.    Yes.

Q.    Do you know that he said that he did not have access and that, in essence, because of the screen that was set up he would not have access?  Do you recall seeing that?

A.    I know that's what he stated in his declaration.

Q.    Do you have any reason to disbelieve him?

A.    I have no independent knowledge one way or the other.

Q.    Now, in paragraph nine you said you were never made aware of any confidentiality screen.  Do you see that?

A.    Yes.

Q.    But, in fact, such a screen was discussed, isn't that correct?

A.    Yes, it was discussed, but to the best of my knowledge, never implemented.



to review the e-mail from Mr. Coon to colleagues of his at Eckert on September 19, 2019.

A.     I've read it.

Q.     You testified earlier that while there had been discussions about a confidentiality screen while you were at Eckert, you were not aware of them ever establishing one while you were there.  Do you recall that testimony?

A.     Yes, I recall it.

Q.     The September 19 e-mail from Mr. Coon states, we are establishing a confidentiality screen between the firm's legal staff who do work for client Pace-O-Matic and those who do work for our casino clients listed below.  Was any such communication sent establishing any type of screen at Eckert from December 2016 to September 2018 when you left Eckert?

A.     I'm sorry, what were the dates again?

Q.     December 2016 and September 2018 when you left Eckert.

A.     No, I never saw anything like this from December 2016 until my departure in September of 2018.

Q.     Moving to the second paragraph of



C E R T I F I C A T E

I hereby certify that the proceedings and evidence noted on September 1, 2020, contained fully and accurately in the notes taken by me on the deposition of the above matter, and that this is a correct transcript of the same.

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)



GENA M. NARDONE

Registered Professional Reporter

Notary Public

