**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Jennifer P. Wilson |
| | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| | : | |
| Defendant. | : | Magistrate Judge Joseph Saporito, Jr. |

## <u>ORDER</u>

**AND NOW**, on this 6th day of April, 2021, upon consideration of the appeals filed in this case, Docs. 93, 95, 97, and the memorandum and order of Magistrate Judge Joseph Saporito, Docs. 87, 88, **IT IS ORDERED THAT:**

1. The appeals are **GRANTED**.  (Docs. 93, 95, 97.)  Section III. I. of Magistrate Judge Saporito's memorandum and paragraph 4 of Magistrate Judge Saporito's order are **REVERSED**.  (Doc. 87, ¶ 4; Doc. 88, pp. 32–42.)

2. This matter shall be recommitted to Magistrate Judge Saporito for further consideration.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania