# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC., | Civil No. 1:20-CV-00292 |
| Plaintiff, | |
| v. | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | |
| Defendant. | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 7th day of April, 2021, **IT IS ORDERED THAT:** the final pre-trial conference scheduled for April 21, 2021 is **CANCELLED**. The court will convene a telephonic status conference following the resolution of the motion to dismiss the preliminary injunction motion, Doc. 91, to reset deadlines for this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania