

April 29, 2021

**VIA ECF**

Magistrate Judge Joseph F. Saporito, Jr.
U.S. District Court for the Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

      Re:    Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC – No. 20-292

Dear Judge Saporito:

By Memorandum and Order dated April 6, 2021 (ECF 113, 114), Judge Wilson recommitted the competing discovery motions in this matter to Your Honor. On behalf of Plaintiff Pace-O-Matic, Inc., I respectfully request a telephone conference to discuss a schedule for addressing the procedural concern identified in the remand order.

                                                      Respectfully,

                                                      Daniel T. Brier

DTB:cak
cc:    Robert S. Tintner, Esquire (via ECF)
        Dennis A. Whitaker, Esquire (via ECF)
        George A. Bibikos, Esquire (via ECF)

425 Spruce Street, Suite 200 • Scranton, PA 18503  |  240 North Third Street, 5th Floor • Harrisburg, PA 17101
P: 570-342-6100 • F: 570-342-6147          P: 717-553-6251

www.mbklaw.com