# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 29th day of April, 2021, based on a discussion with counsel during a telephonic status conference on this date, **IT IS ORDERED THAT:** on or before **May 13, 2021**, the parties shall file a joint letter informing the court of how they wish to proceed with this case.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania