## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | CIVIL NO. 1:20-CV-0292 |
| | : | |
| Plaintiff | : | (Judge Wilson) |
| | : | |
| v. | : | (Magistrate Judge Saporito) |
| | : | |
| ECKERT, SEAMANS, CHERIN | : | |
| & MELLOTT, LLC, | : | |
| | : | |
| Defendant | : | |

FILED
WILKES BARRE
APR 29 2021
PER _____
DEPUTY CLERK

### ORDER

**AND NOW, this 29th day of April, 2021,** as requested in the Doc. 117 correspondence of counsel for plaintiff, **IT IS HEREBY**

**ORDERED THAT:**

1. A telephonic conference shall be conducted in the above-captioned action on **May 4, 2021, at 11:00 a.m.** to discuss a schedule for addressing the procedural concern identified in the remand order (Doc. 114).

2. Counsel shall utilize the following information to access the conference: **Toll-Free Number: (888) 251-2909, Access Code: 2052706.**

*Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**