## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,          :          CIVIL NO. 1:20-CV-0292

      Plaintiff          :          (Judge Wilson)

      v.          :          (Magistrate Judge Saporito)

ECKERT, SEAMANS, CHERIN :
& MELLOTT, LLC,          :

      Defendant          :

*FILED*
*WILKES BARRE*
*MAY 04 2021*
PER_____
DEPUTY CLERK

## ORDER

**AND NOW, this 4th day of May, 2021,** pursuant to the telephonic scheduling conference conducted on this date by the Court with counsel for the parties and non-party, **IT IS HEREBY ORDERED THAT** the following briefing schedule is established with respect to the issue of judicial estoppel:

1. The parties and non-parties shall file briefs limited to the issue of judicial estoppel on or before <u>May 26, 2021.</u>

2. Responsive briefs shall be filed on or before <u>June 9, 2021.</u>

_____
JOSEPH F. SAPORITO, JR.
**United States Magistrate Judge**