

May 13, 2021

**VIA ECF**

Honorable Jennifer P. Wilson
U.S. District Court for the Middle District of Pennsylvania
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

   Re: <u>Pace-O-Matic, Inc. v. Eckert, Seamans, Cherin & Mellott, LLC – No. 20-292</u>

Dear Judge Wilson:

  I write on behalf of Plaintiff Pace-O-Matic, Inc. ("POM") to respectfully request a one-week enlargement of the deadline to make the joint submission required by the April 29, 2021 Order (ECF 119).  We have conferred with counsel for Defendant Eckert, Seamans, Cherin & Mellott, LLC ("Eckert"), Robert S. Tintner, Esquire, concerning the future course of the litigation but need additional time due to overlapping professional commitments.  Mr. Tintner advised that he has no objection to this request for a one-week enlargement of the deadline.

        Respectfully,

        Daniel T. Brier

DTB:cak
cc: Robert S. Tintner, Esquire (via ECF)

425 Spruce Street, Suite 200 • Scranton, PA 18503 | 240 North Third Street, 5th Floor • Harrisburg, PA 17101
P: 570-342-6100 • F: 570-342-6147  P: 717-553-6251

www.mbklaw.com