

May 21, 2021

**VIA ECF**

Honorable Jennifer P. Wilson
U.S. District Court for the Middle District of Pennsylvania
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

      Re:    Pace-O-Matic, Inc. v. Eckert, Seamans, Cherin & Mellott, LLC – No. 20-292

Dear Judge Wilson:

      This office represents Plaintiff Pace-O-Matic, Inc. ("POM").  The Court's April 29, 2021 (ECF 119) Order directed that "the parties shall file a joint letter informing the Court of how they wish to proceed with the case."  (Emphasis added.)  The May 13, 2020 deadline for the joint submission was extended to May 20, 2021 (ECF 124).

      Contrary to the Court's direction, Defendant Eckert Seamans Cherin & Mellott, LLC ("Eckert") submitted its own letter requesting that the Court enter its form of proposed order on the pending motion for preliminary injunction and further requesting that the Court refer the case immediately to a settlement officer.  (ECF 125).  In fact, Eckert filed its letter after I reminded Eckert's counsel, in writing, that Eckert's proposed "unilateral approach is not consistent with the Court's direction."  Eckert's unauthorized submission seeks to have the Court evaluate the pending motion for preliminary injunction in a vacuum that ignores the record developed over the past year.

      On behalf of POM, I respectfully seek leave to respond to Eckert's unilateral submission,

                        Respectfully,

                        Daniel T. Brier

DTB:cak
cc:    Robert S. Tintner, Esquire (via ECF)

425 Spruce Street, Suite 200 • Scranton, PA 18503   |   240 North Third Street, 5th Floor • Harrisburg, PA 17101
P: 570-342-6100 • F: 570-342-6147      P: 717-553-6251

www.mbklaw.com