## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of May, 2021, upon consideration of the letters filed in this case, Docs. 125, 126, **IT IS ORDERED THAT:** Defendant's letter, Doc. 125, is stricken for failure to comply with the court's April 29, 2021 order. (Doc. 119.)  Plaintiff's request for time to respond to Defendant's letter is denied as moot.  (Doc. 126.)

**IT IS FURTHER ORDERED AS FOLLOWS:** the parties are directed to comply with the court's April 29, 2021 order which instructed the parties to file a **joint** letter advising the court of how the parties wish to proceed with this case in light of the telephonic status conference held on April 29, 2021.  Specifically, this order, based on the court's discussion with counsel during the status conference, instructed the parties to advise the court which procedural option they would like to choose:

1

a) Proceed with all litigation, including the matter pending before Magistrate Judge Saporito, and set a schedule for the remainder of the case;

b) Stay all litigation, including the matter pending before Magistrate Judge Saporito, in favor of engaging in a settlement conference; or

c) Provide the court with an alternative procedural option to which the parties **mutually agree**.

Counsel shall have **14 days**, on or before **June 4, 2021**, to file this **joint** letter advising the court of the mutually desired procedural path for this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

2