

Fox Rothschild LLP
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

ROBERT S. TINTNER, ESQUIRE
Direct Dial: 215-299-2766
Email Address: rtintner@foxrothschild.com

June 4, 2021

**VIA ECF FILING**

The Honorable Jennifer P. Wilson
United States District Court for the
Middle District of Pennsylvania
Ronald Reagan Federal Building & US Courthouse
228 Walnut Street
Harrisburg, PA  17101

> **Re:    Pace-O-Matic, Inc. v. Eckert Seamans Cherin Mellott, LLC**
> **U.S.D.C., Middle District of Pennsylvania, Docket No. 1:20-cv-00292**

Dear Judge Wilson:

I write on behalf of both parties in the above-referenced matter.

We respectfully request an additional two (2) weeks to file the joint letter contemplated by the Court in its May 21, 2021 Order.  The parties believe that the additional two (2) weeks will permit them to continue to discuss various procedural options and, hopefully, to submit to the Court a joint, mutually agreed-upon procedural plan.

Thank you for Your Honor's consideration of our request.

Respectfully,

Robert S. Tintner

RST/ebm

A Pennsylvania Limited Liability Partnership

California    Colorado    Connecticut    Delaware    District of Columbia    Florida
Illinois    Minnesota    Nevada    New Jersey    New York    Pennsylvania    Texas



Fox Rothschild LLP
ATTORNEYS AT LAW

cc:     Abraham C. Reich (via ECF only)
        Daniel T. Brier, Esquire (via ECF only)
        Donna A. Walsh, Esquire (via ECF only)