

June 18, 2021

**VIA ECF**

Honorable Jennifer P. Wilson
U.S. District Court for the Middle District of Pennsylvania
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

      Re:    <u>Pace-O-Matic, Inc. v. Eckert, Seamans, Cherin & Mellott, LLC – No. 20-292</u>

Dear Judge Wilson:

    This office represents Plaintiff Pace-O-Matic, Inc. in the above-referenced matter. We have conferred with counsel for Defendant Eckert, Seamans, Cherin & Mellott, LLC concerning the matters in the Order dated May 21, 2021 (ECF 127). This letter constitutes the joint submission of both parties with respect to those matters. The parties have agreed to proceed with all litigation, including the matter pending before Magistrate Judge Saporito. The parties jointly respectfully request a scheduling conference to establish pre-trial deadlines including the disposition of the pending motion for preliminary injunction.

                                                                             Respectfully,

                                                                             Donna A. Walsh

DAW:cak
cc:    Robert S. Tintner, Esquire (via ECF)

425 Spruce Street, Suite 200 • Scranton, PA 18503   |   240 North Third Street, 5th Floor • Harrisburg, PA 17101
P: 570-342-6100 • F: 570-342-6147   |   P: 717-553-6251

www.mbklaw.com