**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **NO. 20-CV-292** |
| | **:** | |
| **v.** | **:** | **JUDGE WILSON** |
| | **:** | |
| **ECKERT, SEAMANS, CHERIN &** | **:** | **MAGISTRATE JUDGE SAPORITO** |
| **MELLOTT, LLC,** | **:** | |
| | **:** | **ELECTRONICALLY FILED** |
| **Defendant.** | **:** | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Rule

15.1 of the Local Rules of Court, Plaintiff Pace-O-Matic, Inc. ("POM"), by and

through its undersigned counsel, hereby moves for leave to file the Amended

Complaint attached hereto as Exhibit "A."  Pursuant to Local Rule 15.1(b),

attached as Exhibit "B" is a copy of the original Complaint red-lined to show

differences between the original and proposed amended pleadings.

In support of this Motion, POM relies upon its supporting memorandum of

law which will be filed within 14 days pursuant to Local Rule 7.5.

Respectfully submitted,

s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Attorneys for Plaintiff,
Pace-O-Matic, Inc.

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Dated:  July 1, 2021

## CERTIFICATE OF NON-CONCURRENCE

I, Daniel T. Brier, Esquire, hereby certify that I sought the concurrence of Robert S. Tintner, counsel for Defendant, in this Motion.  Mr. Tintner does not concur in this Motion.

/s/ Daniel T. Brier
Daniel T. Brier

Date:  July 1, 2021

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Motion For Leave To File Amended Complaint was served upon the following

counsel of record via the Court's ECF filing system on this 1st day of July, 2021:

Abraham C. Reich, Esquire
Robert S. Tintner, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

/s/ Daniel T. Brier
Daniel T. Brier