**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **NO. 20-CV-292** |
| | **:** | |
| **v.** | **:** | **JUDGE WILSON** |
| | **:** | |
| **ECKERT, SEAMANS, CHERIN &** | **:** | **MAGISTRATE JUDGE SAPORITO** |
| **MELLOTT, LLC,** | **:** | |
| | **:** | **ELECTRONICALLY FILED** |
| **Defendant.** | **:** | |

## ORDER

AND NOW, this _____ day of July 2021, upon consideration of Plaintiff's

Motion for Leave To File Amended Complaint, and any response thereto, IT IS

HEREBY ORDERED THAT the Motion is GRANTED.  The clerk is directed to

file to the docket the Amended Complaint attached as Exhibit "A" to Plaintiff's

Motion.

_____
J.