# EXHIBIT "D"

| From: | Mark S. Stewart |
|---|---|
| To: | Kevin McKeon; King, Jr., Adrian R. |
| Cc: | Richard Gmerek |
| Subject: | FW: Idea |
| Date: | Friday, January 17, 2020 3:06:25 PM |

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237-7191 | Mobile (717) 579-7358
mstewart@eckertseamans.com

**From:** Mark S. Stewart
**Sent:** Friday, January 17, 2020 3:04 PM
**To:** 'Romano, Karen M.' <kromano@attorneygeneral.gov>
**Subject:** Idea

Karen

Had an idea. Can't take credit for it. But, if the court enjoins PSP from seizing them until the merits are decided, they should enjoin POM from bringing new machines into the state. The uncertainty is good for goose and gander. Not sure how it's raised, but something to consider.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237-7191 | Mobile (717) 579-7358
mstewart@eckertseamans.com

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

HMS-000949