# EXHIBIT "E"

| From: | Mark S. Stewart |
| --- | --- |
| To: | "Romano, Karen M." |
| Cc: | Kevin McKeon; King, Jr., Adrian R.; Kevin M. Skjoldal |
| Subject: | Response to POM application to amend/clarify |
| Date: | Thursday, January 23, 2020 5:00:38 PM |
| Attachments: | POM - ANSWER IN OPPOSITION TO POM OF PA"S APPLICATION (L0854647-2xA35AE).docx<br>Ex A.pdf |

Karen

The amici are planning on filing an opposition to POM's application to clarify/amend whenever the Commonwealth files its response. Attached is a draft of the filing. As indicated during the hearing, intervention is still planned and in the works.

We'd appreciate the chance to coordinate our filing timing-wise with yours.

Thanks very much.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237-7191 | Mobile (717) 579-7358
mstewart@eckertseamans.com

-------------------------------------------------------------------

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

HMS-000959