# EXHIBIT "F"

| From: | Romano, Karen M. |
| To: | Kevin M. Skjoldal; Mark S. Stewart |
| Cc: | "Kevin J. McKeon"; "King, Jr., Adrian R." |
| Subject: | [External] RE: Response to POM application to amend/clarify |
| Date: | Wednesday, January 29, 2020 9:40:37 AM |

Thanks, Kevin. To clarify, the Otter St. seizure took place in July 2018 and is the seizure that led to the POM v. PSP lawsuit. You are correct that the citation is for violations of the Liquor Code and Gaming Act and, as I mentioned, was issued in order to preserve investigation dates. No citation was issued under 5513. I agree POM's pleading misrepresents that citation and have addressed it in our response. I have a draft out to the clients and will be ready to file once I hear from them. I will let you know when we are ready to file so we can coordinate.

Karen M. Romano
Chief Deputy Attorney General
(717) 787-2717

**From:** Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Sent:** Tuesday, January 28, 2020 5:26 PM
**To:** Romano, Karen M. <kromano@attorneygeneral.gov>; Mark S. Stewart <MStewart@eckertseamans.com>
**Cc:** 'Kevin J. McKeon' <KJMckeon@hmslegal.com>; 'King, Jr., Adrian R.' <KingA@ballardspahr.com>
**Subject:** RE: Response to POM application to amend/clarify

Thanks, Karen. As we discussed earlier today, POM's latest application is very misleading. It attempts to twist the facts starting with the title of the filing -- "application for leave to supplement its request for clarification of order vacating injunction." Despite POM's statement, the Court did not vacate an injunction, but instead issued an order denying the injunction that POM was seeking.

I am writing now about the last statement that POM made in the application -- that with the PSP's motion for stay the Otter Street Grill matter pending before the LCB's ALJ, the PSP is blocking the only mechanism that can be used to seek return of the seized property. Despite POM not being a party to the LCB proceeding, POM is likely distorting the purpose of that proceeding. While we do not have direct knowledge of the Otter Street Grill matter, in our experience citation matters before the LCB's ALJs typically involve fines and administrative penalties for violations of the Liquor Code, and not return of property. Indeed, the motion for stay specifically references violations of the Liquor Code and Gaming Act, and not issues relating to the seizure/return of

ECKERT00388

the slot machines.

If Otter Street's machines were seized under Section 5513 of the Crimes Code, the forfeiture proceedings would be conducted in accordance with the asset forfeiture provisions of Pennsylvania law. 18 Pa.C.S. § 5513(b). Under those provisions, Otter Street may move for the return of the slot machines seized by filing a motion in the court of common pleas in the judicial district where the property is located. 42 Pa.C.S. § 5806. Thus, if the slot machines were seized under Section 5513, POM's argument that the motion for stay blocks the only mechanism available to seek their return is false, and it would be helpful for the Commonwealth Court to understand that POM's arguments are not consistent with the law.

If you have any questions, or if we can be of assistance, please let us know.

Thanks,
Kevin

**Kevin M. Skjoldal**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237.6039
kskjoldal@eckertseamans.com

eckertseamans.com | bio | vCard | LinkedIn

This communication may contain federal tax advice. Recent IRS regulations require us to advise you that any discussion of federal tax issues in this communication was not intended or written to be used and cannot be used to avoid any penalty under federal tax law or to promote, market or recommend any transaction or matter addressed herein. Only formal, written tax opinions meeting these IRS requirements may be relied upon for the purpose of avoiding tax-related penalties. Please contact one of the Firm's Tax partners if you have any questions regarding federal tax advice.

**From:** Romano, Karen M. <kromano@attorneygeneral.gov>
**Sent:** Tuesday, January 28, 2020 1:16 PM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>
**Cc:** 'Kevin J. McKeon' <KJMckeon@hmslegal.com>; 'King, Jr., Adrian R.' <KingA@ballardspahr.com>; Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** [External] RE: Response to POM application to amend/clarify

I don't think this has any applicability to the injunction – the stay PSP sought seems to be in a case where the citation is under title 4 not 5513. I'm confirming that though.

ECKERT00389

Karen M. Romano
Chief Deputy Attorney General
(717) 787-2717

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Sent:** Tuesday, January 28, 2020 12:58 PM
**To:** Romano, Karen M. <kromano@attorneygeneral.gov>
**Cc:** 'Kevin J. McKeon' <KJMckeon@hmslegal.com>; 'King, Jr., Adrian R.' <KingA@ballardspahr.com>;
Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** RE: Response to POM application to amend/clarify

Thanks, Karen. Had not seen yet. Can't wait to read.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237-7191 | Mobile (717) 579-7358
mstewart@eckertseamans.com

**From:** Romano, Karen M. <kromano@attorneygeneral.gov>
**Sent:** Tuesday, January 28, 2020 11:57 AM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>
**Cc:** 'Kevin J. McKeon' <KJMckeon@hmslegal.com>; 'King, Jr., Adrian R.' <KingA@ballardspahr.com>;
Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** [External] RE: Response to POM application to amend/clarify

I have a draft response out to my clients for edits. Meantime, in case you haven't seen, POM just
filed the attached.

Karen M. Romano
Chief Deputy Attorney General
(717) 787-2717

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Sent:** Thursday, January 23, 2020 5:00 PM
**To:** Romano, Karen M. <kromano@attorneygeneral.gov>
**Cc:** Kevin J. McKeon <KJMckeon@hmslegal.com>; King, Jr., Adrian R. <KingA@ballardspahr.com>;
Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** Response to POM application to amend/clarify

Karen

ECKERT00390

The amici are planning on filing an opposition to POM's application to clarify/amend whenever the Commonwealth files its response. Attached is a draft of the filing. As indicated during the hearing, intervention is still planned and in the works.

We'd appreciate the chance to coordinate our filing timing-wise with yours.

Thanks very much.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237-7191 | Mobile (717) 579-7358
mstewart@eckertseamans.com

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Click here to report this email as spam.

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

This message has been scanned for malware by Websense. www.websense.com

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

ECKERT00391

--------------------------------------------------------------------

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

ECKERT00392