# EXHIBIT "G"

| | |
|---|---|
| **From:** | Mark S. Stewart |
| **Sent:** | Wednesday, March 4, 2020 6:06 PM |
| **To:** | Richard Gmerek |
| **Cc:** | Sean Schafer; Bob Green; Eric Hausler; Thomas C. Bonner |
| **Subject:** | RE: Meeting w/ the Governor's Office |

I'm not sure Joe thinks it's changed either. My take was more that he didn't think it was a comment that should have been made, and he wanted to try to keep the focus on no expansion period.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237-7191 | Mobile (717) 579-7358
mstewart@eckertseamans.com

**From:** Richard Gmerek
**Sent:** Wednesday, March 4, 2020 5:51 PM
**To:** Mark S. Stewart
**Cc:** Sean Schafer ; Bob Green ; Eric Hausler ; Thomas C. Bonner
**Subject:** [External] Re: Meeting w/ the Governor's Office

I don't agree that the narrative has changed regarding the need to do something to help clubs. When we took a vote count of the House committee that would run a bill, we did not have the votes to run a bill without helping the clubs.

I think that's the reason why Senator Tomlinson has been meeting with representatives of the Clubs and Taverns recently to see what they want and to see if they would accept the handful of things that we have suggested, which do not include any slot machines or skill games.

Dick

Please excuse brevity and typos as this message was likely dictated

> On Mar 4, 2020, at 5:43 PM, Mark S. Stewart <MStewart@eckertseamans.com> wrote:

Sean -- I think your summary captured the main points of the meeting.

A couple things to add for the group:

- Just a clarification on the Kenhorst Borough location. They currently have 60 machines operating under a conditional use land use approval from the Borough. They've asked the Borough to allow them to expand with another 30 machines for a total of 90. These are not POM machines, but a company named Banillo (or something like that).

1

**ECKERT01776**

- Both Will and Greg Thaul (sp?) confirmed that LCE can seize machines from non-liquor licensed establishments. LCE troopers are used only because they are trained in illegal gambling investigations. As Sean noted, a specific request was made to include a couple non-liquor locations in future seizures. I did not hear the unlikely comment in relation to PSP. There was discussion immediately after this point about the elected law enforcement officials (DAs, etc.) being unlikely to go after the clubs, etc., until there's either a court decision or a clear statute.

- One of the lobbyists again made the comment that, in our outreach with legislators, we keep hearing that an exception for clubs is needed. Joe U jumped in hard with a statement that that narrative has changed as a result of the PR and everyone (Guv, PSP, PGCB, Lottery) coming out in unison. He shut it down.

- Will specifically asked where Marshall and Killion are re running a bill.

- On the issue of VGT expansion, Will seemed to assume the Senate would again be a firewall against any House initiative on that front. Tony Crisci and others commented that they were not sure about that, including specifically saying something about the Majority Leader may want expansion. This did not seem to register with Will, who repeated the firewall comment.

There were 4 action items coming from the meeting:

1. Devise a legislative strategy (that was ours to bring back to them)
2. They will look for a vehicle and with an eye toward avoiding expansion of the bill to VGTs, etc.
3. They will keep the PSAs moving
4. OGC will facilitate a meeting of the lawyers for OGC, OAG, PGCB and the casinos to deal with the April 6 Commw Ct hearing

Thanks.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market **Street** • 8th Floor • Harrisburg, PA 17101
Direct (717) 237-7191 | Mobile (717) 579-7358
mstewart@eckertseamans.com


From: Richard Gmerek <RGmerek@ggrgov.com>
Sent: Wednesday, March 4, 2020 4:39 PM
To: Sean Schafer <sean@schafergovaffairs.com>
Cc: Bob Green <RGreen@parxcasino.com>; Eric Hausler <EHausler@parxcasino.com>; Thomas C. Bonner <TBonner@parxcasino.com>; Mark S. Stewart <MStewart@eckertseamans.com>
Subject: [External] Re: Meeting w/ the Governor's Office

Couple additional points:

Sam had told me that they have been consulting with Pete on these PSA's.

I had pulled and we had looked at all of the Title 18 Senate bills in the House and the Title 18 House bills in the Senate....and the only one we could find that might work is the Causer bill on horse racing. But that was a House bill still in the House.

2

**ECKERT01777**

Ironic re legislative strategy...because at our lobbyists meeting we can't really even get these guys to talk about a legislative strategy because some (or most) of them believe we should wait to see if we win in Commonwealth Court under the theory of: "If we don't push for anything, then nothing bad can happen back to us".

Dick

Please excuse brevity and typos as this message was likely dictated

> On Mar 4, 2020, at 4:09 PM, Sean Schafer <sean@schafergovaffairs.com> wrote:

> Gents,

> Just an update on the meeting today between the industry lobbyists and the Will Danowski and his team from the Governor's office today.

> The meeting started out with Will making note of the PSP's seizures of illegal machines across the state and making it clear that those seizures will continue. He also made clear something that we knew— if it wasn't for the intervention of the Governor's office, it was highly unlikely that the PGCB would have intervened in the POM lawsuits.

> The largest piece of news gleaned from the meeting is related to an initiative that Sam Robinson has been working on with Commonwealth Media Services. CMS and the Gov's Comm's team have been working on a $500,000 dollar buy with Public Service Advertisements against skill games. Without being held to the exact wording Will said the gist of the PSA's will be making clear that these games are illegal, there are no protections for the consumer, and they hurt seniors. Greg Thrall mentioned that this buy will occur in the month of May.

> Mark brought up that it is problem gambling awareness month and asked if Will or the Governor's office could touch base with the PGCB and see if they could work skill games messaging into the problem gambling narrative, Will didn't give a definite response on the question.

> There was a good amount of discussion related to a "casino" in Kenhorst Borough that has about 30 machines, a security system with 16 cameras in the ceiling, double locking magnetic doors to enter, and security guards that is owned by a couple from Duluth, Georgia. Adrian brought this up and requested clarification from the Governor's office that PSP could raid sites such as these, even though they are not liquor licensees. Gov's office agreed that PSP could raid other locations, but the expertise on illegal machines is located within LCE and it is unlikely. The specific request was made for PSP look into other sites as well and raid them with the idea that it would deter future illegal action or belief that a safe haven exists for those with illegal machines who do not own a liquor license.

> There was discussion about the legalize and tax argument that was furthered by the GoErie.com website article in the news today and how we have to stop that narrative.

3

**ECKERT01778**

There was discussion regarding the Internet Café's of 8-10 years ago and following that pattern to kill skill games. Essentially amending an already passed Senate Bill in the House with language killing skill games and letting the Senate vote on it to concur. Mark brought up making sure that the vehicle used, and the language in the amendment, do not open the bill up to another VGT amendment subsequent to ours.

There was discussion regarding LCB bringing administrative actions against some of the licensed establishments that have these.

There was discussion regarding DOR looking into the claims by Wheeland and some of their legislative supporters that these owners are paying their fair share of taxes.

There was a direct request by Steve Crawford for the Governor's office to put out amendment language that would kill these machines. This conversation turned into a conversation on legislative strategy and Will asked that we as an industry determine what we believe the best legislative strategy is going forward and bring our recommendation to him at our next meeting.

Will promised to look for an underlying Title 18 bill that the Governor would sign into law and determine if it would be a good vehicle.

With that the meeting ended.

If I missed anything here Mark, please supplement this email.

Any questions give me a call.

Sean


Sean D. Schafer, Esq.
Schafer Government Affairs, Inc.
267-804-5017

------------------------------------------------------------------------
This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.

4

ECKERT01779