# EXHIBIT "H"

| | |
|---|---|
| **From:** | Pete Shelly <pshelly@shelly-lyons.com> |
| **Sent:** | Friday, March 20, 2020 10:13 AM |
| **To:** | Mark S. Stewart; 'Bob Green'; RGmerek@ggrgov.com; Eric Hausler |
| **Subject:** | [External] RE: Skill |

Thanks. around all next week for a call as needed.

-----Original Message-----
From: Mark S. Stewart <MStewart@eckertseamans.com>
Sent: Friday, March 20, 2020 10:10 AM
To: 'Bob Green' <RGreen@parxcasino.com>; RGmerek@ggrgov.com; Pete Shelly <pshelly@shelly-lyons.com>; Eric Hausler <EHausler@parxcasino.com>
Subject: RE: Skill

One last comment on the last piece re skills still being open. Adrian said that Penn had shut down all their VGTs in truck stops. Said it was Rutters' decision. That may be something to bring up at some point because it's virtually the same circumstance as skill games in gas stations/convenience stores.

As to legal timing, an update. Wednesday, POM sent subpoenas for all 7 casinos seeking to intervene. They are looking to depose people (next week; yeah, right), and seek the production of documents related to our financial interest in the proceeding. We have conferred with Kevin and Adrian, and a response is in the works. No one is going to appear or produce documents, and it will be raised with the Court given our plain, statutory financial interests ($50M plus iGaming fees to boot) and the vexatious nature of their antics.

Nonetheless, to Bob's point, they are clearly going to object and attempt to delay interventions. The April 6 hearing on intervention has been postponed with no date noted. I don't see it happening until May, with us being in the case by late May or June. Given this, there's no way to get our summary relief on the June argument court list, which means the earliest it could be argued is Sept., with a decision sometime between December and Apri 2021.

Let's discuss what all we want in a bill, and we can get to work on drafting. When I say what all, I am referring to the many concepts we've batted around from the grand deal to other ideas. We could produce multiple versions, as we have in the past, so we can bolt different ideas on as we go. For example, Title 18 only; a package of bills to accomplish the big deal; a bill that plans for the worst should VGTs expand so have increased buffers, casino-only route operators, prohibition on anyone who made or had skill games, etc.

Mark Stewart, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street • 8th Floor • Harrisburg, PA 17101 Direct (717) 237-7191 | Mobile (717) 579-7358
mstewart@eckertseamans.com

-----Original Message-----
From: Bob Green [mailto:RGreen@parxcasino.com]
Sent: Thursday, March 19, 2020 8:19 PM

1

**ECKERT01795**

To: RGmerek@ggrgov.com; pshelly@shelly-lyons.com; Mark S. Stewart <MStewart@eckertseamans.com>;
Eric Hausler <EHausler@parxcasino.com>
Subject: [External] Skill

The way I read it is that General Merchandise Stores (convenience stores) and gas stations can stay open. If there's no specific directive to turn them off, why would they ? Maybe the same goes for pizza parlors, ie while you're waiting for your take out pizza, you can play a 'skill game" ? As I said to Dick earlier, there's bound to be a court case log jam, thus pushing our hope of a judicial remedy farther down the road. Let's get a fucking bill passed. Thanks, Bob.

Sent from my iPhone
------------------------------------------------------------------------
This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.

ECKERT01796