

**Fox Rothschild LLP**
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

ROBERT S. TINTNER, ESQUIRE
Direct Dial: 215-299-2766
Email Address: rtintner@foxrothschild.com

July 29, 2021

**VIA ECF FILING**

The Honorable Jennifer P. Wilson
United States District Court for the
Middle District of Pennsylvania
Ronald Reagan Federal Building & US Courthouse
228 Walnut Street
Harrisburg, PA  17101

> **Re:    Pace-O-Matic, Inc. v. Eckert Seamans Cherin Mellott, LLC**
> **U.S.D.C., Middle District of Pennsylvania, Docket No. 1:20-cv-00292**

Dear Judge Wilson:

I represent defendant, Eckert Seamans Cherin Mellott, LLC ("Eckert"), in the above-referenced matter.  I write respectfully to advise the Court that Eckert will not be filing any opposition to the pending Motion for Leave to Amend the Complaint filed by plaintiff, Pace-O-Matic, Inc., on July 1, 2021 at docket number 140.

Thank you for Your Honor's consideration.

Respectfully,

Robert S. Tintner

RST/ebm

cc:    Abraham C. Reich (via ECF only)
       Daniel T. Brier, Esquire (via ECF only)
       Donna A. Walsh, Esquire (via ECF only)

A Pennsylvania Limited Liability Partnership

California    Colorado    Connecticut    Delaware    District of Columbia    Florida
Illinois    Minnesota    Nevada    New Jersey    New York    Pennsylvania    Texas