# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Jennifer P. Wilson |
| | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| | : | |
| | : | |
| Defendant. | : | Magistrate Judge Joseph Saporito, Jr. |

## ORDER

**AND NOW**, on this 2nd day of August, 2021, upon consideration of the motion for leave to file an amended complaint filed by Plaintiff, Doc. 140, and the letter filed by Defendant indicating that Defendant will not file a brief in opposition to the motion, Doc. 143, **IT IS ORDERED THAT** pursuant to Local Rule 7.6, Plaintiff's motion is deemed unopposed and is **GRANTED**.  (Doc. 140.) The Clerk of Court is directed to docket the amended complaint, Doc. 140-1.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania