# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,      :
      :
      Plaintiff,      :      NO. 20-CV-292
      :
v.      :      JUDGE WILSON
      :
ECKERT, SEAMANS, CHERIN & :      MAGISTRATE JUDGE SAPORITO
MELLOTT, LLC,      :
      :      ELECTRONICALLY FILED
      Defendant.      :

## ACCEPTANCE OF SERVICE

I, Robert S. Tintner, Esquire, hereby certify that I am authorized to accept service of the Summons and Amended Complaint on behalf of Defendants Mark S. Stewart and Kevin M. Skjoldal in the above-referenced matter.

 

 

_____
Abraham C. Reich, Esquire
Robert S. Tintner, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

Attorney for Defendants,
Mark S. Stewart and Kevin M. Skjoldal

Dated:  August 6, 2021