**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | |
| | : | **NO. 20-CV-292** |
| **Plaintiff,** | : | |
| | : | **JUDGE JENNIFER P. WILSON** |
| **v.** | : | |
| | : | |
| **ECKERT, SEAMANS, CHERIN &** | : | |
| **MELLOTT, LLC, MARK S.** | : | **ELECTRONICALLY FILED** |
| **STEWART, AND KEVIN M.** | : | |
| **SKJOLDAL,** | : | |
| **Defendants.** | : | |

## O R D E R

AND NOW, this ___ day of _____, 2021, upon consideration of the Stipulation to Extend Time to Respond to Amended Complaint, it is hereby ORDERED that Defendants, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal, have until August 27, 2021 to answer, respond or otherwise plead to the Amended Complaint of Plaintiff, Pace-O-Matic, Inc., filed on August 2, 2021 at docket number 145.

BY THE COURT:

_____
JENNIFER P. WILSON, U.S.D.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    :
                                       :       NO. 20-CV-292
              Plaintiff,               :
   v.                                  :       JUDGE JENNIFER P. WILSON
                                       :
ECKERT, SEAMANS, CHERIN & :
MELLOTT, LLC, MARK S.                  :       ELECTRONICALLY FILED
STEWART, AND KEVIN M.                  :
SKJOLDAL,                              :
                                       :
              Defendants.              :

## STIPULATION TO EXTEND TIME
## TO RESPOND TO AMENDED COMPLAINT

It is hereby stipulated by and between counsel for plaintiff, Pace-O-Matic, Inc. ("Plaintiff"), and counsel for defendants, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal (collectively, "Defendants"), that Defendants have until Friday, August 27, 2021 to answer, respond or otherwise plead to the Amended Complaint of Plaintiff filed on August 2, 2021.


/s/_____           /s/_____
Daniel T. Brier                       Abraham C. Reich
Donna A. Walsh                        Robert S. Tintner
Myers, Brier & Kelly, LLP             Fox Rothschild LLP
425 Spruce Street, Suite 200          2000 Market Street, 20th Floor
Scranton, PA  18503                   Philadelphia, PA  19103-3291
(570) 342-6100                        (215) 299-2766

Attorneys for Plaintiff               Attorneys for Defendants


Dated:  August 10, 2021