IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | NO. 20-CV-292 |
| Plaintiff, | : | |
| | : | JUDGE JENNIFER P. WILSON |
| v. | : | |
| | : | |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC, MARK S. STEWART, AND KEVIN M. SKJOLDAL, | : | ELECTRONICALLY FILED |
| Defendants. | : | |

## O R D E R

AND NOW, this 11th day of __August__, 2021, upon consideration of the Stipulation to Extend Time to Respond to Amended Complaint, it is hereby ORDERED that Defendants, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal, have until August 27, 2021 to answer, respond or otherwise plead to the Amended Complaint of Plaintiff, Pace-O-Matic, Inc., filed on August 2, 2021 at docket number 145.

BY THE COURT:

  s/Jennifer P. Wilson
JENNIFER P. WILSON, U.S.D.J.