# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| **PACE-O-MATIC, INC.,** | : | |
| | : | **NO. 20-CV-292** |
| **Plaintiff,** | : | |
| | : | **JUDGE JENNIFER P. WILSON** |
| **v.** | : | |
| | : | |
| **ECKERT, SEAMANS, CHERIN &** | : | |
| **MELLOTT, LLC, MARK S.** | : | **ELECTRONICALLY FILED** |
| **STEWART, AND KEVIN M.** | : | |
| **SKJOLDAL,** | : | |
| **Defendants.** | : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as counsel of record for defendants, Mark S. Stewart and

Kevin M. Skjoldal, in the above-captioned matter.


_____
ROBERT S. TINTNER, ESQUIRE (No. 73865)
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3291
(215) 299-2766 (telephone)
(215) 299-2150 (facsimile)
rtintner@foxrothschild.com

**Counsel for Defendants**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC,**
**MARK S. STEWART AND KEVIN M. SKJOLDAL**

Date:   August 19, 2021

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PACE-O-MATIC, INC., | : |
| : | NO. 20-CV-292 |
| Plaintiff, : | |
| : | JUDGE JENNIFER P. WILSON |
| v. : | |
| : | |
| ECKERT, SEAMANS, CHERIN & : | |
| MELLOTT, LLC, MARK S. : | ELECTRONICALLY FILED |
| STEWART, AND KEVIN M. : | |
| SKJOLDAL, : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Robert S. Tintner, Esquire, hereby certify that, on this 19th day of August, 2021, I served a true and correct copy of the foregoing Notice of Entry of Appearance via ECF, upon the following:

Daniel T. Brier, Esquire
Donna A. Walsh, Esquire
Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

**Counsel for Plaintiff**


_____
ROBERT S. TINTNER, ESQUIRE