# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 20th day of August, 2021, following a telephone conference with the court on this date, **IT IS ORDERED AS FOLLOWS**:

1. By no later than **September 10, 2021**, Plaintiff shall file either a notice to withdraw the pending motion for preliminary injunction, Doc. 12, and a renewed motion for preliminary injunction, or, in the alternative an amendment to the current motion.  Regardless of which option is selected by Plaintiff, Defendant shall be permitted to file a brief in opposition, Plaintiff shall be permitted to file a reply brief, and the briefing schedule provided in the local rules shall apply.

2. A hearing on the motion for preliminary injunction is scheduled for **December 20, 2021, at 9:30 a.m.**, Courtroom No. 1, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
