## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,                          :
                                             :
                    Plaintiff,         :
                                             :
    v.                                   :        Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC,  MARK S. STEWART,              :        (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                       :
                                             :
                  Defendants.        :
_____:

## O R D E R

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion of Defendants, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal, to Dismiss Certain Claims and Requests for Relief from the Amended Complaint of Plaintiff, Pace-O-Matic, Inc., and any response thereto, it is hereby ORDERED that the Motion is GRANTED. Count I (declaratory judgment), Count III (fraud), and all requests for punitive damages are DISMISSED WITH PREJUDICE from the Amended Complaint (Docket No. 145) of Plaintiff, Pace-O-Matic, Inc.

                  BY THE COURT:


                  _____
                  Jennifer P. Wilson, U.S.D.J.