UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 20-CV-292 |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | JUDGE WILSON |
| MELLOTT, LLC, MARK S. | : | |
| STEWART and KEVIN M. | : | |
| SKJOLDAL, | : | |
| | : | ELECTRONICALLY FILED |
| **Defendants.** | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT
OF TIME TO FILE NOTICE TO REFILE OR AMEND
MOTION FOR PRELIMINARY INJUNCTION STATUS**

Pursuant to Rule 7.1 of the Local Rules of Court, Plaintiff Pace-O-Matic,

Inc., by and through its undersigned counsel, hereby moves for a brief enlargement

of the deadline to file its notice regarding the pending motion for preliminary

injunction in the above-referenced matter and, in support thereof, states at follows:

1.      Following a conference on August 20, 2021, the Court entered an

Order setting September 10, 2021, as the deadline for Plaintiff to file a notice to

withdraw the pending motion for preliminary injunction (ECF 12) and a renewed

motion for preliminary injunction, or, in the alternative an amendment to the

current motion.  (ECF 152).  This deadline was established to afford Pace-O-Matic,

Inc. the opportunity to evaluate Defendants' August 27, 2021, response to the

Amended Complaint.

2.      On August 27, 2021, Defendants filed a Motion To Dismiss (ECF 153).   Defendants' supporting memorandum of law will be filed on or before September 10, 2021.

3.      Pace-O-Matic, Inc. respectfully requests that the deadline to file its notice be extended one week until Friday, September 17, 2021, to afford Pace-O-Matic, Inc. the opportunity to evaluate Defendants' supporting memorandum of law before filing its notice.

5.      Counsel for Eckert Seamans Cherin & Mellott, LLC concurs in this motion.

WHEREFORE, Plaintiff Pace-O-Matic, Inc. respectfully requests an extension of time until Friday, September 17, 2021, to file its notice.

Respectfully submitted,

s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Attorneys for Plaintiff,
Pace-O-Matic, Inc.

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Dated:  September 3, 2021

2

# CERTIFICATE OF CONCURRENCE

I, Daniel T. Brier, hereby certify that I sought the concurrence of Robert S. Tintner, Esquire, counsel for Defendant Eckert Seamans Eckert Cherin & Mellott, LLC, in this Motion.  Mr. Tintner concurs in this motion.

/s/ Daniel T. Brier
Daniel T. Brier

Date:  September 3, 2021

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Unopposed Motion for Enlargement of Time was served upon the following counsel of record via the Court's ECF filing system on this 3rd day of September 2021:

Abraham C. Reich, Esquire
Robert S. Tintner, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

Dennis A. Whitaker, Esquire
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA  17101

George A. Bibikos, Esquire
5901 Jonestown Road, #6330
Harrisburg, PA  17112

/s/ Daniel T. Brier
Daniel T. Brier