## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 20-CV-292** |
| | : | |
| **ECKERT, SEAMANS, CHERIN &** | : | **JUDGE WILSON** |
| **MELLOTT, LLC, MARK S.** | : | |
| **STEWART and KEVIN M.** | : | |
| **SKJOLDAL,** | : | |
| | : | **ELECTRONICALLY FILED** |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 7th day of September 2021, upon consideration of

Plaintiff's Unopposed Motion for Enlargement of Time To Refile or Amend

Motion for Preliminary Injunction, IT IS HEREBY ORDERED THAT the

Motion is GRANTED.  The deadline for Plaintiff to file its notice is extended

until Friday, September 17, 2021.

　　　　　　　　　　　　___s/ Jennifer P. Wilson_____
　　　　　　　　　　　　　　　　　　　　J.