# Exhibit E

## Maitland, Sharon K.

| | |
|---|---|
| **From:** | Romano, Karen M. |
| **Sent:** | Tuesday, January 28, 2020 11:57 AM |
| **To:** | 'Mark S. Stewart' |
| **Cc:** | 'Kevin J. McKeon'; 'King, Jr., Adrian R.'; 'Kevin M. Skjoldal' |
| **Subject:** | RE: Response to POM application to amend/clarify |
| **Attachments:** | 2020.01.28 POM - 2nd Application for Emergency Relief.pdf |

I have a draft response out to my clients for edits. Meantime, in case you haven't seen, POM just filed the attached.

Karen M. Romano
Chief Deputy Attorney General

---

**From:** Mark S. Stewart
**Sent:** Thursday, January 23, 2020 5:00 PM
**To:** Romano, Karen M.
**Cc:** Kevin J. McKeon                               King, Jr., Adrian R.                                  Kevin M. Skjoldal
**Subject:** Response to POM application to amend/clarify

Karen

The amici are planning on filing an opposition to POM's application to clarify/amend whenever the Commonwealth files its response. Attached is a draft of the filing. As indicated during the hearing, intervention is still planned and in the works.

We'd appreciate the chance to coordinate our filing timing-wise with yours.

Thanks very much.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct                        | Mobile

POM 003392

1

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Click here to report this email as spam.

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

POM 003393