# Exhibit F

From: Mark S. Stewart <MStewart@eckertseamans.com>
Sent: Wednesday, January 29, 2020 12:43 PM
To: 'Romano, Karen M.' <kromano@attorneygeneral.gov>; Kevin M. Skjoldal
<KSkjoldal@eckertseamans.com>
Cc: Kevin McKeon <KJMckeon@hmslegal.com>; 'King, Jr., Adrian R.'
<KingA@ballardspahr.com>
Subject: RE: Response to POM application to amend/clarify

Karen

Is that on both "emergency" applications? We will file our response when you do.

Also, to my knowledge, neither Kevin nor Adrian have heard from Matt (guys shout out if
wrong). Our intervention timing is still for end of this week but may slip to next.

Thanks.

Mark Stewart, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237-7191 | Mobile (717) 579-7358
mstewart@eckertseamans.com<mailto:mstewart@eckertseamans.com>


From: Romano, Karen M. [mailto:kromano@attorneygeneral.gov]
Sent: Wednesday, January 29, 2020 12:15 PM
To: Kevin M. Skjoldal
<KSkjoldal@eckertseamans.com<mailto:KSkjoldal@eckertseamans.com>>; Mark S. Stewart
<MStewart@eckertseamans.com<mailto:MStewart@eckertseamans.com>>
Cc: 'Kevin J. McKeon' <KJMckeon@hmslegal.com<mailto:KJMckeon@hmslegal.com>>;
'King, Jr., Adrian R.' <KingA@ballardspahr.com<mailto:KingA@ballardspahr.com>>
Subject: [External] RE: Response to POM application to amend/clarify

I am expecting final edits by tomorrow morning so I should be ready to file our response
tomorrow.

Karen M. Romano
Chief Deputy Attorney General
(717) 787-2717

From: Kevin M. Skjoldal
<KSkjoldal@eckertseamans.com<mailto:KSkjoldal@eckertseamans.com>>
Sent: Tuesday, January 28, 2020 5:26 PM
To: Romano, Karen M.
<kromano@attorneygeneral.gov<mailto:kromano@attorneygeneral.gov>>; Mark S. Stewart
<MStewart@eckertseamans.com<mailto:MStewart@eckertseamans.com>>
Cc: 'Kevin J. McKeon' <KJMckeon@hmslegal.com<mailto:KJMckeon@hmslegal.com>>;
'King, Jr., Adrian R.' <KingA@ballardspahr.com<mailto:KingA@ballardspahr.com>>
Subject: RE: Response to POM application to amend/clarify

ECKERT00162

Thanks, Karen. As we discussed earlier today, POM's latest application is very misleading. It attempts to twist the facts starting with the title of the filing -- "application for leave to supplement its request for clarification of order vacating injunction." Despite POM's statement, the Court did not vacate an injunction, but instead issued an order denying the injunction that POM was seeking.

I am writing now about the last statement that POM made in the application – that with the PSP's motion for stay the Otter Street Grill matter pending before the LCB's ALJ, the PSP is blocking the only mechanism that can be used to seek return of the seized property. Despite POM not being a party to the LCB proceeding, POM is likely distorting the purpose of that proceeding. While we do not have direct knowledge of the Otter Street Grill matter, in our experience citation matters before the LCB's ALJs typically involve fines and administrative penalties for violations of the Liquor Code, and not return of property. Indeed, the motion for stay specifically references violations of the Liquor Code and Gaming Act, and not issues relating to the seizure/return of the slot machines.

If Otter Street's machines were seized under Section 5513 of the Crimes Code, the forfeiture proceedings would be conducted in accordance with the asset forfeiture provisions of Pennsylvania law. 18 Pa.C.S. § 5513(b). Under those provisions, Otter Street may move for the return of the slot machines seized by filing a motion in the court of common pleas in the judicial district where the property is located. 42 Pa.C.S. § 5806. Thus, if the slot machines were seized under Section 5513, POM's argument that the motion for stay blocks the only mechanism available to seek their return is false, and it would be helpful for the Commonwealth Court to understand that POM's arguments are not consistent with the law.

If you have any questions, or if we can be of assistance, please let us know.

Thanks,
Kevin


Kevin M. Skjoldal
ECKERT SEAMANS CHERIN & MELLOTT, LLC

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237.6039
kskjoldal@eckertseamans.com<mailto:kskjoldal@eckertseamans.com>

eckertseamans.com<http://www.eckertseamans.com/> |
bio<http://www.eckertseamans.com/directory.aspx?View=Detail&DirectoryID=678> |
vCard<http://www.eckertseamans.com/vcard.aspx?DirectoryID=678> |
LinkedIn<http://www.linkedin.com/profile/view?id=184200901&trk=nav_responsive_tab_profile>

This communication may contain federal tax advice. Recent IRS regulations require us to advise you that any discussion of federal tax issues in this communication was not intended or written to be used and cannot be used to avoid any penalty under federal tax law or to promote, market or recommend any transaction or matter addressed herein. Only formal, written tax opinions meeting these IRS requirements may be relied upon for the purpose of avoiding tax-related penalties. Please contact one of the Firm's Tax partners if you have any

ECKERT00163