# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,                          :
                                             :
                    Plaintiff,               :
                                             :
        v.                                   :        Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC, MARK S. STEWART,               :        (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                       :
                                             :
                    Defendants.              :
_____:

## O R D E R

AND NOW, this  7th  day of _____October_____, 2021, upon consideration of

the Unopposed Motion of Defendants for Enlargement of Time to Respond to

Plaintiff's Amended Motion for Preliminary Injunction, it is hereby ORDERED

that the Motion is GRANTED.  Defendants shall have until Friday, October 22,

2021 to file their response to Plaintiff's Amended Motion for Preliminary

Injunction.

                            BY THE COURT:


                             s/Jennifer P.Wilson
                            Jennifer P. Wilson, U.S.D.J.