## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,                                 :
                                                    :
                              Plaintiff,            :
        v.                                          :     Docket No. 1:20-cv-00292
                                                    :
ECKERT SEAMANS CHERIN &                             :
MELLOTT, LLC, MARK S. STEWART,                      :     (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                              :
                                                    :
                              Defendants.           :
_____            :


## **O R D E R**

    AND NOW, this ____ day of _____, 2021, upon consideration

of the Amended Motion of Plaintiff, Pace-O-Matic, Inc., for a Preliminary

Injunction, the Memorandum of Law of Defendants, Eckert Seamans Cherin &

Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal, in Opposition to the

Amended Motion, all declarations and any other exhibits, it is hereby ORDERED

that Plaintiff's Amended Motion for a Preliminary Injunction is DENIED.

                              BY THE COURT:


                              _____
                              Jennifer P. Wilson, U.S.D.J.