*E X H I B I T* "*A*"

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PACE-O-MATIC, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ECKERT SEAMANS CHERIN & MELLOTT,<br>LLC,<br><br>            Defendant. | Docket No. 1:20-cv-00292 |

## DECLARATION OF DAVID J. MAYERNIK, ESQUIRE

I, David J. Mayernik, Esquire, hereby declare and state as follows:

1.    I am an attorney licensed to practice law in the Commonwealth of Pennsylvania.

2.    I am member of the law firm of Eckert Seamans Cherin & Mellott, LLC

("Eckert"), the defendant in the above-captioned action, and I practice law with Eckert's

Government Affairs Group.

3.    My offices are located in Pittsburgh and Harrisburg, Pennsylvania.

4.    I also am a former member of the Pennsylvania General Assembly.

5.    In September 2011, a representative of Pace-O-Matic, Inc. ("POM"), the plaintiff

in this action, who had been referred to me, approached me about Eckert's potential

representation of POM.

6.    The potential representation involved POM's game, "Palmetto Gold," and

whether POM could market and distribute the game in Pennsylvania.

7.    I sent POM a retainer letter in September 2011.

8.    POM paid Eckert a $5,000 retainer.

9.    Ultimately, in or around October 2011, I made some inquiries on POM's behalf and another attorney at Eckert looked into the legal issues, and we collectively decided that Eckert could not assist POM.

10.    In or about November 2011, I advised POM that Eckert could not assist POM.

11.    Eckert billed POM $120.00 for a small portion of the legal fees incurred by Eckert attorneys in doing the limited research and making the inquiries requested.

12.    Ultimately, Eckert returned to POM the entirety of the retainer, plus a $120.00 overpayment.

13.    I have never discussed the limited work that I did for POM with the attorneys at Eckert who represent gaming clients in Pennsylvania, including but not limited to, Mark S. Stewart, Esquire.

14.    I also have not discussed the limited work that I did for POM with the attorneys in Eckert's Virginia office who worked for POM in Virginia.

15.    I have had no contact with any representative of POM since 2011.

DAVID J. MAYERNIK, ESQUIRE

Dated: April 21, 2020

2