# In the United States District Court for the Middle District of Pennsylvania

PACE-O-MATIC, INC. )
)
     *Plaintiff,* ) [ELECTRONICALLY FILED]
)
    *vs.* ) Docket No. 20-292
)
ECKERT, SEAMANS, CHERIN ) JUDGE WILSON
& MELLOT, LLC )
)
    *Defendant.* )

## NOTICE OF APPEAL OF GREENWOOD GAMING & ENTERTAINMENT, D/B/A PARX CASINO

**(From a November 16, 2021 Non-Dispositive
Order Overruling Attorney-Client Privilege Objection
to Non-Party Subpoenas)**

Pursuant to Fed. R. Civ. P. 72(a) and L.R.72.2, Greenwood Gaming & Entertainment, d/b/a Parx Casino ("Parx"), files an appeal from the order and opinion issued by Magistrate Judge Joseph F. Saporito, Jr., dated November 16, 2021 (Docs. 166 & 167). The decision invokes the doctrine of "judicial estoppel" and on that basis directs Eckert, Seamans, Cherin & Mellot, LLC ("Eckert") and Hawke McKeon & Sniscak ("HMS")

to produce documents despite the objections of Parx, HMS, and Eckert based on the attorney-client privilege.

As described in more detail in the brief filed contemporaneously with this appeal, the Magistrate Judge's decision is clearly erroneous and contrary to law because the documents are privileged, "judicial estoppel" does not justify the disclosure of privileged documents, and in any event there is no evidence supporting the elements of judicial estoppel. Parx incorporates by reference the points of law and authorities in its brief.

November 30, 2021

Respectfully submitted,

**GA BIBIKOS LLC**

/s George A. Bibikos
George A. Bibikos
5901 Jonestown Rd. #6330
Harrisburg, PA 17112
(717) 580-5305
gbibikos@gabibikos.com

*Counsel for Parx*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed and served the foregoing electronically through the Court's ECF system such that counsel of record and the magistrate judge will be served automatically.

/s George A. Bibikos
George A. Bibikos