## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                        :
                                           :
        Plaintiff           :    No. 1:20-cv-00292
                                           :
        v.                  :    (Judge Jennifer P. Wilson)
                                           :    (Magistrate Judge Joseph F. Saporito,
ECKERT SEAMANS CHERIN &                    :    Jr.)
MELLOTT, LLC,                              :
                                           :
        Defendant.          :    Electronically Filed Document

## HAWKE MCKEON & SNISCAK, LLP
## STATEMENT OF APPEAL

### (From November 16, 2021 Opinion and Order)

Hawke McKeon & Sniscak, LLP (HMS), pursuant to Fed. R. Civ. P. 72(a) and L.R.72.2, hereby appeals from Magistrate Judge Joseph F. Saporito, Jr.'s November 16, 2021 Order and accompanying Memorandum (Docs. 166, 167), which overrule HMS's objections to plaintiff Pace-O-Matic, Inc.'s (POM) subpoena and order production of documents identified in HMS's privilege log as to which HMS has claimed attorney-client privilege.

As more fully explained in HMS's supporting brief, the November 16 ruling misapplies judicial estoppel where the elements thereof are not present, i.e., HMS' privilege claims are not based on inconsistent positions in this court and in

1

Commonwealth Court, HMS has not engaged in bad faith, and plaintiff Pace-O-Matic, Inc. (POM) will not be harmed if the privilege is sustained. Moreover, the factual basis for Magistrate Judge Saporito's application of judicial estoppel is entirely lacking, i.e., contrary to the Memorandum's conclusion, the facts as to HMS do not support any of the elements that could give rise to judicial estoppel. *G-I Holdings, Inc. v. Reliance Ins. Co.*, 586 F.3d 247, 261-262 (3d Cir. 2009).

Respectfully submitted,

*/s/ Dennis A. Whitaker*

Dennis A. Whitaker, I.D. #53975
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA  17101
(717) 236-1300
(717) 236-4841
dawhitaker@hmslegal.com

*Counsel for Hawke McKeon & Sniscak, LLP*

Dated: November 30, 2021

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 30, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the Middle District of Pennsylvania by using the ECF system. Pursuant to LR 5.7, participants in the case who are registered ECF users will be served by the ECF system.

*/s/ Dennis A. Whitaker*
