## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                       :
                                          :
        Plaintiff                         :   No. 1:20-cv-00292
                                          :
    v.                                    :   (Judge Jennifer P. Wilson)
                                          :   (Magistrate Judge Joseph F. Saporito,
ECKERT SEAMANS CHERIN &                   :   Jr.)
MELLOTT, LLC,                             :
                                          :
        Defendant.                        :   Electronically Filed Document


## JOINT MOTION FOR STAY PENDING APPEAL

## (From November 16, 2021 Opinion and Order)

Defendant, Eckert Seamans Cherin & Mellott, LLC ("Eckert"), and non-party subpoena recipients Greenwood Gaming & Entertainment, d/b/a Parx Casino ("Parx"), and Hawke McKeon & Sniscak LLP (HMS) (together, "Joint Appellants") hereby move for a stay pending appeal to the district court from Magistrate Judge Joseph F. Saporito, Jr.'s November 16, 2021 Order and accompanying Memorandum (Docs. 166-167), which overrule attorney-client privilege objections to plaintiff Pace-O-Matic, Inc.'s (POM) document production requests and direct the privileged documents be produced by December 7, 2021. Joint Appellants represent as follows:

1

1.      Each of the Joint Appellants has appealed to the district court the November 16, 2021 Memorandum and Order that directs production of documents identified in Paragraph 2 of the Order.

2.      The Memorandum and Order direct production of all identified documents on or before December 7, 2021.

3.      In directing production, the Memorandum found that judicial estoppel applies and results in a waiver of attorney-client privilege with respect to the documents identified for production at Paragraph 2 of the Order.

4.      Absent a stay pending appeal of the November 16, 2021 Order, the documents will be produced, and the attorney-client privilege, if on appeal deemed applicable, lost.

WHEREFORE, Defendant, Eckert Seamans Cherin & Mellott, LLC ("Eckert"), and non-party subpoena recipients Greenwood Gaming & Entertainment, d/b/a Parx Casino ("Parx"), and Hawke McKeon & Sniscak LLP (HMS) (together, "Joint Appellants") respectfully request that the court grant a stay of the November 16, 2021 order in this matter, pending resolution of Joint Appellants' appeals to the district court.

Respectfully submitted,

_____
ABRAHAM C. REICH, ESQUIRE (No. 20060)
ROBERT S. TINTNER, ESQUIRE (No. 73865)
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2090/2766 (telephone)
(215) 299-2150 (facsimile)
areich@foxrothschild.com
rtintner@foxrothschild.com

**Counsel for Defendant,**
**ECKERT SEAMANS CHERIN & MELLOTT,**
**LLC**


**GA BIBIKOS LLC**

/s George A. Bibikos
George A. Bibikos
5901 Jonestown Rd. #6330
Harrisburg, PA 17112
(717) 580-5305
gbibikos@gabibikos.com

*Counsel for Parx*


*/s/ Dennis A. Whitaker*

Dennis A. Whitaker, I.D. #53975
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA  17101

3

(717) 236-1300
(717) 236-4841
dawhitaker@hmslegal.com

*Counsel for Hawke McKeon & Sniscak LLP*

Dated: December 1, 2021

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the Middle District of Pennsylvania by using the ECF system. Pursuant to LR 5.7, participants in the case who are registered ECF users will be served by the ECF system.

*/s/ Dennis A. Whitaker*