## CERTIFICATE OF CONCURRENCE

I, Dennis A. Whitaker, counsel for Hawke McKeon & Sniscak, LLP, do hereby certify that I sought the concurrence of counsel for plaintiff Pace-O-Matic, Inc. with respect to the Joint Motion for Stay. Counsel for plaintiff indicated that plaintiff concurs in the relief sought.

                                        */s/ Dennis A. Whitaker*
                                        Dennis A. Whitaker
                                        100 North Tenth Street
                                        Harrisburg, PA 17101
          Dated: November 30, 2021      (717) 236-1300