# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff | : | No. 1:20-cv-00292 |
| | : | |
| v. | : | (Judge Jennifer P. Wilson) |
| | : | (Magistrate Judge Joseph F. Saporito, Jr.) |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

NOW, this 2nd day of December, 2021, the Joint Motion for Stay Pending Appeal filed in this proceeding by Defendant, Eckert Seamans Cherin & Mellott, LLC ("Eckert"), and non-party subpoena recipients Greenwood Gaming & Entertainment, d/b/a Parx Casino ("Parx"), and Hawke McKeon & Sniscak LLP (HMS) (together, "Joint Appellants") is hereby granted. Pending disposition of the appeals filed by Eckert, Parx and HMS, from Magistrate Judge Joseph F. Saporito, Jr.'s November 16, 2021 Order and accompanying Memorandum, Eckert, Parx and HMS are not required to produce the documents identified in Paragraph 2 of the Order.

    s/ Jennifer P. Wilson
        , J.