**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 2nd day of November, 2021, the court noting that:

certain fact discovery remains outstanding as a result of Magistrate Judge

Saporito's recent order resolving a discovery dispute; several appeals are pending

with the court from Judge Saporito's order; the production of certain documents is

stayed until the appeals are resolved; and a hearing is currently scheduled on

Plaintiff's amended motion for preliminary injunction on December 20, 2021, **IT**

**IS ORDERED THAT:** the parties shall consult and confer regarding whether this

preliminary injunction hearing should proceed as scheduled or be continued.  A

telephonic status conference is scheduled for **December 8, 2021 at 9:15 a.m.** to

discuss this matter.

Plaintiff's counsel shall initiate the call to chambers at 717-221-3970 once

all parties are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
