## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 8th day of December, 2021, following a telephonic status call with counsel, **IT IS ORDERED THAT:**

1. The preliminary injunction hearing previously scheduled for December 20, 2021 at 9:30 a.m. is continued to **April 28, 2022 at 9:30 a.m.**, Courtroom No. 1, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2. In lieu of the preliminary injunction hearing on December 20, 2021 at 9:30 a.m., the court will convene a telephonic status conference at the same date and time to discuss a discovery dispute. In preparation for this status conference, Plaintiff shall docket a letter outlining the parties' disputes on or before **December 13, 2021**. Defendant may file a responsive letter by close of business on **December 16, 2021**. Plaintiff's counsel shall initiate the call to chambers at 717-221-3970 once all parties are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania