# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 20-CV-292** |
| | : | |
| **ECKERT, SEAMANS, CHERIN &** | : | **JUDGE WILSON** |
| **MELLOTT, LLC, MARK S.** | : | |
| **STEWART and KEVIN M.** | : | |
| **SKJOLDAL,** | : | |
| | : | **ELECTRONICALLY FILED** |
| **Defendants.** | : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT
## OF TIME TO FILE OPPOSITION BRIEF

Pursuant to Local Rule 7.1, Plaintiff Pace-O-Matic, Inc. ("POM"), by and through its undersigned counsel, hereby moves for enlargement of the deadline to file its opposition to the appeals filed by Defendant Eckert Seamans Cherin & Mellott, LLC ("Eckert"), Greenwood Gaming & Entertainment, Inc. ("Parx") and Hawke McKeon & Sniscak, LLP ("HMS") from the Honorable Joseph F. Saporito, Jr.'s Memorandum and Order dated November 16, 2021 (ECF 166, 167), and, in support thereof, states as follows:

1.     On November 30, 2021, Eckert, Parx and HMS filed appeals from the November 16, 2021 decision by Judge Saporito granting POM's motion to compel production of certain email communications involving Eckert and HMS.  (ECF

168-73.)

2.      As noted during the telephone conference on December 8, 2021, the docket directs that POM's opposition briefs are due to be filed on December 30, 2021.  (ECF 169, 171, 173.)

3.      Due to staff vacations between Christmas and New Year's Day, POM respectfully requests a seven-day enlargement of time until January 6, 2022 to file its opposition briefs.

4.      Granting this request for enlargement of the briefing deadline will not unduly delay disposition of the appeals.

5.      Counsel for Eckert, Parx and HMS do not object to this request.

WHEREFORE, POM respectfully requests an extension of time until Thursday, January 6, 2022 to file its opposition to the appeals from Judge Saporito's November 16, 2021 decision.

<div style="margin-left:50%">

Respectfully submitted,

/s/ Donna A. Walsh
Daniel T. Brier
Donna A. Walsh

Attorneys for Plaintiff,
Pace-O-Matic, Inc.

</div>

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Dated:  December 14, 2021

## CERTIFICATE OF CONCURRENCE

I, Donna A. Walsh, hereby certify that I sought the concurrence of Robert S. Tintner, Esquire, counsel for Defendant Eckert Seamans Cherin & Mellott, LLC, George A. Bibikos, counsel for Greenwood Gaming & Entertainment, Inc., and Dennis Whitaker, counsel for Hawke, McKeon & Sniscak, LLP, in this Motion. Mr. Tintner, Mr. Bibikos and Mr. Whitaker have no objection to the Motion.

/s/ Donna A. Walsh
Donna A. Walsh

Date: December 14, 2021

## CERTIFICATE OF SERVICE

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing Unopposed Motion for Enlargement of Time To File Opposition Brief was served upon the following counsel of record via the Court's ECF filing system on the 14th day of December 2021:

Abraham C. Reich, Esquire
Robert S. Tintner, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

Dennis A. Whitaker, Esquire
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA  17101

George A. Bibikos, Esquire
5901 Jonestown Road, #6330
Harrisburg, PA  17112

/s/ Donna A. Walsh
Donna A. Walsh