## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 20-CV-292** |
| | : | |
| **ECKERT, SEAMANS, CHERIN &** | : | **JUDGE WILSON** |
| **MELLOTT, LLC, MARK S.** | : | |
| **STEWART and KEVIN M.** | : | |
| **SKJOLDAL,** | : | |
| | : | **ELECTRONICALLY FILED** |
| **Defendants.** | : | |

### ORDER

AND NOW, this _____ day of December 2021, upon consideration of

Plaintiff Pace-O-Matic, Inc.'s Unopposed Motion for Enlargement of Time to File

Opposition Brief, IT IS HEREBY ORDERED THAT the Motion is GRANTED.

The deadline for Plaintiff Pace-O-Matic, Inc. to file its opposition to the appeals

from the November 16, 2021 Memorandum and Order of the Honorable Joseph F.

Saporito, Jr. is enlarged to January 6, 2022.

_____
                                                                                            J.