# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff | : | No. 1:20-cv-00292 |
| | : | |
| v. | : | (Judge Jennifer P. Wilson) |
| | : | (Magistrate Judge Joseph F. Saporito, |
| ECKERT SEAMANS CHERIN & | : | Jr.) |
| MELLOTT, LLC, | : | |
| | : | |
| Defendant. | : | Electronically Filed Document |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Hawke, McKeon & Sniscak, LLP

in the above-captioned matter. Papers may be served at the address set forth below.

> */s/ Melissa A. Chapaska*
> Melissa A. Chapaska, I.D. #319449
> Hawke, McKeon & Sniscak, LLP
> 100 North Tenth Street
> Harrisburg, PA 17101
> (717) 236-1300
> (717) 236-4841
> machapaska@hmslegal.com
>
> *Counsel for Hawke, McKeon &*
> *Sniscak LLP*

Dated: January 3, 2022

1

2

## CERTIFICATE OF SERVICE

I hereby certify that, on January 3, 2022 I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the Middle District of Pennsylvania by using the ECF system. Pursuant to LR 5.7, participants in the case who are registered ECF users will be served by the ECF system.

*/s/ Melissa A. Chapaska*