# Exhibit B

Privilege Log

| Doc. No. | Date | Author | Recipient | Subject Matter | Privilege |
|---|---|---|---|---|---|
| 1 | 11/27/19 | Stewart | McKeon | Background information of skill game litigation and legislation | Work product/attorney client |
| 2 | 11/27/19 | McKeon | Stewart | Text message re Legal analysis of legality of skill games | Work product/attorney client |
| 3 | 11/27/19 | Stewart | McKeon | Text message re Legal analysis of legality of skill games | Work product/attorney client |
| 4 | 11/27/19 | McKeon | Stewart | Text message re Background info on skill game litigation | Work product/attorney client |
| 5 | 12/10/19 | Stewart | McKeon | Legal analysis of legality of skill games | Work product/attorney client |
| 6 | 12/10/19 | Stewart | McKeon | Email commenting on legal analysis | Work product/attorney client |

Privilege Log

| | | | | | |
|---|---|---|---|---|---|
| 7 | 12/11/19 | Stewart | | McKeon | Revised legal analysis of legality of skill games | Work product/attorney client |
| 8 | 12/12/19 | McKeon | | Stewart | Comments on revised legal analysis of legality of skill games | Work product/attorney client |
| 9 | 12/13/19 | Stewart | | McKeon | Email concerning POM emergency application | Work product/attorney client |
| 10 | 12/14/19 | McKeon/Stewart | | McKeon/Stewart | Emails concerning POM emergency application | Work product/attorney client |
| 11 | 12/14/19 | McKeon/Stewart | | McKeon/Stewart | Emails concerning amicus brief issues and requirements | Work product/attorney client |
| 12 | 12/16/19 | Stewart | | McKeon | Emails concerning amicus brief, draft brief | Work product/attorney client |

## Privilege Log

| #  | Date     | From/Author      | To/Recipients              | Description | Privilege |
|----|----------|------------------|----------------------------|-------------|-----------|
| 13 | 12/16/19 | McKeon/Stewart   |                            | Emails concerning POM PI hearing | Work product/attorney client |
| 14 | 12/17/19 | Stewart          | McKeon/Stewart             | Text message re Amicus brief | Work product/attorney client |
| 15 | 12/18/19 | McKeon/Stewart   | McKeon                     | Emails concerning amicus brief and editing | Work product/attorney client |
| 16 | 12/18/19 | McKeon           |                            | Email re amicus brief as filed | Work product/attorney client |
| 17 | 12/19/19 | Stewart          | Stewart                    | Email re strategy | Work product/attorney client |
| 18 | 12/19/19 | Skoff            | McKeon and Parx team       | Email concerning Defendants' answer to POM pi REQUEST | Work product/attorney client |
| 19 | 12/23/19 | Stewart          | McKeon,Stewart,King,Skjoldal | Email re AG request to certify POM en banc decision for | Work product/attorney client |
|    |          |                  | McKeon                     | Work product/attorney client |  |

Privilege Log

| | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 20 | 12/31/19 | Stewart | McKeon and Parx legal team | Email re coordination with defendants interlocutory appeal | Work product/attorney client |
| 21 | 01/01/20 | Stewart | McKeon | Text message re Appealability issue | Work product/attorney client |
| 22 | 01/01/20 | McKeon | Stewart | Text message re Appealability issue | Work product/attorney client |
| 23 | 01/01/20 | Stewart | McKeon | Text message re Appealability issue | Work product/attorney client |
| 24 | 01/07/20 | Stewart | McKeon, King | Emails re coordination with defendants | Work product/attorney client |
| 25 | 01/13/20 | Stewart | McKeon, King, Defendant counsel | Emails re PI hearing presentation | Work product/attorney client |
| 26 | 01/09/20- 01/14/20 | McKeon, King Stewart, Skjoldal, Burns | McKeon, King Stewart, Skjoldal, Burns | Emails re PI hearing presentation | Work product/attorney client |

Privilege Log

| # | Date | From | To | Re | Privilege |
|---|---|---|---|---|---|
| 27 | 01/17/20-01/20/20 | Stewart | McKeon, King, Gmerek | Emails re post-PI Hearing strategy | Work product/attorney client |
| 28 | 01/21/20 | Stewart/McKeon/King/Parx | Stewart/McKeon/King/Parx | Emails re court order denying injunction | Work product/attorney client |
| 29 | 01/21/20-01/23/20 | Stewart/McKeon/King/Gmerek/Skjoldal/Parx | Stewart/McKeon/King/Gmerek/Skjoldal/Parx | Emails re response to POM motion for clarification | Work product/attorney client |
| 30 | 01/26/20 | Stewart | McKeon/Parx legal team | Email sharing draft of answer to POM clarification motion | Work product/attorney client |
| 31 | 01/23/20-01/29/20 | Stewart/McKeon, King/Skjoldal/Romano | Stewart/McKeon, King/Skjoldal/Romano | Email sharing draft of answer to POM clarification motion | Work product/attorney client |
| 32 | 02/4/20 | McKeon | Romano, Stewart, King, Skjoldal | Email re Answer to POM motion | Work product/attorney client |
| 33 | 02/5/20 | Romano | McKeon, Stewart, King, Skjoldal | Email re Answer to POM motion | Work product/attorney client |

