# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                       :
                                          :
        Plaintiff,                :
                                          :
    v.                                    :      NO. 20-CV-292
                                          :
ECKERT, SEAMANS, CHERIN &                 :      JUDGE WILSON
MELLOTT, LLC, MARK S.                     :
STEWART and KEVIN M.                      :
SKJOLDAL,                                 :
                                          :      ELECTRONICALLY FILED
        Defendants.               :

## JOINT APPELLANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEFS

Pursuant to Local Rule 7.1, Defendant, Eckert Seamans Cherin & Mellott, LLC ("Eckert") and non-party subpoena recipients Greenwood Gaming & Entertainment, d/b/a Parx Casino ("Parx"), and Hawke McKeon & Sniscak LLP (HMS) (together, "Joint Appellants") hereby move for enlargement of the deadline to file their reply briefs in support of the appeals from the Honorable Joseph F. Saporito, Jr.'s Memorandum and Order dated November 16, 2021 (ECF 166, 167), and, in support thereof, states as follows:

1.     On November 30, 2021, Eckert, Parx and HMS filed appeals from the November 16, 2021 decision by Judge Saporito granting POM's motion to compel production of certain email communications involving Eckert and HMS. (ECF 168-73). Thereafter, Plaintiff requested and was granted an enlargement of time, until

January 6, 2022, to file its brief in opposition to the appeals (ECF 180-81).

2. Under local rule 72.2, Joint Appellants' reply briefs are currently due on January 13, 2022.

3. Due to holiday and vacation schedules, Joint Appellants respectfully request a 14-day enlargement of time – until Thursday, January 27, 2022 – to file their reply briefs.

4. Granting this request for enlargement of the briefing deadline will not unduly delay disposition of the appeals.

5. Counsel for Plaintiff Pace-O-Matic, Inc. does not object to this request.

WHEREFORE, Joint Appellants respectfully request an extension of time until Thursday, January 27, 2022 to file their reply briefs in support of the appeals from Judge Saporito's November 16, 2021 decision.

Respectfully submitted,

*/s/ Robert S. Tintner*
Abraham C. Reich, Esquire (No. 20060)
Robert S. Tintner, Esquire (No. 73865)
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2090/2766 (telephone)
(215) 299-2150 (facsimile)
areich@foxrothschild.com
rtintner@foxrothschild.com

2

*Counsel for Defendant,*
*Eckert Seamans Cherin & Mellott, LLC*


*/s/ George A. Bibikos*
George A. Bibikos
GA BIBIKOS LLC
5901 Jonestown Rd. #6330
Harrisburg, PA 17112
(717) 580-5305
gbibikos@gabibikos.com

*Counsel for Parx*

*/s/ Melissa A. Chapaska*
Dennis A. Whitaker, I.D. #53975
Melissa A. Chapaska, I.D. #319449
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA  17101
(717) 236-1300
(717) 236-4841
dawhitaker@hmslegal.com
machapaska@hmslegal.com

*Counsel for Hawke McKeon & Sniscak LLP*


Dated: January 10, 2022

3

5

## CERTIFICATE OF SERVICE

I hereby certify that, on January 10, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the Middle District of Pennsylvania by using the ECF system. Pursuant to LR 5.7, participants in the case who are registered ECF users will be served by the ECF system.

*/s/ Melissa A. Chapaska*