## <u>CERTIFICATE OF CONCURRENCE</u>

I, Melissa A. Chapaska, hereby certify that I sought the concurrence of counsel for Plaintiff Pace-O-Matic, Inc. in this Motion and I am authorized to represent that counsel for Plaintiff has no objection to the Motion.

*/s/ Melissa A. Chapaska*

Date: January 10, 2022