**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 20-CV-292 |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | JUDGE WILSON |
| MELLOTT, LLC, MARK S. | : | |
| STEWART and KEVIN M. | : | |
| SKJOLDAL, | : | |
| | : | ELECTRONICALLY FILED |
| Defendants. | : | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of January, 2022, upon consideration of the Unopposed Motion for Enlargement of Time to File Reply Brief filed by Defendant, Eckert Seamans Cherin & Mellott, LLC ("Eckert"), and non-party subpoena recipients Greenwood Gaming & Entertainment, d/b/a Parx Casino ("Parx"), and Hawke McKeon & Sniscak LLP (HMS) (together, "Joint Appellants"), IT IS HEREBY ORDERED THAT the Motion is GRANTED. The deadline for Joint Appellants to file their reply briefs in support of the appeals from the November 16, 2021 Memorandum and Order of the Honorable Joseph F. Saporito, Jr. is enlarged to January 27, 2022.

_____
J.