IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | |
| | : | NO. 20-CV-292 |
| **Plaintiff,** | : | |
| | : | **JUDGE WILSON** |
| v. | : | |
| | : | |
| **ECKERT, SEAMANS, CHERIN & MELLOTT, LLC, MARK S. STEWART and KEVIN M. SKJOLDAL,** | : | |
| | : | |
| **Defendants.** | : | **ELECTRONICALLY FILED** |

## JOINT MOTION FOR ENTRY OF STIPULATED ORDER

Plaintiff Pace-O-Matic, Inc. ("POM") and Defendants, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal (collectively, "Eckert"), by and through their respective undersigned counsel, hereby jointly move for entry of the attached Stipulated Order as an Order of Court and, in support thereof, aver the following:

1. POM and Eckert have agreed to resolve the issues raised in POM's pending Motion for Preliminary Injunction and Amended Motion for Preliminary Injunction (ECF Nos. 12, 13, 157 and 160) pursuant to the terms in the Stipulated Order attached hereto as Exhibit "A," subject to approval and entry of the Stipulated Order as an Order of Court.

2. Accordingly, the parties hereby jointly move for entry of the attached Stipulated Order as an Order of Court.

WHEREFORE, POM and Eckert jointly respectfully request that the Court approve and enter the attached Stipulated Order as an Order of Court.

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel T. Brier | /s/ Robert S. Tintner |
| Daniel T. Brier | Abraham C. Reich |
| Donna A. Walsh | Robert S. Tintner |
| | |
| Myers, Brier & Kelly, LLP | Fox Rothschild LLP |
| 425 Spruce Street, Suite 200 | 2000 Market Street, 10th Floor |
| Scranton, PA  18503 | Philadelphia, PA  19103-3291 |
| (570) 342-6100 | (215) 299-2090 |
| | |
| Attorneys for Plaintiff, | Attorneys for Defendants, |
| Pace-O-Matic, Inc. | Eckert Seamans Cherin & Mellott, LLC, |
| | Mark S. Stewart and Kevin M. Skjoldal |

Dated:  January 26, 2022