# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of January, 2022, **IT IS ORDERED THAT** this matter is referred to Chief United States Magistrate Judge Karoline Mehalchick for assignment to a United States Magistrate Judge for the purpose of conducting a settlement conference. **IT IS FURTHER ORDERED THAT** the preliminary injunction hearing previously scheduled for April 28, 2022 at 9:30 a.m. is **CANCELLED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania