# EXHIBIT A

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

POM of Pennsylvania, LLC,          :     ***CASES NOT CONSOLIDATED***
                                   :
          Petitioner               :
                                   :     No.  418 M.D. 2018
     v.                            :
                                   :
Commonwealth of Pennsylvania,      :
Department of Revenue, and City    :
of Philadelphia,                   :
          Respondents              :
                                   :
                                   :
                                   :
                                   :
POM of Pennsylvania, LLC,          :     No. 503 M.D. 2018
                                   :
          Petitioner               :
                                   :
     v.                            :
                                   :
Pennsylvania State Police, Bureau of  :
Liquor Control Enforcement,        :
                                   :
          Respondent               :

## ***ORDER***

AND NOW, this 11th day of January, 2022, upon consideration of the following: the amicus brief filed by Kevin McKeon, Esquire of Hawke McKeon & Sniscak, LLP (HMS), and Adrian R. King, Jr., of Ballard Spahr LLP, on behalf of Greenwood Gaming and Entertainment, Inc., d/b/a ParxCasino (Greenwood Gaming), Downs Racing, L.P., d/b/a Mohegan Sun Pocono, Mountainview Thoroughbred Racing Association, LLC d/b/a Hollywood Casino at PennNational Race Course, Washington Trotting Association, LLC, d/b/a Meadows Racetrack and Casino, Stadium Casino, LLC, d/b/a Live! Hotel & Casino Philadelphia, Chester

Downs and Marina, LLC d/b/a Harrah's Philadelphia Casino & Racetrack and Wind Creek Bethlehem, LLC d/b/a Wind Creek Bethlehem (Proposed Casino Intervenors) on December 18, 2019; the Applications to Intervene and supporting briefs filed by the Proposed Casino Intervenors on February 14, 2020; the Application to Disqualify HMS from representing the Proposed Casino Intervenors filed by POM of Pennsylvania, LLC (POM) on December 2, 2020; the November 16, 2021 decision of the Honorable Joseph F. Saporito, Jr. issued a decision in the matter captioned *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC*, No. 20-CV-292 (M.D. Pa.), finding that Eckert Seamans Cherin & Mellott, LLC (Eckert) "wholly authored" and/or was the "primary author[]" of the amicus brief and applications for intervention which were filed by HMS on behalf of the Proposed Casino Intervenors in these consolidated matters; [1] the Praecipe to Withdraw Appearance of Kevin J. McKeon, Esq. on behalf of Proposed Casino Intervenors filed on December 13, 2021; the statements and arguments of the parties during this Court's December 21, 2021 status conference; the letter directed to this Court by Ballard Spahr, LLP dated December 23, 2021; the Supplemental Request for Relief filed by POM on January 4, 2022; the Answer to POM's Supplemental Request for Relief filed on January 7, 2022,

it is hereby ORDERED that:

(1) In light of the Praecipe to Withdraw Appearance of Kevin J. McKeon, Esq. as counsel for Proposed Casino Intervenors, POM's Application to Disqualify Kevin McKeon, Esq. from representing the Proposed Casino Intervenors in this matter is DENIED as MOOT;

---

[1] On November 30, 2021, Eckert, HMS and Greenwood Gaming appealed Judge Saporito's decision to the Honorable Jennifer P. Wilson. The appeals remain pending.

(2) Dennis A. Whitaker, Esq. and the law firm of HMS are directed to file a Praecipe to withdraw their appearance as counsel for the Proposed Casino Intervenors in this matter;

(3) the Proposed Casino Intervenors' amicus brief filed on December 18, 2019, in 503 M.D. 2019, is STRICKEN; and

(4) the Proposed Casino Intervenors' Applications for Intervention and supporting briefs filed in 418 M.D. 2018 and 503 MD. 2018, on February 14, 2020, are hereby STRICKEN, without prejudice to the Proposed Casino Intervenors submitting new applications to intervene, prepared by counsel without a conflict of interest as described by Judge Saporito in his November 16, 2021 decision.

*s/ Patricia A. McCullough*
PATRICIA A. McCULLOUGH, Judge

Order Exit
01/11/2022