IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC., : | |
| : | |
| Plaintiff, : | |
| v. : | Docket No. 1:20-cv-00292 |
| : | |
| ECKERT SEAMANS CHERIN & : | |
| MELLOTT, LLC, MARK S. STEWART, : | (Judge Jennifer P. Wilson) |
| and KEVIN M. SKJOLDAL, : | |
| : | |
| Defendants. : | |

# **O R D E R**

AND NOW, this ___ day of _____, 2022, upon consideration of the Joint Motion of the Parties for the Court to Approve and Enter the Proposed Confidentiality Agreement and Stipulated Protective Order, it is hereby ORDERED that the Motion is GRANTED, and the proposed Stipulated Confidentiality Agreement and Protective Order attached as Exhibit "A" to the Joint Motion is APPROVED and ENTERED.

BY THE COURT:

_____
Jennifer P. Wilson, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC., :
:
             Plaintiff, :
:
v. : Docket No. 1:20-cv-00292
:
ECKERT SEAMANS CHERIN & :
MELLOTT, LLC, MARK S. STEWART, : (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL, :
:
             Defendants. :
_____:

**JOINT MOTION OF THE PARTIES TO ENTER
PROPOSED CONFIDENTIALITY AGREEMENT
AND STIPULATED PROTECTIVE ORDER**

      Plaintiff, Pace-O-Matic, Inc. ("POM"), and defendants, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal (collectively, "Eckert"), by and through their respective counsel, hereby move jointly for this Court to enter the proposed Confidentiality Agreement and Stipulated Protective Order for the above-captioned case. In support thereof, the parties allege as follows:

      1.    POM and Eckert have agreed upon a proposed Confidentiality Agreement and Stipulated Protective Order for the exchange of certain discovery materials in the case. A true and correct copy of the proposed Confidentiality Agreement and Stipulated Protective Order is attached hereto as Exhibit "A".

2. Accordingly, POM and Eckert respectfully submit the proposed Confidentiality Agreement and Stipulated Protective Order attached as Exhibit "A" for approval and entry by the Court.

WHEREFORE, POM and Eckert jointly and respectfully request that the Court approve and enter the attached Confidentiality Agreement and Stipulated Protective Order as an Order of this Court.

| | |
|---|---|
| _____/s_____ | _____/s_____ |
| DANIEL T. BRIER, ESQUIRE | ABRAHAM C. REICH, ESQUIRE |
| DONNA A. WALSH, ESQUIRE | ROBERT S. TINTNER, ESQUIRE |
| MYERS, BRIER & KELLY, LLP | FOX ROTHSCHILD LLP |
| 425 Spruce Street, Suite 200 | 2000 Market Street, 10th Floor |
| Scranton, PA  18503 | Philadelphia, PA 19103-3291 |
| (570) 342-6100 (telephone) | (215) 299-2090/2766 (telephone) |
| dbrier@mbklaw.com | areich@foxrothschild.com |
| dwalsh@mbklaw.com | rtintner@foxrothschild.com |
| **Counsel for Plaintiff,** | **Counsel for Defendants,** |
| **PACE-O-MATIC, INC.** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC, MARK S. STEWART, KEVIN M. SKJOLDAL** |

Date:   February 17, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____
                                    :
PACE-O-MATIC, INC.,                 :
                                    :
                 Plaintiff,         :
                                    :
         v.                         :   Docket No. 1:20-cv-00292
                                    :
ECKERT SEAMANS CHERIN &             :
MELLOTT, LLC, MARK S. STEWART,      :   (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,              :
                                    :
                 Defendants.        :
_____:

## CERTIFICATE OF SERVICE

I, Robert S. Tintner, Esquire, hereby certify that, on this 17th day of February, 2022, I served a true and correct copy of the foregoing Joint Motion, via ECF, upon the following:

>Daniel T. Brier, Esquire
>Donna A. Walsh, Esquire
>Myers, Brier & Kelly, LLP
>425 Spruce Street, Suite 200
>Scranton, PA 18503
>
>**Counsel for Plaintiff**
>**PACE-O-MATIC, INC.**

_____
ROBERT S. TINTNER, ESQUIRE