# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 20-CV-292** |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | **JUDGE WILSON** |
| MELLOTT, LLC, MARK S. | : | |
| STEWART and KEVIN M. | : | |
| SKJOLDAL, | : | |
| | : | **ELECTRONICALLY FILED** |
| **Defendants.** | : | |

## PLAINTIFF PACE-O-MATIC, INC.'S MOTION FOR LEAVE TO FILE BRIEF SUR REPLY MEMORANDUM IN FURTHER OPPOSITION TO APPEALS FROM MAGISTRATE JUDGE DECISION

Pursuant to Local Rule 7.1, Plaintiff Pace-O-Matic, Inc. ("POM"), by and through its undersigned counsel, hereby move for leave to file a brief sur reply memorandum in further opposition to the pending appeals from the Memorandum and Order issued by the Honorable Joseph F. Saporito, Jr. on November 16, 2021 in the above-captioned matter (ECF 166, 167) and, in support thereof, states as follows:

1.     On November 30, 2021, Defendants Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal (referred to collectively as "Eckert"), Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx

Casino") and Hawke McKeon & Sniscak, LLP ("HMS") filed appeals from the November 16, 2021 decision pursuant to Fed. R. Civ. P. 72(a) and Local Rule 72.2, together with supporting briefs.  ECF 168, 169, 170, 171, 172, 173.

2.    Pursuant to the Order dated December 15, 2021 (ECF 181), POM filed its opposition brief on January 16, 2022.  ECF 185.

3.    Pursuant to the Order dated January 11, 2022 (ECF 187), Eckert, Parx Casino and HMS filed reply briefs on January 27, 2022.  ECF 192, 193, 194.

4.    POM hereby seeks leave to file a brief sur reply memorandum to present new evidence which was not previously available to POM, but rather was first revealed in documents produced by Eckert in discovery on January 28, 2022. The proposed sur reply memorandum is attached as Exhibit "A."

5.    Granting leave to file a brief sur reply will allow for full development of the record and enhance the Court's understanding of the essential issues in this case.

6.    This request will not unduly delay the disposition of this action or prejudice any party, but rather will facilitate resolution of the pending appeals.

7.    The grounds for this motion will be set forth in the supporting memorandum of law which will be filed in accordance with Local Rule 7.5.

WHEREFORE, POM respectfully seeks leave to file the attached sur reply in further opposition to the pending appeals.

Respectfully submitted,

/s/ Donna A. Walsh
Daniel T. Brier
Donna A. Walsh

Attorneys for Plaintiff,
Pace-O-Matic, Inc.

Myers, Brier & Kelly LLP
425 Spruce Street, Suite 200
Scranton, PA   18503
(570) 342-6100

Date:  February 24, 2022

3

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

I, Donna A. Walsh, hereby certify that I sought the concurrence of counsel for appellants in this action late in the day on February 24, 2022.  Counsel has not yet responded to my request.  Given the nature of the motion, it is presumed that counsel does not concur.

<u>/s/ Donna A. Walsh</u>

Date:  February 24, 2022

## CERTIFICATE OF SERVICE

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing Motion for Leave To File Brief Sur Reply Memorandum in Further Opposition to Appeals from Magistrate Judge Decision was served upon the following counsel of record via the Court's ECF system on this 24th day of February 2022:

Abraham C. Reich, Esquire
Robert S. Tintner, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

Dennis A. Whitaker, Esquire
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA  17101

George A. Bibikos, Esquire
5901 Jonestown Road, #6330
Harrisburg, PA  17112

/s/ Donna A. Walsh
Donna A. Walsh