## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 20-CV-292** |
| | : | |
| **ECKERT, SEAMANS, CHERIN &** | : | **JUDGE WILSON** |
| **MELLOTT, LLC, MARK S.** | : | |
| **STEWART and KEVIN M.** | : | |
| **SKJOLDAL,** | : | |
| | : | **ELECTRONICALLY FILED** |
| **Defendants.** | : | |

### <u>ORDER</u>

AND NOW, this _____ day of February 2022, upon consideration of Plaintiff Pace-O-Matic, Inc.'s Motion for Leave To File Brief Sur Reply Memorandum in Further Opposition to Appeals from Magistrate Judge Decision, IT IS HEREBY ORDERED THAT the Motion is GRANTED. The Clerk is directed to file to the docket the Sur Reply attached as Exhibit A to Plaintiff's Motion.

_____

J.

{00591949}