**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

PACE-O-MATIC, INC.,                                    :
                                                                     :
                                   Plaintiff,           :
                                                                     :
        v.                                                      :         Docket No. 1:20-cv-00292
                                                                     :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC, MARK S. STEWART,          :         (Judge Jennifer P. Wilson)
KEVIN M. SKJOLDAL,                                :         (Judge Joseph F. Saporito, Jr.)
                                                                     :
                                   Defendants.        :
_____:

## O R D E R

        AND NOW, this _____ day of _____, 2022, upon

consideration of the Motion for Leave to File a Sur Reply Memorandum of

Plaintiff, Pace-O-Matic, Inc., and the Response in Opposition to the Motion filed

by Defendant, Eckert Seamans Cherin & Mellott, LLC, it is hereby ORDERED

that the Motion is DENIED, and the proposed sur reply memorandum of Plaintiff,

Pace-O-Matic, Inc., is STRICKEN.

                                        BY THE COURT:


                                        _____
                                        Jennifer P. Wilson, U.S.D.J.