

March 23, 2022

**VIA ECF**

Honorable Martin C. Carlson
U.S. District Court for the Middle District of Pennsylvania
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

    Re:    <u>Pace-O-Matic, Inc. v. Eckert, Seamans, Cherin & Mellott, LLC</u> – No. 20-292

Dear Judge Carlson:

    This office represents Plaintiff Pace-O-Matic, Inc. in the above-referenced matter which is scheduled for a settlement conference with Your Honor on April 5, 2022. Pursuant to the Order dated February 23, 2022 (ECF 197), the parties are obligated to exchange a demand and offer on or before March 29, 2022 and to submit confidential settlement memoranda on or before March 30, 2022. After careful consideration, Pace-O-Matic, Inc. has concluded that additional discovery is needed to formulate an informed demand and enable productive settlement discussions. In my judgment, a mediation at this time will not be productive.

    Accordingly, on behalf of Pace-O-Matic, Inc., I respectfully request that the April 5, 2022 settlement conference be generally continued and rescheduled to a future date at the request of the parties after additional discovery is conducted. I conferred with Defendants' counsel, Robert Tintner, Esquire, concerning the request for continuance. Mr. Tintner advised that his clients do not oppose the request.

                                                        Respectfully,

                                                         Daniel T. Brier

DTB:cak
cc:    Robert S. Tintner, Esquire (via ECF)

425 Spruce Street, Suite 200 • Scranton, PA 18503  |  240 North Third Street, 5th Floor • Harrisburg, PA 17101
P: 570-342-6100 • F: 570-342-6147  |  P: 717-553-6251

www.mbklaw.com