# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | (Judge Wilson) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **ECKERT, SEAMANS CHERIN & MELLOTT, LLC, et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 31st day of March 2022, upon receipt of the plaintiff's March 23, 2022 correspondence (Doc. 202), which requests a postponement of the settlement conference scheduled for April 5, 2022 in order to conduct additional discovery related to settlement discussions, IT IS HEREBY ORDERED THAT the settlement conference scheduled for April 5, 2022 is POSTPONED. The parties shall provide a status report to the court **on or before May 30, 2022** regarding the status of settlement discussions and discovery and the parties' interest in rescheduling a settlement conference.

/s/ *Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge