

April 22, 2022

**VIA ELECTRONIC MAIL**

Honorable Martin C. Carlson
U.S. District Court for the Middle District of Pennsylvania
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

    Re:    <u>Pace-O-Matic, Inc. v. Eckert, Seamans, Cherin & Mellott, LLC</u> – No. 20-292

Dear Judge Carlson:

    This office represents Plaintiff Pace-O-Matic, Inc. in the above-referenced matter. I write jointly with Robert Tintner, Esquire, counsel for Defendants, to respectfully request that the settlement conference which was postponed by Order dated March 31, 2022 (ECF 203) be rescheduled to a mutually convenient date within the next 60 days. To facilitate settlement discussions, the parties further agree that the deadline for Pace-O-Matic, Inc. to file an amended complaint (currently set for April 22, 2022 (ECF 204)) should be extended until June 30, 2022, and that all discovery obligations should be extended by 75 days.

    Accordingly, the parties respectfully request that the Court enter the attached proposed Order extending the deadline for filing the second amended complaint, establishing the deadline to respond to the amended complaint, and extending all discovery obligations pending completion of the mediation.

Respectfully,

Daniel T. Brier

DTB:cak
cc:    Robert S. Tintner, Esquire (via electronic mail)

425 Spruce Street, Suite 200 • Scranton, PA 18503     |     240 North Third Street, 5th Floor • Harrisburg, PA 17101
P: 570-342-6100 • F: 570-342-6147     |     P: 717-553-6251

www.mbklaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC., | : |
|       Plaintiff, | :   NO. 20-CV-292 |
| v. | :   JUDGE WILSON |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC, | :   MAGISTRATE JUDGE CARLSON |
| | :   ELECTRONICALLY FILED |
|       Defendant. | : |

### ORDER

AND NOW, this _____ day of April 2022, upon consideration of the parties' joint request to schedule a settlement conference and extend certain deadlines, IT IS HEREBY ORDERED THAT:

1. The deadline for Plaintiff Pace-O-Matic, Inc. to file an amended complaint is extended to June 30, 2022.

2. The deadline for Defendants to file a response to the pending Amended Complaint or any further amended complaint, if such an amended complaint is filed, is extended to July 20, 2022.

3. All discovery obligations are extended by 75 days.

4. The parties shall provide a status report to the Court on or before June 21, 2022 regarding the status of settlement discussions.

_____

J.