## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,            :

         Plaintiff,        :    NO. 20-CV-292

v.                       :    JUDGE WILSON

ECKERT, SEAMANS, CHERIN &   :    MAGISTRATE JUDGE CARLSON
MELLOTT, LLC,             :

                            :    ELECTRONICALLY FILED

         Defendant.      :

## ORDER

AND NOW, this 22nd day of April 2022, upon consideration of the parties'

joint request to schedule a settlement conference and extend certain deadlines, IT

IS HEREBY ORDERED THAT:

1. The deadline for Plaintiff Pace-O-Matic, Inc. to file an amended

   complaint is extended to June 30, 2022.

2. The deadline for Defendants to file a response to the pending

   Amended Complaint or any further amended complaint, if such an

   amended complaint is filed, is extended to July 20, 2022.

3. All discovery obligations are extended by 75 days.

4.    The parties shall provide a status report to the Court on or before June
21, 2022 regarding the status of settlement discussions.

*s/ Martin C. Carlson*

Martin C. Carlson
U.S. Magistrate Judge    J.