# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC., | No.: 1:20-CV-292 |
| Plaintiff, | JUDGE WILSON |
| v. | |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC, | |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter my appearance on behalf of plaintiff, Pace-O-Matic, Inc., in this matter.

/s/ George W. Westervelt, Jr.
GEORGE W. WESTERVELT, JR.
Attorney I.D. No. 18195
706 Monroe Street, P.O. Box 549
Stroudsburg, PA 18360-0549
(570) 421-6100
Email: geowwest@ptd.net
mjcatalano@ptd.net
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Notice of Entry of Appearance was electronically filed via ECF and served upon counsel via the ECF system.

Dated: June 10, 2022

/s/ George W. Westervelt, Jr.
George W. Westervelt, Jr.
Attorney I.D. No. 18195
706 Monroe Street, P.O. Box 549
Stroudsburg, PA  18360
570-421-6100
Email: geowwest@ptd.net
mjcatalano@ptd.net
Attorney for Plaintiff