**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I, ___Jeffrey B. Jensen_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     190 Carondelet Plaza
_____

Suite 600
_____

St. Louis, MO 63105
_____

Office Telephone:     314.345.6464
_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Missouri, 10/02/1998;  ED of MO 1/6/1999; WD of MO 3/1/2010; SD of IL 1/28/2021
_____

District of Columbia 4/22/2022; U.S. Court of Appeals, Eighth Circuit 3/21/2001
_____

My attorney Identification number is: ___46745_____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X____SPECIAL ADMISSION:

GRANTED BY THE COURT _____     Date: 6/13/2022_____