# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 20-CV-292 |
| | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, MARK S. STEWART and KEVIN M. SKJOLDAL, | : : : : | JUDGE WILSON |
| | : | ELECTRONICALLY FILED |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw our appearance on behalf of Plaintiff Pace-O-Matic, Inc. in the above-captioned matter.

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
570-342-6100

Date:  June 14, 2022

# **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served upon the following counsel of record via the Court's ECF filing system on the 14th day of June 2022:

>Abraham C. Reich, Esquire
>Robert S. Tintner, Esquire
>Fox Rothschild LLP
>2000 Market Street, 10th Floor
>Philadelphia, PA 19103-3291
>
>George A. Bibikos, Esquire
>5901 Jonestown Road, #6330
>Harrisburg, PA 17112
>
>Jeffrey Jensen, Esquire
>Husch Blackwell, LLP
>190 Carondelet Plaza, Suite 600
>St. Louis, MO 63105
>
>George W. Westervelt, Jr., Esquire
>706 Monroe Street
>Stroudsburg, PA 18360

/s/ Daniel T. Brier
Daniel T. Brier