# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | **Civil No. 1:20-CV-292** |
| | : | |
| **Plaintiff** | : | **(Judge Wilson)** |
| | : | |
| **v.** | : | |
| | : | |
| **ECKERT, SEAMANS, et al.,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants** | : | |

## **ORDER**

**AND NOW**, this 14th day of June 2022, at the request of the parties **IT IS HEREBY ORDERED THAT** the settlement conference scheduled in the undersigned's chambers on **June 16, 2022 at 1:00 p.m.**, in the U.S. Courthouse, Harrisburg is POSTPONED indefinitely. The parties shall move forward with the litigation of this case and shall notify the court when, and if, they wish to proceed to a settlement conference.

_/s/ Martin C. Carlson_
Martin C. Carlson
United States Magistrate Judge