IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| Plaintiff, | : | |
| v. | : | Docket No. 1:20-cv-00292 |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, | : | |
| Defendant. | : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as counsel for defendant Eckert Semans Cherin & Mellott, LLC in the above-captioned matter.

_____
PETER C. BUCKLEY, ESQUIRE (No. 93123)
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3291
(215) 299-2854 (telephone)
(215) 299-2150 (facsimile)
pbuckley@foxrothschild.com

**Counsel for Defendant
ECKERT SEAMANS CHERIN & MELLOTT, LLC**

Date:  June 21, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC., | : |
| Plaintiff, | : |
| v. | : Docket No. 1:20-cv-00292 |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Peter C. Buckley, Esquire, hereby certify that, on this 21st day of June, 2022, I served a true and correct copy of the foregoing Notice of Entry of Appearance via ECF upon counsel of record.

_____
PETER C. BUCKLEY, ESQUIRE