**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT   :

**<u>PETITION</u>**

I, _Michael P. Nolan_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     190 Carondelet Plaza, Suite 600
_____

Clayton, MO 63105
_____

_____

Office Telephone:     314.480.1500
_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of Missouri 9/18/2002; State of Illinois 5/8/2003; USDC ED of MO 12/20/2002
_____

USDC WD of MO 6/20/2008; USDC of CO 10/16/2003
_____

_____

My attorney Identification number is: ___54046_____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

X_____SPECIAL ADMISSION:

GRANTED BY THE COURT ___s/ Jennifer P. Wilson____     Date: _6/29/2022_