# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 29th day of June, 2022, upon consideration of the motion for leave to file a sur-reply brief filed by Plaintiff and the briefing related to this motion, Docs. 198, 199, 200, 201, **IT IS ORDERED THAT** Plaintiff's motion is **DENIED**. (Doc. 198.) The court finds that Plaintiff's brief seeks to introduce evidence and arguments that were not considered by Judge Saporito in resolving the parties' underlying discovery dispute, which is the subject of the pending appeals, Docs. 168, 170, 172, and is therefore improper for the court's consideration.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania