# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff, | : | NO. 1:20-cv-292 |
| | : | |
| v. | : | ELECTRONICALLY FILED |
| | : | |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, MARK S. STEWART and KEVIN M. SKJOLDAL, | : | JUDGE WILSON |
| | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

### PACE-O-MATIC, INC.'s MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and for the reasons set forth in the accompanying brief in support, Plaintiff Pace-O-Matic, Inc. respectfully requests leave to file its proposed Second Amended Complaint, a copy of which is attached as Exhibit 1 to this Motion. A version of the Second Amended Complaint reflecting changes from the First Amended Complaint is attached as Exhibit 2 to this Motion. As noted in the accompanying brief, counsel for Defendants have indicated that they do not concur in this Motion.

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Jeffrey B. Jensen*
Jeffrey B. Jensen*
Michael Nolan*
Michael Martinich-Sauter#
Bola Adeniran#
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Jeff.jensen@huschblackwell.com

* Appearing by special admission
# Application for special admission forthcoming

George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

**Counsel for Plaintiff Pace-O-Matic, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Second Amended Complaint was served upon the following counsel of record via the Court's ECF filing system on this 29th day of June 2022:

> Abraham C. Reich, Esquire
> Robert S. Tintner, Esquire
> Fox Rothschild LLP
> 2000 Market Street, 10th Floor
> Philadelphia, PA  19103-3291

> */s/ Jeffrey B. Jensen*