**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT  :

**<u>PETITION</u>**

I, <u>Omobolanle A. Adeniran</u>, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:      190 Carondelet Plaza

Suite 600

St. Louis, MO 63105

Office Telephone:      (314)345-6710

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Missouri, 10/29/2020; Illinois, 09/24/2021

My attorney Identification number is: <u>73192</u>

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____      Date: _____

X____SPECIAL ADMISSION:

GRANTED BY THE COURT  <u>s/ Jennifer P. Wilson</u>      Date: <u>7/6/2022</u>