**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT  :

## **PETITION**

I, _Michael Martinich-Sauter_ , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    190 Carondelet Plaza, Suite 600

Clayton, MO 63105

Office Telephone:    314.480.1500

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of Missouri 9/18/2013; USDC ED of MO 1/1/2019;

USDC WD of MO 8/18/2017; 8th Circuit Court of Appeals 9/1/2017;

9th Circuit Court of Appeals 5/14/2020

My attorney Identification number is: _66065_

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

X_____SPECIAL ADMISSION:

GRANTED BY THE COURT _____    Date: _7/11/2022_____