

**Fox Rothschild** LLP
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

ROBERT S. TINTNER, ESQUIRE
Direct Dial: 215-299-2766
Email Address: rtintner@foxrothschild.com

July 13, 2022

**VIA ECF FILING**

The Honorable Jennifer P. Wilson
United States District Court for the
Middle District of Pennsylvania
Ronald Reagan Federal Building & US Courthouse
228 Walnut Street
Harrisburg, PA  17101

      **Re:    Pace-O-Matic, Inc. v. Eckert Seamans Cherin Mellott, LLC, *et al.*
            U.S.D.C., Middle District of Pennsylvania, Docket No. 1:20-cv-00292**

Dear Judge Wilson:

      I represent defendants, Eckert Seamans Cherin Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal (collectively, "Eckert"), in the above-referenced matter.  I write respectfully to advise the Court that Eckert will not be filing any opposition to the pending Motion for Leave to File Second Amended Complaint filed by plaintiff, Pace-O-Matic, Inc., on June 29, 2021 at docket numbers 220-221.

      Thank you for Your Honor's consideration.

                      Respectfully,

                      Robert S. Tintner

RST/ebm

cc:    All Counsel of Record (via ECF only)

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas