## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & | : | |
| MELLOTT, LLC, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of July, 2022, upon consideration of the motion for leave to file a second amended complaint filed by Plaintiff, Doc. 220, and the letter filed by Defendants indicating that Defendants will not file a brief in opposition to the motion, Doc. 228, **IT IS ORDERED THAT** pursuant to Local Rule 7.6, Plaintiff's motion is deemed unopposed and is **GRANTED**.  (Doc. 220.) The Clerk is directed to docket the second amended complaint, Doc. 220-1.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
