## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,                          :
                                             :
                         Plaintiff,          :
                                             :
        v.                                   :        Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC, MARK S. STEWART,               :        (Judge Jennifer P. Wilson)
KEVIN M. SKJOLDAL,                           :
                                             :
                         Defendants.         :
_____:

## [PROPOSED] O R D E R

AND NOW, this _____ day of _____, 2022, upon

consideration of the Motion for Reconsideration and/or Certification of Defendants,

Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal,

and any response thereto, it is hereby ORDERED that the Motion is GRANTED.

Defendants are hereby judicially estopped from denying the allegation of Plaintiff,

Pace-O-Matic, Inc. ("POM"), that they have represented a party adverse to POM in

litigation.  Defendants do not need to produce to POM any attorney-client

privileged communications or documents protected by the work product doctrine.

BY THE COURT:


_____
Jennifer P. Wilson, U.S.D.J.