# In the United States District Court for the Middle District of Pennsylvania

PACE-O-MATIC, INC.                    )
                                      )
                    *Plaintiff,*      )  [ELECTRONICALLY FILED]
                                      )
        *vs.*                         )  Docket No. 20-292
                                      )
ECKERT, SEAMANS, CHERIN               )  JUDGE WILSON
& MELLOT, LLC                         )
                                      )
                    *Defendant.*      )

## ORDER ON MOTION FOR RECONSIDERATION

AND NOW, this __ day of _____, 2022, upon consideration of the motion of Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx"), for reconsideration of the Court's order and opinion affirming Magistrate Judge Saporito, Jr.'s decision that Eckert, Seamans, Cherin & Mellot, LLC ("Eckert") and Hawke McKeon & Sniscak ("HMS") must produce documents in their custody that contain Parx's privileged communications and turn them over to Pace-O-Matic, Inc. ("POM") in connection with the underlying dispute between Eckert and POM, the motion is GRANTED. The opinion and order (Docs. 222 and 223) are hereby VACATED.  The documents referenced in Judge Saporito's implementing order at pages 2–7 shall not be produced to POM.

_____

Wilson, J.