**In the United States District Court for the
Middle District of Pennsylvania**

| | |
|---|---|
| PACE-O-MATIC, INC. | ) |
| | ) |
| *Plaintiff,* | ) [ELECTRONICALLY FILED] |
| | ) |
| *vs.* | ) Docket No. 20-292 |
| | ) |
| ECKERT, SEAMANS, CHERIN & MELLOT, LLC | ) JUDGE WILSON |
| | ) |
| | ) |
| *Defendant.* | ) |

## PROPOSED ORDER ON MOTION FOR RECONSIDERATION

AND NOW, this ____ day of _____, 2022, upon

consideration of the Motion for Reconsideration of Hawke McKeon & Sniscak,

LLP ("HMS"), and any response thereto, it is hereby ORDERED that the Motion is

GRANTED. The July 5, 2022 Memorandum and Order is hereby VACATED. The

documents referenced in Judge Saporito's implementing order (Doc. 167) at pages

2−7 shall not be produced to Pace-O-Matic, Inc.

BY THE COURT:

_____
Jennifer P. Wilson, U.S.D.J.