## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,

               Plaintiff,

   v.

ECKERT SEAMANS CHERIN &
MELLOTT, LLC, MARK S. STEWART,
KEVIN M. SKJOLDAL,

               Defendants.
_____

:
:
:
:
:
:
:
:
:
:
:
:

Docket No. 1:20-cv-00292

(Judge Jennifer P. Wilson)

### [PROPOSED] O R D E R

AND NOW, this _____ day of _____, 2022, upon

consideration of the Joint Motion for Stay of Defendants, Eckert Semans Cherin &

Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal ("Eckert"), and Third-

Parties, Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx"), and

Hawke McKeon & Sniscak LLP ("HMS"), it is hereby ORDERED that the Motion

is GRANTED.  Pending disposition of the motions for reconsideration/certification

filed by Eckert, Parx and HMS, Eckert, Parx and HMS are not required to produce

the documents identified in Paragraph 2 of the Court's July 5, 2022 Order.

BY THE COURT:


_____
Jennifer P. Wilson, U.S.D.J.