IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACE-O-MATIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECKERT SEAMANS CHERIN & MELLOTT, LLC, MARK S. STEWART, KEVIN M. SKJOLDAL, <br><br> Defendants. | Docket No. 1:20-cv-00292 <br><br> (Judge Jennifer P. Wilson) |

## O R D E R

AND NOW, this 21st day of July, 2022, upon consideration of the Joint Motion for Stay of Defendants, Eckert Semans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal ("Eckert"), and Third-Parties, Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx"), and Hawke McKeon & Sniscak LLP ("HMS"), it is hereby ORDERED that the Motion is GRANTED. Pending disposition of the motions for reconsideration/certification filed by Eckert, Parx and HMS, Eckert, Parx and HMS are not required to produce the documents identified in Paragraph 2 of the Court's July 5, 2022 Order.

BY THE COURT:

s/Jennifer P. Wilson
Jennifer P. Wilson, U.S.D.J.