IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                        )
                                           )
              Plaintiff,                   )        No. 1:20-cv-292-JPW
                                           )
    v.                                     )        Judge Wilson
                                           )
ECKERT SEAMANS CHERIN &     :              )
MELLOTT, LLC, et al.,                      )
                                           )
              Defendants.                  )

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SINGLE BRIEF IN RESPONSE TO ALL PENDING MOTIONS TO RECONSIDER AND/OR CERTIFY**

On July 5, 2022, the Court entered an order (the "July 5 Order") addressing pending discovery disputes and the application of judicial estoppel. *See* ECF No. 223. Among other things, the Court ordered the production of certain documents by July 26, 2022. *Id.* On July 19, 2022, Defendants; Greenwood Gaming and Entertainment, Inc. ("Parx"); and Hawke McKeon & Sniscak, LLP ("Hawke McKeon") all filed motions requesting that the Court reconsider the July 5 Order or, in the alternative, certify the July 5 Order for interlocutory appeal under 28 U.S.C. § 1292(b). *See* ECF Nos. 230 (Defendants); 232 (Parx); 234 (Hawke McKeon).

The motions filed by Defendants, Parx, and Hawke McKeon (together, "Movants") raise largely overlapping issues. In an effort to avoid burdening the Court with duplicative briefing, Plaintiff Pace-O-Matic, Inc. ("POM") has drafted a combined opposition brief that addresses all of Movants' motions in a single brief. That brief complies with the 15-page limit set forth in Local Rule 7.8(a).

However, Local Rule 7.8(a) also provides that "[a] brief may address only one motion." To avoid burdening the Court with duplicative briefing, POM respectfully requests leave to file a

single, combined response to all of Movants' pending motions to reconsider or certify for interlocutory appeal.

Counsel for Defendants, Parx, and Hawke McKeon have each stated that they do not oppose POM's request. Granting this request would not prejudice or burden any party. To the contrary, it would support judicial economy and would reduce the number of pages that POM otherwise would be entitled to under the Local Rules.

WHEREFORE, POM respectfully requests leave to file a single, combined response to all of Movants' pending motions to reconsider or certify for interlocutory appeal.

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Jeffrey B. Jensen*
Jeffrey B. Jensen*
Michael Nolan*
Michael Martinich-Sauter*
Bola Adeniran*
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Jeff.jensen@huschblackwell.com

* Appearing by special admission

George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

***Counsel for Plaintiff Pace-O-Matic, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon counsel of record for all parties via the Court's ECF filing system on July 21, 2022.

*/s/ Jeffrey B. Jensen*