IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                          )
                                             )
            Plaintiff,                       )        No. 1:20-cv-292-JPW
                                             )
      v.                                     )
                                             )
ECKERT SEAMANS CHERIN &    :     )
MELLOTT, LLC, et al.,                        )
                                             )
            Defendants.              )

**[PROPOSED] ORDER**

On July 21, 2022, Plaintiff filed its Unopposed Motion for Leave to File Single Brief in

Response to All Pending Motions to Reconsider and/or Certify (the "Motion").  For the reasons

stated in the Motion, the Court hereby GRANTS the Motion and ORDERS that Plaintiff shall have

leave to file a single brief that responds to all of the pending motions for reconsideration and/or

certification under 28 U.S.C. § 1292(b) (ECF Nos. 230; 232; 234).

SO ORDERED.

                                    _____
                                    Hon. Jennifer P. Wilson
                                    United States District Judge