IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    )
                                       )
              Plaintiff,               )        No. 1:20-cv-292-JPW
                                       )
       v.                              )
                                       )
ECKERT SEAMANS CHERIN &     :          )
MELLOTT, LLC, et al.,                  )
                                       )
              Defendants.   )

**ORDER**

On July 21, 2022, Plaintiff filed its Unopposed Motion for Leave to File Single Brief in Response to All Pending Motions to Reconsider and/or Certify (the "Motion"). For the reasons stated in the Motion, the Court hereby GRANTS the Motion and ORDERS that Plaintiff shall have leave to file a single brief that responds to all of the pending motions for reconsideration and/or certification under 28 U.S.C. § 1292(b) (ECF Nos. 230; 232; 234).

SO ORDERED.


Dated: July 22, 2022                     s/Jennifer P. Wilson
                                       Hon. Jennifer P. Wilson
                                       United States District Judge