**In the United States District Court for the
Middle District of Pennsylvania**

| | | |
|---|---|---|
| PACE-O-MATIC, INC. | ) | |
| | ) | |
| *Plaintiff,* | ) | [ELECTRONICALLY FILED] |
| | ) | |
| vs. | ) | Docket No. 20-292 |
| | ) | |
| ECKERT, SEAMANS, CHERIN & MELLOT, LLC | ) | JUDGE WILSON |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Hawke McKeon & Sniscak, LLP appeals to the United States Court of Appeals for the Third Circuit from the order and opinion, entered July 5, 2022 in the above-captioned matter (Docs. 222-223).

                      Respectfully submitted,

                      */s/ Dennis A. Whitaker*
                      Dennis A. Whitaker, I.D. #53975
                      Melissa A. Chapaska, I.D. #319449
                      Hawke McKeon & Sniscak, LLP
                      100 North Tenth Street
                      Harrisburg, PA 17101
                      (717) 236-1300
                      (717) 236-4841
                      dawhitaker@hmslegal.com
                      machapaska@hmslegal.com
                      *Counsel for Hawke McKeon &*
                      *Sniscak, LLP*

*Dated: August 4, 2022*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 4, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the Middle District of Pennsylvania by using the ECF system. Pursuant to LR 5.7, participants in the case who are registered ECF users will be served by the ECF system.

*/s/ Dennis A. Whitaker*