# Attachment 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Jennifer P. Wilson |
| | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| | : | |
| | : | |
| Defendant. | : | Magistrate Judge Joseph Saporito, Jr. |

## **ORDER**

**AND NOW**, on this 5th day of July, 2022, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The appeals are **DENIED**. (Docs. 168, 170, 172.) The memorandum and order issued by United States Magistrate Judge Saporito are **AFFIRMED**. (Docs. 166, 167.)

2. The documents referenced in Judge Saporito's implementing order at pages 2–7 shall be produced to Plaintiff without redaction within **21 days**, on or before **July 27, 2022**. (Doc. 167, pp. 2–7.)[1]

3. The parties shall consult and confer in advance of the August 4, 2022 status conference regarding how they wish to proceed with this case in light of the court's resolution of these appeals as well as Plaintiff's

---

[1] For ease of reference, the court utilizes the page numbers from the CM/ECF header.

1

pending motion seeking leave to file a second amended complaint.

Specifically, the parties should be prepared to discuss the status of

discovery in this case, and whether they would like to re-engage in a

settlement conference with Judge Carlson or proceed with litigation.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
