# In the United States District Court for the Middle District of Pennsylvania

| | |
|---|---|
| PACE-O-MATIC, INC. | ) |
| | ) |
| *Plaintiff,* | ) [ELECTRONICALLY FILED] |
| | ) |
| *vs.* | ) Docket No. 20-292 |
| | ) |
| ECKERT, SEAMANS, CHERIN & MELLOT, LLC | ) JUDGE WILSON |
| | ) |
| | ) |
| *Defendant.* | ) |

## NOTICE OF APPEAL

Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx"), hereby appeals to the United States Court of Appeals for the Third Circuit from an order of the court in the above-captioned matter dated July 5, 2022 (Doc. 223) and associated memorandum (Doc. 222).

August 4, 2022                     Respectfully submitted,

**GA BIBIKOS LLC**

/s George A. Bibikos
George A. Bibikos
5901 Jonestown Rd. #6330
Harrisburg, PA 17112
(717) 580-5305
gbibikos@gabibikos.com

*Counsel for Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino*

## CERTIFICATE OF SERVICE

I hereby certify that I filed and served the foregoing electronically through the Court's ECF system such that the District Judge and counsel of record will be served automatically.

/s George A. Bibikos
George A. Bibikos