# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 9th day of August, 2022, following review of the filings in this case, namely, the motions for reconsideration or for leave to appeal, Docs. 230, 232, 234, as well as the notices of appeal, Docs. 244, 245, **IT IS ORDERED THAT** a telephonic status conference is scheduled for **August 11, 2022** at **11:00 a.m.** Plaintiff's counsel shall initiate the call to chambers at 717-221-3970 once all parties are on the line. The purpose of this call is to discuss how to proceed with this case, including the possibility of a stay, in light of the notices of appeal, despite the pending motions for reconsideration or for leave to appeal. Counsel are directed to consult and confer on these issues in advance of the call.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania