**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 11th day of August, 2022, following the court's grant of the motions for interlocutory appeal, **IT IS ORDERED THAT** a telephonic status conference is scheduled for **August 25, 2022** at **3:00 p.m.**  Plaintiff's counsel shall initiate the call to chambers at 717-221-3970 once all parties are on the line.  The purpose of this call is to discuss how to proceed with this case, including the possibility of a stay of the case, in light of the interlocutory appeal.  Counsel are directed to consult and confer on this issue in advance of the call.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania