**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

PACE-O-MATIC, INC.,              :
                              :
             Plaintiff,     :
     v.                    :     Docket No. 1:20-cv-00292
                              :
ECKERT SEAMANS CHERIN &amp;   :
MELLOTT, LLC, MARK S. STEWART, :     (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,     :
                              :
            Defendants.  :
_____:

## <u>O R D E R</u>

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion of Defendants, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal, to Dismiss Claims and Requests for Relief from the Second Amended Complaint of Plaintiff, Pace-O-Matic, Inc., and any response thereto, it is hereby ORDERED that the Motion is GRANTED. Count I (declaratory judgment), Count III (fraud), Count IV (abuse of process), and all requests for attorneys' fees are DISMISSED WITH PREJUDICE from the Second Amended Complaint (Docket No. 243) of Plaintiff, Pace-O-Matic, Inc.

BY THE COURT:

_____
Jennifer P. Wilson, U.S.D.J.