## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | |
| MELLOTT, LLC., *et al*., | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>AMENDED CASE MANAGEMENT ORDER</u>

**AND NOW**, on this 29th day of August, 2022, as requested by the parties during a telephone conference held on August 26, 2022, **IT IS ORDERED** that the amended case management deadlines are as follows:

| | |
|---|---|
| Status Conference:[1] | February 10, 2023, at 8:30 a.m. |
| Fact discovery: | February 28, 2023 |

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

---

[1] Plaintiff's counsel shall initiate the call when all parties are on the line to chambers at 717-221-3970.