*EXHIBIT "C"*

1:14 P.M.

**Miscellaneous Docket Sheet**   **Commonwealth Court of Pennsylvania**

**Docket Number: 222 MD 2022**

**Page 1 of 7**

**August 23, 2022**



### CAPTION

Pom of Pennsylvania, LLC,
Petitioner
v.
Bureau of Liquor Control
Enforcement of the Pennsylvania
State Police; Scott Miller;
James Jones; Scott
Berdine; and Pennsylvania Gaming
Control Board
Respondents

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Initiating Document: | Petition for Review | | |
| Case Status: | Active | | |
| Case Processing Status: | June 9, 2022 | Awaiting Petitioner Paperbooks | |
| Journal Number: | | | |
| Case Category: | Miscellaneous | Case Type(s): | Equity |

### CONSOLIDATED CASES | RELATED CASES

| Docket No / Reason | Type |
|---|---|
| 418 MD 2018 Same Party | Related |
| 503 MD 2018 Same Party | Related |

### COUNSEL INFORMATION

**Petitioner**   Pom of Pennsylvania, LLC
Pro Se:   No
IFP Status:

| | | |
|---|---|---|
| Attorney: | Haverstick, Matthew Hermann | |
| Law Firm: | Kleinbard, LLC | |
| Address: | Three Logan Square | |
| | 1717 Arch St Fl 5 | |
| | Philadelphia, PA 19103 | |
| Phone No: | (215) 568-2000 | Fax No: (215) 568-0140 |

| | | |
|---|---|---|
| Attorney: | Voss, Joshua John | |
| Law Firm: | Kleinbard LLC | |
| Address: | 1717 Arch St Fl 5th | |
| | Philadelphia, PA 19103 | |
| Phone No: | (267) 443-4114 | Fax No: |

1:14 P.M.

**Miscellaneous Docket Sheet**

**Docket Number: 222 MD 2022**

Page 2 of 7

**August 23, 2022**

**Commonwealth Court of Pennsylvania**



| COUNSEL INFORMATION | |
|---|---|

**Petitioner**   Pom of Pennsylvania, LLC
Pro Se: No
IFP Status:

| | |
|---|---|
| Attorney: | Vance, Shohin Hadizadeh |
| Law Firm: | Kleinbard, LLC |
| Address: | Three Logan Square |
| | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000     Fax No: (215) 568-0140 |

| | |
|---|---|
| Attorney: | Dang, Miranda Lu |
| Law Firm: | Kleinbard, LLC |
| Address: | Hogan & Vandenberg Immigration Law |
| | 1608 Walnut St Ste 1301 |
| | Philadelphia, PA 19103 |
| Phone No: | (267) 535-5759     Fax No: |

**Respondent**   Pennsylvania State Police, Bureau of Liquor Control Enforcement
Pro Se: No
IFP Status:

| | |
|---|---|
| Attorney: | Romano, Karen Mascio |
| Law Firm: | Pennsylvania Office of Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA |
| Address: | Pa Ofc Of Attorney General |
| | Strawberry Sq Fl 15 |
| | Harrisburg, PA 17120 |
| Phone No: | (717) 787-2717     Fax No: |

| | |
|---|---|
| Attorney: | Boland, Nicole Jeanne |
| Law Firm: | Pennsylvania Office of Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA |
| Address: | Pa Office Of Attorney General |
| | 15TH Fl Strawberry Sq |
| | Harrisburg, PA 17120 |
| Phone No: | (717) 783-3146     Fax No: |

**Respondent**   Pennsylvania Gaming Control Board
Pro Se: No
IFP Status:

| | |
|---|---|
| Attorney: | Cook, Stephen S. |
| Law Firm: | Pennsylvania Gaming Control Board |
| Address: | 303 Walnut St |
| | 5th Floor Commonwealth Tower |
| | Harrisburg, PA 17101 |
| Phone No: | (717) 346-8300     Fax No: |

| | |
|---|---|
| Attorney: | Zimmermann, Chad Westcott |
| Law Firm: | PENNSYLVANIA GAMING CONTROL BOARD |
| Address: | Pa Gaming Control Board |
| | 303 Walnut St Fl 5 |
| | Harrisburg, PA 17101 |
| Phone No: | (717) 265-8356     Fax No: |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

1:14 P.M.

