### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    :    Civil No. 1:20-CV-00292
                                      :
      Plaintiff,                          :
                                        :
      v.                                  :
                                        :
ECKERT, SEAMANS CHERIN &                :
MELLOTT, LLC, *et al.*                  :
                                        :
      Defendants.                         :    Judge Jennifer P. Wilson

### ORDER

**AND NOW**, on this 13th day of September, 2022, following a telephone call from Plaintiff's counsel questioning the operative filing date of the amended complaint for purposes of Defendants filing a responsive pleading, *see* Docs. 229 & 243, and the court observing that there was an inadvertent delay by the Clerk in docketing the amended complaint following the court's order on July 14, 2022, **IT IS ORDERED THAT** August 2, 2022 is the operative date of the filing of the amended complaint.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania