Generated: Oct 7, 2022 11:42AM                                                                    Page 1/1

1:20 cv 292
Appeal Fee
Received (Received)



**U.S. District Court**

**FILED
SCRANTON**

OCT 0 7 2022

PER _____
**DEPUTY CLERK**

**Pennsylvania Middle - Scranton**

Receipt Date: Oct 7, 2022 11:42AM

MELISSA A CHAPASKA
6142 BLUE RIDGE AVE
HBG, PA 17112

Rcpt. No: 333101388                    Trans. Date: Oct 7, 2022 11:42AM                    Cashier ID: #EP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | DPAM120CV000292<br>DPAM120CV000292<br>**FBO**: HAWKE MCKEON & SNISCAK, LLP | 1 | 505.00 | 505.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $505.00 |

|  | |
|---|---|
| Total Due: | $505.00 |
| Total Tendered: | $505.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: APPEAL 22-8040

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee
will be charged for a returned check.