

# U.S. District Court

## Pennsylvania Middle - Scranton

Receipt Date: Oct 13, 2022 11:14AM

GEORGE BIBIKOS
6419 FARMCREST LANE
HARRISBURG, PA 17111

Rcpt. No: 333101466 | Trans. Date: Oct 13, 2022 11:14AM | Cashier ID: #AO

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | DPAM120CV000292 /001<br>DPAM120CV000292<br>**FBO**: GREENWOOD GAMING & ENTERTAINMENT | 1 | 505.00 | 505.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $505.00 |
| | | Total Due: | $505.00 |
| | | Total Tendered: | $505.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments**: NOTICE OF APPEAL PAID ON BEHALF OF GREENWOOD GAMING AND ENTERTAINMENT, INC.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.