UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-109

No. <u>22-8038, 22-8039 & 22-8040</u>

PACE O MATIC, INC.

v.

ECKERT, SEAMANS CHERIN & MELLOTT, LLC;
MARK S. STEWART; KEVIN M. SKJOLDAL,
                                                            Petitioners

Greenwood Gaming and Entertainment, Inc.,
                                    Petitioner in 22-8039

Hawke McKeon & Sniscak, LLP.
                                    Petitioner in 22-8040


(M.D. Pa. No. 1-20-cv-00292)

Present:  JORDAN, PORTER and MATEY, <u>Circuit Judges</u>

1. Petition by Petitioner Eckert Seamans Cherin & Mellot LLC, Kevin M. Skjoldal and Mark S. Stewart for Permission to Appeal under 28 U.S.C Section 1292(b);

2. Petition by Petitioner Greenwood Gaming and Entertainment Inc for Permission to Appeal under 28 U.S.C Section 1292(b);

3. Petition by Petitioner Hawke McKeon & Sniscak LLP for Permission to Appeal under 28 U.S.C Section 1292(b);

4. Response by Respondent Pace O Matic Inc to Petitions.

Respectfully,
Clerk/kr

_____ORDER_____

The petitions for permission to appeal are GRANTED.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: October 6, 2022

kr/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk