**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

PACE-O-MATIC, INC.,                        :
                                           :
                        Plaintiff,         :
                                           :
        v.                                 :        Docket No. 1:20-cv-00292
                                           :
ECKERT SEAMANS CHERIN &                    :
MELLOTT, LLC,  MARK S. STEWART,            :        (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                     :
                                           :
                        Defendants.        :
_____:

**O R D E R**

AND NOW, this ___ day of _____, 2023, upon consideration of

the Motion of Defendants for Enlargement of Time to Respond to Plaintiff's

Motion for Determination of Designation, it is hereby ORDERED that the Motion

is GRANTED.  Defendants shall have until Friday, January 20, 2023 to file their

motion for leave to file under seal with their Opposition Brief to Plaintiff's Motion

for Determination of Designation (Dkt. 272-273).

                        BY THE COURT:


                        _____
                        Jennifer P. Wilson, U.S.D.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,                          :
                                             :
                        Plaintiff,           :
                                             :
        v.                                   :        Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC, MARK S. STEWART,               :        (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                       :
                                             :
                        Defendants.          :
_____:

## MOTION OF DEFENDANTS
## FOR ENLARGEMENT OF TIME TO RESPOND TO
## PLAINTIFF'S MOTION FOR DETERMINATION OF DESIGNATION

Defendants, Eckert Seamans Cherin & Mellott, LLC ("Eckert"), Mark S. Stewart, and Kevin M. Skjoldal (collectively, "defendants"), by and through their counsel, Fox Rothschild LLP, hereby move this Court for a short enlargement of time to respond to the motion for determination of designation (the "Motion") filed by plaintiff, Pace-O-Matic, Inc. ("POM"), on January 5, 2023.  In support thereof, defendants allege as follows:

1.      This is a breach of fiduciary action filed by POM against defendants.

2.      On December 22, 2022, POM filed a motion for leave to file under seal the Motion at issue.

3.      POM through its local counsel also "served" the Motion and supporting memorandum of law, which had not yet been filed on December 22, 2022.

4.      On January 5, 2023, the Court granted POM's motion for leave to file under seal, and the docket was updated to reflect that the Motion was "filed under seal" on January 5, 2023 in accordance with the Court's Order.

5.      Under the Local Rules for the United States District Court for the Middle District of Pennsylvania, and consistent with the Court's Order, defendants believed that their response to the Motion would be due on January 19, 2023.

6.      Nevertheless, because of the Court's Order requiring POM to file a Certificate of Service, and POM's filing of today's Certificate of Service which reflects "service" to be December 22, 2022 (prior to the Court's entry of the Order permitting the filing of the Motion), defendants move for a date certain/ enlargement of time to file their Opposition Brief to the Motion.[1]

7.      In addition, defendants will need leave of Court to file their Opposition Brief to the Motion under seal.

8.      Defendants, thus, seek additional time until January 20, 2023 for defendants to send for filing on January 19, 2023 (by federal express delivery for

---

[1] Defendants expected POM to "serve" the Motion with memorandum of law in accordance with the Court's Order following the Court's entry of the January 5, 2023 Order.  That never took place, and thus, there was an inherent confusion concerning the response deadline.

receipt by the Clerk on January 20, 2023), defendants' motion for leave to file under seal with their Opposition Brief to the Motion.

9. Counsel for defendants sought POM's consent to file their opposition on January 19, 2023, but POM's counsel has not responded to the e-mail request.

10. No party will be prejudiced by defendants' request for an extension to file their Opposition Brief or the relief requested in this motion.

WHEREFORE, defendants respectfully request that this Court grant their motion for enlargement of time and permit defendants until January 20, 2023 to file their motion for leave to file under seal with Opposition Brief to the motion for determination of designated filed by plaintiff, Pace-O-Matic, Inc.

_____
ROBERT S. TINTNER, ESQUIRE (No. 73865)
PETER C. BUCKLEY (No. 92313)
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2090/2766 (telephone)
(215) 299-2150 (facsimile)
areich@foxrothschild.com
rtintner@foxrothschild.com

**Counsel for Defendants,
ECKERT SEAMANS CHERIN & MELLOTT,
LLC, MARK S. STEWART, KEVIN M.
SKJOLDAL**

Date:   January 17, 2023

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,              :

                             :

              Plaintiff,    :

v.                       :      Docket No. 1:20-cv-00292

                             :

ECKERT SEAMANS CHERIN &    :

MELLOTT, LLC, MARK S. STEWART,  :     (Judge Jennifer P. Wilson)

and KEVIN M. SKJOLDAL,      :

                             :

           Defendants.   :

_____:

## CERTIFICATE OF NON-CONCURRENCE

I, Robert S. Tintner, Esquire, hereby certify that co-counsel, Peter C. Buckley, Esquire sought the concurrence of counsel for plaintiff by e-mail to respond to the Motion on January 19, 2023, but counsel for plaintiff has not responded.

_____
ROBERT S. TINTNER, ESQUIRE

Dated:  January 17, 2023

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,                     :
                                        :
                    Plaintiff,          :
        v.                              :    Docket No. 1:20-cv-00292
                                        :
ECKERT SEAMANS CHERIN &                 :
MELLOTT, LLC, MARK S. STEWART,          :    (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                  :
                                        :
                    Defendants.         :
_____ :

## CERTIFICATE OF SERVICE

I, Robert S. Tintner, Esquire, hereby certify that, on this 17th day of January,

2023, I served a true and correct copy of the foregoing Motion for Enlargement of

Time, via ECF, upon all counsel of record.


_____
ROBERT S. TINTNER, ESQUIRE