

## Fox Rothschild LLP
### ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

ROBERT S. TINTNER, ESQUIRE
Direct Dial: 215-299-2766
Email Address: rtintner@foxrothschild.com

January 18, 2023

**VIA ECF FILING**

The Honorable Jennifer P. Wilson
United States District Court for the
Middle District of Pennsylvania
Ronald Reagan Federal Building & US Courthouse
228 Walnut Street
Harrisburg, PA  17101

> **Re:    Pace-O-Matic, Inc. v. Eckert Seamans Cherin Mellott, LLC, et al.**
> **U.S.D.C., Middle District of Pennsylvania, Docket No. 1:20-cv-00292**

Dear Judge Wilson:

I represent defendants in the above-referenced matter.  Yesterday, I filed a motion for enlargement of time to respond to plaintiff's pending motion for determination of designation. After filing our Motion for Enlargement of Time with the Court on January 17, 2023, counsel for plaintiff contacted us to advise us that plaintiff did not oppose our request.

I therefore write to advise the Court that plaintiff does not oppose our request for an enlargement of time, and yesterday's motion may be considered unopposed.

Thank you for Your Honor's consideration of our request.

Respectfully,

Robert S. Tintner

RST/ebm
cc:    All counsel of record (via ECF only)

A Pennsylvania Limited Liability Partnership

California    Colorado    Connecticut    Delaware    District of Columbia    Florida
Illinois    Minnesota    Nevada    New Jersey    New York    Pennsylvania    Texas

141857972.1