**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

PACE-O-MATIC, INC.,                    :
                                       :
                    Plaintiff,         :
     v.                                :     Docket No. 1:20-cv-00292
                                       :
ECKERT SEAMANS CHERIN &                :
MELLOTT, LLC, MARK S. STEWART,         :     (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                 :
                                       :
                    Defendants.        :
_____:


**O R D E R**

AND NOW, this 18th day of January, 2023, upon consideration of the

Motion of Defendants for Enlargement of Time to Respond to Plaintiff's Motion

for Determination of Designation, it is hereby ORDERED that the Motion is

GRANTED.  Defendants shall have until Friday, January 20, 2023 to file their

motion for leave to file under seal with their Opposition Brief to Plaintiff's

Motion for Determination of Designation (Dkt. 272-273).


                              BY THE COURT:


                              ___s/ Jennifer P. Wilson_____
                              Jennifer P. Wilson, U.S.D.J.