**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT SEAMANS CHERIN & | : | |
| MELLOTT, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

Before the court is Defendants' motion to file their brief in opposition to Plaintiff's motion for determination of designation of certain documents under seal. (Doc. 280.) Following review of the statement of legal and factual justification submitted with Defendants' motion, Doc. 280-2, and in accordance with the standard for sealing judicial records as stated in *In re Avandia Marketing, Sales Practices & Products Liability Litigation*, 924 F.3d 662 (3d Cir. 2019), the court finds that sealing the brief in opposition, as well as exhibits, is appropriate. Specifically, the parties have a compelling interest in maintaining the confidentiality of the brief in opposition and supporting documents given the stipulated protective order in this case pending the court's determination of the designation of the documents at issue in the motion. Additionally, no party opposes the sealing of these documents.

1

Accordingly, **IT IS ORDERED THAT** Defendants' motion is **GRANTED**

and Doc. 281 shall be sealed in order to protect the compelling interests of the

parties, which outweigh the need to have a public judicial record in this instance.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: January 23, 2023

2