IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                     )
                                        )
            Plaintiff,                  )        No. 1:20-cv-292-JPW
                                        )
     v.                                 )        Judge Wilson
                                        )
ECKERT SEAMANS CHERIN &                 )
MELLOTT, LLC, et al.,                   )
                                        )
            Defendants.                 )

## STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF

COMES NOW Plaintiff Pace-O-Matic, Inc., by and through its undersigned counsel, and with the consent of Defendants' counsel, hereby requests an additional seven (7) days up to and including February 8, 2023, to respond to Defendants Brief in Opposition to Plaintiff's Motion for Determination of Designation of Certain Documents Produced Under Protective Order.

Respectfully submitted,

\* Appearing by special admission

/s/ *George W. Westervelt, Jr.*
George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

1

HUSCH BLACKWELL LLP

*/s/ Jeffrey B. Jensen*
Jeffrey B. Jensen*
Michael Nolan*
Michael Martinich-Sauter*
Bola Adeniran*
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Jeff.jensen@huschblackwell.com

**Counsel for Plaintiff Pace-O-Matic, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel of record for all parties via the Court's ECF filing system on January 31, 2023.

*/s/ George W. Westervelt, Jr.*

2