IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:20-cv-292-JPW |
| | ) | |
| v. | ) | Judge Wilson |
| | ) | |
| ECKERT SEAMANS CHERIN & | ) | |
| MELLOTT, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF

**AND NOW**, this _____ day of _____, 2023, upon consideration of the Stipulated Request for Extension of Time to File Reply Brief (Doc. 283) filed by Plaintiff Pace-O-Matic, Inc. and consented to by Defendants, it is hereby **ORDERED** that Plaintiff's Stipulated Request for Extension of Time to File Reply Brief is **GRANTED**. Plaintiff Pace-O-Matic, Inc. shall file its response to Defendants' Brief in Opposition to Plaintiff's Motion for Determination of Designation of Certain Documents Produced Under Protective Order on or before February 8, 2023.

_____
**JENNIFER P. WILSON**
**UNITED STATES DISTRICT COURT JUDGE**
**MIDDLE DISTRICT OF PENNSYLVANIA**