IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    )
                                        )
            Plaintiff,                  )      No. 1:20-cv-292-JPW
                                        )
      v.                                )      Judge Wilson
                                        )
ECKERT SEAMANS CHERIN &                 )
MELLOTT, LLC, et al.,                   )
                                        )
            Defendants.                 )

## ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF

**AND NOW**, this 1st day of February, 2023, upon consideration of the Stipulated Request for Extension of Time to File Reply Brief (Doc. 283) filed by Plaintiff Pace-O-Matic, Inc. and consented to by Defendants, it is hereby **ORDERED** that Plaintiff's Stipulated Request for Extension of Time to File Reply Brief is **GRANTED**. Plaintiff Pace-O-Matic, Inc. shall file its response to Defendants' Brief in Opposition to Plaintiff's Motion for Determination of Designation of Certain Documents Produced Under Protective Order on or before February 8, 2023.

_s/ Jennifer P. Wilson_____
**JENNIFER P. WILSON**
**UNITED STATES DISTRICT COURT JUDGE**
**MIDDLE DISTRICT OF PENNSYLVANIA**