**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PACE-O-MATIC, INC.,                        :       Civil No. 1:20-CV-00292
                                           :
    Plaintiff,                         :
                                           :
    v.                                 :
                                           :
ECKERT, SEAMANS, CHERIN &                  :
MELLOTT, LLC., *et al*.,                   :
                                           :
    Defendants.                            Judge Jennifer P. Wilson

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 10th day of February, 2023, as requested by the parties

during a telephone conference held on this date, **IT IS ORDERED** that the

amended case management deadlines are as follows:

    Status Conference:[1]                          July 26, 2023, at 10:30 a.m.
    Fact discovery:                                August 31, 2023

                s/Jennifer P. Wilson
                JENNIFER P. WILSON
                United States District Court Judge
                Middle District of Pennsylvania

---

[1] Counsel shall call-in to the court's conference calling line at 877-336-1828, using the access code 2529544.