

**Fox Rothschild LLP**
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

ROBERT S. TINTNER, ESQUIRE
Direct Dial: 215-299-2766
Email Address: rtintner@foxrothschild.com

February 28, 2023

**VIA ECF**

The Honorable Jennifer P. Wilson
United States District Judge
United States District Court for the Middle District of Pennsylvania

  Re:  ***Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC***, **No. 1:20-cv-
     00292-JPW (M.D. Pa.) – Response to Plaintiff's Letter re Discovery Disputes**

Dear Judge Wilson:

  Fox Rothschild LLP represents defendants, Eckert Seamans Cherin & Mellott, LLC, Mark
S. Stewart, and Kevin M. Skjoldal (collectively, "Eckert") in the above-captioned action.  Pursuant
to the Court's Rules, we write to request a two-day extension of time to respond to the letter filed
by plaintiff, Pace-O-Matic, Inc. ("POM") on February 23, 2023 (ECF No. 289) (the "Letter").

  If the Court grants this request, Eckert's response to the Letter will be due on Thursday,
March 2, 2023. Counsel for POM consents to this request.  We thank the Court for its consideration
of this matter.

      Respectfully submitted,

      ROBERT S. TINTNER

RST/nmh

cc:  All counsel of record (via CM/ECF)

A Pennsylvania Limited Liability Partnership

California  Colorado  Connecticut  Delaware  District of Columbia  Florida
Illinois  Minnesota  Nevada  New Jersey  New York  Pennsylvania  Texas