### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | |
| MELLOTT, LLC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### <u>ORDER</u>

**AND NOW**, on this 6th day of March 2023, the court having reviewed the submissions of the parties regarding their discovery dispute, Docs. 289 and 292, their arguments, and the authorities submitted, the court is persuaded by Plaintiff's argument.  Accordingly, **IT IS ORDERED THAT**:

1) Defendants shall produce an amended privilege log by March 24, 2023.

2) Where Defendants have withheld documents based on work-product doctrine, the amended privilege log shall identify with specificity the litigation for which the document was prepared and the specific date on which Defendants anticipated such litigation.

3) Where Defendants have asserted attorney-client privilege over communications solely between Defendants or personnel of

Defendants, the amended privilege log shall identify the client whose

confidences are disclosed within that attorney-only communication.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania