**FILED**
HARRISBURG, PA

JUN - 7 2023

PER___ IAL _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Docket No. 1:20-cv-00292 |
| | : | |
| ECKERT SEAMANS CHERIN & | : | |
| MELLOTT, LLC, MARK S. STEWART, | : | (Judge Jennifer P. Wilson) |
| and KEVIN M. SKJOLDAL, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO FILE UNDER SEAL
LETTER IN RESPONSE TO COURT'S JUNE 1, 2023 ORDER**

Defendants Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart, and

Kevin M. Skjoldal (collectively, "Defendants"), by and through their counsel, Fox

Rothschild LLP, hereby respectfully move, pursuant to Local Rule 5.8 and Local

Criminal Rule 49 of the Rules of Court of the United States District Court for the

Middle District of Pennsylvania, for an Order sealing Defendants' letter in response

to the Court's June 1, 2023 Order ("Defendants' Letter").

In support hereof, Defendants have presented paper copies of the following to

the Clerk of Court:  (a) Defendants' Letter; (b) a statement of the legal and factual

justification for the sealing Order that is being sought; and (c) a proposed form of

order.  The aforementioned documents have been presented to the Clerk of Court in

a sealed envelope marked with the case number, case caption, and a descriptive label bearing the words "DOCUMENTS PENDING SEALING DECISION."

WHEREFORE, Defendants respectfully request that the Court enter an Order permitting Defendants' Letter to be filed under seal, and granting Defendants such other and further relief as this Court deems just and proper.

Respectfully submitted,

_____
ROBERT S. TINTNER, ESQUIRE (No. 73865)
PETER C. BUCKLEY, ESQUIRE (No. 92313)
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3291
(215) 299-2766/2854 (telephone)
(215) 299-2150 (facsimile)
rtintner@foxrothschild.com
pbuckley@foxrothschild.com

*Counsel for Defendants Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal*

Date:   June 6, 2023

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                            :
                                               :
                    Plaintiff,                 :
v.                                             :        Docket No. 1:20-cv-00292
                                               :
ECKERT SEAMANS CHERIN &                        :
MELLOTT, LLC, MARK S. STEWART,                 :        (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                         :
                                               :
                    Defendants.                :
                                               :

## CERTIFICATE OF SERVICE

I, Robert S. Tintner, Esquire, hereby certify that on this 6th day of June, 2023,

I served a true and correct copy of the foregoing upon all counsel of record via email.


_____

ROBERT S. TINTNER, ESQUIRE