**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Docket No. 1:20-cv-00292 |
| | : | |
| ECKERT SEAMANS CHERIN & | : | |
| MELLOTT, LLC, MARK S. STEWART, | : | (Judge Jennifer P. Wilson) |
| and KEVIN M. SKJOLDAL, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER
SEAL LETTER IN RESPONSE TO COURT'S JUNE 1, 2023 ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration

of Defendants' Motion to File Under Seal Letter in Response to Court's June 1, 2023

Order ("Defendants' Motion to Seal"), it is hereby ORDERED that Defendants'

Motion to Seal is GRANTED.

BY THE COURT:

_____
Jennifer P. Wilson, U.S.D.J.