

**Fox Rothschild** LLP
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

ROBERT S. TINTNER, ESQUIRE
Direct Dial: 215-299-2766
Email Address: rtintner@foxrothschild.com

June 6, 2023

Shawna Cihak, Division Supervisor
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

**VIA FEDERAL EXPRESS**

Re:   *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, et al.*
      **No. 1:20-cv-00292-JPW (M.D. Pa.)**

Dear Ms. Cihak:

Fox Rothschild is counsel to Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal (collectively, "Defendants") in the above-captioned action. On behalf of Defendants, enclosed please find the following documents for filing:

1. Defendants' Motion to File Under Seal Letter in Response to Court's June 1, 2023 Order;

In a sealed envelope marked with the case number, case caption, and a label bearing the words "DOCUMENTS PENDING SEALING DECISION":

2. Defendants' Memorandum to Clerk Regarding Motion to File Under Seal;

3. A Proposed Order Granting Defendants' Motion to File Under Seal Letter in Response to Court's June 1, 2023 Order; and

4. Defendants' letter in response to the Court's June 1, 2023 Order.

Thank you and please do not hesitate to contact me with any questions.

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas



Fox Rothschild LLP
ATTORNEYS AT LAW

Very truly yours,

Robert S. Tintner

RST/nmh

Encls.

cc:   Jeffrey B. Jensen, Esquire (via email)
      Michael Nolan, Esquire (via email)
      Michael Martinich-Sauter, Esquire (via email)
      George W. Westervelt, Jr., Esquire (via email)
      Omobolanle A. Adeniran, Esquire (via email)
      George A. Bibikos, Esquire (via email)
      Dennis A. Whitaker, Esquire (via email)
      Melissa A. Chapaska, Esquire (via email)