IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 12th day of June, 2023, in accordance with the accompanying memorandum of law, **IT IS ORDERED** that Defendants' motion to dismiss the second amended complaint, Doc. 254, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1) The court **DENIES** Defendants' motion insofar as it seeks to dismiss **COUNT I** for declaratory judgment.

2) The court **DENIES** Defendants' motion insofar as it seeks to dismiss **COUNT III** for fraud.

3) The court **GRANTS** Defendants' motion insofar as it seeks to dismiss **COUNT IV** for abuse of process. Accordingly, **Count IV** is **DISMISSED WITHOUT PREJUDICE**.

4) The court **GRANTS** Defendants' motion insofar as it seeks to preclude Plaintiff from recovering attorneys' fees incurred in this action.

5) The court **DENIES** Defendants' motion insofar as it seeks to preclude Plaintiff from recovering attorneys' fees incurred in related actions.

6) **IT IS FURTHER ORDERED** that Plaintiff may file an amended complaint on or before **July 3, 2023**.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Judge  
Middle District of Pennsylvania

Dated: June 12, 2023