# EXHIBIT C

## Huddell, Nathan

**From:**      Buckley, Peter C.
**Sent:**      Wednesday, May 31, 2023 1:20 PM
**To:**        Martinich-Sauter, Michael
**Cc:**        Nolan, Michael; Jensen, Jeff; Tintner, Robert S.; Huddell, Nathan
**Subject:**   POM v. Eckert -- RPD #6 POM Revenue in PA

Mike,

As a follow up to our recent discussion …

Request #6 in Eckert's Third Set of Requests for the Production of Documents sought "[a]ll documents and/or communications and/or tangible things, electronically stored or otherwise, that reflect the revenues generated by POM from POM skill machines in Pennsylvania for each year from 2016 through and including 2021."

POM objected, citing relevance, overbreadth, undue burden and harassment objections.  POM indicated that it had withheld responsive documents on the basis of its objections.

To address POM's overbreadth and burdensomeness objections (and to update the request to encompass the current timeframe), Eckert is willing to modify Request #6 to seek "documents sufficient to demonstrate the gross revenue generated by POM from POM skill machines in Pennsylvania for each year from 2016 through and including the present."  As modified, POM could satisfy this request by producing even one document containing POM's gross revenue on POM skill machines in Pennsylvania for each year of its business in the Commonwealth.  **Please let me know whether this modification addresses POM's overbreadth and burdensomeness objections.**

With regard to POM's relevance and harassment objections, POM asserts that Eckert, Mr. Stewart and Mr. Skojdal sought to "destroy POM's business."  (Second Amended Complaint ¶¶99, 116, 120, 129).  Although there is some ambiguity in view of these allegations, it is Defendants' understanding that POM is <u>not</u> seeking lost profits or lost revenues as damages.  **Please so confirm in writing.**

Notwithstanding that POM is not seeking lost profits or lost revenues as damages, POM's allegation that Defendants sought to "destroy POM's business" in Pennsylvania rightfully begs the question—what happened to POM's business in Pennsylvania?  Because businesses are often measured by gross revenue, Defendants' Request #6 seeks information that is relevant to POM's claims and not a form of harassment.  **Please let me know whether this clarification resolves POM's relevance and harassment objections.**

In the absence of a response to RPD #6 as modified, Defendants intend to ask the Court to compel POM to respond.  We would be grateful if you could reply by June 7, 2023 with POM's position.

Very truly yours,

Peter Buckley

**Peter Buckley**
Partner
**Fox Rothschild LLP**
2000 Market St.
20th Floor
Philadelphia, PA 19103-3222

1

(215) 299-2854 – office
(215) 299-2150 – fax
(610) 659-2201 – mobile
pbuckley@foxrothschild.com
www.foxrothschild.com