# EXHIBIT 1

2019_12_10_13_38_10.pdf

ECKERT01298

| | |
|---|---|
| **From:** | Thomas C. Bonner <TBonner@parxcasino.com> |
| **Sent:** | Tuesday, December 10, 2019 1:38 PM |
| **To:** | Mark S. Stewart; Andrew Kramer (akramer@kanepugh.com); Kevin M. Skjoldal |
| **Subject:** | [External] RE: Skill games - how many in PA? |

Many thanks, Mark.  Would really like to get into some detailed discovery on this.  We'll see what the Bucks Co court does on the motions.  Tom

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Sent:** Tuesday, December 10, 2019 1:35 PM
**To:** Thomas C. Bonner <TBonner@parxcasino.com>; Andrew Kramer (akramer@kanepugh.com) <akramer@kanepugh.com>; Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** RE: Skill games - how many in PA?

PSP roughed out at $260M.  Of course, that's not all to Miele.  Would go to them, POM and the hosts of the machines.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street  •  8th Floor  •  Harrisburg, PA 17101
Direct (717) 237-7191  |  Mobile (717) 579-7358
mstewart@eckertseamans.com

**From:** Mark S. Stewart
**Sent:** Tuesday, December 10, 2019 1:33 PM
**To:** 'Thomas C. Bonner' <TBonner@parxcasino.com>; Andrew Kramer (akramer@kanepugh.com) <akramer@kanepugh.com>; Kevin M. Skjoldal <kskjoldal@eckertseamans.com>
**Subject:** RE: Skill games - how many in PA?

The PSP testimony from 10/30 House GOC hearing spoke of one manufacturer bringing in a sizable sum.  Like north of $200M a year.  I believe they were speaking of Pa Skill, but they did not name.  I will find the numbers and send.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street  •  8th Floor  •  Harrisburg, PA 17101
Direct (717) 237-7191  |  Mobile (717) 579-7358
mstewart@eckertseamans.com

**From:** Thomas C. Bonner <TBonner@parxcasino.com>
**Sent:** Tuesday, December 10, 2019 1:05 PM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>; Andrew Kramer (akramer@kanepugh.com) <akramer@kanepugh.com>; Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** [External] Skill games - how many in PA?

1

**ECKERT01299**

Guys:

Our colleagues in London are eager to get an idea of how many games Miele has placed in PA, and also what Miele's take might be.  My guess is that, since Miele is unregulated and a private company that reports to no agency, the only way we'll be able to get this info is via discovery in the pending civil cases – and that's only if the court doesn't grant a stay.  Any other way that any of you can see to get reliable info on this?

Tom

**Thomas C. Bonner**
**Group VP / Legal & Chief Counsel**



p. 267-223-3812
f. 215-638-2928
m. 267-912-1739
w. parxcasino.com

---

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

**Thomas C. Bonner**
**Group VP / Legal & Chief Counsel**



p. 267-223-3812
f. 215-638-2928
m. 267-912-1739
w. parxcasino.com

**ECKERT01300**