# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                        :
                                           :      NO. 20-CV-292
              **Plaintiff,**      :
                                           :      JUDGE JENNIFER P. WILSON
    v.                                  :
                                           :
ECKERT, SEAMANS, CHERIN & :
MELLOTT, LLC, MARK S.                      :      ELECTRONICALLY FILED
STEWART, AND KEVIN M.                      :
SKJOLDAL,                                  :
             **Defendants.**     :

# O R D E R

AND NOW, this ___ day of _____, 2023, upon consideration of the Stipulation to Extend Time to Respond to Second Amended Complaint, it is hereby ORDERED that Defendants, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal, have until July 28, 2023 to file their answer to the Second Amended Complaint of Plaintiff, Pace-O-Matic, Inc.

BY THE COURT:

_____
JENNIFER P. WILSON, U.S.D.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | |
| | : | **NO. 20-CV-292** |
| **Plaintiff,** | : | |
| **v.** | : | **JUDGE JENNIFER P. WILSON** |
| | : | |
| **ECKERT, SEAMANS, CHERIN &** | : | |
| **MELLOTT, LLC, MARK S.** | : | **ELECTRONICALLY FILED** |
| **STEWART, AND KEVIN M.** | : | |
| **SKJOLDAL,** | : | |
| **Defendants.** | : | |

## STIPULATION TO EXTEND TIME TO
## RESPOND TO SECOND AMENDED COMPLAINT

It is hereby stipulated by and between counsel for plaintiff, Pace-O-Matic, Inc. ("Plaintiff"), and counsel for defendants, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal (collectively, "Defendants"), that Defendants have until Friday, July 28, 2023 to file their answer to the Second Amended Complaint of Plaintiff.

| | |
|---|---|
| /s/ | /s/ |
| Jeff B. Jensen | Robert S. Tintner |
| Michael Nolan | Peter C. Buckley |
| Michael Martinich-Sauter | Fox Rothschild LLP |
| Husch Blackwell | 2000 Market Street, 20th Floor |
| 8001 Forsyth Boulevard, Suite 1500 | Philadelphia, PA  19103-3291 |
| St. Louis, MO 63105 | (215) 299-2766 |
| (314) 345-6464 | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |

Dated:  June 23, 2023