## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | |
| | : | **NO. 20-CV-292** |
| **Plaintiff,** | : | |
| | : | **JUDGE JENNIFER P. WILSON** |
| **v.** | : | |
| | : | |
| **ECKERT, SEAMANS, CHERIN &** | : | |
| **MELLOTT, LLC, MARK S.** | : | **ELECTRONICALLY FILED** |
| **STEWART, AND KEVIN M.** | : | |
| **SKJOLDAL,** | : | |
| **Defendants.** | : | |

## O R D E R

AND NOW, this 23rd day of June, 2023, upon consideration of the Stipulation to Extend Time to Respond to Second Amended Complaint, it is hereby ORDERED that Defendants, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal, have until July 28, 2023 to file their answer to the Second Amended Complaint of Plaintiff, Pace-O-Matic, Inc.

BY THE COURT:

_____s/ Jennifer P. Wilson_____
JENNIFER P. WILSON, U.S.D.J.