## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | |
| MELLOTT, LLC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 28th day of June 2023, the court having reviewed Defendants' and Plaintiff's letters regarding Defendants' discovery requests for documents relating to Plaintiff's Pennsylvania revenues, Docs. 306 and 307, the court will deny Defendants' requests.  (Doc. 306.)[1]

Rule 26 provides that "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case."  Fed. R. Civ. P. 26(b)(1).  The court finds that the information Defendants request is not relevant to any claim or defense in this dispute.

---

[1] Because the court writes this order for the benefit of the parties, which are well-aware of the procedural and factual history of this case, it omits the relevant background.

1

For the reasons provided above, **IT IS ORDERED THAT**:

1)  Defendants' request is **DENIED**.  (Doc. 306.)

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
