## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | |
| MELLOTT, LLC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 28th day of June, 2023, following a review of Plaintiff's letter regarding a discovery dispute, *see* Doc. 295, and the court's June 26, 2023 order resolving this dispute in part, Doc. 311, **IT IS ORDERED THAT** the remaining aspects of this dispute are referred to United States Magistrate Judge Joseph F. Saporito for resolution.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

1