IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.
                                    Plaintiff,

            v.

ECKERT SEAMANS CHERIN &
MELLOTT, LLC et al.
                                    Defendant.

CIVIL ACTION

NO 1:20-CV-292

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter the appearance of Thomas F. Brier, Jr., Esquire (PA ID 324114) on behalf

of miscellaneous party Pete Shelly in the above-captioned matter.

Date: July 13, 2023

                        BLANK ROME LLP

            BY:    */s/ Thomas F. Brier, Jr.*
                   THOMAS F. BRIER, JR.
                   One Logan Square
                   130 N. 18th Street
                   Philadelphia, PA  19103
                   Tel: 215-569-5453
                   Fax: 215-754-4198
                   Email: Thomas.Brier@blankrome.com

                   *Attorney for Miscellaneous Party Pete Shelly*

**CERTIFICATE OF SERVICE**

I, Thomas F. Brier, Jr., Esquire, hereby certify that on this 13th day of July, 2023, I caused a true and correct copy of the foregoing Entry of Appearance to be served through the Electronic Court Filing System (ECF) upon all counsel and parties of record.

/s/ Thomas F. Brier, Jr.
THOMAS F. BRIER, JR.