# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:20-cv-292-JPW |
| | ) | |
| v. | ) | Judge Wilson |
| | ) | |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF PACE-O-MATIC, INC.'S SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION PETE SHELLY**

**TO**: Peter Buckley, Esquire
Abraham C. Reich, Esquire
Robert S. Tintner, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
**Attorneys for Defendant**

**PLEASE TAKE NOTICE THAT** Plaintiff Pace-O-Matic, Inc. through its undersigned counsel will take the videotaped deposition of **Pete Shelly** pursuant to Rule 30 of the Federal Rules of Civil Procedure and Middle District of Pennsylvania Local Rule 30.2, before a notary public or some other officer authorized to administer oaths under law, on Saturday, July 15, 2023, beginning at 9:00 a.m. EST at Clear Point Communications, 219 State St., Harrisburg, PA 17101, and continuing from day to day thereafter until completed. The examination will be recorded by stenographic and audiovisual means by Planet Depos, 1650 Market Street, Suite 3600, Philadelphia (888) 433-3767.

1

DATED:  June 28, 2023

                Respectfully submitted,

                HUSCH BLACKWELL LLP

                */s/ Michael P. Nolan*
                Jeffrey B. Jensen*
                Michael Nolan*
                Michael Martinich-Sauter*
                Bola Adeniran*
                190 Carondelet Plaza, Suite 600
                St. Louis, Missouri 63105
                314-345-6464 (Telephone)
                314-480-1505 (Facsimile)
                Jeff.jensen@huschblackwell.com

                * Appearing by special admission

                George W. Westervelt, Jr.
                Attorney ID No. 18195
                706 Monroe Street, PO Box 549
                Stroudsburg, Pennsylvania 18360
                570-421-6100
                geowwest@ptd.net

                ***Counsel for Plaintiff Pace-O-Matic, Inc.***

3

## **CERTIFICATE OF SERVICE**

  I, Michael P. Nolan, hereby certify that a true and correct copy of the foregoing Notice of Videotaped Deposition was served upon the following counsel of record via electronic mail on this 28th day of June, 2023:

Peter Buckley, Esquire  
Abraham C. Reich, Esquire  
Robert S. Tintner, Esquire  
Fox Rothschild LLP  
2000 Market Street, 10th Floor  
Philadelphia, PA 19103-3291  
Attorneys for Defendant

              */s/ Michael P. Nolan*