# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | |
| MELLOTT, LLC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of July 2023, the court having reviewed Peter Shelly's motion to quash subpoena for deposition, Doc. 316, the court will defer ruling on the motion.  Additionally, **IT IS ORDERED THAT**:

1) The deposition of Peter Shelley, currently scheduled for July 15, 2023, **SHALL NOT** proceed until the court can resolve the motion to quash.  (Doc. 316.)

2) Plaintiff **SHALL** submit a responsive letter of no more than three pages by **Tuesday, July 18, 2023**.

3) Upon reviewing Plaintiff's responsive letter, the court will either issue a ruling on the motion or convene a telephonic conference.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania