# EXHIBIT 1

| | |
|---|---|
| **From:** | Pete Shelly <pshelly@shelly-lyons.com> |
| **Sent:** | Thursday, November 21, 2019 2:33 PM |
| **To:** | Richard Gmerek; Mark S. Stewart; Sean Schafer; Charlie Lyons |
| **Cc:** | Bob Green; Tom Bonner - Greenwood Gaming and Entertainment, Inc. (tbonner@parxcasino.com); Kevin M. Skjoldal |
| **Subject:** | [External] RE: One pager |

Sorry: trying to point out irony of them volunteering to be, uh, governed. Delete if it doesn't work.

**From:** Richard Gmerek <RGmerek@ggrgov.com>
**Sent:** Thursday, November 21, 2019 2:29 PM
**To:** Pete Shelly <pshelly@shelly-lyons.com>; Mark S. Stewart <MStewart@eckertseamans.com>; Sean Schafer <sean@schafergovaffairs.com>; Charlie Lyons <clyons@shelly-lyons.com>
**Cc:** Bob Green <RGreen@parxcasino.com>; Tom Bonner - Greenwood Gaming and Entertainment, Inc. (tbonner@parxcasino.com) <tbonner@parxcasino.com>; Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** RE: One pager

Great job....couple edits

**From:** Pete Shelly <pshelly@shelly-lyons.com>
**Sent:** Thursday, November 21, 2019 2:20 PM
**To:** Richard Gmerek <RGmerek@ggrgov.com>; Mark S. Stewart <MStewart@eckertseamans.com>; Sean Schafer <sean@schafergovaffairs.com>; Charlie Lyons <clyons@shelly-lyons.com>
**Cc:** Bob Green <RGreen@parxcasino.com>; Tom Bonner - Greenwood Gaming and Entertainment, Inc. (tbonner@parxcasino.com) <tbonner@parxcasino.com>; Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** RE: One pager

Dick and I just huddled: recommendation is that Mark's one-pager go up to hill from Mark – it makes sense for our atty to respond to their atty. We also want to hit them hard for trying to pull a fast one like this – w/ message in the email. The memo does not have to be changed.

This will need some word-smithing BUT I would use the following for email:

Subject line: Pace-O-Matic of Pennsylvania's Shell Game

Dear Legislators,

I am sharing the attached analysis of the Commonwealth Court's ruling earlier this week in the Pace-O-Matic of Pennsylvania (POM of PA) litigation. Let me make this perfectly clear: The Court confirmed in a ruling today that video game machines manufactured and distributed by the company POM under the name "Pennsylvania Skill" are considered "slot machines" under Pennsylvania law.

As such, these machines should be removed from every convenience store, bar, thrift shop and pizza parlor in the state. There's zero ambiguity: it is illegal to operate a slot machine anywhere in Pennsylvania other than in a licensed, regulated and supervised casino.

1

**ECKERT01137**

Pace-O-Matic's offer allow the state the privilege of regulating?????????? and taxing these machines – which are operating illegally - strains credulity. You don't ignore state law, lose in Court and then come and ask to be regulated. Minors are gambling. The State Lottery is losing $138 million a year. Illegal casino operations are popping up all over the state.

We're calling on the PA State Police to enforce the law and shut these illegal operations down.

**From:** Richard Gmerek <RGmerek@ggrgov.com>
**Sent:** Thursday, November 21, 2019 1:45 PM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>; Sean Schafer <sean@schafergovaffairs.com>; Charlie Lyons <clyons@shelly-lyons.com>
**Cc:** Bob Green <RGreen@parxcasino.com>; Tom Bonner - Greenwood Gaming and Entertainment, Inc. (tbonner@parxcasino.com) <tbonner@parxcasino.com>; Pete Shelly <pshelly@shelly-lyons.com>; Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** RE: One pager

See my comments below....WRITTEN QUICKLY

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Sent:** Thursday, November 21, 2019 1:10 PM
**To:** Sean Schafer <sean@schafergovaffairs.com>; Charlie Lyons <clyons@shelly-lyons.com>; Richard Gmerek <RGmerek@ggrgov.com>
**Cc:** Bob Green <RGreen@parxcasino.com>; Tom Bonner - Greenwood Gaming and Entertainment, Inc. (tbonner@parxcasino.com) <tbonner@parxcasino.com>; Pete Shelly <pshelly@shelly-lyons.com>; Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** RE: One pager
**Importance:** High

