# EXHIBIT 2

| | |
|---|---|
| **From:** | Richard Gmerek <RGmerek@ggrgov.com> on behalf of Richard Gmerek |
| **Sent:** | Wednesday, November 20, 2019 4:48 PM |
| **To:** | Bob Green; 'Tom Bonner (TBonner@parxcasino.com)' |
| **Cc:** | Mark S. Stewart |
| **Subject:** | [External] FW: ATTORNEY-CLIENT PRIVILEGED/CONFIDENTIAL WORK PRODUCT PROTECTED |
| **Attachments:** | Stop Illegal Gambling Statement 11.20.19 DRAFT .docx |

**From:** Pete Shelly
**Sent:** Wednesday, November 20, 2019 4:12 PM
**To:** Mark S. Stewart ; Richard Gmerek
**Cc:** Charlie Lyons
**Subject:** ATTORNEY-CLIENT PRIVILEGED/CONFIDENTIAL WORK PRODUCT PROTECTED

This is a working DRAFT for review only – with some blanks. I wanted to get you something sooner rather than later. Please let me know. We need to decide who this statement will come from. I used the coalition name BUT we can delete and have it come from atty/Parx .... Whatever makes sense. I am in the office for remainder of the day: 717.645.3934.

Peter J. Shelly
ShellyLyons Public Affairs & Communications
Office: 717.724.1681
Cell: 717.645.3934
pshelly@shelly-lyons.com
219 State Street
Harrisburg, PA 17101

1

**ECKERT01014**

## PA COMMONWEALTH COURT RULES THAT PENNSYLVANIA SKILL GAMES ARE ILLEGAL

*The Stop Pennsylvania's Illegal Gambling Coalition (STOP PIG) Urges Law Enforcement Agencies to Act*

HARRISBURG (NOVEMBER 20, 2019) -- In a blow to illegal gambling and a victory for families and communities in Pennsylvania, the Pennsylvania Commonwealth Court confirmed in a ruling today that video game machines manufactured and distributed by the company POM under the name "Pennsylvania Skill" are considered "slot machines" under Pennsylvania law.

"With this decision, we urge the Pennsylvania State Police, the Office of Attorney General, police departments and District Attorneys across the state to enforce Pennsylvania law to halt the proliferation of thousands of illegal Pennsylvania Skill slot machines now in convenience stores, bars, restaurants and other establishments in communities across the state," said _____.

"We know that illegal slot machines and full-blown illegal casinos are popping up all over Pennsylvania. We know that minors are gambling, and we know that the state Lottery is losing tens of millions of dollars that should be going to our seniors because of these illegal machines. It's time to confiscate these machines and put these illegal casinos out of business," _____ added.

POM had argued that their machines were a "game of skill" and therefore not a slot machine under Pennsylvania law. The manufacture, set up, sale, lease, or ownership of a "slot machine" for gambling purposes is illegal under the Pennsylvania Crime Code, Title 18 Section 5513, and these machines are subject to forfeiture under the law.

The Commonwealth Court's clarification that the "Pennsylvania Skill" games are "slot machines" under Pennsylvania law provides concrete and clear legal justification for law enforcement at the state and local levels to confiscate such machines and prosecute those responsible for manufacturing, distributing, leasing, or owning these machines.

The ruling is POM of Pennsylvania, LLC v. Commonwealth of Pennsylvania.

-30-

ECKERT01015