# EXHIBIT 4

**From:** Pete Shelly [pshelly@shelly-lyons.com]
**Sent:** Tuesday, January 07, 2020 3:45:02 PM
**To:** Mark S. Stewart
**CC:** Richard Gmerek
**Subject:** RE: [External] skill games letter from Eckert Seamans to Middletown borough

Seems like an opportunity to drive home core messages. I'm meeting Penn Live editorial board tomorrow and plan on opening with the fact that I represent Parx. I also plan on sharing the May letter signed by the 13 casinos to lawmakers.

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Sent:** Tuesday, January 7, 2020 1:58 PM
**To:** Pete Shelly <pshelly@shelly-lyons.com>
**Cc:** Richard Gmerek <RGmerek@ggrgov.com>
**Subject:** FW: [External] skill games letter from Eckert Seamans to Middletown borough

Any thoughts?

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101
Direct (717) 237-7191 | Mobile (717) 579-7358
mstewart@eckertseamans.com

**From:** danmiller@pressandjournal.com <danmiller@pressandjournal.com>
**Sent:** Tuesday, January 7, 2020 1:03 PM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>
**Subject:** [External] skill games letter from Eckert Seamans to Middletown borough

Hello Mr. Stewart:

I am following up on a story I wrote regarding Middletown council deciding to table action on the proposed skill games ordinance. After the meeting, Mr. Klinepeter told me that council's consideration was prompted by the Dec. 13 letter from Eckert Seamans signed by yourself.

Mr. Klinepeter in comments to me after the meeting indicated that the letter came from a solicitor representing Dauphin County. The next morning at my request he sent me a copy of the letter, which I have read.

I do not see in the letter whom you and Eckert Seamans are representing, in sending the letter. Who is the law firm representing in this matter, and why does the letter not plainly indicate that?

Did Eckert Seamans send the same letter to other municipalities in Dauphin County, and if so, which ones?

thank you. Have a good day

Dan Miller

Staff Writer
Middletown Press and Journal
717-944-4628
-----------------------------------------------------------------
This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential

ECKERT008998