**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

PACE-O-MATIC, INC.,                              :
                                                 :
                         Plaintiff,              :
                                                 :
v.                                               :        Docket No. 1:20-cv-00292
                                                 :
ECKERT SEAMANS CHERIN &                          :
MELLOTT, LLC, MARK S. STEWART,        :           (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                           :
                                                 :
                         Defendants.             :
_____        :

### PRAECIPE FOR ENTRY OF APPEARANCE OF NATHAN HUDDELL

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendants Eckert Seamans Cherin

& Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal in the above-captioned

matter.

Dated:  July 19, 2023              Respectfully submitted,

                                   /s/ _Nathan Huddell_
                                   Nathan Huddell, Esq.
                                   **FOX ROTHSCHILD LLP**
                                   PA Attorney I.D.# 321472
                                   2000 Market Street, 20th Floor
                                   Philadelphia, PA 19103
                                   Tel: (215) 444-7166
                                   Fax: (215) 299-2150
                                   Email:  nhuddell@foxrothschild.com

                                   _Attorneys for Defendants Eckert Seamans
                                   Cherin & Mellott, LLC, Mark S. Stewart,
                                   and Kevin M. Skjoldal_

## <u>CERTIFICATE OF SERVICE</u>

I, Nathan Huddell, hereby certify that on July 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system. I also certify that the foregoing document is being served this day on counsel of record via the Court's CM/ECF system.

/s/ *Nathan Huddell*
Nathan Huddell, Esquire

*Counsel for Defendants Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal*