# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT SEAMANS CHERIN & | : | |
| MELLOTT, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 26th day of July, 2023, as requested by the parties during a telephone conference held on this date, **IT IS ORDERED** that the case management deadlines are amended as follows:

| | |
|---|---|
| Status conference: [1] | January 24, 2024, at 10:15 a.m. |
| Fact discovery: | February 29, 2024 |
| Dispositive motions and supporting briefs: | March 29, 2024 |
| Plaintiff's expert reports: | March 29, 2024 |
| Defendant's expert reports: | May 3, 2024 |
| Supplemental and rebuttal expert reports: | May 17, 2024 |
| Expert discovery: | June 14, 2024 |
| Motions in limine and supporting briefs: | July 10, 2024 |
| Pretrial memoranda: | August 7, 2024 |
| Proposed voir dire and jury instructions: | August 7, 2024 |
| Final pretrial conference: | August 21, 2024 |
| Trial: | September 3, 2024 |

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

---

[1] The parties shall call-in to the conference call number 877-336-1828, using the access code 2529544.