IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                          )
                                             )
            Plaintiff,                       )        No. 1:20-cv-292-JPW
                                             )
    v.                                       )        Judge Wilson
                                             )
ECKERT SEAMANS CHERIN &                      )
MELLOTT, LLC, et al.,                        )
                                             )
            Defendants.                      )

## ORDER

Before the Court is Plaintiff Pace-O-Matic, Inc.'s Motion for Leave of Court to Take Additional Depositions. Having considered the parties' submissions, the Court hereby grants Plaintiff leave to file to take three additional depositions beyond F.R.C.P. Rule 30's presumptive limit of ten depositions per side, excluding experts.

SO ORDERED.

                                    _____
                                    Hon. Jennifer P. Wilson
                                    United States District Judge
Dated:

1