# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - -x

PACE-O-MATIC, INC.,          :

Plaintiff,     :

v.                           :    Case No.

ECKERT SEAMANS CHERIN    :    1:20-cv-292-JPW

& MELLOTT, LLC, et       :

al.,                         :

Defendants.    :

- - - - - - - - - - - - - - -x


Deposition of KEVIN HALL

Conducted Virtually

Thursday, August 3, 2023

10:00 a.m.


Job No.: 498724

Pages: 1 - 166

Reported By: Amelia Bowlen, FAPR, RDR, CRR, CRC

Q  Okay.  Okay, I'd like to start out by talking about any contact you had with the law firm Eckert Seamans, and I'm leaving a couple names off there.  Do you know the law firm I'm talking about there?

A  I do.

Q  Is it okay if we just refer to it as Eckert?

A  Yes, sir.

Q  Okay.  When did you first come in contact with anyone from Eckert?

A  I'm not sure I ever have.

Q  Have you ever had any contact with Mark Stewart?

A  Not to my recollection, no.

Q  Is it your understanding that the Virginia Lottery entered into a contract with Eckert?

A  Yes.

Q  Okay.  And what was the nature of that contract, generally speaking?

A  My recollection is they were contracted to serve as a consultant, if needed, while the Virginia Lottery was conducting suitability investigations for mobile sports betting licenses.

Q  When did the Virginia Lottery enter into

10:06:36
10:06:45
10:06:51
10:06:54
10:06:57
10:06:58
10:06:59
10:07:02
10:07:02
10:07:03
10:07:08
10:07:10
10:07:20
10:07:28
10:07:28
10:07:31
10:07:34
10:07:40
10:07:42
10:07:47
10:07:49
10:07:54
10:08:02
10:08:09
10:08:17

Transcript of Kevin Hall
Conducted on August 3, 2023                    76

MR. HUDDELL:  Same objections.                        12:06:32

A  I don't know.                                      12:06:35

Q  Well, what if they didn't have an impact           12:06:42
on lottery sales and if, in fact, they were legal,    12:06:45
would you have a problem with them?                   12:06:48

MR. HUDDELL:  Objection to form,                      12:06:50
foundation, calls for speculation.                    12:06:51

MR. BROWN:  Same objection.                           12:06:54

A  I don't know.                                      12:06:55

Q  You're certainly not against gaming or             12:06:57
entertainment, are you?                               12:07:07

MR. HUDDELL:  Objection to form,                      12:07:09
foundation.                                           12:07:10

A  No.                                                12:07:14

Q  You're not, you know, one of those                 12:07:14
anti-gambling people, are you?                        12:07:18

MR. HUDDELL:  Objection to form.  This has            12:07:20
nothing to do with the merits of this lawsuit.        12:07:21

MR. BROWN:  Objection to form.                        12:07:25

A  No.                                                12:07:28

Q  You ended up testifying before the                 12:07:29
legislature, or at least a committee of the           12:07:40
legislature, on the impact of skill games on the      12:07:44
Virginia Lottery.  Is that fair?                       12:07:52

MR. HUDDELL:  Object to form.                         12:07:55

Transcript of Kevin Hall
Conducted on August 3, 2023                  77

A  Yes.

Q  Did you tell that committee that the presence of skill games negatively impacted the lottery sales?

A  Yes.  That was based on our analysis.

Q  And you made that statement to the legislative committee knowing that they were considering whether or not to ban or further regulate skill games in the state, fair?

MR. HUDDELL:  Objection to form.  Calls for speculation, foundation.

A  My recollection is that my appearance before the appropriating committees occurred before a policy approach coalesced.

Q  As to whether or not to ban skill games?

A  Correct.

Q  Okay.  Did you hire any consultants to conduct a study of what, if any, impact the presence of skill games might have on lottery sales?

MR. HUDDELL:  Object to form.  Object to foundation.

A  No.

Q  Did you ever retain an outside consultant to analyze the impact of skill games on lottery

12:07:57
12:08:00
12:08:13
12:08:16
12:08:18
12:08:26
12:08:55
12:08:58
12:09:00
12:09:04
12:09:05
12:09:09
12:09:15
12:09:19
12:09:25
12:09:27
12:09:29
12:09:40
12:09:44
12:09:47
12:09:49
12:09:51
12:09:54
12:09:56
12:10:00

Transcript of Kevin Hall
Conducted on August 3, 2023

78

revenues?

A  No.

Q  Was it your impression based on your analysis that people who would have otherwise gone in and bought a lottery ticket instead spent those dollars playing skill games?

MR. HUDDELL:  Object to form.  Object to foundation.

MR. BROWN:  Same objection.

A  That's what our analysis indicated.

Q  Did you actually interview any individuals playing a skill game and ask them, you know, what their history was, whether they'd ever bought a lottery ticket in their life?

MR. HUDDELL:  Object to form.  Object to foundation.

A  My recollection is we did a survey in the summer of 2019 that asked questions about the public perception and the public play on these devices.

Q  I'm not talking about the public.  I'm talking about people who are spending dollars on skill games in Virginia.  Did you interview any of them?

MR. HUDDELL:  Object to form.  Object to

12:10:06
12:10:09
12:10:10
12:10:26
12:10:29
12:10:33
12:10:35
12:10:37
12:10:38
12:10:41
12:10:44
12:10:50
12:10:54
12:10:58
12:10:59
12:11:01
12:11:04
12:11:07
12:11:15
12:11:19
12:11:20
12:11:22
12:11:25
12:11:29
12:11:33

foundation.                                              12:11:35

A   The individuals you just described               12:11:35
participated in the survey.                              12:11:38

Q   How do you know?                                  12:11:40

A   Because they self-identified whether or          12:11:43
not they played and how often they played.              12:11:47

Q   Do you still have the documentation of           12:11:50
that survey?                                             12:11:54

MR. HUDDELL:  Object to form.                        12:11:56

A   The agency would.                                12:11:59

Q   How many people were interviewed via that        12:12:03
survey?                                                  12:12:08

A   My recollection is around 2,000                  12:12:09
individuals participated in the survey.                 12:12:21

Q   How many of them self-identified as skill        12:12:23
game players?                                            12:12:26

A   I can't recall.                                  12:12:28

Q   How many of the ones that identified             12:12:30
themselves as skill game players said that they         12:12:36
spent money on skill games instead of spending          12:12:38
money on the Virginia Lottery?                          12:12:42

MR. HUDDELL:  Objection to form and                  12:12:44
foundation.                                             12:12:46

A   A measurable percentage.                         12:12:49

Q   What percentage was that?                        12:12:52

Transcript of Kevin Hall
Conducted on August 3, 2023

80

A   I can't recall.

Q   More than 75%?

A   I can't recall.

MR. HUDDELL:  Object to form and foundation.

Q   More than 50%?

A   I can't recall.

Q   Was it more than 10%?

A   I can't recall, but I believe it was part of my public presentation to the legislature that you earlier referenced.

MR. BROWN:  Should we take a lunch break?

MR. NOLAN:  If you'd like to.

MR. BROWN:  It depends how much longer you're going to be.  Do you know?

MR. NOLAN:  I would think at least an hour-and-a-half, maybe two.

MR. BROWN:  Does anybody have any ideas on lunch or should we just keep going?  Mike, how you do you feel?

MR. NOLAN:  I defer to you all.  I usually don't take lunch breaks, but I understand other people might want to.  I'm perfectly amenable to that.

MR. BROWN:  Tell him that, and we'll take

Transcript of Kevin Hall
Conducted on August 3, 2023                81

a break.

A  I have a street parking that I need to re-up.

Q  Okay.

A  So why don't we take a break?

Q  Half hour or less or more?

A  Yes, yes, I'd like to eat.

MR. BROWN:  Half hour?

MR. NOLAN:  Yep.

THE VIDEOGRAPHER:  We're going off the record.  The time is 12:15.

(A recess was taken.)

THE VIDEOGRAPHER:  We're back on record. The time is 12:50.

MR. NOLAN:  Malcolm, would you share Exhibit 3?

(Hall Deposition Exhibit 3 was marked for identification and is attached to the transcript.)

BY MR. NOLAN:

Q  Mr. Hall, do you see Exhibit 3?

A  I do.

Q  What is it?

A  It appears to be the first slide of a PowerPoint presentation made to the Virginia legislative money committees.

Transcript of Kevin Hall
Conducted on August 3, 2023                    82

Q   And did you basically present that
PowerPoint to that committee in 2019?

A   Yes.

Q   I'm sorry.  What was your answer?

A   Yes.

MR. NOLAN:  Can we turn to Page 3 of
Exhibit 3?

THE VIDEO TECHNICIAN:  (Complies.)

Q   Do you recognize that page?

A   Yes.

Q   What is it depicting?

MR. HUDDELL:  Objection, foundation.

MR. NOLAN:  I'm sorry, was there an
objection?

MR. HUDDELL:  Yes, object to foundation.

A   It shows the ultimate destination of each
incoming dollar at the Virginia Lottery.

Q   So at a high level, for every dollar spent
by someone on the Virginia Lottery, only 61 cents
goes back to them in prize money, fair?

MR. HUDDELL:  Object to form.

MR. BROWN:  Objection, form.

A   The slide depicts that 61% is returned to
players, correct.

