IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC., *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 20th day of September 2023, the court having reviewed Plaintiff's and Defendants' letters regarding Plaintiff's discovery request to exceed by three the default limit of ten depositions which Rule 30(a)(2) provides, Docs. 329 and 330, the court will grant Plaintiff's request. (Doc. 329; Fed. R. Civ. P. 30(a)(2).)[1]

As incorporated by Rule 30(a)(2), Rule 26 provides that a party seeking to take more than ten depositions must show the additional discovery is "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The court finds that Plaintiff has met this burden and shown that taking three additional depositions is relevant to its claims and proportional to the needs of the case.

---

[1] Because the court writes this order for the benefit of the parties, which are well aware of the procedural and factual history of this case, it omits the relevant background.

For the reasons provided above, **IT IS ORDERED THAT**: Plaintiff's request is **GRANTED**. (Doc. 329.)

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
