# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Docket No. 1:20-cv-00292 |
| | : | |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, | : | |
| | : | (Judge Jennifer P. Wilson) |
| | : | |
| Defendant. | : | |
| | : | |

**ECKERT SEAMANS CHERIN & MELLOTT, LLC'S**
**FIRST SET OF REQUESTS FOR THE**
**PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**

Defendant, Eckert Seamans Cherin & Mellott, LLC ("Eckert"), by and through its undersigned counsel, hereby requests that Plaintiff, Pace-O-Matic, Inc. ("POM"), answer the following requests for the production of documents within the timeframe prescribed by law ("Requests"). All obligations imposed by the Federal Rules of Civil Procedure are incorporated herein by reference, including, but not limited to, Rules 26 and 34.

**DEFINITIONS**

The Definitions set forth in Eckert's First Set of Interrogatories directed to POM are fully incorporated by reference as if restated herein.

**INSTRUCTIONS**

1.     Each Request is to be answered separately in writing.

2.     In responding to these Requests, POM shall furnish all responsive documents available at the time of answering and shall supplement the production in accordance with the Federal Rules of Civil Procedure.

3.      If POM does not produce documents in response to a Request in whole or in part because of a claim of privilege, POM must set forth the privilege claimed, identify the alleged facts which support your claim of privilege, and identify all documents for which the privilege is claimed.  If POM refuses to identify a communication based on the attorney-client privilege, identify the date of the communication, the speaker or author of the communication, and identify the recipient of the communication.

4.      When a document is required to be produced, produce a copy of all documents that are in POM's possession or control and/or that are in the possession or control of any of POM's agents, servants, employees, representatives, heirs, assigns, or others acting on its behalf, including its attorneys.

5.      The following Requests are to be answered and delivered to the law offices of Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania 19103, within thirty (30) days after service of this document.

## REQUESTS FOR THE PRODUCTION OF DOCUMENTS

1.      All documents and/or communications and/or tangible things, electronically stored or otherwise, that were used, referenced and/or relied upon in answering the First Set of Interrogatories propounded on POM, unless otherwise produced herein.

2.      All documents and/or communications and/or tangible things, electronically stored or otherwise, that were used, referenced and/or relied upon in answering the First Set of Requests for Admissions propounded on POM, unless otherwise produced herein.

3.      All documents and/or communications and/or tangible things, electronically stored or otherwise, that POM listed or referenced in its Rule 26 Initial Disclosures.

4.      All documents and/or communications and/or tangible things, electronically stored or otherwise, that refer or relate to POM's claim(s) for damages allegedly suffered as a result of the conduct alleged in the Complaint.

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,

                 Plaintiff,

    v.

ECKERT SEAMANS CHERIN & MELLOTT, LLC,

                 Defendant.

Docket No. 1:20-cv-00292

(Judge Jennifer P. Wilson)

### CERTIFICATE OF SERVICE

I, Robert S. Tintner, Esquire, do hereby certify to have caused service of a true and correct copy of the foregoing First Set of Requests for the Production of Documents, on this date *via email*, upon the following:

Daniel T. Brier, Esquire
Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

**Counsel for Plaintiff**

_____
ROBERT S. TINTNER, ESQUIRE

Dated: May 12, 2020