# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

PACE-O-MATIC, INC.,                          :
                                             :
                    Plaintiff,               :
        v.                                   :        Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC, MARK S. STEWART,               :        (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                       :
                                             :
                    Defendants.              :
_____ :

**ORDER GRANTING DEFENDANTS'**
**LETTER MOTION TO COMPEL DAMAGES DISCOVERY**

AND NOW, this ____ day of _____, 2023, upon consideration

of Defendants' Letter Motion to Compel Damages Discovery (the "Motion"), it is

hereby ORDERED that the Motion is GRANTED.  Plaintiff shall produce the

following within twenty (20) days of the date of this Order:  (i) All unredacted

invoices showing or describing the attorneys' fees relating to the Commonwealth

Court Cases and State Court Cases that Plaintiff itself paid and/or is obligated to pay;

(ii) all cancelled checks, wire transfers, and other documents showing Plaintiff's

payment of such attorneys' fees; and (iii) all documents relating to any

indemnification agreements or other agreements pursuant to which Plaintiff paid,

agreed to pay, and/or is obligated to pay such attorneys' fees.  If Plaintiff fails to

produce such documents within twenty (20) days of the date of this Order, then

Plaintiff shall be precluded from presenting evidence concerning the attorneys' fees related to the Commonwealth Court Cases and the State Court Cases, and from recovering such fees.

BY THE COURT:

_____

Jennifer P. Wilson, U.S.D.J.