# HUSCH BLACKWELL

Jeff B. Jensen
Partner

8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Direct: 314.345.6464
Fax: 314.480.1505
jeff.jensen@huschblackwell.com

October 13, 2023

Judge Jennifer P. Wilson
United States District Judge
United States District Court for the Middle
District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17101

> **Re:**   *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, et al.*
> **Civil No. 1:20-CV-00292**

Dear Judge Wilson:

The current deadline to respond to Defendants' discovery letter is today, October 13, 2023. Due to pre-existing conflicts and case-related travel within Plaintiff's legal team, Plaintiff respectfully requests a one-week extension—until October 20, 2023—to file its response to the pending discovery letter.

Regards,

HUSCH BLACKWELL LLP

*/s/ Jeff B. Jensen*

Jeff B. Jensen