IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PACE-O-MATIC, INC.<br><br>                      Plaintiff,<br><br>      v.<br><br>ECKERT SEAMANS CHERIN &<br>MELLOTT, LLC et al.<br><br>                    Defendant. | CIVIL ACTION<br><br>NO 1:20-CV-292 |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter the appearance of Danielle C. Hudson, Esquire (PA ID 328931) on behalf

of Miscellaneous Party Peter J. Shelly in the above-captioned matter.


Date: October 18, 2023

                              BLANK ROME LLP

      BY:   */s/ Danielle C. Hudson*
              Danielle C. Hudson (PA ID 328931)
              One Logan Square
              130 N. 18th Street
              Philadelphia, PA  19103
              Tel: 215-569-5405
              Fax: 215-569-5555
              Email: Danielle.hudson@blankrome.com

              *Attorney for Miscellaneous Party Peter J. Shelly*

133441575v.1

**CERTIFICATE OF SERVICE**

I, Danielle C. Hudson, Esquire, hereby certify that on this 18th day of October, 2023,

I caused a true and correct copy of the foregoing Notice of Entry of Appearance to be served

through the Electronic Court Filing System (ECF) upon all counsel and parties of record.

*/s/ Danielle C. Hudson*
Danielle C. Hudson

133441575v.1