IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.

       Plaintiff,

  v.

ECKERT SEAMANS CHERIN &
MELLOTT, LLC et al.

       Defendant.

CIVIL ACTION

NO 1:20-CV-292

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

  Kindly enter the appearance of William R. Cruse, Esquire (PA ID 209576) on behalf of

Miscellaneous Party Peter J. Shelly in the above-captioned matter.

Date: October 19, 2023

        BLANK ROME LLP

    BY: */s/ William R. Cruse*
       William R. Cruse (PA ID 209576)
       One Logan Square
       130 N. 18th Street
       Philadelphia, PA  19103
       Tel: 215-569-5447
       Fax: 215-569-5555
       Email: William.cruse@blankrome.com

       *Attorney for Miscellaneous Party Peter J. Shelly*

133442151v.1

**CERTIFICATE OF SERVICE**

I, William R. Cruse, Esquire, hereby certify that on this 19th day of October, 2023, I caused a true and correct copy of the foregoing Notice of Entry of Appearance to be served through the Electronic Court Filing System (ECF) upon all counsel and parties of record.

*/s/ William R. Cruse*
William R. Cruse