IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

Before the court is Plaintiff's motion to file its response to Peter Shelley's October 18, 2023 discovery dispute letter under seal. (Doc. 342.) Following review of the statement of legal and factual justification submitted with Plaintiff's motion, Doc. 344-2, and in accordance with the standard for sealing judicial records as stated in *In re Avandia Marketing, Sales Practices & Products Liability Litigation*, 924 F.3d 662 (3d Cir. 2019), the court finds that sealing the discovery dispute letter is appropriate. (*See* Doc. 342.) Specifically, based on the court's prior order, Doc. 324, the parties have a compelling interest in maintaining the confidentiality of the contents of the letter at this time. Additionally, no party opposes the sealing of this letter.

Accordingly, **IT IS ORDERED THAT** the motion to seal, Doc. 342, is **GRANTED**, and Doc. 344 shall be sealed in order to protect the compelling

1

interests of the parties, which outweigh the need to have a public judicial record in this instance.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: October 26, 2023