# EXHIBIT B

| Category | Deposition Citation |
|---|---|
| Category 1: Questions regarding Defendants' conflicts of interest | 61:14-62:10 |
| | 63:25-66:10 |
| Category 2: Questions regarding the PR implications of the *POM* decision | 152:11-153:1 |
| | 153:3-12 |
| | 169:13-170:5 |
| | 178:15-25 |
| | 208:5-16 |
| | 212:11-213:14 |
| | 218:13-219:7 |
| | 223:19-225:7 |
| | 229:23-230:18 |
| | 246:9-247:11 |
| | 270:6-25 |
| | 283:4-20 |
| | 284:16-285:4 |
| | 285:24-286:8 |
| | 293:2-15 |
| | 329:17-330:17 |
| | 334:4-23 |
| | 351:9-352:23 |
| Category 3: Questions regarding efforts to persuade municipalities to outlaw skill games | 300:5-19 |
| Category 4: Questions regarding PR advocacy with legislators | 386:24-387:16 |
| | 390:15-24 |
| | 393:8-23 |