## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | NO. 20-CV-292 |
| Plaintiff, | : | |
| v. | : | JUDGE JENNIFER P. WILSON |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | |
| MELLOTT, LLC, MARK S. | : | ELECTRONICALLY FILED |
| STEWART, AND KEVIN M. | : | |
| SKJOLDAL, | : | |
| Defendants. | : | |

### STIPULATION OF VOLUNTARY WITHDRAWAL AND DISMISSAL OF CERTAIN DAMAGES FROM PLAINTIFF'S SECOND AMENDED COMPLAINT

It is hereby stipulated by and between counsel for plaintiff, Pace-O-Matic, Inc. ("Plaintiff"), and counsel for defendants, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart and Kevin M. Skjoldal (collectively, "Defendants"), that Plaintiff's requests for damages in the form of attorneys' fees and costs incurred by Plaintiff and/or any other entity affiliated or related to Plaintiff in other collateral litigation, including but not limited to the cases pending in the Commonwealth Court of Pennsylvania as well as any other Pennsylvania state court cases, are hereby voluntarily WITHDRAWN and DISMISSED from Plaintiff's Second Amended Complaint. This stipulation does not apply to Plaintiff's continuing demand for the following damages and relief, all of which Defendants contest and oppose in all respects:

a. Disgorgement of all legal fees paid by POM (or any of its affiliates) to Eckert;

b. Disgorgement of all legal fees and other payments to Eckert relating to any representation that was adverse to POM, including but not limited to representations of Parx;

c. An award of punitive damages;

d. Prejudgment and post-judgment interest; and

e. A permanent injunction prohibiting Defendants from future actions that violate their fiduciary duties.

.

| /s/    *Michael P. Nolan* | /s/      *Robert S. Tintner* |
|---|---|
| Jeff B. Jensen | Robert S. Tintner |
| Michael P. Nolan | Peter C. Buckley |
| Michael Martinich-Sauter | Nathan Huddell |
| Husch Blackwell | Fox Rothschild LLP |
| 8001 Forsyth Boulevard, Suite 1500 | 2000 Market Street, 20th Floor |
| St. Louis, MO 63105 | Philadelphia, PA  19103 |
| (314) 345-6464 | (215) 299-2766 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |

Dated:  November 17, 2023