## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | : | |
| | : | **NO. 20-CV-292** |
| **Plaintiff,** | : | |
| | : | **JUDGE JENNIFER P. WILSON** |
| **v.** | : | |
| | : | |
| **ECKERT, SEAMANS, CHERIN &** | : | |
| **MELLOTT, LLC, MARK S.** | : | **ELECTRONICALLY FILED** |
| **STEWART, AND KEVIN M.** | : | |
| **SKJOLDAL,** | : | |
| **Defendants.** | : | |

### O R D E R

AND NOW, this ___ day of _____, 2023, upon consideration of the Stipulation of Voluntary Withdrawal and Dismissal of Certain Damages from Plaintiff's Second Amended Complaint, it is hereby ORDERED that Plaintiff's requests for damages in the form of attorneys' fees and costs incurred by Plaintiff and/or any other entity affiliated or related to Plaintiff in other collateral litigation, including but not limited to the cases pending in the Commonwealth Court of Pennsylvania as well as any other Pennsylvania state court cases, are voluntarily DISMISSED from Plaintiff's Second Amended Complaint.  This dismissal does not apply to Plaintiff's continuing demand for the following damages and relief, all of which Defendants contest and oppose in all respects:

a. Disgorgement of all legal fees paid by POM (or any of its affiliates) to Eckert;

b. Disgorgement of all legal fees and other payments to Eckert relating to any representation that was adverse to POM, including but not limited to representations of Parx;

c. An award of punitive damages;

d. Prejudgment and post-judgment interest; and

e. A permanent injunction prohibiting Defendants from future actions that violate their fiduciary duties.

BY THE COURT:

_____
JENNIFER P. WILSON, U.S.D.J.