# EXHIBIT B

**Exhibit B to Nonparty Witness Peter Shelly's Letter Brief in Response/Opposition to November 16, 2023 Letter Motion of Plaintiff to Overrule Objections and Grant Extension of Deposition Time in Excess of Seven Hours**

| Deposition Exhibit No. | Page:Line Citations in Which Mr. Shelly Testified About the Content of Documents Reflecting Communications with Defendants |
|---|---|
| 4 | 195:22–208:3, 208:18–210:18, 213:16–218:18, 220:19–221:6<br><br>Objections (but no instruction not to answer) to questions calling for speculation about Mr. Stewart's intended meaning, knowledge, or intent and/or calling for legal conclusion about state law or court decisions: 201:21-202:2, 202:8-14, 207:5-13, 208:18-209:1, 209:25-210:5, 213:25-214:5, 214:17-22, 217:8-21, 218:2-7 |
| 5 | 221:11–223:7, 223:16-22, 224:8–229:21 and 230:19–245:1 |
| 6 | 245:5–246:7, 247:13–248:15 |
| 7 | 265:11-268:18, 269:21 – 269:13, 271:1-283:2, 283:22-284:14, 285:5-23, and 286:11-25<br><br>Objections (but no instruction not to answer) to questions calling for speculation about Mr. Stewart's intended meaning, knowledge, or intent and/or calling for legal conclusion about state law or court decisions, and/or whether statements by Mr. Stewart accurately summarized state law or court decisions: 274:6-17, 275:8-17, 278:8-24, 280:12-281:5, 281:7-20, 282:14-25, 284:5-12 |
| 8 | 288:8–298:9 (*Note:* Mr. Shelly was not a participant in this email chain, and he testified that he was unaware of the email chain) |
| 9 | 298:13-300:3, 300:20-313:11, 314:12-324:9 |
| 10 | 324:21-330:1, 330:18-334:14 |
| 11 | 335:2-340:18, 341:17-351:7 |
| 12 | 353:2-356:15, 357:6-360:15 |
| 13 | 360:21-362:12 |
| 14 | 362:18-372:3 |
| 15 | 372:7-379:7 |

130298.00614/133684513v.2

| Deposition Exhibit No. | Page:Line Citations in Which Mr. Shelly Testified About the Content of Documents Reflecting Communications with Defendants |
|---|---|
| 16 | 380:8-386:21 |
| 17 | 386:20-389:23 |
| 18 | 390:2-14 |
| 19 | 391:3-393:6, 393:24-396:3 |
| 20 | 396:7-398:12 |
| 21 | 398:16-400:25 |
| 22 | 401:4-403:14 |
| 23 | 403:18-406:18 |
| 24 | 406:23-408:22 |