UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 22-2445, 22-2446, 22-2902, 22-2958, and 22-2959
_____

PACE-O-MATIC, INC.

v.

ECKERT, SEAMANS CHERIN & MELLOTT, LLC; MARK S. STEWART; KEVIN
M. SKJOLDAL
Appellants in No. 22-2958

*HAWKE MCKEON & SNISCAK, LLP,
Appellant in Nos. 22-2445 and 22-2902

*GREENWOOD GAMING AND ENTERTAINMENT, INC.,
Appellant in Nos. 22-2446 and 22-2959

*(Pursuant to Rule 12(a), Fed. R. App. P.)
_____

On Appeal from the United States District Court for the
Middle District of Pennsylvania

(District Court No. 1-20-cv-00292)

District Judge: Honorable Jennifer P. Wilson

_____

Argued
September 20, 2023

Before:  RESTREPO, McKEE, RENDELL, *Circuit Judges*.

_____

## JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on September 20, 2023.

On consideration whereof, it is now here

**ORDERED AND ADJUDGED** that the Order entered by the District Court on July 5, 2022, is hereby **VACATED** and **REMANDED** for further proceedings.

Costs shall be taxed against Appellee.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated:  November 13, 2023

Costs taxed in favor of Appellants Eckert Semans Cherin & Mellot, LLC, Mark S. Stewart and Kevin M. Skjoldal as follows:

Appeal Fee ………………… $500.00
Brief ……………………… $110.40
Reply Brief …………………… $94.40
Joint Appendix Volume I …… $126.00
Joint Appendix Volume II ……$397.50
Total …………………… … $1,228.30

2

Costs taxed in favor of Appellant Greenwood Gaming and Entertainment, Inc. as follows:

Appeals Fees …………$1,000.00
Brief…………………… $112.10
Reply Brief …………….. $83.21
Total …………………$1,195.31



**Certified as a true copy and issued in lieu of a formal mandate on** December 5, 2023

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

3