OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 5, 2023

Mr. Peter J. Welsh, Clerk
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 N 6th Street
Harrisburg, PA 17102

RE: Pace O Matic Inc v. Eckert Seamans Cherin & Mellott LLC, et al
Case Number: 22-2445, 22-2446, 22-2902, 22-2958 & 22-2959
District Court Case Number: 1-20-cv-00292

Dear District Court Clerk:

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Kirsi
Case Manager
267-299-4911

cc: All Counsel of Record