**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

PACE-O-MATIC, INC.,                     :

                                     :

             Plaintiff,          :

     v.                           :       Docket No. 1:20-cv-00292

                                     :

ECKERT SEAMANS CHERIN &     :

MELLOTT, LLC, MARK S. STEWART,  :      (Judge Jennifer P. Wilson)

and KEVIN M. SKJOLDAL,          :

                                     :

             Defendants.     :

_____:

**STIPULATION TO EXTEND TIME TO SUBMIT
BRIEFS IN SUPPORT OF OBJECTIONS/STATEMENTS
<u>OF APPEAL RELATING TO COURT'S DECEMBER 1, 2023 ORDER</u>**

Counsel for Plaintiff Pace-O-Matic, Inc. ("POM"); counsel for Defendants, Mark S. Stewart, Kevin M. Skjoldal, and Eckert Seamans Cherin & Mellott, LLC (collectively, "Defendants"); and counsel for non-party, Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx"), hereby stipulate as follows:

    a. Parx and Defendants each shall have until <u>January 12, 2024</u> to file a brief addressed to the issues raised in their forthcoming objections/statements of appeal concerning the Order issued by Magistrate Judge Saporito on December 1, 2023 (ECF No. 354);

    b. POM shall have until <u>February 9, 2024</u> to file any brief in response and/or opposition to the briefs filed by Parx and Defendants; and

c.  Parx and Defendants each shall have until <u>February 23, 2024</u> to file a brief in reply.

<u>/s/ Michael Nolan</u>
Jeff B. Jensen
Michael Nolan
Michael Martinich-Sauter
Husch Blackwell
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
(314) 345-6464

*Attorneys for Plaintiff Pace-O-Matic, Inc.*

<u>/s/ Robert S. Tintner</u>
Robert S. Tintner
Peter C. Buckley
Nathan Huddell
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000

*Attorneys for Defendants Mark S. Stewart, Kevin M. Skjoldal, and Eckert Seamans Cherin & Mellott, LLC*

<u>/s/ George A. Bibikos</u>
George A. Bibikos
GA Bibikos LLC
5901 Jonestown Rd. #6330
Harrisburg, PA 17112
(717) 580-5305

*Attorneys for Non-Party Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino*

Dated:  December 14, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

PACE-O-MATIC, INC.,            :
                                        :

              Plaintiff,      :

    v.                                :      Docket No. 1:20-cv-00292
                                          :

ECKERT SEAMANS CHERIN &        :
MELLOTT, LLC,  MARK S. STEWART,    :      (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,          :
                                          :

             Defendants.    :
_____ :

## <u>ORDER</u>

AND NOW, this ___ day of _____, 2023, upon consideration of the Stipulation to Extend Time to Submit Briefs in Support of Objections/Statements of Appeal Relating to Judge Saporito's December 1, 2023 Order, it is hereby ORDERED that:

    a. Non-party, Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx"), and Defendants, Mark S. Stewart, Kevin M. Skjoldal, and Eckert Seamans Cherin & Mellott, LLC (collectively, "Defendants"), each shall have until <u>January 12, 2024</u> to file a brief addressed to the issues raised in their forthcoming objections/statements of appeal concerning the Order issued by Magistrate Judge Saporito on December 1, 2023;

b.  Plaintiff, Pace-O-Matic, Inc., shall have until February 9, 2024 to file any brief in response and/or opposition to the briefs filed by Parx and Defendants; and

c.  Parx and Defendants each shall have until February 23, 2024 to file a brief in reply.

BY THE COURT:

_____
JENNIFER P. WILSON, U.S.D.J.