# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,                                  :
                                                     :
                    Plaintiff,                       :
                                                     :
        v.                                           :     Docket No. 1:20-cv-00292
                                                     :
ECKERT SEAMANS CHERIN &                              :
MELLOTT, LLC,  MARK S. STEWART,                      :     (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                               :
                                                     :
                    Defendants.                      :
_____           :

## **ORDER**

AND NOW, this 14th day of December, 2023, upon consideration of the Stipulation to Extend Time to Submit Briefs in Support of Objections/Statements of Appeal Relating to Judge Saporito's December 1, 2023 Order, it is hereby  ORDERED that:

a. Non-party, Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx"), and Defendants, Mark S. Stewart, Kevin M. Skjoldal, and Eckert Seamans Cherin & Mellott, LLC (collectively, "Defendants"), each shall have until January 12, 2024 to file a brief addressed to the issues raised in their forthcoming objections/statements of appeal concerning the Order issued by Magistrate Judge Saporito on December 1, 2023;

b. Plaintiff, Pace-O-Matic, Inc., shall have until <u>February 9, 2024</u> to file any brief in response and/or opposition to the briefs filed by Parx and Defendants; and

c. Parx and Defendants each shall have until <u>February 23, 2024</u> to file a brief in reply.

BY THE COURT:

___s/ Jennifer P. Wilson_____
JENNIFER P. WILSON, U.S.D.J.