**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

———————————————————
PACE-O-MATIC, INC.,                    :
                                       :
                 Plaintiff,            :
                                       :
        v.                             :        Docket No. 1:20-cv-00292
                                       :
ECKERT SEAMANS CHERIN &                :
MELLOTT, LLC, MARK S. STEWART,         :        (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                 :
                                       :
                 Defendants.           :
———————————————————:

**DEFENDANTS' STATEMENT OF APPEAL
FROM AND OBJECTION TO DECEMBER 1, 2023 ORDER
AND MEMORANDUM ISSUED BY MAGISTRATE JUDGE SAPORITO**

Pursuant to Federal Rule of Civil Procedure 72 and Rule 72.2 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, Defendants Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal (collectively, "Defendants"), by and through their counsel, Fox Rothschild LLP, hereby appeal from and object to the following portions of the non-dispositive Order issued on December 1, 2023 by Magistrate Judge Saporito (ECF No. 354) (the "Order"):

(i)     The portions of numbered paragraph 2 concluding, "[w]ith respect to PRIV-00366 (Control No. 304699)," that "the objection to production on attorney-client privilege grounds is **OVERRULED**," that "the objection to production on federal work-product protection grounds is

**OVERRULED in part**," and that "this document shall be produced, but with [only] the first three paragraphs (following the salutation 'Guys') redacted." Order at 2.  For the avoidance of doubt, Defendants appeal all portions of numbered paragraph 2 concluding that any portion of PRIV-00366 (Control No. 304699) is not protected from disclosure by the attorney-client privilege and the work-product doctrine, and all portions of numbered paragraph 2 directing that any portion of PRIV-00366 (Control No. 304699) be produced without redaction.

(ii)   The portions of numbered paragraph 5 concluding, "[w]ith respect to all other documents challenged by POM and submitted for *in camera* review," that "the objections to production on attorney-client privilege and federal . . . work-product protection grounds are **OVERRULED**— these documents shall be produced *without* redaction."  Order at 3 (footnote omitted).

Defendants respectfully request that the District Court reverse and vacate the aforementioned portions of the Order.  As Defendants will describe in more detail in their forthcoming brief, the aforementioned portions of the Order are clearly erroneous and contrary to law because the portions of the documents directed to be

2

produced without redaction are protected from disclosure by the attorney-client privilege and the federal work-product doctrine.

In support of this statement of appeal and objection, and pursuant to the Order entered by the Court on December 14, 2023 (ECF No. 360), Defendants will file a brief on or before January 12, 2024.

Consistent with that portion of the Order directing Defendants to produce the documents at issue "*[a]bsent timely appeal* of th[e O]rder," (Order at 3) (emphasis added), Defendants will not, pending the resolution of their appeal, produce any of the documents directed to be produced in numbered paragraphs 2 and 5 of the Order.

Respectfully submitted,

_____
ROBERT S. TINTNER, ESQUIRE (No. 73865)
PETER C. BUCKLEY, ESQUIRE (No. 92313)
NATHAN HUDDELL, ESQUIRE (No. 321472)
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3291
(215) 299-2766/2854 (telephone)
(215) 299-2150 (facsimile)
rtintner@foxrothschild.com
pbuckley@foxrothschild.com
nhuddell@foxrothschild.com

*Counsel for Defendants Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal*

Date:   December 15, 2023

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

PACE-O-MATIC, INC.,                          :
                                             :
                    Plaintiff,               :
                                             :
    v.                                       :    Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC,  MARK S. STEWART,              :    (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                       :
                                             :
                    Defendants.              :
_____:

## CERTIFICATE OF SERVICE

I, Robert S. Tintner, Esquire, hereby certify that on this 15th day of December,

2023, I served or caused to be served a true and correct copy of the foregoing upon

all counsel of record via email.


_____
ROBERT S. TINTNER, ESQUIRE