**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | |
| MELLOTT, LLC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 12th day of January 2024, following an on-the-record telephone status conference with counsel for the parties as well as third-party Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx") and third-party Hawke McKeon & Sniscak, LLP ("HMS") regarding how to proceed with the underlying discovery dispute following the mandate and opinion which the United States Court of Appeal for the Third Circuit issued on December 5, 2023, Doc. 356, the court **ORDERS** the following briefing deadlines:

1) On or before **January 26, 2024**, Defendants, Parx, and HMS shall file either a joint or individual briefs in support of the position that Judge Saporito determined that attorney-client privilege applies to the 182 documents now at issue.

2) On or before **February 9, 2024**, Plaintiff shall file its responsive brief.

1

3) On or before **February 23, 2024**, Defendants, Parx, and HMS shall

   file either a joint or individual reply briefs.


s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
