# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 12th day of January 2024, following an on-the-record telephone status conference with counsel for the parties as well as third-party Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx") and third-party Hawke McKeon & Sniscak, LLP ("HMS") regarding whether sanctions are available to Plaintiff following the mandate and opinion which the United States Court of Appeal for the Third Circuit issued on December 5, 2023, Doc. 356, **IT IS ORDERED AS FOLLOWS**:

1) If Plaintiff wishes to pursue sanctions against Defendants, third-parties, or counsel, it must, on or before **February 12, 2024**, file a motion for sanctions, which explains against whom it seeks sanctions, the offending sanctionable conduct, and the rule or statute that provides such remedy.

1

2) If Plaintiff fails to file such motion, or a motion for an extension of

the deadline stating good cause for an extension, by February 12,

2024, then no such motion for sanctions shall be permitted.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania