# EXHIBIT 2

# (POM PRIVILEGE LOG)

PACE-O-MATIC, INC. v. ECKERT SEAMANS CHERIN & MELLOTT, LLC
NO. 20-CV-292
PRIVILEGE LOG

| Date | From | To | cc | Subject | Privilege |
|---|---|---|---|---|---|
| 12/23/19 @ 10:08 am | Matt Haverstick | Tom Lisk<br>Dan Brier | Paul Goldean<br>Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/23/19 @ 10:20 am | Paul Goldean | Matt Haverstick<br>Tom Lisk<br>Dan Brier | Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/23/19 @ 10:21 am | Matt Haverstick | Paul Goldean | Tom Lisk<br>Dan Brier<br>Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/23/19 @ 10:36 am | Dan Brier | Paul Goldean<br>Tom Lisk | Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey<br>Carol Kelleher | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/23/19 @ 10:49 am | Tom Lisk | Dan Brier<br>Paul Goldean | Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey<br>Carol Kelleher | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |
| 12/23/19 @ 11:06 am | Paul Goldean | Dan Brier<br>Tom Lisk | Lee Wesson<br>Ryan Wood<br>Danny Warren<br>Michael Barley<br>Mark Poovey<br>Carol Kelleher | Eckert | Attorney-Client Privilege;<br>Work Product Doctrine |

PACE-O-MATIC, INC. v. ECKERT SEAMANS CHERIN & MELLOTT, LLC
NO. 20-CV-292
PRIVILEGE LOG

| Date | From | To | cc | Subject | Privilege |
|---|---|---|---|---|---|
| 12/23/19 @ 1:05 pm | Paul Goldean | Dan Brier Tom Lisk | Lee Wesson Ryan Wood Danny Warren Michael Barley Mark Poovey Carol Kelleher | Eckert | Attorney-Client Privilege; Work Product Doctrine |
| 12/23/19 @ 1:06 pm | Dan Brier | Paul Goldean Tom Lisk | Lee Wesson Ryan Wood Danny Warren Michael Barley Mark Poovey Carol Kelleher | Eckert | Attorney-Client Privilege; Work Product Doctrine |
| 12/26/19 @ 8:41 pm | Greg Cline | Paul Goldean | Mark Poovey Greg Cline Dan Brier Michael Barley Lee Wesson Tom Lisk Donna Walsh | Tentative-Eckert Matter-New Counsel Introduction | Attorney-Client Privilege; Work Product Doctrine |
| 01/30/20 @ 1:39 pm | Dan Brier | Tom Lisk | Greg Cline | POM | Attorney-Client Privilege; Work Product Doctrine |
| 01/31/20 | Donna Walsh | POM File | | Discussion w/ Tom Lisk | Attorney-Client Privilege; Work Product Doctrine |
| 02/07/20 @ 3:20 pm | Greg Cline | Tom Lisk | | Dan Brier | Attorney-Client Privilege; Work Product Doctrine |
| 02/07/20 @ 3:24 pm | Tom Lisk | Greg Cline | | Dan Brier | Attorney-Client Privilege; Work Product Doctrine |
| 02/07/20 @ 4:14 pm | Greg Cline | Tom Lisk Greg Cline | | Dan Brier | Attorney-Client Privilege |