# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC. | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC. | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 26th day of January, 2024, as requested by the parties during a telephone conference held on January 24, 2024, **IT IS ORDERED** that the amended case management deadlines are as follows:

| | |
|---|---|
| Discovery Disputes: | July 19, 2024 |
| Status Conference:[1] | July 24, 2024, at 8:45 a.m. |
| Fact discovery: | August 30, 2024 |
| Dispositive motions and supporting briefs: | September 30, 2024 |
| Plaintiff's expert reports: | September 30, 2024 |
| Defendant's expert reports: | November 1, 2024 |
| Supplemental and rebuttal expert reports: | November 15, 2024 |
| Expert discovery: | December 13, 2024 |
| Motions in limine and supporting briefs: | January 8, 2025 |
| Pretrial memoranda: | February 5, 2025 |
| Proposed voir dire and jury instructions: | February 5, 2025 |
| Final pretrial conference: | February 19, 2025 |
| Trial: | March 3, 2025 |

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] The parties shall call-in to the court's conference calling line 877-336-1828, using the access code 2529544.