IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    )
                                       )
                    Plaintiff,         )          No. 1:20-cv-292-JPW
                                       )
          v.                           )          Judge Wilson
                                       )
ECKERT SEAMANS CHERIN &                )
MELLOTT, LLC, et al.,                  )
                                       )
                    Defendants.        )

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF PAGE LIMITS SET BY LOCAL RULE 7.8(a)**

Plaintiff Pace-O-Matic, Inc. ("POM") respectfully requests leave to file a brief that exceeds the page limits set by Local Rule 7.8(a).  In support of that request, POM states the following:

1.      Defendants and third-party Greenwood Gaming & Entertainment, Inc. ("Parx") have filed objections to the Magistrate Judge's December 1, 2023 discovery-dispute ruling.  *See* ECF No. 367 (Defendants' brief); No. 366 (Parx's Brief).

2.      The deadline for POM to file its brief in response to those objections is February 9, 2024.

3.      Under Local Rule 7.8(a), absent leave of the Court, the page limit for POM's brief is 15 pages.

4.      Defendants' brief is just over 21 pages in length, excluding the tables of contents and authorities.  *See* ECF No. 367.

5.      Parx's brief is just over 14 pages in length, excluding the tables of contents and authorities.  *See* ECF No. 366.

6.      To ensure that POM can fully respond to all arguments raised in both Defendants' brief and Parx's brief, POM respectfully requests leave to file a single brief that responds to both

1

Defendants and Parx that includes not more than 20 pages of text, excluding the tables of contents and authorities.

7.    Counsel for Defendants and for Parx have indicated that they do not oppose this request.

8.    No party will be prejudiced by this request.

WHEREFORE, POM respectfully requests leave to file a brief in response to the objections filed by Defendants and Parx that does not exceed 20 pages of text, excluding the tables of contents and authorities.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ Jeffrey B. Jensen
Jeffrey B. Jensen*
Michael Nolan*
Michael Martinich-Sauter*
Bola Adeniran*
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Jeff.jensen@huschblackwell.com

* Appearing by special admission

George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

**Counsel for Plaintiff Pace-O-Matic, Inc.**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel of record for all parties via the Court's ECF filing system on February 7, 2024.


*/s/ Jeffrey B. Jensen*