IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:20-cv-292-JPW |
| | ) | |
| v. | ) | Judge Wilson |
| | ) | |
| ECKERT SEAMANS CHERIN & | ) | |
| MELLOTT, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is the Unopposed Motion for Leave to File Brief in Excess of Page Limits Set by Local Rule 7.8(a) (the "Motion") filed by Plaintiff Pace-O-Matic, Inc. ("POM"). For the reasons set forth in the Motion, the Court finds good cause for permitting POM to exceed the page limitations set by Local Rule 7.8(a). Thus, the Court hereby GRANTS the Motion. POM may file a single brief responding to both the objections filed by Defendants (ECF No. 367) and the objections filed by third-party Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino (ECF No. 366) that does not exceed 20 pages of text, excluding the table of contents and the table of authorities.

SO ORDERED.

_____
Hon. Jennifer P. Wilson
United States District Judge

1