**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PACE-O-MATIC, INC.,           : | |
|             : | |
|       Plaintiff,      : | |
|     v.             : | Docket No. 1:20-cv-00292 |
|             : | |
| ECKERT SEAMANS CHERIN &   : | |
| MELLOTT, LLC, MARK S. STEWART, : | (Judge Jennifer P. Wilson) |
| and KEVIN M. SKJOLDAL,    : | |
|             : | |
|      Defendants.    : | |

### STIPULATION TO EXTEND DEFENDANTS' TIME TO SUBMIT RESPONSE TO PLAINTIFF'S MARCH 26, 2024 LETTER MOTION

Counsel for Plaintiff Pace-O-Matic, Inc. ("POM") and counsel for Defendants

Mark S. Stewart, Kevin M. Skjoldal, and Eckert Seamans Cherin & Mellott, LLC

(collectively, "Defendants") hereby stipulate that, subject to the Court's approval,

Defendants shall have until April 5, 2024 to file a response to the letter motion filed

by POM on March 26, 2024 (ECF No. 376).

| | |
|---|---|
| */s/ Michael Nolan* | */s/ Robert S. Tintner* |
| Jeff B. Jensen | Robert S. Tintner |
| Michael Nolan | Peter C. Buckley |
| Husch Blackwell | Nathan Huddell |
| 8001 Forsyth Boulevard, Suite 1500 | Fox Rothschild LLP |
| St. Louis, MO 63105 | 2000 Market Street, 20th Floor |
| (314) 345-6464 | Philadelphia, PA 19103 |
| | (215) 299-2000 |
| *Attorneys for Plaintiff Pace-O-Matic, Inc.* | *Attorneys for Defendants Mark S. Stewart, Kevin M. Skjoldal, and Eckert Seamans Cherin & Mellott, LLC* |

Dated: March 28, 2024