**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

PACE-O-MATIC, INC.,                          :
                                             :
                    Plaintiff,               :
                                             :
          v.                                 :          Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC,  MARK S. STEWART,              :          (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                       :
                                             :
                    Defendants.              :
_____          :

## ORDER

AND NOW, this ___ day of _____, 2024, upon consideration of the Stipulation to Extend Defendants' Time to Submit Response to Plaintiff's March 26, 2024 Letter Motion, it is hereby ORDERED that Defendants Mark S. Stewart, Kevin M. Skjoldal, and Eckert Seamans Cherin & Mellott, LLC shall have until April 5, 2024 to file a response to the letter motion filed by Plaintiff Pace-O-Matic, Inc. on March 26, 2024 (ECF No. 376).

BY THE COURT:

_____
JENNIFER P. WILSON, U.S.D.J.