# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                          :
                                :
            Plaintiff,           :
   v.                                        :   Docket No. 1:20-cv-00292
                                :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC, MARK S. STEWART,               :   (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                       :
                                :
           Defendants.            :

## ORDER

AND NOW, this 29th day of March, 2024, upon consideration of the Stipulation to Extend Defendants' Time to Submit Response to Plaintiff's March 26, 2024 Letter Motion, it is hereby ORDERED that Defendants Mark S. Stewart, Kevin M. Skjoldal, and Eckert Seamans Cherin & Mellott, LLC shall have until April 5, 2024 to file a response to the letter motion filed by Plaintiff Pace-O-Matic, Inc. on March 26, 2024 (ECF No. 376).

BY THE COURT:

SJennifer P. Wilson
_____
JENNIFER P. WILSON, U.S.D.J.