**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | |
| MELLOTT, LLC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 30th day of April 2024, following the court's review of the purportedly privileged documents the underlying discovery dispute following the mandate and opinion which the United States Court of Appeal for the Third Circuit issued on December 5, 2023, Doc. 356, and due to the court's inability to locate one of the documents at issue, **IT IS ORDERED** as follows:

1) By **Monday, May 6, 2024**, third-party Hawke McKeon & Sniscak, LLP ("HMS") **SHALL** produce to the court a copy of the document HMS-001081–HMS-001082 over which it asserts attorney-client privilege.  HMS may produce a digital copy, via thumb drive, or paper copy.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania