# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| Plaintiff, | : | |
| v. | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 9th day of May 2024, for the reasons stated in the accompanying memorandum, to resolve the discovery dispute now before the court, **IT IS ORDERED THAT:**

A. Based on the court's *in camera* review, the following documents are protected by attorney-client privilege and **SHALL BE WITHELD** from disclosure:

1) 2019_12_13_13_45_48.pdf;
2) 2019_12_14_11_06_16.pdf;
3) 2019_12_16_16_56_58.pdf;
4) 2019_12_18_02_55_49.pdf;
5) 2019_12_18_12_12_16.pdf;
6) 2019_12_18_12_57_27.pdf;
7) 2019_12_18_14_04_35.pdf;
8) 2019_12_18_14_12_23.pdf;
9) 2019_12_18_14_42_06.pdf;
10) 2019_12_18_15_14_03.pdf;
11) 2019_12_19_16_22_36.pdf;
12) 2020_01_13_13_05_02.pdf;
13) 2020_01_13_13_26_46.pdf;
14) 2020_01_13_13_39_23.pdf;
15) 2020_01_13_17_16_53.pdf;
16) 2020_01_14_15_49_07.pdf;

17) 2020_01_14_15_55_27.pdf;
18) 2020_01_14_16_24_06.pdf;
19) 2020_01_14_17_37_03.pdf;
20) 2020_01_14_19_46_34.pdf;
21) 2020_01_14_23_55_57.pdf;
22) 2020_01_15_07_49_00.pdf;
23) 2020_01_15_07_50_51.pdf;
24) 2020_01_15_07_51_56.pdf;
25) 2020_01_22_16_28_25.pdf;
26) 2020_01_22_18_44_52.pdf;
27) 2020_01_23_07_21_42.pdf;
28) 2020_01_23_09_19_41.pdf;
29) 2020_01_23_09_40_35.pdf;
30) 2020_01_23_10_54_41.pdf;
31) 2020_01_23_10_58_33.pdf;
32) 2020_01_23_11_19_43.pdf;
33) 2020_01_23_11_29_40.pdf;
34) 2020_01_26_22_47_08.pdf;
35) 2020_01_26_22_45_37.pdf;
36) 2020_01_27_19_04_50.pdf;
37) 2020_01_30_11_34_32.pdf;
38) 2020_01_30_11_34_33.pdf;
39) 2020_01_30_12_03_36.pdf;
40) 2020_01_30_13_04_55.pdf;
41) 2020_01_30_13_06_10.pdf;
42) 2020_02_04_12_05_21.pdf;
43) 2020_02_04_12_53_05.pdf;

44) 2020_02_04_16_21_41.pdf;
45) 2020_02_05_10_24_31.pdf;
46) 2020_02_06_08_19_01.pdf;
47) 2020_02_06_09_56_51.pdf;
48) 2020_02_07_14_10_16.pdf;
49) 2020_02_07_14_10_56.pdf;
50) 2020_02_07_16_11_26.pdf;
51) 2020_02_07_16_19_05.pdf;
52) 2020_02_07_16_47_19.pdf;
53) 2020_02_10_14_38_15.pdf;
54) 2020_02_10_17_48_35.pdf;
55) 2020_02_12_11_58_58.pdf;
56) 2020_02_12_11_59_15.pdf;
57) 2020_02_13_17_35_37.pdf;
58) 2020_02_18_10_57_43.pdf;
59) 2020_02_20_16_10_20.pdf;
60) 2020_02_20_16_16_24.pdf;
61) 2020_02_27_15_07_59.pdf;
62) 2020_05_01_14_25_10.pdf;
63) 2020_05_01_14_33_41.pdf;
64) 2020_05_01_17_12_49.pdf;
65) 2020_05_01_23_09_28.pdf;
66) 2020_05_04_09_49_02.pdf;
67) 2020_05_04_12_24_38.pdf;
68) 2020_05_04_12_26_39.pdf;
69) 2020_05_04_12_28_31.pdf;
70) 2020_05_07_10_48_18.pdf;

71) 2020_05_07_11_23_40.pdf;

72) 2020_05_07_11_24_31.pdf;

73) 2020_05_07_17_02_24.pdf;

74) 2020_05_12_10_26_15.pdf;

75) 2020_05_12_17_19_04.pdf;

76) 2020_05_14_11_42_01.pdf;

77) 2020_05_15_10_13_45.pdf;

78) 2020_05_15_16_12_26.pdf;

79) HMS-000088–HMS-000112;

80) HMS-000113;

81) HMS-000114–HMS-000193;

82) HMS-000194–HMS-000198;

83) HMS-000199–HMS-000200;

84) HMS-000201–HMS-000202;

85) HMS-000203–HMS-000205;

86) HMS-000206–HMS-000208;

87) HMS-000209–HMS-000249;

