# In the United States District Court for the Middle District of Pennsylvania

PACE-O-MATIC, INC.

          *Plaintiff,*

     *vs.*

ECKERT, SEAMANS, CHERIN & MELLOT, LLC

          *Defendant.*

)
) [ELECTRONICALLY FILED]
)
) Docket No. 20-292
)
) JUDGE WILSON
)
) CHIEF MAGISTRATE JUDGE
) JOSEPH F. SAPORITO, JR.
)

## ORDER ON MOTION FOR STAY

AND NOW, this __ day of _____, 2024, upon consideration of the motion of Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx"), for a stay and for reconsideration or certification pursuant to 28 U.S.C. § 1292 of the Court's order and opinion affirming Chief Magistrate Judge Saporito, Jr.'s decision that Eckert, Seamans, Cherin & Mellot, LLC ("Eckert") must produce documents in its custody that contain Parx's privileged communications and turn them over to Pace-O-Matic, Inc. ("POM") in connection with the underlying dispute between Eckert and POM, the motion is GRANTED. The order at Doc. 383 is STAYED pending reconsideration and any ensuing appeal.

Wilson, J.