# In the United States District Court for the Middle District of Pennsylvania

PACE-O-MATIC, INC.                          )
                                            ) [ELECTRONICALLY FILED]
                    *Plaintiff,*            )
                                            ) Docket No. 20-292
        *vs.*                               )
                                            ) JUDGE WILSON
ECKERT, SEAMANS, CHERIN                     )
& MELLOT, LLC                               ) CHIEF MAGISTRATE JUDGE
                                            ) JOSEPH F. SAPORITO, JR.
                    *Defendant.*            )

## ORDER ON MOTION FOR RECONSIDERATION

AND NOW, this __ day of _____, 2024, upon consideration of the motion of Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx"), for a stay and for reconsideration or certification pursuant to 28 U.S.C. § 1292 of the Court's order and opinion affirming Chief Magistrate Judge Saporito, Jr.'s decision that Eckert, Seamans, Cherin & Mellot, LLC ("Eckert") must produce documents in its custody that contain Parx's privileged communications and turn them over to Pace-O-Matic, Inc. ("POM") in connection with the underlying dispute between Eckert and POM, the motion is GRANTED. The opinion and order at Docs. 382 and 383 respectively are hereby VACATED.  All documents identified in

Docs. 382 and 383 for production shall not be produced in whole or in part to POM.

_____

Wilson, J.