**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & | : | |
| MELLOTT, LLC, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 14th day of May 2024, upon consideration of the

motion for reconsideration or certification and for a stay filed by third-party

Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx"), Doc. 387,

**IT IS ORDERED THAT**:

1) The deadline for Defendants to produce discovery, set forth in

   Paragraph 4 of this court's April 29, 2024 order, Doc. 383, is

   **STAYED** pending briefing and resolution of Parx's motion.  (Doc.

   387.)  The decision to stay the deadline does not reflect any

   consideration of the potential merit of Parx's pending motion.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania