IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                     )
                                        )
        Plaintiff,                      )        No. 1:20-cv-292-JPW
                                        )
        v.                              )        Judge Wilson
                                        )
ECKERT SEAMANS CHERIN &                 )
MELLOTT, LLC; et al.,                   )
                                        )
        Defendants.                     )

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMIT**

On May 13, 2024, Greenwood Gaming & Entertainment, Inc. ("Parx") filed a motion (the "Motion") requesting that the Court reconsider its April 29, 2024 Order or, in the alternative, certify that Order for immediate appeal under 28 U.S.C. § 1292(b).

For the reasons stated below, Plaintiff respectfully requests leave to file a response to the Motion that does not exceed 20 pages of text. In support of that request, Plaintiff states the following:

1.      On May 13, Parx filed the Motion. *See* ECF No. 388. The Motion contains 20 pages of text. *See id.*

2.      The Motion seeks three distinct types of relief: (a) reconsideration of the April 29 Order; (b) certification of the April 29 Order for immediate appeal under 28 U.S.C. § 1292(b); and (c) a stay of the April 29 Order pending appeal. *See id.*

1

3. Each of these types of relief is governed by a distinct legal standard implicating distinct questions of law and fact.

4. The deadline for Plaintiff to respond to Parx's Motion is May 27, 2024.

5. The presumptive page limit for Plaintiff's response is 15 pages. *See* LR 7.8(b)(1).

6. Plaintiff seeks leave to file a brief that does not exceed 20 pages of text.

7. The requested extension of the page limit would enable Plaintiff to fully address all of the issues raised by Parx's Motion, which in turn will aid the Court's resolution of the Motion.

8. The requested extension would also align the length of Plaintiff's brief with the length of Parx's opening brief. *See* ECF No. 388.

9. Counsel for Parx has stated that he does not oppose the requested extension of the page limit.

10. No person will be prejudiced by the requested extension.

11. Plaintiff is seeking this requested extension more than two working days before the deadline for filing the brief. *See* LR 7.8(b)(3).

WHEREFORE, Plaintiff respectfully requests leave to file a brief in response to Parx's Motion that does not exceed 20 pages; and for such other relief as the Court deems just and appropriate.

2

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Michael Nolan*
Jeffrey B. Jensen*
Michael Nolan*
Bola Adeniran*
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Jeff.jensen@huschblackwell.com


Michael Martinich-Sauter*
JAMES OTIS LAW GROUP LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(314) 949-3018 (Telephone)
michael.martinich-sauter@james-otis.com

* Appearing by special admission


George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

***Counsel for Plaintiff Pace-O-Matic, Inc.***

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing was served on

counsel of record for all parties via the Court's ECF filing system on May 22, 2024.

*/s/ Michael Nolan*