IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:20-cv-292-JPW |
| | ) | |
| v. | ) | |
| | ) | |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC; et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is Plaintiff's unopposed motion for leave to file an opposition to Greenwood Gaming & Entertainment, Inc.'s ("Parx's") May 13, 2024 motion that exceeds the presumptive page limit set by Local Rule 7.8(b)(1).  Having considered the reasons set forth in Plaintiff's unopposed motion, the Court hereby GRANTS the motion.  Plaintiff may file a response to Parx's May 13 motion that does not exceed 20 pages of text.

SO ORDERED.

s/ Jennifer P. Wilson
Hon. Jennifer P. Wilson
United States District Judge