# In the United States District Court for the Middle District of Pennsylvania

PACE-O-MATIC, INC.      )
            )
     *Plaintiff,*    )   [ELECTRONICALLY FILED]
            )
     *vs.*       )   Docket No. 20-292
            )
ECKERT, SEAMANS, CHERIN   )   JUDGE WILSON
& MELLOT, LLC       )
            )
     *Defendant.*   )

## NOTICE OF APPEAL

Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx"), hereby appeals to the United States Court of Appeals for the Third Circuit from an order of the court in the above-captioned matter dated April 29, 2024 (Doc. 383) and associated memorandum (Doc. 382).

May 28, 2024         Respectfully submitted,

             **GA BIBIKOS LLC**

             /s George A. Bibikos
             George A. Bibikos
             5901 Jonestown Rd. #6330
             Harrisburg, PA 17112
             (717) 580-5305
             gbibikos@gabibikos.com

             *Counsel for Greenwood Gaming &*
             *Entertainment, Inc. d/b/a Parx Casino*

## CERTIFICATE OF SERVICE

I hereby certify that I filed and served the foregoing electronically through the Court's ECF system such that the District Judge and counsel of record will be served automatically.


/s George A. Bibikos
George A. Bibikos