# In the United States District Court for the Middle District of Pennsylvania

PACE-O-MATIC, INC.　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　*Plaintiff,*　　　　　）　[ELECTRONICALLY FILED]
　　　　　　　　　　　　　　　　）
　　　　　　*vs.*　　　　　　　　）　Docket No. 20-292
　　　　　　　　　　　　　　　　）
ECKERT, SEAMANS, CHERIN　）　JUDGE WILSON
& MELLOT, LLC, *et al.*　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　*Defendants.*　　　　）

## AMENDED NOTICE OF APPEAL

Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx"), files this amended notice of appeal to the United States Court of Appeals for the Third Circuit from orders in the above matter dated April 29, 2024 (Doc. 383), and July 3, 2024 (Doc. 398, denying reconsideration), along with supporting memoranda (Docs. 382 and 397).

July 11, 2024　　　　　　　　　**GA BIBIKOS LLC**

　　　　　　　　　　　　　　　/s George A. Bibikos
　　　　　　　　　　　　　　　George A. Bibikos (PA 91249)
　　　　　　　　　　　　　　　5901 Jonestown Rd. #6330
　　　　　　　　　　　　　　　Harrisburg, PA 17112
　　　　　　　　　　　　　　　(717) 580-5305
　　　　　　　　　　　　　　　gbibikos@gabibikos.com

　　　　　　　　　　　　　　　*Counsel for Greenwood Gaming &*
　　　　　　　　　　　　　　　*Entertainment, Inc. d/b/a Parx Casino*

# CERTIFICATE OF SERVICE

I hereby certify that I filed and served the foregoing electronically through the Court's ECF system such that the District Judge and counsel of record will be served automatically.

/s George A. Bibikos

George A. Bibikos