April 2024 Order

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 29th day of April 2024, upon consideration of the appeals filed in this case, Docs. 361, 362, and the memorandum and order of Magistrate Judge Joseph Saporito, Docs. 353, 354, and for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT:**

1) The appeals are **GRANTED IN PART AND DENIED IN PART**. (Docs. 161, 162.)  Specifically, the appeals are **GRANTED** with respect to PRIV-00679 at 1, 6; PRIV-00684 at 1–2, 6; PRIV-00685 at 1–2, 6; and PRIV-00755 at 1–2, 6, but **DENIED** in all other respects.

2) In Judge Saporito's memorandum, the court **REVERSES** the paragraph of Section III.D.3. in which Judge Saporito addresses PRIV-00679, PRIV-00684, PRIV-00685, and PRIV-00679.  (Doc.

353, pp. 88–89.)  In all other respects, the court **AFFIRMS** Judge

Saporito's memorandum.

3) The court **REVERSES** paragraph 5 of Judge Saporito's order, Doc.

354, with respect to PRIV-00679 at 1, 6; PRIV-00684 at 1–2, 6;

PRIV-00685 at 1–2, 6; and PRIV-00755 at 1–2, 6.  The court

**AFFIRMS** Judge Saporito's order in all other respects.

4) **Within 21 days** of this order's entry, Defendants **SHALL**

**PRODUCE** the documents directed in Judge Saporito's order, Doc.

354, without redaction, except for PRIV-00679, PRIV-00684, PRIV-

00685, and PRIV-00679, which Defendants **SHALL PRODUCE**

with redactions in accordance with this order and the findings of the

accompanying memorandum.


s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania