July 2024 Order
(Reconsideration)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 3rd day of July 2024, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT**:

1) The motion for reconsideration or certification filed by Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx"), Doc. 387, is **DENIED**;

2) This court's May 14, 2024 order, staying Defendant's production of discovery documents pending resolution of Parx's motion, is **LIFTED**;

3) However, given that Parx has apparently appealed the court's order to the Third Circuit, Docs. 394 and 395, the deadlines in Paragraph 4 of this court's order dated April 29, 2024, Doc. 383, are **STAYED** pending the resolution of Parx's appeal;

4) Within **14 days** of the Third Circuit resolving the appeal, Parx

   **SHALL** file notice, no longer than three pages, with this court to (1)

   notify the court of the Circuit's resolution and (2) address any other

   reason this court should not lift the stay of production.

5) Within **14 days** of Parx filing such notice, POM and Eckert shall each

   be permitted to file a response of no longer than three pages.


s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania