# HUSCH BLACKWELL

Michael Nolan
Partner

8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Direct: 314.480.1770
Fax: 314.480.1505
michael.nolan@huschblackwell.com

July 12, 2024

Judge Jennifer P. Wilson
United States District Judge
United States District Court for the Middle
District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17101

> **Re:**  *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, et al.*
> **Civil No. 1:20-CV-00292**

Dear Judge Wilson:

The current deadline to respond to Pennsylvania State Police letter requesting protective relief is Monday, July 15,2024. Due to pre-existing conflicts and case-related travel within Plaintiff's legal team, Plaintiff respectfully requests a seven (7) day extension—until July 22, 2024—to file its response to the protective relief letter.

Regards,

HUSCH BLACKWELL LLP

*/s/ Michael Nolan*

Michael Nolan