# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSLYVANIA

|  |  |
|---|---|
| PACE-O-MATIC,<br><br>    Plaintiff,<br><br><br>    v.<br><br>ECKERT SEAMANS CHERIN &<br>MELLOT,<br><br><br>    Defendant. | DOCKET NO.: 1:20-cv-00292-JPW |

_____

## LIMITED ENTRY OF APPEARANCE
_____

Please enter the appearance of Marc E. Wolin as counsel for Downs Racing LP in the above captioned matter for the limited purpose of filing a motion regarding a non-party subpoena directed to Richard Gmerek.

**SAIBER LLC**

/s/ Marc E. Wolin_____
Marc E. Wolin (No. 65437)
18 Columbia Turnpike
Suite 200
Florham Park, NJ 07932
*Counsel for Non-Party*
*Downs Racing LP*

Dated: July 19, 2024

{01746567.DOCX }

## CERTIFICATE OF SERVICE

I hereby certify that I filed and served the foregoing Notice of Entry of

Limited Appearance electronically via ECF.

/s/ Marc E. Wolin_____
Marc E. Wolin, Esq.

Dated: July 19, 2024

{01746567.DOCX }