IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:20-cv-292-JPW |
| | ) | |
| v. | ) | Judge Wilson |
| | ) | |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED MOTION FOR EXTENSION OF DEADLINES**

Plaintiff Pace-O-Matic, Inc. ("POM"), pursuant to Federal Rule of Civil Procedure 6, respectfully moves this Court for the entry an order, extending all deadlines and trial and pretrial settings set forth in the Court's Amended Case Management Order [#368] entered on January 26, 2024, by six months. Defendants consent to this motion. In support of this Motion, POM states the following:

1.      Discovery is ongoing between the parties and non-parties. POM has held off conducting certain discovery pending resolution of certain discovery disputes which are currently subject to a motion for interlocutory appeal by non-party Parx Casino. However, the parties have diligently engaged in written discovery and non-party document requests and depositions.

2.      The parties have recently asked each other to supplement certain discovery responses which POM expects will be forthcoming.

3.      POM has recently served additional written discovery on defendants and intends to issue document subpoenas to several non-parties based on documents recently produced by Defendants and non-party HMS pursuant to this Court's May 9, 2024 order.

1

HB: 4879-7269-7298.1

4.      Non-party Richard Gmerek has produced certain documents and has committed to continue his production on a rolling basis going forward.  Mr. Gmerek is waiting for input from Mohegan Sun and Parx Casino to determine whether they are going to object to the production of certain documents based on claims of privilege by the casinos.  To date, POM has not received privilege logs from those non-parties on those issues but anticipates they may be forthcoming.

5.      The parties have scheduled the depositions of defendant Kevin Skjoldal and non-party Mr. Gmerek for the end of the month.  However, POM has held off scheduling other depositions pending the outcome of the discovery dispute which is subject to non-party Parx's motion for interlocutory appeal.

6.      Over the course of this litigation, discovery disputes have arisen and the parties and non-parties have worked, and continue to work, diligently to resolve those issues without the need for court intervention.  The parties and non-parties continue to meet and confer, including such meetings and e-mail correspondence this week to resolve issues.  Based on the recent and continued document production and discovery supplementation, POM anticipates there will likely be the need for further conferences on discovery disputes in the future.

7.      The Pennsylvania State Police ("PSP") recently filed a letter with this Court regarding certain objections it has in response to POM's subpoenas.  POM will be filing its response to that letter on July 22, 2024.  Once that issue is resolved, POM anticipates that it will be deposing the PSP's corporate representative at some point in the future.

8.      Pursuant to the Amended Case Management Order, fact discovery does not end until August 30, 2024.  However, the deadline for raising discovery disputes is July 19, 2024.

9.      Given the ongoing discovery and the attempts to resolve disputes without the need for Court intervention, and a substantial amount of discovery still anticipated, good cause exists to

2

HB: 4879-7269-7298.1

extend all deadlines contained in the Amended Case Management Order by six months, including today's discovery dispute deadline.

10.    Doing so will conserve judicial resources and avoid the needless cost of briefing discovery disputes if the parties and non-parties are able to reach consensus on those issues.

11.    This motion is not brought for the purpose of undue delay and no party or non-party will be prejudiced by this request.

12.    The undersigned has conferred with defense counsel by e-mail and over the telephone.  Defense counsel consents to this motion.

WHEREFORE, POM respectfully requests that this Court enter an order, extending all deadlines and trial and pretrial settings set forth in the Court's Amended Case Management Order [#368] entered on January 26, 2024, by six months.

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Michael P. Nolan*
Jeffrey B. Jensen*
Michael Nolan*
Michael Martinich-Sauter*
Bola Adeniran*
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Jeff.jensen@huschblackwell.com

* Appearing by special admission

George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100

3

HB: 4879-7269-7298.1

geowwest@ptd.net

**Counsel for Plaintiff Pace-O-Matic, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel of record for all parties via the Court's ECF filing system on July 19, 2024.

_/s/ Michael P. Nolan_

4

HB: 4879-7269-7298.1