## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| ECKERT, SEAMANS CHERIN & | : | |
| MELLOTT, LLC, *et al.*, | : | |
| | : | Judge Jennifer P. Wilson |
| Defendants. | | |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 22nd day of July 2024, upon consideration of the stipulated motion for extension of deadlines, Doc. 405, **IT IS ORDERED THAT** the telephonic status conference previously scheduled for July 24, 2024, is **CANCELLED** and the amended case management deadlines are as follows:

| | |
|---|---|
| Discovery Disputes: (6-weeks prior) | January 17, 2025 |
| Status conference: | January 22, 2025, at 9:30 a.m.[1] |
| Fact discovery: | February 28, 2025 |
| Dispositive motions and supporting briefs: | March 31, 2025 |
| Plaintiff's expert reports: | March 31, 2025 |
| Defendant's expert reports: | May 2, 2025 |
| Supplemental and rebuttal expert reports: | May 16, 2025 |
| Expert discovery: | June 13, 2025 |
| Motions in limine and supporting briefs: | July 9, 2025 |
| Pretrial memoranda: | August 6, 2025 |
| Proposed voir dire and jury instructions: | August 6, 2025 |

---

[1] The parties shall call-in to the conference calling number 877-336-1828, using the access code 2529544.

1

2

Final pretrial conference:                September 5, 2025
Trial:                                    September 8, 2025


                              s/Jennifer P. Wilson
                              JENNIFER P. WILSON
                              United States District Judge
                              Middle District of Pennsylvania