# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSLYVANIA

<table>
<tr><td>

PACE-O-MATIC,

   Plaintiff,


   v.

ECKERT SEAMANS CHERIN &
MELLOT,


   Defendant.

</td><td>

DOCKET NO.: 1:20-cv-000292-JPW

</td></tr>
</table>

_____

## LIMITED ENTRY OF APPEARANCE
_____


Please enter the appearance of Kevin C. Hayes as counsel for Downs Racing LP in the above captioned matter for the limited purpose of filing a motion regarding a non-party subpoena directed to Richard Gmerek.

**SAIBER LLC**

/s/ Kevin C. Hayes_____
Kevin C. Hayes (No. 202486)
327 N. Washington Ave.
Scranton, PA18503
*Counsel for Non-Party*
*Downs Racing LP*


Dated: July 22, 2024

{01746569.DOCX }

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed and served the foregoing Notice of Entry of

Limited Appearance electronically via ECF.

/s/ Kevin C. Hayes_____
Kevin C. Hayes, Esq.

Dated: July 22, 2024

{01746569.DOCX }