# EXHIBIT 1

| | |
|---|---|
| **From:** | Nolan, Michael |
| **To:** | Boland, Nicole J |
| **Cc:** | Jensen, Jeff; Ottolini, Lisa; Adeniran, Bola; Michael Martinich-Sauter |
| **Subject:** | RE: [External] Re: POM/Eckert |
| **Date:** | Friday, June 28, 2024 5:07:17 PM |

Thanks for your response, Nicole.  Please let us know which specific cases you are talking about.  My understanding is that there are a number of cases where the machines in question have been returned, which suggests that the investigations are no longer active or ongoing.  It would be helpful to know which ones PSP claims are still a part of an active ongoing investigation.  Once we have that specific information, we will be in a better position to evaluate whether to stipulate or take the matter up with the court.  Thanks.

**Michael Nolan**
**Partner**
Direct: 314-480-1770
Michael.Nolan@huschblackwell.com

**From:** Boland, Nicole J <nboland@pa.gov>
**Sent:** Wednesday, June 26, 2024 5:43 PM
**To:** Nolan, Michael <Michael.Nolan@huschblackwell.com>
**Subject:** RE: [External] Re: POM/Eckert

[EXTERNAL EMAIL]

Hi Michael-

We stand on our objections and our existing protective order in Commonwealth Court as long indicated.  So long as you agree to the bounds of the protective order, we can proceed in scheduling dates. If we need to seek a protective order, please advise.

Thank you,

Nicole

**From:** Nolan, Michael <Michael.Nolan@huschblackwell.com>
**Sent:** Wednesday, June 26, 2024 10:02 AM
**To:** Boland, Nicole J <nboland@pa.gov>
**Subject:** [External] Re: POM/Eckert

***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the* Report Phishing button in Outlook.

I just tried to reach you and left a message for you. Would you please call me to schedule the corporate rep deposition? Thank you.

Sent from my iPhone

> On Jun 25, 2024, at 4:19 PM, Nolan, Michael <Michael.Nolan@huschblackwell.com> wrote:
>
>
> Nicole,
> Would you please provide me with dates for the PSP Corporate Representative Deposition in July?  Thanks.
>
> **Michael Nolan**
> **Partner**
>
> **HUSCH BLACKWELL**
> 8001 Forsyth Boulevard,
> Suite 1500
> St. Louis, MO 63105
> Direct: 314-480-1770
> Fax: 314-480-1505
> Michael.Nolan@huschblackwell.com
> huschblackwell.com
>  vBio|vCard
>
> **Healthcare, Life Sciences & Education**
> **Commercial Litigation**
>
> **Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service. Our 1000+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon solutions to our clients' most complex challenges.**