# EXHIBIT 2

**From:**       Mark S. Stewart [/O=ECKERTSEAMANS/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3792455D4FAD4724874BB7F444057D20-MARK S. ST]
**Sent:**       Thursday, March 08, 2018 10:55:06 AM
**To:**         Richard Gmerek
**Subject:**    RE: Skill games

LOL.  Thanks.  Hope you didn't mind my reference of your relationship with Shapiro.  I wasn't trying to make it your problem to fix, etc., but knew you have a good relationship there and wanted to recognize its importance.

**Mark S. Stewart, Esq.  |  Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street  •  8th Floor  •  Harrisburg, PA 17101
Direct (717) 237.7191  |  Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard


**From:** Richard Gmerek [mailto:RGmerek@ggrgov.com]
**Sent:** Wednesday, March 07, 2018 11:11 PM
**To:** Mark S. Stewart
**Subject:** Fwd: Skill games

See? It worked......


Begin forwarded message:

> **From:** Denise Gmerek <DGmerek@ggrgov.com>
> **Date:** March 7, 2018 at 8:41:47 PM EST
> **To:** Richard Gmerek <RGmerek@ggrgov.com>
> **Subject: Fwd: Skill games**



Begin forwarded message:

> **From:** Bob Green <RGreen@parxcasino.com>
> **Date:** March 7, 2018 at 8:22:45 PM EST
> **To:** "MStewart@eckertseamans.com" <MStewart@eckertseamans.com>
> **Cc:** Anthony Ricci <TRicci@parxcasino.com>, "DGmerek@ggrgov.com" <DGmerek@ggrgov.com>, "seanschafer@gmail.com" <seanschafer@gmail.com>
> **Subject: Skill games**
>
> Totally agree. Do a paper. I think we have to go on the offensive with this and get a successful prosecution that reverses the original lower court edict of 'definition' . Thanks.
>
> Sent from my iPhone

ECKERT012722