# EXHIBIT 3

**From:** "Richard Gmerek" <RGmerek@ggrgov.com>
**To:** "Bob Green" <RGreen@parxcasino.com>
**Subject:** How'd we do???
**Date:** Thu, 24 May 2018 20:10:15 +0000
**Importance:** Normal

---

05/24/2018

**Illegal Gambling Devices Seized in Beaver County**

**FOR IMMEDIATE RELEASE**

**May 24, 2018**

**Harrisburg, PA –** On May 23, 2018, the Pennsylvania State Police Bureau of Liquor Control Enforcement executed search warrants and conducted inspections at 39 licensed liquor establishments and a warehouse in Beaver County. Liquor control enforcement officers and state troopers seized 279 illegal gambling devices during the operation, which was part of an ongoing investigation.

The Pennsylvania State Police Bureau of Liquor Control Enforcement reminds the public that illegal gambling devices are not subject to oversight and regulations to protect the player. Additionally, unlike games authorized under the Small Games of Chance Act, there is no *Public Interest Purpose* designation for the proceeds generated from these illegal devices.

Owners of businesses engaged in illegal gambling, employees assisting in the illegal activities, and distributors of illegal gambling devices may be subject to criminal charges, and/or administrative violations of the liquor code.

Suspected illegal gambling may be reported to a local law enforcement agency or by calling the Pennsylvania State Police Bureau of Liquor Control Enforcement at 1-800-932-0602.

For more information about the Pennsylvania State Police, visit www.psp.pa.gov.

**MEDIA CONTACT**: Cpl. Adam Reed, 717-783-5556

RGESI_000081