# EXHIBIT 5

| | |
|---|---|
| **From:** | Mark S. Stewart |
| **To:** | Perez, Theron; Joel, Kenneth (GC) |
| **Cc:** | Kevin J. McKeon; King, Jr., Adrian R. |
| **Subject:** | RE: [External] Follow up on our meeting |
| **Date:** | Tuesday, January 7, 2020 12:36:07 PM |

Theron,

Thank you again for your efforts to arrange an additional conversation. Thursday between 2:30-4:30 pm works well for us. We trust you will circulate conference call info.

Thanks very much.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street • 8th Floor • Harrisburg, PA 17101

Direct (717) 237-7191 | Mobile (717) 579-7358

mstewart@eckertseamans.com

---

**From:** Perez, Theron <tperez@pa.gov>
**Sent:** Tuesday, January 7, 2020 10:30 AM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>; Joel, Kenneth (GC) <kennjoel@pa.gov>
**Subject:** RE: [External] Follow up on our meeting

Thanks Mark,

I did have a great New Year and I hope that you did as well. I am copying Ken here so that we are all linked up.

We are thinking that it would be helpful to include a few other attorneys from OGC and the agencies (PSP and DOR) in the next call.

Wednesday morning is actually looking a little busy for us, but we do have availability: Thursday between 9 AM-10 AM; Thursday between 2:30 PM-4:30 PM or Friday between 1 PM and 3 PM if any of those times will work.

Let us know if you are okay with adding those additional people to the call and if we can make a call happen in any of those time slots.

Thanks very much –

Theron

ECKERT00250

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Sent:** Monday, January 6, 2020 3:22 PM
**To:** Perez, Theron <tperez@pa.gov>
**Subject:** [External] Follow up on our meeting


***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to* CWOPA_SPAM@pa.gov.

Theron,

Hope you had a good weekend and a happy New Year's.  Reaching out to follow up with you and Ken on our discussion.  We had discussed having a second discussion on the merits, the upcoming PI hearing and our potential intervention.  I wanted to see if we could get something on the books early part of this week.  I'd like to loop in Kevin McKeon and Adrian King on our side.

I was going to include Ken on this email but I didn't have his email and didn't want to guess based on the usual state address in case I was wrong.

Please let me know and I can coordinate on our end.  Perhaps Wednesday morning?

Thanks.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street  •  8th Floor  •  Harrisburg, PA 17101
Direct (717) 237-7191  | Mobile (717) 579-7358
mstewart@eckertseamans.com


---------------------------------------------------------------------
This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

ECKERT00251