# EXHIBIT 6

| | |
|---|---|
| **From:** | Mark S. Stewart [/O=ECKERTSEAMANS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3792455D4FAD4724874BB7F444057D20-MARK S. ST] |
| **Sent:** | Tuesday, February 25, 2020 10:40:43 PM |
| **To:** | 'Richard Gmerek' |
| **Subject:** | RE: PLCB House Appropriations Hearing – Skill Games |

Well, not great, but at least he said the comment at the end.

On the issue re LCE, Adrian was talking to PSP.  They told him that LCE troopers do all the gambling enforcement cases regardless of whether the machines are in a bar or not.  They even said that the non-liquor licensed place in Berks with the 60 machines and trying to get 30 more has been on their radar.  How it's not top of the list is beyond me.  As an aside, he had a good meeting today, he said, with the Berks DA on bringing an enforcement against that location.

Back to LCE, they told him that the troopers in LCE are the ones trained on how to bring a gambling enforcement case, so they are the only ones who do it regardless of liquor license status.  Seems ridiculous to me, but also sounds like what we heard from PSP on troopers in Cat 4s and normal troopers not being able to do gambling offenses.

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street  •  8th Floor  •  Harrisburg, PA 17101
Direct (717) 237-7191  | Mobile (717) 579-7358
mstewart@eckertseamans.com


**From:** Richard Gmerek [mailto:RGmerek@ggrgov.com]
**Sent:** Tuesday, February 25, 2020 5:52 PM
**To:** Aram Manoukian (am@parxcasino.com) <am@parxcasino.com>; Bill Hogwood (bill@trn.com) <bill@trn.com>; Bob Green <bgreen@parxcasino.com>; Bob Green <bgreen@philadelphiapark.com>; Bryan Bartlett <bbartlett@parxcasino.com>; Bryan Schroeder <BSchroeder@phillypark.net>; David Budd (DBudd@parxcasino.com) <DBudd@parxcasino.com>; Eric Hausler - (ehausler@parxcasino.com) <ehausler@parxcasino.com>; Fran Cleaver (Fbcleaver@parxcasino.com) <Fbcleaver@parxcasino.com>; Grant Folland (gf@man-foundation.co.uk) <gf@man-foundation.co.uk>; J Wilson <jwilson@phillypark.net>; John Dixon <JDixon@parxcasino.com>; Kevin McKeon (kjmckeon@hmslegal.com) <kjmckeon@hmslegal.com>; Matt Cullen <MCullen@parxcasino.com>; RHarrison <rharrison@phillypark.net>; Richard Kendle (rk@rjkassociates.com) <rk@rjkassociates.com>; Terry Everett <teverett@blankrome.com>; Tom Bonner <tbonner@phillypark.net>; Yeyo Manoukian (YManoukian@parxcasino.com) <YManoukian@parxcasino.com>
**Cc:** Mark S. Stewart <MStewart@eckertseamans.com>
**Subject:** [External] PLCB House Appropriations Hearing – Skill Games

All,

I wanted to let you know that today, the House Appropriations Committee held a budget hearing in front of the PA Liquor Control Board. Below is a question regarding skill games that I thought would be of interest to you.

Thanks,
Dick

**Representative Lee James (R-Venango):  Inquired about the relationship between the PLCB and the Pennsylvania State Police Liquor Control Enforcement (LCE) division and the coordination that occurs between the two combat illegal sales, underage sales, and illegal poker and slots machines.**

ECKERT007866

<u>Commissioner Holden:</u>  The PLCB and the LCE meet on a regular basis on all liquor enforcement issues.  In response to the Representatives additional questions regarding "skill games" Commissioner Holden and Chief Counsel Diaz noted that the PLCB does not enforce the Crimes Code and is not qualified to make a determination of what is or is not a skill game nor is the PLCB in a position to determine the legality of skill games.

In response to the Representative's questions regarding the PLCB's preference on how these games should be policed and whether the PLCB gave the Pennsylvania State Police the "green light" to raid licensed retailers, Commissioner Holden noted that the PLCB has no preferred enforcement policy and that the PLCB did not communicate with the State Police about raiding licensed establishments and confiscating these machines. *However, Commissioner Holden noted that the PLCB has advised its licensees that if they are cited for operating an illegal gambling machine the citation <u>could</u> jeopardize their license renewal.*

ECKERT007867