# EXHIBIT 7

| | |
|---|---|
| **From:** | Mark S. Stewart [/O=ECKERTSEAMANS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3792455D4FAD4724874BB7F444057D20-MARK S. ST] |
| **Sent:** | Tuesday, March 19, 2019 11:06:10 PM |
| **To:** | 'Richard Gmerek' |
| **Subject:** | RE: Today's State Police Meeting |

Yeah.  Oppose OTBs for Churchill unless it causes us a problem with our own OTB plans.  Those include not only Shipp, but also reopening a couple more in Philly

**Mark Stewart, Esquire**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street  •  8th Floor  •  Harrisburg, PA 17101
Direct (717) 237-7191  | Mobile (717) 579-7358
mstewart@eckertseamans.com

**From:** Richard Gmerek [mailto:RGmerek@ggrgov.com]
**Sent:** Tuesday, March 19, 2019 6:10 PM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>
**Subject:** [External] RE: Today's State Police Meeting

Got it

Did Bob say we oppose???

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Sent:** Tuesday, March 19, 2019 3:19 PM
**To:** Richard Gmerek <RGmerek@ggrgov.com>; Bob Green (RGreen@parxcasino.com) <RGreen@parxcasino.com>; 'Tony Ricci' <TRicci@parxcasino.com>; Sean D. Schafer (seanschafer@gmail.com) <seanschafer@gmail.com>
**Subject:** RE: Today's State Police Meeting

Dick summarized the meeting well.  One comment on topic & one off.

As to skill games and the Dave & Busters issue, one thing that the PSP does not seem to be appreciating (although we did raise it to them) is that, under Act 42 presently and even more clearly so after their amendment, all of these devices/games will be defined as slot machines; skill, hybrid and chance.  The Gaming Act definition of a slot machine expressly applies if any reward of anything whatsoever is received from play with consideration.  Section 5513's prohibitions apply to slot machines (can't operate them, sell them, house them, etc.).  As such, if the games at Dave & Busters are slot machines, as defined, they will be illegal as per 5513's express terms and it won't matter what Commw. v. Irwin says.  That case asks a different question: is the activity gambling.  5513, arguably now and certainly post-amendment, is not asking that question, at least if the device is one of the enumerated devices, like a slot machine.

The analysis will be:

Is the device a slot machine?  YES

Is the slot machine under the exemption for licensed manufacturing/operation under Title 4?  NO

Conclusion: the device is illegal.

ECKERT011897

The off-topic comment was that someone made mention that Churchill is all over the Hill pushing to be allowed to have OTBs. You may or may not have a position on that. It would be easy to oppose. One thing to keep in mind is that, as we look to move an OTB to Shippensburg and to reopen the other closed ones, Churchill could emerge as someone who tries to take shots at us or stop us unless they are allowed to get some. In our discussions with the HRC, they asked and openly questioned who might be out there that may try to oppose us.

Thanks.

**Mark S. Stewart, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

213 Market Street · 8th Floor · Harrisburg, PA 17101
Direct (717) 237.7191 | Mobile (717) 579.7358
mstewart@eckertseamans.com

eckertseamans.com | bio |vCard

**From:** Richard Gmerek [mailto:RGmerek@ggrgov.com]
**Sent:** Monday, March 18, 2019 4:19 PM
**To:** Bob Green (RGreen@parxcasino.com) <RGreen@parxcasino.com>; 'Tony Ricci' <TRicci@parxcasino.com>; Sean D. Schafer (seanschafer@gmail.com) <seanschafer@gmail.com>; Mark S. Stewart <MStewart@eckertseamans.com>
**Subject:** [External] Today's State Police Meeting

Guys,

Mark, Sean and I met with the State Police. I will just give you the highlights regarding our skill games meeting and they can add whatever they would like:

- We tried to explain to the State Police that we're all on the same team, but they were rather arrogant.
- They are stuck on their language and they don't want to see any changes to their language because they believe it works and they believe it will get prosecutors to prosecute when they collect the machines.
- They made it clear that they don't care if skill games are illegal only that they enforce the law, so if the law is clear that the skill games are illegal, they would pick them up.
- They reluctantly agreed that if Mark's right, we may be right back here if we lose one of the Commonwealth court cases because Title 4 doesn't apply to skill games…… But they still don't want to change their language.
- They also raised the issue that they don't believe the (PA) Casinos are being strong enough in their opposition to skill games and even questioned if any of us represent skill games manufacturers. Mark, in particular, got a kick out of that (offensive) question. We explained why they are wrong and mentioned the recent casinos meeting in Harrisburg.
- Regarding the concern that places like Chuck E. Cheese's and Dave and Buster's have about their machines, the State police advised us to read the case of Commonwealth v Irwin which they claim satisfies this issue by saying that if what you get out of the machine is less than you what you put into the machine that the machine is not an illegal gambling device.

So, we met with Tommy afterward and agreed to support the language that the State Police want, Tommy will begin to circulate a bill and Sean and I are to get sponsors.

One last point, the House is pushing us to make sure that Dave and Buster's survives whatever bill we support… But we already addressed that above.

Please let me know if you have any questions.

Thanks,
Dick

ECKERT011898

-------------------------------------------------------------------
This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

ECKERT011899