# EXHIBIT 8

| From: | David C. Hittinger, Jr. (Neil) [/O=ECKERTSEAMANS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=407A2E9040F745F5AFDA72311B08C153-DAVID C. H] |
|---|---|
| Sent: | Thursday, March 25, 2021 1:13:45 PM |
| To: | Mark S. Stewart; Pete Shelly |
| Subject: | RE: Kingston PA Coffee and Skill Games |
| Attachments: | image003.jpg; image004.jpg; image005.jpg; image006.jpg; image007.png; image008.jpg; image001.jpg; MONROE COUNTY DA LETTER (L0907089-2xA35AE).docx; image446d42.JPG |

That shop looks like it has awful coffee to go along with its bus station aesthetic.

Pete – attached is a letter I wrote to the Monroe County DA last fall.  Never got anything going there.  Hopefully we'll have better luck this time.



**David C. Hittinger, Jr. (Neil)**, Member
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor  |  Harrisburg, PA 17101

T: **717-237-6062**    C: **717-884-6079**    F: **717-237-6019**

---

**From:** Mark S. Stewart <MStewart@eckertseamans.com>
**Sent:** Thursday, March 25, 2021 12:26 PM
**To:** Pete Shelly <pshelly@shelly-lyons.com>; Parfrey, David <dparfrey@mohegansunpocono.com>; Richard Gmerek <RGmerek@ggrgov.com>
**Cc:** Carlucci, Anthony <acarlucci@mohegansunpocono.com>; David C. Hittinger, Jr. (Neil) <nhittinger@eckertseamans.com>
**Subject:** RE: Kingston PA Coffee and Skill Games

Seems good idea.  If Kingston is friendly, having them contact DA in addition may get more traction.

Neil – please send Pete the letter we sent to the Monroe DA about the skills casino up there.

Mark

  Eckert Logo

**Mark S. Stewart**, Member
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor  |  Harrisburg, PA 17101

T: **717-237-7191**    C: **717-579-7358**    F: **717-237-6019**

---

**From:** Pete Shelly <pshelly@shelly-lyons.com>
**Sent:** Thursday, March 25, 2021 12:10 PM
**To:** Mark S. Stewart <MStewart@eckertseamans.com>; Parfrey, David <dparfrey@mohegansunpocono.com>; Richard Gmerek <RGmerek@ggrgov.com>
**Cc:** Carlucci, Anthony <acarlucci@mohegansunpocono.com>
**Subject:** [External] RE: Kingston PA Coffee and Skill Games

We have been sending any photos/calls to local PSP barracks - we still get calls thru the PA Against Illegal Gambling toll free number. That's how Hazleton PD found us.

Maybe instead of PSP or local police, we send letter to Luzerne County DA and urge them to follow the lead of Berks County and provide some background – or at least a newspaper clip about their raid down there? We know the problem is widespread up there and we can broaden to 'illegal gambling' which includes skills, video poker/VGTs. The shooting in Hazleton was a VGT/poker machine and the DA, local police held news conference after arrest was made so it might resonate.

**From:** Mark S. Stewart <MStewart@eckertseamans.com>

**Sent:** Thursday, March 25, 2021 12:04 PM
**To:** Parfrey, David <dparfrey@mohegansunpocono.com>; Pete Shelly <pshelly@shelly-lyons.com>; Richard Gmerek <RGmerek@ggrgov.com>
**Cc:** Carlucci, Anthony <acarlucci@mohegansunpocono.com>
**Subject:** RE: Kingston PA Coffee and Skill Games

Dave – Do you want to send a letter to Kinston PD like you did to the other municipality?  Not sure that bore any fruit last time, but it's something you could try.

Perhaps this can get some traction with the Admin as well in terms of refocusing PSP and broadening their horizon beyond liquor establishments.

Mark

**Mark S. Stewart**, Member
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor  |  Harrisburg, PA 17101

T: **717-237-7191**    C: **717-579-7358**    F: **717-237-6019**

---

**From:** Parfrey, David <dparfrey@mohegansunpocono.com>
**Sent:** Thursday, March 25, 2021 9:56 AM
**To:** Pete Shelly <pshelly@shelly-lyons.com>; Mark S. Stewart <MStewart@eckertseamans.com>; Richard Gmerek <RGmerek@ggrgov.com>
**Cc:** Carlucci, Anthony <acarlucci@mohegansunpocono.com>
**Subject:** [External] Kingston PA Coffee and Skill Games

Pete,

Just an FYI but a new coffee shop opened in Kingston Pa in mid-February under the name of West Side Coffee and News.  I am not able to find a facebook page for this establishment but an individual I believe to be the owner has been advertising heavily through numerous Facebook pages. Please see the attached pictures which appear to show 2 – 3 tables and (4) Pace-O-Matic games.  Kingston is a town a few minutes away from our casino and I am also attaching a link to a Facebook group I discovered today called  "I love PA Skill Games" where individuals can post their favorite illegal "mini casinos"

Pretty direct with this new pop up, one small coffee counter, three tables and (4) illegal slot machines.  Also the PA Skill signage prominently displayed on the store front.

https://m.facebook.com/groups/1550783788393813?
bac=MTYxNDQ3MTU0OToxOTQzNzIzNzE5MDk5ODE2OjE5NDM3MjM3MTkwOTk4MTYsMCwwOjIwOkt3PT0%3D&multi_permalinks

ECKERT003663

cid:image004.jpg@01D72178.1AE11630

cid:image005.jpg@01D72178.1AE11630

ECKERT003664

cid:image006.jpg@01D72178.1AE11630

cid:image007.png@01D72178.1AE11630

**DAVID PARFREY**
VICE PRESIDENT OF MARKETING
dparfrey@mohegansunpocono.com
**p:** 570.831.2186

1280 HIGHWAY 315
WILKES-BARRE, PA 18702
**MOHEGANSUNPOCONO.COM**

cid:image008.jpg@01D72178.1AE116
30

ECKERT003665

-------------------------------------------------------------------
This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.

ECKERT003666



ECKERT003667



ECKERT003668

ECKERT003669

# WEST SIDE COFFEE & NEWS

Pennsylvania Domestic Fictitious Names · Updated 2/19/2021

[ Write Review ]   [ Upgrade ]   [ Claim ]

West Side Coffee & News is a Pennsylvania Domestic Fictitious Names filed On February 3, 2021. The company's filing status is listed as Active and its File Number is 7208184. The company's principal address is 221 Lathrop Street, Kingston, PA 18704.

The company has 1 principal on record. The principal is Robacey Enterprises LLC from Kingston PA.

[ Like 33K ]

## Company Information

| | |
|---|---|
| Company Name: | WEST SIDE COFFEE & NEWS |
| Entity Type: | DOMESTIC FICTITIOUS NAMES |
| File Number: | 7208184 |
| Filing State: | Pennsylvania (PA) |
| Filing Status: | Active |
| Filing Date: | February 3, 2021 |
| Company Age: | 1 Month |
| Principal Address: | 221 Lathrop Street Kingston, PA 18704 |
| Business Category: | Coffee & Tea |

## Company Contacts

Affiliate Links

Search anybody by name, e-mail address, phone number, online username or even friends in your address book and instantly return lots of info.

ROBACEY ENTERPRISES LLC
Owner

221 Lathrop Street
Kingston, PA 18704



ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC          TEL:  717 237 6000
213 Market Street                             FAX:  717 237 6019
8ᵗʰ Floor
Harrisburg, PA 17101

David C. Hittinger, Jr., Esq. (Neil)
717.237.6062
nhittinger@eckertseamans.com

[Date]


E. David Christine, Jr.
Monroe County District Attorney
701 Main Street
Suite 200
Stroudsburg, Pennsylvania 18360


    **Re:    Eagle Valley Skill Games**


Dear District Attorney Christine:

We write to draw your attention to a matter of great importance to a longstanding client of our firm, Mohegan Sun Pocono ("MSP"), and to request your assistance with regard to an illegal mini-casino currently operating in Monroe County.

MSP is the holder of a Category 1 slot machine license, table game operation certificate, interactive gaming certificate, and sports wagering certificate issued by the Pennsylvania Gaming Control Board ("PGCB" or "Board"). The total cost of these licenses and certifications was more than $80 million – all of which was payable directly to the Commonwealth. Additionally, MSP has spent hundreds of millions of dollars on the construction and expansion of its state-of-the-art facility in Wilkes-Barre, Pennsylvania. Along with gaming opportunities, MSP offers dining, entertainment, horse racing, shopping, hotel, and convention facilities. At present, MSP currently employs over 800 individuals and has generated well in excess of *one billion dollars* in tax revenue for the Commonwealth since commencing gaming operations in 2006.[1]

As I am sure you are aware, in recent years, legalized gaming interests in Pennsylvania have faced intense competition in the form of unlicensed, *illegal* slot machines marketed as "skill games" by their manufacturers. Due to their unregulated status, the exact number of "skill games" currently in operation in Pennsylvania is unknown. However, estimates from the Pennsylvania State Police and Pennsylvania Lottery officials place that number at approximately

---

[1]    Before the COVID-19-related shutdown, MSP employed in excess of 1,100 individuals.

{L0907089.2}

**ECKERT**
SEAMANS
ATTORNEYS AT LAW

Name
[Date]
Page [Page]

15,000 operated by bars, restaurants, and clubs across the Commonwealth.[2]  By comparison, as of August 30, 2020, there were only 16,008 slot machines in operation in all of Pennsylvania's licensed casinos.[3]

In contrast to licensed, highly regulated, and highly taxed casinos in Pennsylvania, no one knows how much revenue "skill games" generate in winnings for operators and they pay no gaming taxes to the state.  Furthermore, unlike legal slot machines, there are no consumer protections to ensure the games are fair, no compulsive and problem gaming safeguards in place to prevent at-risk individuals from using "skill games," and no measures to prevent underage individuals from wagering on the machines.  While law enforcement officials routinely seize "skill games" from businesses and charge the proprietors with criminal offenses, the proliferation of these machines continues.

Less than two months ago, the Berks County District Attorney's Office and the Pennsylvania State Police conducted a raid of the "777 Casino" located in a shopping center in Reading, Pennsylvania.  A total of 57 "skill games" were seized from the storefront location along with $67,768 in cash.  The 777 Casino was nothing short of an illegal miniature casino operating in plain sight.  At a press conference addressing the raid, Captain James Jones of the State Police's Bureau of Liquor Control Enforcement stated that, "State Police have identified 10 separate manufacturers of these machines marketed as skill machines . . . we've looked at machines from all 10 manufacturers and we haven't found one that we did not deem to be a gambling device."[4]

Presently, in Monroe County, a similar "skill game" miniature casino operates under the name Eagle Valley Skill Games and *publicly advertises* 30 "skill game" machines available for play at 213 Skyline Drive, Suite 226, East Stroudsburg, Pennsylvania.[5]  This business is unlicensed by the Pennsylvania Gaming Control Board and has not paid a single dollar to the Commonwealth for the requisite licenses and certifications that cost actual casinos tens of millions of dollars.  Furthermore, there is nothing preventing an individual on the Gaming Control Board's Self-Exclusion List from entering Eagle Valley Skill Games and wagering in a completely unregulated environment.  It is unknown whether any safeguards are in place to prevent minors from wagering.

---

[2]  *See* https://lancasteronline.com/news/politics/where-is-the-little-guy-pa-convenience-store-owners-band-together-to-keep-games-of/article_66e8f6fe-cfc2-11ea-bed9-87dc1c57b93c.html / (last visited October 13, 2020).

[3]  *See* https://gamingcontrolboard.pa.gov/?pr=916 (last visited October 13, 2020).

[4]  *See* https://www.readingeagle.com/news/crime/authorities-seize-57-video-gambling-devices-from-unlicensed-casino-in-kenhorst-shopping-center/article_b3015c16-e3a9-11ea-92bd-4f6d30ebf1d0.html (last visited October 13, 2020)

[5]  *See* https://www.facebook.com/EagleValleySkillGames/ (last visited on October 13, 2020).

{L0907089.2}

ECKERT003671



ATTORNEYS AT LAW

Operations like Eagle Valley Skill Games and the countless other establishments that offer these illegal machines have had a devastating effect on the Pennsylvania Lottery and the numerous programs for senior citizens that depend on Lottery revenue to operate.[6] These operations also negatively impact local share gaming funding that is derived from licensed slot machines and supports many counties and local communities, including their respective first responders and public safety units.

On behalf of MSP, we respectfully request that your office investigate and take all appropriate legal action to shut down Eagle Valley Skill Games. Should you have any questions regarding this matter, please do not hesitate to contact me at your convenience.

Thank you in advance for giving your attention to this matter.


Sincerely,



David C. Hittinger, Jr., Esq.

---

[6]    *See* https://www.mcall.com/news/pennsylvania/mc-nws-pa-lottery-skill-games-20200219-5zr5ibzu7ffw7g4ifqa64ho4wm-story.html (last visited October 13, 2020).


{L0907089.2}

ECKERT003672