# EXHIBIT 10

## AFFIDAVIT

I, Leann Needham (formerly Miles), am over the age of 18 and a resident of the Commonwealth of Pennsylvania. I have personal knowledge of the facts stated herein and if called as a witness could testify completely thereto. I suffer no legal disabilities and declare that, to the best of my knowledge and belief, the information herein is true, correct and complete.

1. I served with the Bureau of Liquor Control and Enforcement ("Bureau") for eight years. I commenced my employment on November 26, 2012 and resigned my position effective June 26, 2020. I spent almost my entire career with the Bureau of Liquor Control and Enforcement as an undercover Liquor Enforcement Officer ("LEO").

2. During my service with the Bureau, Captain James Jones was the primary statewide supervisor of the LEOs in the various field offices throughout Pennsylvania.

3. In 2020 I resigned my position with the Bureau due to the inappropriate manner in which work was assigned as result of Capt. Jones' abuse of his position. Specifically, the women who engaged in physical relationships with Jones were allowed to, essentially, do little to no work.

4. During much of my time with the Bureau, we were frequently shorthanded and the result was that a small number of workers, such as myself, were forced to do virtually all of the most difficult work. I was repeatedly directed to conduct numerous undercover activities on her own, without any backup or support, at locations that were less than ideal. I was required to conduct these activities despite any personal considerations, even the fact that, at one point, I was pregnant. Throughout my pregnancy I was directed to go into bars where there was drinking, smoking and numerous other risks, because other available Officers were given special treatment.

5. Other female LEOs, who had been specifically hired to do the same type of undercover work as myself - were never required to do this work, or even much of any work – as a result of their physical relationship with Captain Jones. I would, on more than one occasion, speak with my immediate supervisor EO 3 Earl Killion regarding the undercover work dispersed and why a certain female officer was never assigned that type of work. He went

to supervisor Sgt. Fischer and I specifically heard Sgt. Fischer state, "Tell Beeler and Miles to mind their own business and that they are assholes."

6. One of the female LEOs who was in a relationship with Jones had a cot in the women's locker room in the Punxsutawney Bureau office. This cot was purportedly for use by that LEO when she was working late doing undercover work. However, everyone understood this was a transparent falsehood. That LEO was never required to work undercover operations and was rarely in the position of returning to the office late at night after such an operation.

7. Capt. Jones was not above threatening people and "explaining" to them that he would not tolerate actions he viewed as disloyal. It was clear to many that anyone who attempted to interfere in his inappropriate personal arrangements would be penalized.

8. I was well acquainted with the various gambling investigations conducted by the Bureau in the Western regions where I was stationed. Jones designated himself as the direct contact for any and all questions regarding these gambling investigations. Jones maintained an unusual amount of control over these efforts during the last couple of years that I was with the Bureau. This was surprising to me because I had never been aware of any expertise or direct involvement by Jones in the examination or determination of alleged gambling devices.

9. I know of no occasion when Jones personally inspected any game of chance or of skill. Likewise, I never knew of a case where Jones had ever filled out any inspection forms in regard to alleged games of chance or skill. I know of no basis for any claim of expertise by Jones in the field of gambling or in the distinguishing of games of chance from games of skill.

10. In early 2020, Capt. Jones specifically directed me and other LEOs to find Pace-O-Matic games. Jones held a specific briefing with myself and others in this regard and provided us with paperwork we were directed to utilize in identifying Pace-O-Matic games. Jones told us to look for the blue Pace-O-Matic logo to be sure that we were seizing Pace-O-Matic games. Jones also provided us with a sheet of paper with directions on how to distinguish a Pace-O-Matic game from Banilla game. We were instructed to find a location with only Pace-O-Matic games. Jones also gave us guidelines on how to write our report on Pace-O-Matic games, before any seizure.

11. As part of the effort against skill games, I remember being told by Sgt. Fischer – a Bureau supervisor who answered to Capt. Jones, "Tell the licensee's they could potentially receive hefty fines and it would be in their best interest to remove the devices."

12. I was involved in the investigation and seizure and the Pace-O-Matic games from Country Garden Six-Pack in Clearfield County. That investigation and seizure were conducted at the direction of Capt. Jones. The initial report prepared was rejected by Jones and we were told to re-write it a certain way – as he directed. Capt. Jones told us that the Pace-O-Matic machines were illegal. However, I never saw or knew of any Court or other determination for this designation.


I declare under penalty of perjury or false statements that the above statements are true and correct. Executed this ___17th___ day of ___May___, 2022.


Leann M Needham
LEANN M NEEDHAM (Name)
628 Ferry St (Address)
East Brady PA 16028