**Email Search Parameters Agreed to by POM and Richard Gmerek**

Date Range: January 1, 2018 to December 31, 2021

Search Terms:

- "POM"
- "Pace-O-Matic"
- "Paceomatic"
- "PA Skill"[1]
- "Pennsylvania Skill"
- "Miele"[2]
- "skill*"[3] within two words of "game*," where the document also includes "Eckert," "Stewart," "Marsilio," "Skjoldal," "Yocum," or "Hittinger"
- "Beaver" within two words of "County"[4]
- "Kill*" within two words of "skill*"[5]

Exclusions: Mr. Gmerek need not produce emails where any Eckert personnel are parties to the top-level email in the communication (*i.e.*, sender, recipient, cc, or bcc). However, Mr. Gmerek has produced a spreadsheet of such emails to enable POM to ascertain whether Eckert has produced all such emails that are responsive to discovery served on Eckert.

POM also agreed to exclude certain otherwise responsive materials to accommodate concerns raised by the Pennsylvania Legislature regarding legislative privilege.

---

[1] "Pennsylvania Skill" is the trade name under which POM games are marketed in Pennsylvania.

[2] Miele is the manufacturer of POM's Pennsylvania Skill games, and certain communications produced by Eckert have referred to POM's game using the label "Miele."

[3] The asterisk represents an expander function that would also capture "skills game" and "skill games," for example.

[4] In 2014, the Beaver County Court of Common Pleas ruled that POM's games do not constitute gambling under Pennsylvania law. Eckert and its co-conspirators dedicated substantial effort to criticizing and undermining the Beaver County decision. At the same time, Eckert's Viriginia-based counsel representing POM sought to use the Beaver County decision to persuade Virginia regulators that POM's games were legal under Virginia law.

[5] Eckert and its co-conspirators at times used the phrase "kill skill" to refer to their broader efforts to destroy POM.

HB: 4882-7559-7011.1