Privilege Log

| # | Date | From | To | Subject | Privilege |
|---|---|---|---|---|---|
| 34 | 01/28/20-02/07/20 | McKeon/Stewart/King/Hittenger | McKeon/Stewart/King/Hittenger | Sharing of drafts and comments to motions to intervene | Work product/attorney client |
| 35 | 02/07/20 | Stewart | McKeon/Mulhern | Sharing of drafts and comments to motions to intervene | Work product/attorney client |
| 36 | 02/09/20 | Stewart/McKeon, King/Skjoldal | Stewart/McKeon, King/Skjoldal | Case strategy | Work product/attorney client |
| 37 | 02/10/20 | Stewart/McKeon, King/Skjoldal | Stewart/McKeon, King/Skjoldal | Emails concerning denial of POM reconsideration | Work product/attorney client |
| 38 | 02/13/20 | Stewart/McKeon, King/Hittenger/Downey/Maguzzi/Gmerek | Stewart/McKeon/Hittenger King/Skjoldal/Downey/Maguzzi/Gmerek | Emails concerning intervention | Work product/attorney client |
| 39 | 02/14/20 | McKeon | Stewart/Skoff/Hittenger | Emails concerning intervention | Work product/attorney client |
| 40 | 02/14/20 | McKeon | Stewart/McKeon, King/Skjoldal/Downey/Maguzzi/Gmerek | Emails concerning intervention | Work product/attorney client |
| 41 | 02/20/20 | Stewart | McKeon | Email transmitting Stewart | Work product/attorney client |

Privilege Log

| | | | | | |
|---|---|---|---|---|---|
| 42 | 02/20/20 | Stewart | | Text message re POM lawsuit | Work product/attorney client |
| 43 | 02/20/20 | McKeon | | Text message re POM lawsuit | Work product/attorney client |
| 44 | 02/20/20 | Stewart | | Text message re POM lawsuit | Work product/attorney client |
| 45 | 02/20/20 | McKeon | | Text message re POM lawsuit | Work product/attorney client |
| 46 | 02/25/20 | McKeon/Stewart | McKeon/Stewart | Emails re date April date for intervention hearing | Work product/attorney client |
| 47 | 02/26/20 | Stewart | McKeon;Parx executives and advisors | Email re date April date for intervention hearing | Work product/attorney client |
| 48 | 02/26/20 | McKeon/Stewart | McKeon/Stewart | Emails re case communication to Parx chief counsel concerning POM lawsuit against Eckert | Work product/attorney client |

Privilege Log

| # | Date | | | Description | Privilege |
|---|---|---|---|---|---|
| 49 | 03/09/20-03/17/20 | McKeon/Stewart/King | McKeon/Stewart/King | Emails re intervention hearing | Work product/attorney client |
| 50 | 03/19/20-03/23/20 | McKeon/King/Stewart/Hittenger | McKeon/King/Stewart/Hittenger | Emails re POM subpoenas to clients concerning intervention petition | Work product/attorney client |
| 51 | 03/23/20 | Stewart | McKeon/Bonner | Email concerning POM subpoena to Parx | Work product/attorney client |
| 52 | 04/09/20 | McKeon | Stewart | Emails concerning Defendants' answers to intervention applications | Work product/attorney client |
| 53 | 05/01/20 | McKeon | King/Hittenger/Stewart | Email discussion of COVID orders and resulting due date for POM answers to intervention petitions | Work product/attorney client |

Privilege Log

| | | | | |
|---|---|---|---|---|
| 54 | 05/11/20 | McKeon | King/Hittenger/Stewart | Emails re POM answers to intervention petitions | Work product/attorney client |
| 55 | 05/12/20 | McKeon | Romano, Stewart, King | Email re Letter requesting status conference | Work product/attorney client |
| 56 | 05/13/20 | Romano | McKeon, Stewart, King | Email re Letter requesting status conference | Work product/attorney client |
| 57 | 05/14/20 | Romano | McKeon, Stewart, King | Email re Letter requesting status conference | Work product/attorney client |
| 58 | 05/14/20 | McKeon | Romano, Stewart, King | Email re Letter requesting status conference | Work product/attorney client |
| 59 | 05/12/20-05/15/20 | McKeon | King/Hittenger/Stewart | Draft of letter to court re conference and follow up emails | Work product/attorney client |