**Miscellaneous Docket Sheet**　　　　　　　　　　　　　　　**Commonwealth Court of Pennsylvania**

**Docket Number: 222 MD 2022**

**Page 3 of 7**

**August 23, 2022**



| COUNSEL INFORMATION |
|---|

| **Respondent** | **Miller, Scott** |
|---|---|
| Pro Se: | No |
| IFP Status: | |
| Attorney: | Romano, Karen Mascio |
| Law Firm: | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| Address: | Pa Ofc Of Attorney General |
|  | Strawberry Sq Fl 15 |
|  | Harrisburg, PA 17120 |
| Phone No: | (717) 787-2717　　　　Fax No: |
| Attorney: | Boland, Nicole Jeanne |
| Law Firm: | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| Address: | Pa Office Of Attorney General |
|  | 15TH Fl Strawberry Sq |
|  | Harrisburg, PA 17120 |
| Phone No: | (717) 783-3146　　　　Fax No: |

| **Respondent** | **Jones, James** |
|---|---|
| Pro Se: | No |
| IFP Status: | |
| Attorney: | Romano, Karen Mascio |
| Law Firm: | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| Address: | Pa Ofc Of Attorney General |
|  | Strawberry Sq Fl 15 |
|  | Harrisburg, PA 17120 |
| Phone No: | (717) 787-2717　　　　Fax No: |
| Attorney: | Boland, Nicole Jeanne |
| Law Firm: | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| Address: | Pa Office Of Attorney General |
|  | 15TH Fl Strawberry Sq |
|  | Harrisburg, PA 17120 |
| Phone No: | (717) 783-3146　　　　Fax No: |

| **Respondent** | **Berdine, Scott** |
|---|---|
| Pro Se: | No |
| IFP Status: | |
| Attorney: | Romano, Karen Mascio |
| Law Firm: | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| Address: | Pa Ofc Of Attorney General |
|  | Strawberry Sq Fl 15 |
|  | Harrisburg, PA 17120 |
| Phone No: | (717) 787-2717　　　　Fax No: |
| Attorney: | Boland, Nicole Jeanne |
| Law Firm: | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| Address: | Pa Office Of Attorney General |
|  | 15TH Fl Strawberry Sq |
|  | Harrisburg, PA 17120 |
| Phone No: | (717) 783-3146　　　　Fax No: |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

1:14 P.M.

## Miscellaneous Docket Sheet                                      Commonwealth Court of Pennsylvania

**Docket Number: 222 MD 2022**

Page 4 of 7

**August 23, 2022**



### FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 04/11/2022 | Miscellaneous Docket Filing Fee | 70.25 | 04/11/2022 | 2022-CMW-H-000721 | 70.25 |

### AGENCY/TRIAL COURT INFORMATION

Order Appealed From:                              Notice of Appeal Filed:
Order Type:
Documents Received:   April 11, 2022

Court Below:
County:                                           Division:
Judge:                                            OTN:
Docket Number:                                    Judicial District:

### ORIGINAL RECORD CONTENT

Original Record Item                Filed Date        Content Description

Date of Remand of Record:

### BRIEFING SCHEDULE

**Petitioner**
  Pom of Pennsylvania, LLC
  Brief

**Respondent**
  Berdine, Scott
  Brief
  Due: September 21, 2022        Filed:

  Jones, James
  Brief
  Due: September 21, 2022        Filed:

  Miller, Scott
  Brief
  Due: September 21, 2022        Filed:

  Pennsylvania State Police, Bureau of Liquor Control Enforcement
  Brief
  Due: September 21, 2022        Filed:

### DOCKET ENTRY

| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
|---|---|---|---|---|
| April 11, 2022 | Petition for Review Filed<br>Pom of Pennsylvania, LLC | | Petitioner | |
| April 14, 2022 | Notice Exited<br>Commonwealth Court Filing Office | | | |
| April 14, 2022 | Application to File Under Seal<br>Haverstick, Matthew Hermann<br>Document Name: App to Seak Petition for Review | Pom of Pennsylvania, LLC | Petitioner | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

1:14 P.M.

**Miscellaneous Docket Sheet**                                       **Commonwealth Court of Pennsylvania**

**Docket Number: 222 MD 2022**

Page 5 of 7



**August 23, 2022**

| | | DOCKET ENTRY | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **April 18, 2022** | Amended - Petition for Review | | | |
| | Vance, Shohin Hadizadeh | Pom of Pennsylvania, LLC | Petitioner | |
| | Voss, Joshua John | Pom of Pennsylvania, LLC | Petitioner | |
| | Haverstick, Matthew Hermann | Pom of Pennsylvania, LLC | Petitioner | |
| | Document Name: First Amended Petition for Review in the Nature of a Complaint | | | |
| **April 20, 2022** | Order Filed | | | 04/21/2022 |
| | Per Curiam | | | |
| | Document Name: Temporary seal is GRANTED | | | |
| | Comment: NOW, April 20, 2022, upon consideration of Petitioner's unopposed "Application to Seal Petition for Review" (Application), which seeks to temporarily seal the current Petition for Review containing the home addresses of the individual Respondents until a redacted Petition for Review is filed, said Application is hereby GRANTED. Further, it appearing that Petitioner recently filed a redacted Petition for Review with this Court, the Prothonotary is directed to docket the same and remove the original Petition for Review filed on April 11, 2022, from the docket. Once removed, the Prothonotary may also lift the temporary seal on this case. | | | |
| **May 9, 2022** | Entry of Appearance | | | |
| | Romano, Karen Mascio | Berdine, Scott | Respondent | |
| | Romano, Karen Mascio | Jones, James | Respondent | |
| | Romano, Karen Mascio | Miller, Scott | Respondent | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| | Boland, Nicole Jeanne | Jones, James | Respondent | |
| | Boland, Nicole Jeanne | Miller, Scott | Respondent | |
| | Boland, Nicole Jeanne | Berdine, Scott | Respondent | |
| | Boland, Nicole Jeanne | Pennsylvania State Police, Bureau o | Respondent | |
| | Document Name: of Karen Romano, Esq. and Nicole Boland, Esq. on behalf of Respondents | | | |
| **May 9, 2022** | Certificate of Service Filed | | | |
| | Haverstick, Matthew Hermann | Pom of Pennsylvania, LLC | Petitioner | |
| | Document Name: Of Petition For Review | | | |
| **May 11, 2022** | Stipulation Filed | | | |
| | Romano, Karen Mascio | Berdine, Scott | Respondent | |
| | Romano, Karen Mascio | Jones, James | Respondent | |
| | Romano, Karen Mascio | Miller, Scott | Respondent | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| | Haverstick, Matthew Hermann | Pom of Pennsylvania, LLC | Petitioner | |
| | Document Name: Stipulation of Counsel | | | |
| **May 16, 2022** | Preliminary Objections | | | |
| | Romano, Karen Mascio | Berdine, Scott | Respondent | |
| | Romano, Karen Mascio | Jones, James | Respondent | |
| | Romano, Karen Mascio | Miller, Scott | Respondent | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| | Document Name: to Amended Petition for Review | | | |
| **June 9, 2022** | Amended - Petition for Review | | | |
| | Haverstick, Matthew Hermann | Pom of Pennsylvania, LLC | Petitioner | |
| | Document Name: Second Amended Petition for Review in the Nature of a Complaint | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

1:14 P.M.

**Miscellaneous Docket Sheet**  **Commonwealth Court of Pennsylvania**

**Docket Number: 222 MD 2022**

Page 6 of 7

**August 23, 2022**



### DOCKET ENTRY

| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
|---|---|---|---|---|
| **June 9, 2022** | Order Filed<br>Per Curiam | | | 06/09/2022 |
| | Document Name: Briefing on Preliminary Objections Set | | | |
| | Comment: NOW, June 9, 2022, Respondents' Brief in Support of Preliminary Objections (4 copies) shall be filed and served no later than July 8, 2022. Petitioner's Brief in Opposition to Preliminary Objections (4 copies) shall be filed and served within 30 days of service of Respondents' Brief. A Reply Brief (4 copies), if any, may be filed in accordance with Pa. R.A.P. 2113 and 2185(a).<br>Upon receipt of all briefs, the Court will issue a further order indicating if this matter will be argued before this Court or submitted on the papers. | | | |
| **June 10, 2022** | Application for Stay | | | |
| | Romano, Karen Mascio | Berdine, Scott | Respondent | |
| | Romano, Karen Mascio | Jones, James | Respondent | |
| | Romano, Karen Mascio | Miller, Scott | Respondent | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| | Document Name: Motion of Respondent's to Stay Discovery | | | |
| **June 17, 2022** | Order Filed<br>Per Curiam | | | 06/17/2022 |
| | Document Name: Preliminary Objections to First Amended Petition for Review Dismissed/ Briefing Sched. Vacated | | | |
| | Comment: NOW, June 17, 2022, Petitioner having filed a Second Amended Petition for Review in the Nature of a Complaint, Respondents' Preliminary Objections to the First Amended Petition for Review are DISMISSED AS MOOT, and the briefing schedule set forth in this Court's order of June 9, 2022, is VACATED. | | | |
| **June 27, 2022** | Answer to Application for Stay | | | |
| | Haverstick, Matthew Hermann | Pom of Pennsylvania, LLC | Petitioner | |
| | Vance, Shohin Hadizadeh | Pom of Pennsylvania, LLC | Petitioner | |
| | Voss, Joshua John | Pom of Pennsylvania, LLC | Petitioner | |
| | Document Name: Petitioner POM of Pennsylvania LLC's Answer in Opposition to Motion of Respondent, | | | |
| | Comment: Bureau of Liquor Control Enforcement of the Pennsylvania State Police, Scott Miller, James Jones and Scott Berdine, to Stay Discovery | | | |
| **July 5, 2022** | Preliminary Objections | | | |
| | Romano, Karen Mascio | Berdine, Scott | Respondent | |
| | Romano, Karen Mascio | Jones, James | Respondent | |
| | Romano, Karen Mascio | Miller, Scott | Respondent | |
| | Romano, Karen Mascio | Pennsylvania State Police, Bureau o | Respondent | |
| | Document Name: to Second Amended PFR | | | |
| **July 5, 2022** | Application for Relief | | | |
| | Haverstick, Matthew Hermann | Pom of Pennsylvania, LLC | Petitioner | |
| | Document Name: App to Submit Amended Answer in Opposition to Motion to Stay Discovery | | | |
| **July 6, 2022** | Certificate of Service Filed | | | |
| | Haverstick, Matthew Hermann | Pom of Pennsylvania, LLC | Petitioner | |
| | Document Name: of 2nd Amended PFR | | | |
| **July 11, 2022** | Entry of Appearance | | | |
| | Zimmermann, Chad Westcott | Pennsylvania Gaming Control Board | Respondent | |
| | Cook, Stephen S. | Pennsylvania Gaming Control Board | Respondent | |
| | Document Name: of Stephen Cook, esq. and Chad Zimmermann, esq. for PGCB | | | |

1:14 P.M.

**Miscellaneous Docket Sheet**

**Commonwealth Court of Pennsylvania**

**Docket Number: 222 MD 2022**

Page 7 of 7

**August 23, 2022**



| | DOCKET ENTRY | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **July 14, 2022** | Preliminary Objections<br>Zimmermann, Chad Westcott | Pennsylvania Gaming Control Board | Respondent | |
| | Document Name: PGCB's POs to the Second Amended PFR in the Nature of a Complaint for Declaratory | | | |
| | Comment: Judgment and Ancillary Relief in the CC's Original Jurisdiction | | | |
| **July 15, 2022** | Order Granting Application for Stay<br>McCullough, Patricia A. | | | 07/15/2022 |
| | Document Name: Discovery is Stayed pending disposition of Preliminary Objections | | | |
| | Comment: AND NOW, this 15th day of July, 2022, upon consideration of the Motion to Stay Discovery filed by Respondents, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. Discovery is hereby STAYED pending the disposition of Respondents' Preliminary Objections. | | | |
| **August 3, 2022** | Answer to Preliminary Objections<br>Haverstick, Matthew Hermann | Pom of Pennsylvania, LLC | Petitioner | |
| | Document Name: Answer to Respondents' POs | | | |
| **August 11, 2022** | Answer to Preliminary Objections<br>Haverstick, Matthew Hermann | Pom of Pennsylvania, LLC | Petitioner | |
| | Document Name: Answer to Respondent POs | | | |
| **August 22, 2022** | Order Filed<br>Per Curiam | | | 08/22/2022 |
| | Document Name: Resps' Briefs in Support of their respective PO's shall be served within 30 days of this order | | | |
| | Comment: Respondents' Briefs in Support of their respective Preliminary Objections (4 copies) shall be filed and served no later than 30 days from the date of this order. Petitioner's Briefs in Opposition to Respondents' respective Preliminary Objections (4 copies) shall be filed and served within 30 days of service of Respondents' respective Briefs. Reply Briefs (4 copies), if any, may be filed in accordance with Pa. R.A.P. 2113 and 2185(a).<br>Upon receipt of all briefs, the Court will issue a further order indicating if this matter will be argued before a panel of Judges of this Court or submitted on the papers. | | | |
| **August 22, 2022** | Entry of Appearance<br>Dang, Miranda Lu | Pom of Pennsylvania, LLC | Petitioner | |
| | Document Name: pf Miranda Dang, esq. for Petitioner | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.