Is it time to release our legal one pager? YES Do you want us to revise to address anything in their statement? (it'll likely make it longer). For instance, we could say things like, "What PA Skill isn't telling you ... " Etc. Also, do we need to try to counter Haverstick being identified (that is, should we put our names on it, etc.)? YES

There is a second and important piece to counter and I think it needs to be done separately. Their last sentence says they would welcome legislation to regulate their games. Should we send something out to counter that? The letter I drafted for Tommy re Yaw's bill and the picture, with something similar in the House? WHY NOT SAY THAT THEY WANT REGULATION?....WELL WE DO NOT SUPPORT SLOT MACHINES IN FACILITIES OTHER THAN CASINOS........ SO THEY SHOULD REMOVE THEIR MACHINES ESP BEC THEY HURT KIDS AND SENIORS AMD BEC OF WHAT THE ST POLICE AT THE RECENT HOUSE GAMING COMMITTEE HEARING .......AND THEN TALK ABOUT WHAT THEY WOULD LIKE.....NOT PLACE MACHINES WHERE KIDS CAN PLAY THEM (SEE PICTURE) AND THEN COME HAT IN HAND TO THE LEGISLATURE WHEN THEY LOSE IN COURT BY SUGGESTING REGULATION. MAYBE A REFERENCE TO VIOLATING THE LAW AND THEN ASKING FOR LEGISLATIVE FORGIVENESS

With rumblings of a VGT bill coming before year end, we need to start beating that drum and the same arguments apply to both VGTs and skill games. Is this the PA you want? Slots everywhere, teenagers playing them, a toddler on a stool in front of game, etc.

2

**ECKERT01138**

Let us know if you want changes to the one pager to respond to theirs.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard

**From:** Sean Schafer [mailto:sean@schafergovaffairs.com]
**Sent:** Thursday, November 21, 2019 11:34 AM
**To:** Charlie Lyons <clyons@shelly-lyons.com>; Richard Gmerek <RGmerek@ggrgov.com>; Mark S. Stewart <MStewart@eckertseamans.com>
**Cc:** Bob Green <RGreen@parxcasino.com>; Tom Bonner - Greenwood Gaming and Entertainment, Inc. (tbonner@parxcasino.com) <tbonner@parxcasino.com>; Pete Shelly <pshelly@shelly-lyons.com>; Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** [External] RE: One pager

They sent out an email, but they removed members that are close to us. I got one anway. Look for the email from me forwarding it over.

**From:** Charlie Lyons <clyons@shelly-lyons.com>
**Sent:** Thursday, November 21, 2019 10:40 AM
**To:** Richard Gmerek <RGmerek@ggrgov.com>; Mark S. Stewart <MStewart@eckertseamans.com>; Sean Schafer <sean@schafergovaffairs.com>
**Cc:** Bob Green <RGreen@parxcasino.com>; Tom Bonner - Greenwood Gaming and Entertainment, Inc. (tbonner@parxcasino.com) <tbonner@parxcasino.com>; Pete Shelly <pshelly@shelly-lyons.com>; Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>
**Subject:** RE: One pager

OK from here. One-pager is all good from this end.

**From:** Richard Gmerek <RGmerek@ggrgov.com>
**Sent:** Thursday, November 21, 2019 10:09 AM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>; Sean Schafer <sean@schafergovaffairs.com>
**Cc:** Bob Green <RGreen@parxcasino.com>; Tom Bonner - Greenwood Gaming and Entertainment, Inc. (tbonner@parxcasino.com) <tbonner@parxcasino.com>; Pete Shelly <pshelly@shelly-lyons.com>; Kevin M. Skjoldal <KSkjoldal@eckertseamans.com>; Charlie Lyons <clyons@shelly-lyons.com>
**Subject:** RE: One pager

OK...I'm thinking that since we sent out Pete's press release yesterday....... that maybe we hold this for a few hours to see what the other side might release first...... and that this 1 pager would then be in response to that.....e.g.  the Miele website says that they are the only legal skill games and that they are not games of chance (slot machines) .........and we use this 1 pager as a counter punch....boom

If they release nothing,  I'm suggesting that we would send this later today to the same "100 people on the Hill" noted in my email below

OK??

3

**ECKERT01139**