Q   That's what you told the legislative

Transcript of Kevin Hall
Conducted on August 3, 2023                                83

committee back in 2019?                                     12:53:12

        MR. HUDDELL:  Object to form.                       12:53:15

    A  Correct.                                             12:53:17

    Q  Would you agree with me that the Virginia            12:53:18
Lottery is a game of chance?                                12:53:21

        MR. HUDDELL:  Object to form.                       12:53:22

    A  Correct.                                             12:53:26

    Q  In other words, people buying lottery                12:53:29
tickets -- there's nothing they can do in terms of          12:53:44
skill or mental acuity that would increase their            12:53:48
chance of winning; is that fair?                            12:53:53

        MR. HUDDELL:  Object to form.                       12:54:02

    A  Yes.                                                 12:54:03

    Q  It's just a matter of luck whether you win           12:54:03
or lose, right?                                             12:54:05

        MR. HUDDELL:  Object to form.                       12:54:07

    A  Yes.                                                 12:54:08

    Q  And 39 cents of every dollar spent at a              12:54:08
high level is lost, fair?                                   12:54:13

        MR. HUDDELL:  Object to form.                       12:54:15

    A  Explain your use of the word lost.                   12:54:18

    Q  In other words, if only 61 cents for every          12:54:25
dollar spent is going back to the person who                12:54:29
purchased or the people that purchased the                  12:54:31
tickets, 39 cents is going elsewhere, right?                12:54:34

Transcript of Kevin Hall
Conducted on August 3, 2023                    84

A  Yes.

Q  So more likely than not if you play the lottery on a regular basis, you're going to be losing money as opposed to winning money overall, fair?

MR. HUDDELL:  Object to form.

A  Yes.

Q  And you're okay with that, right?

MR. HUDDELL:  Object to form.

A  The voters of Virginia overwhelmingly approved the formation of a Virginia Lottery.

Q  Well, that's not what I asked you.  I said you're okay with that, right?

MR. HUDDELL:  Object to form.

A  Yes.

Q  In other words, you believe in freedom to make choices about how we as individuals want to spend our money, right?

MR. HUDDELL:  Object to form.

MR. BROWN:  Objection, form.

A  As long as they're legal.

Q  Right.

MR. NOLAN:  Would you turn to Page 10 of Exhibit 3.

THE VIDEO TECHNICIAN:  (Complies.)

Transcript of Kevin Hall
Conducted on August 3, 2023                               85

Q   What does this slide represent?                        12:56:29

MR. HUDDELL:  Object to form.                          12:56:35

A   Can I see the preceding slide?                        12:56:41

THE VIDEO TECHNICIAN:  (Complies.)                     12:56:58

A   Now the succeeding slide.                             12:56:51

THE VIDEO TECHNICIAN:  (Complies.)                     12:56:58

A   In the context of the PowerPoint, my                  12:57:09
recollection is this is the transition slide to            12:57:12
get into my remarks on skill games.                        12:57:14

Q   And you would agree that fiscal year 2019,            12:57:24
which ran from July 1, 2019 -- or strike that,             12:57:29
July 1, 2018 to June 30, 2019, was a record year          12:57:34
for the Virginia Lottery, correct?                         12:57:39

MR. HUDDELL:  Object to form.                          12:57:40

A   I don't recall.                                       12:57:47

Q   Here in your slide you say we had a great             12:57:48
year at the lottery.  You were talking about              12:57:51
fiscal year 2019, right?                                   12:57:53

A   You're talking about a presentation made              12:57:56
four years ago, Counselor.  I don't recall.               12:58:00

Q   Do you recall generally telling the                   12:58:03
legislative committee that fiscal year 2019 was           12:58:08
the best year that the Virginia Lottery ever had?         12:58:15

MR. HUDDELL:  Objection, asked and                     12:58:19
answered.                                                  12:58:20

Transcript of Kevin Hall
Conducted on August 3, 2023

A   I don't recall.

Q   Do you deny the fact that 2019 was a record year for the Virginia Lottery?

MR. HUDDELL:  Same objection.

MR. BROWN:  Objection, asked and answered.

A   I don't recall.

MR. NOLAN:  I just added to the chat room Mr. Hall's prior deposition transcript.  Would you mark that as Exhibit 4, please.

(Hall Deposition Exhibit 4 was marked for identification and is attached to the transcript.)

THE VIDEO TECHNICIAN:  Stand by.  It's just taking a second to download, so please stand by.  All right.  That should be available on screen now.

Q   Mr. Hall, do you recognize Exhibit 4 to be your deposition that was taken October 29th, 2021?

A   Yes.

Q   You read through this deposition, correct?

A   At the time, but that was two years ago.

Q   You were under oath during that deposition, just like you are today, yes?

A   Yes.

Q   Okay.  And you endeavored to tell the truth, the whole truth and nothing but the truth,

Transcript of Kevin Hall
Conducted on August 3, 2023

87

right?

A  Yes.

MR. NOLAN:  Would you turn to Page 82.

THE VIDEO TECHNICIAN:  (Complies.)

Q  And I direct your attention to Line 22 on Page 82.  Isn't it true you were asked, okay, and, I mean, that was a pretty big year in 2019, wasn't it, and you answered, it was a good year, right?

A  That's what it indicates, yes.

Q  And that was the truth, right?

A  Yes.

Q  You were talking about how the Virginia Lottery did in 2019 from a financial perspective, right?

MR. HUDDELL:  Object to form.

A  Yes.

Q  Okay.  You would agree with me that initially the pandemic which started in early 2020 had a negative effect financially on the Virginia Lottery, yes?

MR. HUDDELL:  Object to form.

A  Yes.

Q  You would also agree with me that in fiscal year 2019 lottery jackpots were lower than usual, fair?

MR. HUDDELL:  Object to form.                          13:03:05

A  I don't recall.                                     13:03:06

MR. NOLAN:  Would you turn to Page 92 of               13:03:18

your prior deposition.                                     13:03:19

THE VIDEO TECHNICIAN:  (Complies.)                 13:03:21

A  Is there a question?                                13:03:44

Q  Yep.  Okay, could I direct your attention           13:03:46

to Page 92, Line 20, and you see you were asked            13:03:56

the question, right, and you said in the Virginia          13:04:00

Mercury there was obvious correlation between that          13:04:03

and the gray games, but you would agree with me,           13:04:07

would you not, that the cause of decline was               13:04:10

multi-faceted, including retail interruptions              13:04:14

because of COVID and the reduction in those power          13:04:17

ball and mega millions jackpots that we just               13:04:20

talked about that were done.                               13:04:24

Did I read that correctly?                          13:04:26

A  Yes.                                                13:04:29

Q  And your answer on Page 93 starting at              13:04:33

Line 3 was, I agree, that all could have played            13:04:38

some role, correct?                                        13:04:41

A  Correct.                                            13:04:44

Q  And you didn't do any analysis to break             13:04:45

out what factors or to what degree those                   13:04:49

multi-faceted factors might have played in the             13:04:54

Transcript of Kevin Hall
Conducted on August 3, 2023                    89

decline in fiscal year 2020 in terms of the          13:05:00

lottery's finances, true?                            13:05:05

    MR. HUDDELL:  Object to form.                     13:05:08

    MR. BROWN:  Objection, form.                      13:05:10

    A  This is referencing a -- do you have the       13:05:21

article this references?                             13:05:25

    Q  I just asked you if that was your true         13:05:29

statement in response to that question.  Strike      13:05:32

that.  You would agree with me that 2019 was a       13:05:35

good year for the Virginia Lottery, correct?         13:05:40

    MR. HUDDELL:  Object to form.  Asked and          13:05:45

answered.                                            13:05:47

    A  Fiscal year 2019?                              13:05:52

    Q  Yes.                                           13:05:54

    A  But for the onset of a global health           13:06:00

pandemic in March of 2020, yes.                      13:06:03

    Q  Okay.  2020 was a down year, a year during     13:06:06

COVID, yes?                                           13:06:12

    MR. HUDDELL:  Object to form.                     13:06:12

    A  I don't believe that's correct.                13:06:19

    Q  You believe fiscal year 2020 was not a         13:06:22

down year?                                           13:06:28

    MR. HUDDELL:  Object to form, vague.              13:06:29

    MR. BROWN:  Same objection.                       13:06:43

    A  I can't recall.                                13:06:56

MR. NOLAN:  Can we go back to Exhibit 3, please?

THE VIDEO TECHNICIAN:  (Complies.)

Q   Now, that article that you're citing to was dated August 21st, 2019, correct?

MR. HUDDELL:  Object to form.

A   Correct.

Q   And you cited in this PowerPoint presentation that, quote, we had a great year at the lottery, but the last three months have not been what they were, right?

MR. HUDDELL:  Object to form.

A   That's what it says.

Q   So that would have only been, what, August, July and June of 2019?

MR. HUDDELL:  Object to form.

A   I'm not the source of the quote, but that's my reading of it.

Q   You wouldn't have put it in your PowerPoint presentation if you didn't believe it was true, would you?

MR. HUDDELL:  Object to form.

A   It was taken from a recent news article. I had no reason to dispute the finance secretary's quote.

Transcript of Kevin Hall
Conducted on August 3, 2023                    91

Q   Okay.  So you had no reason to doubt it was only June, July and August that had been down financially in 2019, fair?

MR. HUDDELL:  Object to form, vague.

MR. BROWN:  Same objection.

A   My recollection is it was the spring and summer of 2019 where we first noticed and began tracking the appearance of these machines at retail.

Q   But that's not what the Secretary of Finance Aubrey Layne stated, correct?

MR. HUDDELL:  Object to form.

A   He's responsible for his own words, obviously.

Q   That's what he said and that's what you chose to put in your PowerPoint presentation to the legislative committee, right?

MR. HUDDELL:  Object to form.  Object to foundation.

A   Reflects what we were beginning to see, which was an impact at retail in the summer of 2019.

Q   But your PowerPoint presentation says it was only June, July and August that were down.

MR. HUDDELL:  Object to form to the extent

13:08:38
13:08:42
13:08:47
13:08:50
13:08:54
13:08:57
13:09:00
13:09:04
13:09:09
13:09:10
13:09:13
13:09:16
13:09:23
13:09:27
13:09:27
13:09:29
13:09:32
13:09:34
13:09:36
13:09:40
13:09:43
13:09:45
13:09:47
13:09:50
13:09:55

Transcript of Kevin Hall
Conducted on August 3, 2023                92

it's a question.

Q  Right?

MR. HUDDELL:  Object to form.

A  I don't understand the question.

Q  You put into this PowerPoint presentation which you then presented to the legislative committee that it was only the last three months which were down, right?

MR. HUDDELL:  Object to form, vague.

A  My recollection is that corresponded in a period where the number of machines at retail grew exponentially.

Q  That's not my question.  My question is what you chose to put in your PowerPoint presentation to the legislative committee.  You put that it was only the last three months, which would have been June, July, August, right?

MR. HUDDELL:  Object to form, vague.

A  Yes.

Q  You wouldn't purposely mislead the legislative committee, would you?

A  No.

Q  So you believed that was accurate when you put it in there, right?

MR. HUDDELL:  Object to form.

Transcript of Kevin Hall
Conducted on August 3, 2023

93

MR. BROWN:  Objection, form.    13:11:08

A  Yes.    13:11:10

MR. NOLAN:  Would you turn to Page 14 of    13:11:50
Exhibit 3.    13:11:54

THE VIDEO TECHNICIAN:  (Complies.)    13:11:56

Q  Where did you get the data for this graph?    13:12:06

MR. HUDDELL:  Object to foundation.    13:12:10
Object to form.    13:12:14

A  Our 60 to 65 salesmen and women who are in    13:12:20
and out of our licensed retail locations on a    13:12:27
regular basis began tracking the number of    13:12:30
devices.  That's the source of this data.    13:12:34

Q  Now, they would only be looking in retail    13:12:44
shops that were selling lottery tickets, right?    13:12:48

A  Correct.    13:12:53

MR. HUDDELL:  Object to form.    13:12:53

Q  Okay.    13:12:54

MR. BROWN:  Same objection.    13:12:55

Q  Okay.  Well, what if there were other    13:12:57
retail shops in the Commonwealth of Virginia that    13:13:01
had skill games?  Would your field agents have    13:13:09
been counting those?    13:13:13

MR. HUDDELL:  Object to form, foundation.    13:13:14
Calls for speculation.    13:13:16

MR. BROWN:  Same objection.    13:13:17

Transcript of Kevin Hall
Conducted on August 3, 2023                     94

A   No.                                          13:13:18

Q   Okay.  So do you have any confidence as to   13:13:24
whether the data for early 2019, whether that's   13:13:27
accurate?                                         13:13:30

MR. HUDDELL:  Object to form.                13:13:31

A   Which data are you referring to?            13:13:34

Q   Well, the fact that your graph seems to      13:13:37
indicate that there were less than a thousand     13:13:39
skill games in January, February and March of     13:13:43
2019.                                             13:13:48

MR. HUDDELL:  Object to form to the extent   13:13:50
it's a question.                                  13:13:54

A   That's what the graph shows, and that's     13:14:00
what our data showed.                             13:14:02

Q   Right, but your data was incomplete.         13:14:04
You're not counting all skill games in the        13:14:07
Commonwealth of Virginia in early 2019, just the  13:14:10
ones at shops that also sell lottery tickets,     13:14:13
right?                                            13:14:17

MR. HUDDELL:  Object to form, calls for      13:14:18
speculation.  Object to foundation.               13:14:19

MR. BROWN:  Same objection.                  13:14:22

A   Correct.  Our responsibility was the        13:14:34
venues where the lottery product was sold, not    13:14:36
others.                                           13:14:39

Q  So your graph here is potentially misleading if during the first quarter of 2019 your field agents are undercounting the number of skill games that are actually in the Commonwealth of Virginia, right?

MR. HUDDELL:  Object to form.

MR. BROWN:  Object to form.

MR. HUDDELL:  Object to foundation, calls for speculation.

MR. BROWN:  Object to form.

A  My plain reading of the slide and my recollection of the presentation is that I was specific in my remarks that it only counted devices in lottery-licensed retail locations.

Q  Right.  But to the extent people look at that and think that you're accurately depicting the total number of skill games in the Commonwealth of Virginia at the beginning of 2019, they would be misled by that graph, yes?

MR. HUDDELL:  Objection, calls for speculation.  Object to form.

MR. BROWN:  Objection.  Object to form.

A  If you're suggesting that this may be an undercount, I would accept that that's true.

MR. NOLAN:  Okay.  Would you turn to Page

17 of Exhibit 3.

THE VIDEO TECHNICIAN:  (Complies.)

Q   Does this slide depict information that you obtained through your online survey back in July of 2019?

A   Yes.

Q   Okay.  It says 37% believe Virginia Lottery sponsors devices, correct?

A   That is what it says.

Q   All right.  Were those people who played skill games or self-identified as skill game players or not?

MR. HUDDELL:  Object to form and foundation.

MR. BROWN:  Same objection.

A   I don't recall.

Q   21% reported that their lottery spending had declined, correct?

A   That is what the slide says.

Q   Were they the people who self-identified as skill players or not?

MR. HUDDELL:  Object to form and foundation.

A   I don't recall.

Q   Did anyone ask those 21% that reported a

Transcript of Kevin Hall
Conducted on August 3, 2023          97

decline in their lottery spending as to why it declined?

MR. HUDDELL:  Object to form.

A  I don't recall.

Q  Well, isn't that a really important question to ask if you're trying to find out why they're spending less money on the Virginia Lottery?

MR. HUDDELL:  Object to form.

MR. BROWN:  Object to form.

A  You're talking about a survey conducted four years ago at an agency I left nearly two years ago.

Q  Right.  Well, don't --

A  I don't recall.

Q  Don't you think if the 21% who reported a decline in lottery spending were asked a follow-up question, why did you spend less on the lottery, and they said because I play skill games now, would that have been important to your analysis --

MR. HUDDELL:  Object.

Q  -- as to whether skill games impact revenue for the lottery?

MR. HUDDELL:  Object to form, foundation. Calls for circulation.

Transcript of Kevin Hall
Conducted on August 3, 2023                    98

MR. BROWN:  Objection, form.

A  I presume so.

Q  Right, and if they were asked that question and they did say it was because of the presence of skill games, do you think you would have put it in your PowerPoint presentation?

MR. HUDDELL:  Object to form, foundation, calls for speculation.

MR. BROWN:  Objection, form.

A  I don't recall if they were or were not asked that specific question.

Q  Well, if they were and they answered the reason is skill games, don't you think you would have put it in your PowerPoint presentation?

MR. HUDDELL:  Objection to form.

MR. BROWN:  Objection, asked and answered.

A  Presumably.

Q  Okay.  And you would agree with me it's not in your PowerPoint presentation, correct?

A  Correct.

Q  Which means that either, A, they were not asked that question, or, B, they answered and said it had something to do with something other than skill games, yes?

MR. HUDDELL:  Objection to form and

Transcript of Kevin Hall
Conducted on August 3, 2023                    99

foundation.

          MR. BROWN:  Same objection.

     A   I don't -- I don't have an answer to that.

     Q   Did anyone on the legislative committee say, Mr. Hall, did you ask the folks why they were spending less on the lottery?

          MR. HUDDELL:  Objection to form.

          MR. BROWN:  Objection, form.

     A   My recollection is no.

     Q   So they just took you at your word?  You told them that the presence of skill games negatively impacted lottery sales, and they believed you, didn't even ask any follow-up questions to test your hypothesis?

          MR. HUDDELL:  Objection, form, compound, calls for speculation.

          MR. BROWN:  Objection, form.

     A   My recollection is there was likely back-and-forth.

     Q   Well, did you ever tell -- well, you actually never even asked them why the 21% were spending less on the lottery?

          MR. HUDDELL:  Objection to form to the extent it's a question.

          MR. BROWN:  Is that a question?  Objection

Transcript of Kevin Hall
Conducted on August 3, 2023

100

to form.

A   Is there a question there?  I didn't hear it.

MR. NOLAN:  Madam court reporter, would you read that back, please.

THE REPORTER:  Yes, sir.

(The pending question was read.)

MR. HUDDELL:  Same objection, form.

Q   Is that correct?

A   I don't recall.

Q   I mean, the whole point of your analysis was to determine if the skill games had a negative impact, and you never even asked the interviewees whether that was the case are not, right?

MR. HUDDELL:  Object to form.

MR. BROWN:  Objection, form.

A   Can you repeat the question?

Q   Sir, the whole point of this analysis that you undertook was to determine whether the presence of skill games had a negative impact on lottery sales, but you never even asked the interviewees whether that was the case or not, right?

MR. HUDDELL:  Object to form.

MR. BROWN:  Objection to form, asked and

Transcript of Kevin Hall
Conducted on August 3, 2023

101

answered.

A    I don't recall.

Q    The very question which could have actually provided some useful information, you didn't even ask, did you?

MR. HUDDELL:    Object to form.    Object to foundation, asked and answered.

MR. BROWN:    Same objections.

A    I repeat, I don't recall.

Q    Is that because you already had a preconceived notion in your mind, and you didn't need an analysis to say what you wanted to say?

MR. HUDDELL:    Object to form.

MR. BROWN:    Same objection.

A    That is not correct.

Q    Well, then, why didn't you ask the question if you are spending less on lotteries, lottery tickets, why?    Why are you spending less? Why didn't you ever ask that question?

MR. HUDDELL:    Object to form.

MR. BROWN:    Objection, form.

A    As I've said, I don't recall if that question was asked.

Q    But you would agree with me, if it was asked and the response was because of the presence

102

of skill games, you would have put that in your

PowerPoint presentation, and it's not in there,

right?

        MR. HUDDELL:  Object to form, foundation,

calls for speculation.

        MR. BROWN:  Objection, form.

    A  Presumably.

    Q  You would agree with me, if they were

asked the question and they answered that the

reason for their decline in spending on lottery

was something other than skill games and you

didn't report that to the legislative committee,

you would have been misleading that committee,

yes?

        MR. HUDDELL:  Object to form, foundation,

calls for speculation.

        MR. BROWN:  Same objection.

    A  Presumably so.

    Q  Now, at some point the Commonwealth of

Virginia did regulate skill games and did tax

skill games, correct?

        MR. HUDDELL:  Objection to form.

    A  Correct.

    Q  Okay.  Do you recall when that was?

    A  It was during the COVID period.  I don't

103

know exactly when it started, but it would have   13:24:58
been the fiscal year of 2021.   13:25:00

Q   You would agree with me that fiscal year   13:25:03
2021 was a record year for the Virginia Lottery?   13:25:18

MR. HUDDELL:  Object to form, vague.   13:25:24

A   Yes.   13:25:27

Q   You would agree with me that while skill   13:25:31
games were being regulated and taxed within the   13:25:48
Commonwealth of Virginia, it created a lot of tax   13:25:52
revenue for the Commonwealth?   13:25:57

MR. HUDDELL:  Object to the form.   13:26:08

A   My recollection is that it generated   13:26:14
revenue that was specified for a specific purpose.   13:26:16

Q   What purpose was that?   13:26:20

A   I don't know because I wasn't the   13:26:22
regulator.   13:26:23

Q   And then the legislature voted to ban   13:26:53
skill games effective July 1, 2021; is that   13:27:00
correct?   13:27:04

A   I don't recall the exact date.   13:27:06

Q   But that would have been after the end of   13:27:15
the fiscal year.  Would that be fiscal year 2020   13:27:24
or 2021 that ended June 30th of 2021?   13:27:31

A   What fiscal year started on July 1 of   13:27:45
2021?   13:27:48

Q   Yeah.                                                    13:27:49

A   Is that your question?                                  13:27:49

Q   Yes.                                                    13:27:51

A   It would have been fiscal year 2022.                    13:27:55

Q   Okay.  So fiscal year 2021 would have run               13:27:58
from June -- excuse me, from July 1st of 2020 to            13:28:03
June 30th of 2021, yes?                                     13:28:10

        MR. HUDDELL:  Object to form.                        13:28:13

A   Correct.                                                13:28:15

Q   Okay.  So if we just focus on fiscal years             13:28:16
2019, 2020 and 2021, would you agree with me that           13:28:24
there was only one down year, and that was fiscal           13:28:28
year 2020?                                                  13:28:31

        MR. HUDDELL:  Object to form.                        13:28:35

        MR. BROWN:  Objection to form.                       13:28:37

A   That's my recollection.                                13:28:39

Q   It was only 2020, which was during the                 13:28:42
pandemic and the time when lottery jackpots were            13:28:47
purposefully decreased, that the Virginia Lottery           13:28:52
revenues were down, fair?                                   13:28:57

        MR. HUDDELL:  Objection to form,                     13:29:00
foundation, asked and answered.                             13:29:01

        MR. BROWN:  Same objection.                          13:29:08

A   Agreed.                                                 13:29:16

Q   And you would agree with me that in 2019,              13:29:17

Transcript of Kevin Hall
Conducted on August 3, 2023

105

which you said was a good year financially for the
lottery, and in 2021, and we're talking fiscal
years, which you said was a record year for the
lottery, during that time period skill games were
present and functioning in the Commonwealth of
Virginia, yes?

MR. HUDDELL:  Object to form.

MR. BROWN:  Object to form.

A   Are you speaking to the period where they
were licensed and regulated?

Q   I'm speaking of the period of fiscal year
2019 and fiscal year 2021.  They were present and
operating in the Commonwealth of Virginia, yes?

A   Yes.

Q   And despite their presence, they were good
years for the lottery financially, yes?

MR. HUDDELL:  Object to form.

MR. BROWN:  Asked and answered.

A   In fiscal year '21, that corresponded with
the period where the lottery launched online
lottery sales which led to a dramatic increase in
overall sales irrespective of the presence of
skill games at retail.

Q   Right.  You had a record-setting year in
fiscal year 2021 even though skill games were

13:29:20
13:29:23
13:29:28
13:29:30
13:29:35
13:29:39
13:29:43
13:29:45
13:29:50
13:29:52
13:29:56
13:30:01
13:30:07
13:30:18
13:30:18
13:30:21
13:30:24
13:30:26
13:30:29
13:31:00
13:31:03
13:31:11
13:31:21
13:31:23
13:31:29

Transcript of Kevin Hall
Conducted on August 3, 2023

106

operating throughout the Commonwealth of Virginia, true?

MR. HUDDELL:  Object to form, asked and answered.

MR. BROWN:  Object to form.

A  Mostly because of the new online sales channel.  I can't recall --

Q  When --

A  I can't recall what the product category results were at retail during that period.

Q  When jackpots, lottery jackpots, are high, it attracts more people to buy lottery tickets, true?

MR. HUDDELL:  Objection, form and foundation.

A  That's generally what the research shows, yes.

Q  And most of these tickets are bought at these licensed retail shops, right?

MR. HUDDELL:  Object to form.

A  I don't know what the percentage is, but they're also available for purchase online.

Q  Okay.  Did you ever stop to consider that anything that would attract more people to those shops that sell lottery tickets the more likely

Transcript of Kevin Hall
Conducted on August 3, 2023

107

they might purchase a lottery ticket?

MR. HUDDELL:  Object to form, calls for speculation.

MR. BROWN:  Objection to form.

A  I don't recall.

Q  Did you ever review any scholarly articles on the impact of new or different lotteries on the revenues of existing lotteries?

MR. HUDDELL:  Object to form.

MR. BROWN:  Same objection.

A  I recall reviewing research from Maryland, scholarly research from Maryland, about the impact on lottery from the opening of commercial casino facilities.

Q  Did you ever stop to consider that the presence of skill games in those shops, to the extent they attracted more people to those shops, might actually have a positive impact on lottery sales?

MR. HUDDELL:  Object to form.

MR. BROWN:  Objection to form.

A  That wasn't what our sales data indicated.

Q  You mean as part of the analysis where you never actually asked someone if they were spending less on lottery tickets why they were spending

13:32:49
13:32:52
13:32:56
13:32:57
13:33:14
13:33:15
13:33:21
13:33:31
13:33:34
13:33:36
13:33:44
13:33:50
13:33:53
13:33:57
13:33:58
13:34:01
13:34:05
13:34:08
13:34:10
13:34:11
13:34:14
13:34:18
13:34:25
13:34:27
13:34:31

less?  Is that the analysis you're talking about?

MR. HUDDELL:  Object to form.

MR. BROWN:  Objection to form.

A   The survey was one aspect of our analysis.

Q   You mean that analysis where you likely undercounted the number of skill games present in the Commonwealth of Virginia in early 2019?

MR. HUDDELL:  Object to form.

MR. BROWN:  Objection to form.

A   That was one element of our analysis.

Q   Right.  You're talking about the analysis that was represented in that misleading graph that we looked at?

MR. HUDDELL:  Object to form.

MR. BROWN:  Objection, form.

A   I don't know what misleading graph you're referring to.

Q   Well, if you really want to try to determine the impact of the presence of skill games in the Commonwealth of Virginia might have on lottery sales, don't you need to try to accurately determine the actual total number of skill games in the Commonwealth?

MR. HUDDELL:  Object to form.  Object to foundation.

Transcript of Kevin Hall
Conducted on August 3, 2023

109

MR. BROWN:  Same objection.    13:35:43

A  My responsibilities did not extend to    13:35:47
venues that were not licensed lottery retail    13:35:49
locations.    13:35:52

Q  I didn't ask you that.  Don't you need to    13:35:56
know the total number of skill games in the    13:35:59
Commonwealth of Virginia?    13:36:01

MR. HUDDELL:  Object to form.  Calls for    13:36:04
speculation.    13:36:07

MR. BROWN:  Same objection.    13:36:10

A  If you're suggesting that we undercounted    13:36:15
the number, I would accept that hypothesis.    13:36:18

Q  So isn't it important to have accurate    13:36:27
data, and if you are trying to determine whether    13:36:30
all of the skill games in the Commonwealth of    13:36:32
Virginia are negatively impacting lottery    13:36:34
revenues, don't you need to quantify that number    13:36:39
correctly?  Don't you need to know exactly how    13:36:42
many skill games are in the Commonwealth?    13:36:44

MR. HUDDELL:  Object to form.  Calls for    13:36:47
speculation.    13:36:50

MR. BROWN:  Objection, form.    13:36:51

A  One aspect of our analysis was to count as    13:37:01
accurately as we could the number of devices in    13:37:05
locations licensed to also sell our product.    13:37:08

Transcript of Kevin Hall
Conducted on August 3, 2023

110

Q   Even though that undercounted the number
of skill games in the Commonwealth, yes?

MR. HUDDELL:  Object to form.

A   Yes.

Q   Am I correct that while the Virginia
legislature was considering whether to ban skill
games or not within the Commonwealth, you were
aligned with the governor's office which wanted to
allow and regulate and tax skill games?

MR. HUDDELL:  Object to form.

A   That is correct.

Q   And while you didn't have any criticism of
the way the ABC agency -- which is -- is that
Alcoholic Beverage Control?  Is that right?

A   Correct.

Q   ABC, okay, sorry.  Let me start that
question over.  Is it fair to say that while you
didn't have any criticism of the way the Alcoholic
Beverage Control Agency regulated skill games
during the time that it did, you thought that the
Virginia Lottery would be better to regulate that
industry, fair?

MR. HUDDELL:  Object to form.

A   That's not my recollection.

Q   You do not recall suggesting that your

13:37:10
13:37:13
13:37:16
13:37:24
13:37:46
13:37:52
13:37:57
13:38:00
13:38:09
13:38:12
13:38:16
13:38:18
13:38:24
13:38:37
13:38:40
13:38:40
13:38:42
13:38:44
13:38:54
13:38:57
13:38:59
13:39:03
13:39:03
13:39:16
13:39:20

agency take over the regulation of the skill game industry?

A  I know that we worked with the governor's office on a piece of legislation that would have had the lottery regulate, but the legislature demonstrated no appetite for that approach and adopted the ban instead.  The one-year reprieve came the following year justified by the economic uncertainty around COVID.

MR. NOLAN:  I just uploaded to the chat a document.  Would you mark that as -- what are we up to now, Exhibit 5?

THE VIDEO TECHNICIAN:  Stand by.

(Hall Deposition Exhibit 5 was marked for identification and is attached to the transcript.)

Q  Mr. Hall, do you recognize Exhibit 5?

A  Can you scroll down?

THE VIDEO TECHNICIAN:  (Complies.)

MR. HUDDELL:  This is a two-page document. I just want to make sure the witness has time to read the whole thing before he answers any questions about it.

A  I recognize it.

Q  What is it?

A  It would appear to be an e-mail from one

Transcript of Kevin Hall
Conducted on August 3, 2023

112

of our licensed retailers and one of our brand
ambassadors, Hermie Sadler.

Q    Is Hermie Sadler a small business owner
within the Commonwealth of Virginia?

A    He's a business owner.  I don't know the
size relative to others.

Q    What is he -- what type of business does
he run?

A    Truck stops, restaurants.

Q    How many truck stops or restaurants?

A    I don't know.

Q    Did you read this e-mail from Mr. Sadler
when you received it?

A    I'm sure I did.

Q    He said he reached out to you personally
out of his respect for you and his relationship
with the lottery over the years, right?

A    Yes, and it was mutual.

Q    And would you agree with me that he's
reaching out to you for your help and telling you
the financial impact it's going to have on his
business if the Commonwealth bans skill games?

     MR. HUDDELL:  Object to form.

A    Agreed.

Q    In the second paragraph, he says, I'm sure

13:41:56
13:42:02
13:42:08
13:42:12
13:42:13
13:42:16
13:42:18
13:42:21
13:42:22
13:42:27
13:42:30
13:42:32
13:42:42
13:42:43
13:42:44
13:42:47
13:42:50
13:42:57
13:43:02
13:43:04
13:43:07
13:43:11
13:43:20
13:43:21
13:43:22

Transcript of Kevin Hall
Conducted on August 3, 2023

113

you've been following.  It looks like the ban on
skill games is going through, meaning us and other
operators are losing all of that revenue and jobs,
and ($500,000 and 20 jobs for us July 1).  Did I
read that sentence correctly?

     A   It appears so.

     Q   So he's telling you about the real-world
impact this ban on skill is going to have on his
company and his employees, right?

          MR. HUDDELL:  Object to form.

     A   Correct.

     Q   And this is because of this ban that the
legislature decided to do in part based on
information it received from people like you who
claimed that skill games were having a negative
impact on the revenues of the lottery, right?

          MR. HUDDELL:  Object to form.  Calls for
speculation.

          MR. BROWN:  Object to form.

     A   When I look at the date of this message,
February 25th, 2020, my recollection is that at
that point we were working with the governor's
office on legislation that would permit skill
games to operate in Virginia.

     Q   Right, because you knew that if they were

13:43:25
13:43:29
13:43:31
13:43:34
13:43:45
13:43:47
13:43:49
13:43:52
13:43:55
13:43:57
13:43:59
13:44:05
13:44:08
13:44:11
13:44:13
13:44:16
13:44:18
13:44:21
13:44:21
13:44:31
13:44:34
13:44:38
13:44:40
13:44:44
13:44:48

Transcript of Kevin Hall
Conducted on August 3, 2023

114

banned, they would really hurt small businesses that had skill games on their premises, correct?

MR. HUDDELL:  Object to form.

MR. BROWN:  Objection to form.

A  I don't recollect that.

Q  And it was at a time period when the Commonwealth of Virginia was taxing the skill games and bringing in millions and millions of dollars in tax revenues, yes?

MR. HUDDELL:  Object to form.

A  That was later than the date of this message.  This message is pre-COVID.

Q  When did the Commonwealth start taxing skill games?

MR. HUDDELL:  Object.  Could you just specify for the record you're talking about Virginia here?

MR. NOLAN:  Sure.

MR. HUDDELL:  Thank you.

A  I don't recall specifically a date certain.

Q  Do you see at the end of the third paragraph, Mr. Sadler's informing you that the presence of skill games on his premises actually helped him provide income to pay someone to handle

13:44:52
13:44:55
13:45:00
13:45:01
13:45:09
13:45:10
13:45:13
13:45:15
13:45:20
13:45:26
13:45:27
13:45:29
13:45:32
13:45:35
13:45:44
13:45:46
13:45:48
13:45:49
13:45:50
13:45:54
13:45:57
13:45:58
13:46:06
13:46:10
13:46:14

Transcript of Kevin Hall
Conducted on August 3, 2023

115

lottery sales?

MR. HUDDELL: Object to the form to the extent it's a question.

MR. BROWN: Objection, form.

A   Are you asking me is that what the message says?

Q   Were you aware that the presence of skill games at Mr. Sadler's truck stops actually helped them to pay someone to handle lottery sales?

MR. BROWN: Objection to form.

MR. HUDDLE: Objection, foundation.

A   I was aware that's what he said in this message to me, yes.

Q   Do you think Mr. Sadler is lying?

MR. HUDDELL: Objection to form.

MR. BROWN: Objection, form.

A   Mr. Sadler and I had a frequent and respectful relationship and dialogue.

Q   Well, that's great, but my question to you was:  Do you think he was lying to you here?

A   No.

MR. HUDDELL: Objection to form.

MR. BROWN: Objection to form.

Q   Did you ever stop to consider that the presence of skill games on retailers' premises

Transcript of Kevin Hall
Conducted on August 3, 2023

116

might have a positive impact on lottery sales?

13:47:20

MR. HUDDELL:  Objection to form,

13:47:24

foundation, calls for speculation.

13:47:27

MR. BROWN:  Asked and answered.

13:47:29

A  I don't recall.

13:47:32

Q  Looking down at the fourth paragraph,

13:47:40

Mr. Sadler says to you towards the bottom, it's

13:47:42

hard to understand why our legislators have pushed

13:47:45

this hard and decided to move on a full ban

13:47:50

regardless of the consequences it has on its small

13:47:52

business owners that are partners with the lottery

13:47:55

across the state while at the same time moving

13:47:59

towards casinos and other things.

13:48:01

Did I read that correctly?

13:48:04

A  Sure.

13:48:07

Q  Did you ever stop and ask yourself why are

13:48:09

these legislators pushing to ban skill games when

13:48:13

they benefit small business owners while at the

13:48:18

same time they're moving towards billion dollar

13:48:23

casinos?

13:48:26

MR. HUDDELL:  Objection to form,

13:48:28

foundation, calls for speculation.

13:48:29

MR. BROWN:  Objection form, foundation.

13:48:32

A  Not my role to speculate as to the

13:48:37

motivations of members of the legislature.

13:48:40

Transcript of Kevin Hall
Conducted on August 3, 2023

117

Q  Really?  It never -- you never were just curious as to why people are lining up to, you know, bring in billion dollar casinos but they're, you know, lobbying against small business owners that are making some real money from the presence of skill games on their premises?

MR. HUDDELL:  Objection to form, foundation, calls for speculation, asked and answered.

MR. BROWN:  Same objections.

A  I don't recall.

Q  You don't recall if you were ever curious about that?

MR. HUDDELL:  Same objections.

MR. BROWN:  Same objections.

A  I don't recall giving it much thought.

Q  How about when you were presenting to the legislative committee back in September of 2019, did you talk to them at all about the financial impact on your small business licensees, lottery licensees, if skill games were banned?  Did you ever raise that?

MR. HUDDELL:  Objection to form.

MR. BROWN:  Objection, form.

A  My recollection is I viewed my role as

13:48:43
13:48:47
13:48:51
13:48:55
13:48:58
13:49:04
13:49:07
13:49:08
13:49:11
13:49:12
13:49:21
13:49:23
13:49:26
13:49:27
13:49:33
13:49:36
13:49:46
13:49:49
13:49:53
13:49:57
13:50:02
13:50:06
13:50:10
13:50:11
13:50:17

Transcript of Kevin Hall
Conducted on August 3, 2023

118

making appropriators aware of circumstances that

were having what we determined to be a material

impact on our sales and profits which they

appropriate for public purposes.

MR. NOLAN:  I just uploaded a document.

Can we mark that as -- are we up to Exhibit 6 now?

THE VIDEO TECHNICIAN:  Stand by.

(Hall Deposition Exhibit 6 was marked for

identification and is attached to the transcript.)

Q  Mr. Hall, can you see Exhibit 6 here?

A  I see it.

Q  Are you familiar with this document?

MR. HUDDELL:  Exhibit 6 is a two-page

document.  I just want to make sure the witness

has time to review the whole thing before he

answers any questions about it.

A  I don't recall it specifically, no.

Q  Do you recognize it to be an e-mail you

received while you were executive director of the

Virginia Lottery?

A  Yes.

Q  And this is an e-mail from Ms. Courtney,

who was the director of your finance, right?

A  Correct.

MR. HUDDELL:  Object to form.

13:50:24
13:50:34
13:50:35
13:50:37
13:51:37
13:51:41
13:51:46
13:51:49
13:52:21
13:52:21
13:52:25
13:52:27
13:52:32
13:52:35
13:52:37
13:52:41
13:52:43
13:52:49
13:52:52
13:52:55
13:52:56
13:52:58
13:53:03
13:53:05
13:53:07

Transcript of Kevin Hall
Conducted on August 3, 2023

119

Q  And she is forwarding to you and Kelly Gee her e-mail exchange with Tyler Williams.  What did you understand that e-mail exchange to be about?

A  Based on the timeframe, it looks like it would be part of the money committee staff drill-down on state revenues and the staff of the Senate money committee asking our finance director for clarity on our estimates of potential impact on lottery sales and profits.

Q  So estimates meaning future estimates?

A  Correct.

MR. HUDDELL:  Object to form.

Q  Would you agree with me that if you're looking at a retrospective analysis, in other words, you wanted to see whether or not something had an impact on lottery finances, it would be important to look at the actual net proceeds not just revenues?

MR. HUDDELL:  Object to form, foundation, calls for speculation.

A  I don't understand the question.

Q  Again, if you wanted to find out if something had a negative impact financially on the lottery, you would need to look at the net proceeds of the lottery?

13:53:08
13:53:18
13:53:21
13:53:29
13:53:35
13:53:41
13:53:49
13:53:52
13:53:58
13:54:06
13:54:09
13:54:10
13:54:11
13:54:13
13:54:17
13:54:22
13:54:30
13:54:45
13:54:46
13:54:48
13:54:54
13:54:55
13:54:58
13:55:01
13:55:04

Transcript of Kevin Hall
Conducted on August 3, 2023

120

MR. HUDDELL:  Object to form.

A  My recollection is we were viewing this issue through the lens of product categories, products sold only at retail where the devices in question were located.  That's all that we were tracking as part of our analysis.

At the time, scratch ticket sales sold only at retail represented the bulk of all lottery sales, the majority.  That was the focus for the analysis.

Q  I'm sorry.  I don't understand your answer, so let's do it this way.

MR. NOLAN:  Malcolm, can you pull up -- I think it might be -- Mr. Hall's PowerPoint presentation?  It might be 3 or 4.

THE VIDEO TECHNICIAN:  (Complies.)

MR. NOLAN:  There you go.  Can you go to the page that had the dollar bill on it?

THE VIDEO TECHNICIAN:  (Complies.)

MR. NOLAN:  There we go.  All right.

Q  Okay.  Perhaps this will be a good way to approach this.  So we're looking at Exhibit 3, Page 3, and it shows a dollar bill, and, basically, you guys are analyzing for every dollar that's spent on the lottery where does it go,

Transcript of Kevin Hall
Conducted on August 3, 2023                                    121

right?

MR. HUDDELL:  Object to form.

A  For purposes of this informational graphic, yes.

Q  Okay.  So let's just say this represents a dollar in someone's pocket that walks into one of your licensee retailers, and instead of buying a lottery ticket for a dollar, they choose to spend it on a skill game, okay.  Are you following?

MR. HUDDELL:  Object to form.

Q  I'm sorry?

MR. HUDDELL:  I said object to form.

A  Yes.

Q  Now, if you want to analyze the impact of that decision or the presence of that skill game on the finances of the lottery, would it be more appropriate to consider the loss of that dollar or the net loss, because, remember, on average you're paying back 61 cents of every dollar, right?

MR. HUDDELL:  Object to the form, foundation, calls for speculation.

A  Overall correct.

Q  In other words, you were never going to get to keep that whole dollar, right?

MR. HUDDELL:  Object to form.

Transcript of Kevin Hall
Conducted on August 3, 2023

122

A  Correct.

Q  You were going to have to pay some of it back in prize money, maybe not to that individual player, but overall you were going to be giving 61% back, which would only leave 39% -- a 39% impact, fair?

MR. HUDDELL:  Object to form.

A  Sure.

Q  Is that how you conducted your analysis? Did you talk about the loss of net proceeds or the loss of net -- excuse me, the loss of revenue, gross revenue?

MR. HUDDELL:  Object to form.

A  My recollection is the analysis was based on our estimated impact of the gray machines on a specific product category, scratch, sold only in retail locations, and whether a store had the machines or didn't that was part of our analysis.

If the store was in a location where they were permitted and then not, we tried to track sales performance of that product category in both scenarios.  There were a variety of ways we tried to separate signal from noise.

Q  How did you report the financial figure of that analysis?  Was it in terms of gross revenues

Transcript of Kevin Hall
Conducted on August 3, 2023

123

or net proceeds?                                          13:59:54

MR. HUDDELL:  Object to form.                    13:59:56

A  Report to whom and when?                          13:59:59

Q  Whoever you were presenting your analysis         14:00:01

to.                                                      14:00:05

MR. HUDDELL:  Object to form.                    14:00:06

A  The analysis on the screen?                       14:00:07

Q  The analysis that you undertook -- whoever        14:00:09

you were talking to about it, did you report that       14:00:14

financial figure in terms of gross revenues or net      14:00:18

proceeds?                                                14:00:26

MR. HUDDELL:  Object to form, vague.             14:00:27

A  My recollection is the analysis included          14:00:38

estimated impact on gross sales in that product         14:00:41

category and our estimated impact of how that           14:00:44

translated to the profits that are, in turn,            14:00:51

presented to the legislature for appropriation.         14:00:55

MR. NOLAN:  All right.  Could we look back       14:01:11

at Exhibit 6.                                           14:01:14

THE VIDEO TECHNICIAN:  (Complies.)               14:01:17

Q  And can we start at the back of the e-mail        14:01:37

chain.  We see it's an e-mail from Mr. Williams to      14:01:40

Ms. Courtney inquiring about FIS for SB971.             14:01:43

What's your understanding as to what              14:01:53

they're talking about there?                            14:01:54

A   I don't know what SB971 is.

MR. HUDDELL:  Objection.

Q   Are you familiar with the acronym FIS?

A   Fiscal impact statement.

Q   Okay.  So Mr. Williams is inquiring about the fiscal impact statement which was provided by Ms. Courtney, correct?

MR. HUDDELL:  Object to form.

A   Presumably.

Q   And Ms. Courtney's financial impact statement detailed a 40 million increase in lottery proceeds forecast from banning skill games.  Do you see that?

MR. HUDDELL:  Object to form.

A   I do.

Q   And he's asking her for a spreadsheet that details the assumptions for the increase above the October 2019 forecast, correct?

MR. HUDDELL:  Object to form.

MR. BROWN:  Objection, form.

Q   Do you see that?

A   Are you talking about helpful to have a table with the new projected -- is that what you're referring to?

Q   No.  I'm just asking you to kind of

explain your understanding of what was really at    14:03:24

issue here so that we can then discuss the e-mail    14:03:28

that you received from Ms. Courtney.    14:03:31

MR. HUDDELL:  Object to form.    14:03:34

Q  Do you see that on January 31st, 2020, she    14:03:41

responded to Mr. Williams and said, profits in    14:03:46

fiscal year '20 resulted in a $40 million decline    14:03:52

in profit from lower sales compared to the    14:03:56

forecast for the period the previous year?  Did I    14:03:59

read that correctly?    14:04:02

A  Sure.    14:04:06

Q  She says, this information is consistent    14:04:06

with the data shared with the money committees    14:04:08

this past fall.  Did I read that correctly?    14:04:11

A  Sure.    14:04:15

Q  And do you understand that what she's    14:04:17

talking about there is what you presented to the    14:04:19

legislative committee back in September of 2019?    14:04:22

MR. HUDDELL:  Objection.    14:04:29

A  Presumably, yes.    14:04:30

Q  Okay.  So she's comparing a decline in    14:04:32

profit from lower sales compared to the forecast    14:04:37

prepared the previous year?    14:04:42

MR. HUDDELL:  Objection.    14:04:45

Q  Well, why would you do that?  Why would    14:04:46

Transcript of Kevin Hall
Conducted on August 3, 2023                    126

you compare it to a forecast?

    MR. HUDDELL:  Object to form.  Calls for speculation, foundation.

A  Virginia budgets in two-year increments. So there's always a look-ahead forecast that needs to be adjusted at some point in.

Q  Okay.  But that forecast was made before anyone knew that the pandemic was coming, right?

    MR. HUDDELL:  Object to form.  Calls for speculation.

    MR. BROWN:  Same objection.

A  Correct.

Q  No one realized that there were going to be lower jackpots that would attract less people purchasing lottery tickets, right?

    MR. HUDDELL:  Object to form, calls for speculation.

    MR. BROWN:  Objection, form.

A  My recollection is the pandemic hit in March of 2020, after this e-mail exchange.

Q  Right, but when Miss Courtney is talking about compared to the forecast prepared the previous year, we're going back in time, right, before the pandemic, right?

    MR. HUDDELL:  Objection to form.

A  Correct.

Q  All right.  And it would have been based, perhaps, on trends that you all saw in 2019, which was a good year, right?

MR. HUDDELL:  Objection to form.

MR. BROWN:  Objection, form.

A  Correct.  The forecasting process is very complicated and is done by very smart people.

Q  Right.  Well, did those smart people try to parse out of the 40 million in decline how much of that was due to COVID, how much of it was due to low jackpots and how much of it, if any, was due to skill games?

MR. HUDDELL:  Objection to form and foundation.

MR. BROWN:  Objection, calls for speculation.

A  At the time of this e-mail exchange, COVID is not a factor.  My read of this e-mail exchange is the Senate finance committee staff asking if, in fact, the legislature acts to ban skill machines, does that bump up your next year revenue because you no longer have the negative impact you assessed previously?

Q  Well, let's look at the final e-mail in

Transcript of Kevin Hall
Conducted on August 3, 2023

128

this string.  This is Miss Courtney's e-mail to you.  She is your finance director.  She asks you or she -- strike that.  She states to you, you can see that he is counting the residual transfer from fiscal year '19 that is, quote, masking, unquote, the 40 million impact for fiscal year '20.

What did you understand her to mean by that?

MR. HUDDELL:  Objection to form.

A  I'm not sure I recall.

Q  The second to the last paragraph in her e-mail to you, she says, the declines in sales and profits have consistently been framed in the context of our forecasts, not declines in the comparison to actual sales during fiscal year 2019 that were strongly affected in the first half because of large jackpots.

Did I read that correctly?

A  It appears so.

Q  What did you understand her to mean?

A  My understanding of that language is that while you can mathematically expect a certain number of large jackpots in a given timeframe, you don't know where they're going to fall in a fiscal year, the fiscal year being the unit of measure

Transcript of Kevin Hall
Conducted on August 3, 2023

129

for appropriators.

My read of that sentence that you cite is that the frame of reference the agency has always used in these matters is the forecast model, not the actual, because of the unpredictability.

MR. NOLAN:  I just uploaded an e-mail. Would you label that as Exhibit 7.

THE VIDEO TECHNICIAN:  Stand by.

(Hall Deposition Exhibit 7 was marked for identification and is attached to the transcript.)

Q  Mr. Hall, do you recognize Exhibit 7?

A  I don't recall it specifically, but, it appears to be an e-mail to me.

Q  From whom?

A  From Michael Pollock.

Q  Who is Michael Pollock?

A  Managing director at the time of the Spectrum Gaming Group.

Q  What's your understanding as to what type of work Spectrum Gaming Group does?

MR. HUDDELL:  Object to form.

A  They do a wide variety of research and analysis across the country for the lottery industry, for the casino industry, for the horse racing industry, for gaming matters writ large.

Transcript of Kevin Hall
Conducted on August 3, 2023

130

Q   Is this the same company that we talked about earlier they were doing review of licensee applications?

A   Yes.

Q   Do they also do a lot of work for casinos?

        MR. HUDDELL:  Object to form, foundation.

        MR. BROWN:  Same objection.

A   They do work for casinos.

Q   What do you base that on?

A   I'm familiar with their work.  I can't quantify --

Q   Okay.

A   -- as you did in the question.

Q   When he says, I know our investigative team has been working diligently in Virginia to meet your goals and timetable, what is he talking about?

        MR. HUDDELL:  This calls for speculation, objection.

        MR. BROWN:  Objection, form.

Q   Well, strike that.  Let me ask it this way.  When Mr. Pollock advised you in an e-mail that, quote, our investigative team has been working diligently in Virginia to meet your goals and timetable, unquote, what did you understand

Transcript of Kevin Hall
Conducted on August 3, 2023

131

him to mean?

A  I would presume the work that we had contracted with them for on sports betting suitability checks.

Q  Anything else?

A  They weren't doing any other work for me -- for us, is my recollection.

Q  When he told you that, quote, we are working on the critically important issue of skill-based slots and their impact on gaming, unquote, what did you understand him to mean?

MR. HUDDELL:  Object to the form.

A  That he was pitching additional business.

Q  How so?

A  It's an FYI.  It's an issue that we had not contracted with them to work on.

Q  Did you ever contract with Spectrum Gaming Group to do an analysis on the impact of skill games on the gaming industry in general?

A  No.

MR. HUDDELL:  Objection to form.

Q  How about did you ever contract with them to do an analysis of the impact of skill games on the Virginia Lottery?

MR. HUDDELL:  Objection, asked and

Transcript of Kevin Hall
Conducted on August 3, 2023                                    132

answered.

A    No.

Q    Why not?

        MR. HUDDELL:  Object to form.

A    We had the internal resources to do our own analysis.

Q    You mean the one we talked about earlier where you guys never asked anyone why they stopped playing the lottery?

        MR. HUDDELL:  Object to form.

        MR. BROWN:  Objection to form.

A    If that's how you want to characterize it, sure.

Q    Well, was I inaccurate in my characterization?

        MR. HUDDELL:  Object to form, asked and answered.

        MR. BROWN:  Objection to form.

Q    I'm sorry.  Was I inaccurate?

        MR. HUDDELL:  Objection to form, asked and answered.

        MR. BROWN:  Same objection.

A    Not that I recall.

Q    Okay.  Did you ever ask Mr. Pollock about the critically important work that they were doing

Transcript of Kevin Hall
Conducted on August 3, 2023

133

on the impact of skill-based slots on the gaming     14:16:17

industry?     14:16:22

    A  Not that I recall.     14:16:23

    Q  Weren't you curious to know if their     14:16:25

analysis was similar to your analysis?     14:16:28

        MR. HUDDELL:  Object to form.     14:16:33

    A  Not that I recall.  Can you estimate how     14:16:39

much longer this is going to be?  I may need to     14:17:46

take another break to re-up my parking.     14:17:49

    Q  Yeah.  I may be able to wrap it up in the     14:17:52

next half hour, 45 minutes.  I'm not sure if     14:17:56

Mr. Huddell is going to have questions, but I     14:17:59

could use a break to get some more coffee.  Do you     14:18:02

want to take a five-minute break?     14:18:06

    A  It's going to take me ten to walk to my     14:18:08

car.     14:18:11

    Q  Let's take ten then.     14:18:11

        MR. HUDDELL:  FYI, Mr. Hall, I estimate     14:18:14

about ten minutes of questions.     14:18:20

    A  I estimate we're going to need 25 to     14:18:24

30 minutes to walk to my car and back.     14:18:28

    Q  Okay.  So we're taking a roughly 25-minute     14:18:33

break?     14:18:36

    A  If that's acceptable.     14:18:37

    Q  Sure.     14:18:39

Transcript of Kevin Hall
Conducted on August 3, 2023

134

THE VIDEOGRAPHER:  Off the record.  The time is 14:18.

(A recess was taken.)

THE VIDEOGRAPHER:  We are back on record. The time is 14:42.

MR. NOLAN:  Madam reporter, could you read back the last question if there was one.

(The pending question was read.)

MR. NOLAN:  I just uploaded a document. Could you mark that as the next sequential exhibit.

THE VIDEO TECHNICIAN:  Stand by.  This will be Exhibit 8, I believe.

(Hall Deposition Exhibit 8 was marked for identification and is attached to the transcript.)

BY MR. NOLAN:

Q  Mr. Hall, do you recognize this document, which has been marked as Exhibit 8?

A  I do.

Q  Is that a report that you drafted?

A  It appears to be so.

Q  Did you draft it around November of 2021?

A  I believe so.

Q  What was your purpose in drafting this letter or this report?

Transcript of Kevin Hall
Conducted on August 3, 2023

135

A   It was requested of all state agency leadership to provide a thumbnail document for the outgoing governor's administration to present to the incoming governor's administration.

Q   Down here at the bottom of Page 1 of Exhibit 8 you state, in a typical year, approximately 70% of lottery sales revenue is returned to players.  Do you see that?

A   I do.

Q   Okay.  That's significantly different than what you showed to the legislature committee in that PowerPoint presentation where you reported that 61% goes back to players in the form of prizes, right?

MR. HUDDELL:  Object to form.

A   Correct.

Q   Can you explain the discrepancy?

A   My recollection is that at the time this document was prepared it reflected close to a full year of online lottery sales, a distinctly new sales channel that would have impacted the percentages.

Q   Only 6%, or 6 cents, on every dollar goes back to the small businesses, which are your licensed retailers, correct?

Transcript of Kevin Hall
Conducted on August 3, 2023

136

MR. HUDDELL:  Object to form.          14:46:43

A  Correct.  That's commissions and other    14:46:52
incentives on average.          14:46:54

MR. NOLAN:  All right.  Could we turn to,    14:47:12
let's see, Page 8 of Exhibit 8.          14:47:16

THE VIDEO TECHNICIAN:  (Complies.)    14:47:47

Q  You see here on Page 8 of this report, you    14:47:54
identify what you've phrased as major issues for    14:47:57
the agency.          14:48:01

A  Yes.          14:48:04

Q  And, basically, you list a number of other    14:48:05
potential negative impacts on Virginia Lottery    14:48:13
revenues and profits?          14:48:17

MR. HUDDELL:  Object to form.  Also object    14:48:21
to the extent the witness hasn't had a chance to    14:48:23
review this document before he answers questions    14:48:26
about it.          14:48:29

MR. BROWN:  Same objection.          14:48:30

A  In the context of an educational document    14:48:36
for an incoming administration, this appears to be    14:48:38
our best effort to list a wide variety of factors    14:48:43
that could have an impact on lottery sales and    14:48:50
profit performance looking forward.          14:48:57

Q  That includes mobile sports betting,    14:48:59
right?          14:49:03

Transcript of Kevin Hall
Conducted on August 3, 2023                    137

MR. HUDDELL:  Object to form.                    14:49:05

A   Correct.                                     14:49:06

Q   In its first seven months it had already     14:49:08
brought in $1.6 billion in overall wagering       14:49:14
activity, right?                                  14:49:18

A   That's what it says here, yes.              14:49:21

Q   Okay.  And you're basically saying it's     14:49:23
possible that people are going to be spending     14:49:33
their money on sports betting as opposed to the   14:49:35
lottery; is that fair?                            14:49:39

MR. HUDDELL:  Object to form.                    14:49:43

A   Correct.                                     14:49:45

Q   Casino gaming, have those casinos gone      14:49:46
live?  Are they up and running now?               14:49:55

MR. HUDDELL:  Object to form.  What              14:49:58
casinos are you talking about?                    14:50:00

MR. NOLAN:  The casinos, the five casinos,      14:50:03
in Virginia that he's discussing here in the      14:50:05
report.                                           14:50:08

A   At the time this document was prepared      14:50:17
none were operating.                              14:50:19

Q   How about now?                              14:50:20

A   Three are currently operating.             14:50:22

Q   But you were basically saying here that     14:50:24
you anticipated that once the casinos were up and 14:50:27

Transcript of Kevin Hall
Conducted on August 3, 2023

138

running, they could negatively impact the
lottery's revenues, fair?

MR. HUDDELL:  Object to form.

A   I wouldn't say I was predicting.  Again,
this was an educational document for the incoming
new administration that may not be familiar with
the agency or with gaming in general.  So my
recollection is this was an attempt to illustrate
what had been a significant expansion of gaming
options in the recent year.  But it doesn't, near
as I can tell, purport to say that that will or
will not have an impact on lottery.  It could.

Q   Right.  Same with pari-mutuel horse race
wagering?

A   Correct.

Q   Same with slot-like historical horse race
terminals at Rosie's Gaming Emporium locations?

MR. HUDDELL:  Object to form.

A   Correct.

Q   Same with charitable gaming, right?

MR. HUDDELL:  Object to form.

A   Correct.

Q   And the last bullet point there, you
discuss litigation challenging Virginia's ban on
skill games.  And you state in the last sentence,

14:50:32
14:50:37
14:50:39
14:50:42
14:50:45
14:50:48
14:50:51
14:50:56
14:51:00
14:51:04
14:51:11
14:51:15
14:51:19
14:51:27
14:51:28
14:51:28
14:51:32
14:51:38
14:51:39
14:51:39
14:51:43
14:51:44
14:51:45
14:51:58
14:52:01

quote, in the one year that approximately 10,000 skill-based gaming machines operated legally in Virginia under ABC supervision, operators reported more than 2 billion in gaming activity at thousands of retail and restaurant venues statewide.

Did I read that correctly?

A   Yes.

Q   Do you know of that $2 billion what that generated for the Commonwealth of Virginia in taxes?

MR. HUDDELL:  Object to form.

MR. BROWN:  Objection, form.

A   I don't recall.

Q   Do you remember what impact that revenue had on small businesses that had skill games on their premises?

MR. HUDDELL:  Object to form.

A   I do not.

Q   Down below you state, experience in other states indicates that introduction of new forms of legal gaming could have a measurable impact on existing lottery revenue.

Did I read that correctly?

A   Yes.

Q    Where did you get that information?                  14:53:19

MR. HUDDELL:  Objection, foundation.              14:53:24

A    As I believe I referenced in earlier               14:53:33
conversation, it was a scholarly study out of            14:53:36
Maryland that measured impact on the Maryland            14:53:40
lottery when their commercial casinos opened that        14:53:43
documented an immediate measurable impact that was       14:53:47
offset over time -- that rebounded over time.  I         14:53:53
think that's what I mean to say.                         14:54:04

Q    Okay.  Reading on, you say consultants             14:54:06
hired by JLARC estimated the entry of sports             14:54:09
betting and casino gaming could immediately reduce       14:54:13
Virginia Lottery revenues by 3 to 5% annually.           14:54:16

Did I read that portion of the sentence              14:54:21
correctly?                                               14:54:23

A    Yes.                                               14:54:24

Q    What is JLARC?                                     14:54:26

A    It is the legislature's nonpartisan think          14:54:30
tank, the Joint Legislative Audit and Review             14:54:36
Commission.                                              14:54:40

Q    Did you actually participate in that               14:54:40
analysis?                                                14:54:45

MR. HUDDELL:  Object to form.                     14:54:48

A    It was a significant study, I believe, in          14:54:50
2019 that looked at all forms of then legal gaming       14:54:53

Transcript of Kevin Hall
Conducted on August 3, 2023

141

in Virginia and, as stated here, hired consultants to try to gauge potential impact on those existing forms of gaming if commercial casinos and/or sports betting were added to the mix.

Q  Who were those consultants?

A  I wouldn't know.  I would refer you to the JLARC study.

Q  Have you read the JLARC study?

A  Many times.

Q  I'm sorry?

A  Many times.

Q  Did that study address skill games at all?

MR. HUDDELL:  Object to form.

A  Not that I recall.

Q  Do you recall overall how they conducted their study?

MR. HUDDELL:  Object to form.

A  No.

Q  Finishing the sentence we were just looking at, the end says, with an incremental rebound expected to occur over time.

Did I read that part of the sentence correctly?

A  Yes.

Q  What was your understanding as to why

Transcript of Kevin Hall
Conducted on August 3, 2023

142

there would be a potential immediate reduction of
3 to 5% but that it would then rebound over time?

MR. HUDDELL:  Object to form.

A  The lottery didn't commission or conduct
the study.  I don't recall that we had any reason
to object to the conclusions that the consultants
reached.

Q  Did you come to an understanding as to why
there could be a reduction and then a rebound
effect?

MR. HUDDELL:  Object to form.

A  I don't recall.

MR. NOLAN:  Would you turn to Page 10 of
Exhibit 8, and can I get you to focus on the last
paragraph?

THE VIDEO TECHNICIAN:  (Complies.)

Q  In this transition report you wrote, we
respectfully recommend that the new administration
consider leveraging the Virginia Lottery's proven
expertise as a gaming operator since 1988 and its
recently demonstrated competence in constructing a
gaming compliance infrastructure for significant
new forms of state-sanctioned gaming.

Did I read that sentence correctly?

A  Yes.

Transcript of Kevin Hall
Conducted on August 3, 2023

143

Q  Reading on, you state we recommend consolidating gaming oversight activities at a reconfigured Virginia Lottery gaming control agency overseen by a reconfigured lottery and gaming control board.  Did I read that correctly?

A  Yes.

Q  Can you generally describe what are you talking about here?  Are you just saying it would all fall under the auspices of your agency?

MR. HUDDELL:  Object to form.

A  Again, in an educational document prepared for the benefit of a new incoming administration that perhaps has no familiarity with regulated gaming in Virginia, my recollection of this paragraph is to flag for the incoming administration that Virginia still had a disorganized program of gaming oversight.

At the lottery, you had -- the state-approved lottery, you had oversight of sports betting, you had oversight of casinos.  At the agriculture department, you had oversight of charitable gaming.  Also at the agriculture department, you had a racing commission that was regulating HHR and pari-mutuel wagering.

So this was noting that there was still a