88) HMS-000250–HMS-000253;

89) HMS-000254–HMS-000257;

90) HMS-000258–HMS-000261;

91) HMS-000262–HMS-000555;

92) HMS-000558;

93) HMS-000559–HMS-000592;

94) HMS-000593–HMS-000594;

95) HMS-000595–HMS-000628;

96) HMS-000629–HMS-000630;

97) HMS-000631–HMS-000633;

98) HMS-000634–HMS-000637;

99) HMS-000638–HMS-000671;

100) HMS-000672;

101) HMS-000673–HMS-000708;

102) HMS-000710;

103) HMS-000723–HMS-000724;

104) HMS-000733–HMS-000736;

105) HMS-000737–HMS-000739;

106) HMS-000740–HMS-000741;

107) HMS-000742;

108) HMS-000743–HMS-000744;

109) HMS-000812–HMS-000813;

110) HMS-000814;

111) HMS-000817–HMS-000818;

112) HMS-000819–HMS-000820;

113) HMS-000821–HMS-000823;

114) HMS-000824–HMS-000831;

115) HMS-000832–HMS-000833;

116) HMS-000834–HMS-000839;

117) HMS-000840–HMS-000842;

118) HMS-000843–HMS-000846;

119) HMS-000847;

120) HMS-000848–HMS-000860;

121) HMS-000861–HMS-000865;

122) HMS-000866–HMS-000914;

123) HMS-000915–HMS-000923;

124) HMS-000924;

3

125) HMS-000925;
126) HMS-000927–HMS-000928;
127) HMS-000929;
128) HMS-000930;
129) HMS-000985–HMS-000997;
130) HMS-000998–HMS-001007;
131) HMS-001008–HMS-001012;
132) HMS-001013–HMS-001016;
133) HMS-001017–HMS-001020;
134) HMS-001021–HMS-001022;
135) HMS-001023–HMS-001029;
136) HMS-001030–HMS-001048;
137) HMS-001057–HMS-001061;
138) HMS-001062–HMS-001064;
139) HMS-001065–HMS-001066;
140) HMS-001067–HMS-001076;
141) HMS-001077–HMS-001080;
142) HMS-001081–HMS-001082;
143) HMS-001120–HMS-001129;
144) HMS-001130;
145) HMS-001133–HMS-001161;
146) HMS-001162–HMS-001194;
147) HMS-001195–HMS-001197;
148) HMS-001198;
149) HMS-001201–HMS-001202;
150) HMS-001203–HMS-001204;
151) HMS-001205–HMS-001220;
152) HMS-001221–HMS-001222;
153) HMS-001223–HMS-001251;
154) HMS-001252–HMS-001253;
155) HMS-001254–HMS-001281;
156) HMS-001282–HMS-001298;
157) HMS-001299–HMS-001301;
158) HMS-001302–HMS-001306;
159) HMS-001307–HMS-001310;
160) HMS-001311–HMS-001315;
161) HMS-001316–HMS-001319.

B. Based on the court's *in camera* review, the following documents are not protected by attorney-client privilege, and Eckert **SHALL PRODUCE** to Plaintiff without redaction **within 21 days of this order**:

1) 2020_01_16_18_09_26.pdf;
2) 2020_01_16_19_41_46.pdf;
3) 2020_01_17_16_45_14.pdf;
4) 2020_05_11_12_53_48.pdf;

4

5) 2019_12_13_15_24_35.pdf;
6) 2019_12_13_16_58_02.pdf;
7) 2019_12_13_17_04_24.pdf;
8) 2019_12_13_17_05_37.pdf;
9) 2020_01_19_16_01_31.pdf.

    C. Based on the court's *in camera* review, the following documents are not protected by attorney-client privilege, and HMS **SHALL PRODUCE** to Plaintiff without redaction **within 21 days of this order**:

1) HMS-000939–HMS-000941;
2) HMS-000556–HMS-000557;
3) HMS-000931–HMS-000933;
4) HMS-000934–HMS-000935;
5) HMS-000946–HMS-000948.

    D. Based on the court's *in camera* review, the following documents are partially protected by attorney-client privilege, and Eckert **SHALL PRODUCE** to Plaintiff the following documents, with redactions as described in the accompanying memorandum, **within 21 days of this order**:

1) 2020_01_13_18_05_01.pdf;
2) 2020_01_17_16_39_22.pdf;
3) 2020_01_17_16_51_18.pdf;
4) 2020_01_17_16_23_45.pdf;
5) 2020_04_07_11_31_00.pdf.

    E. Based on the court's *in camera* review, the following documents are partially protected by attorney-client privilege, and HMS **SHALL**

5

**PRODUCE** to Plaintiff the following documents, with redactions as described in the accompanying memorandum, **within 21 days of this order**:

1) HMS-001326–HMS-001330;   2) HMS-000942–HMS-000945.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania