<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| POM of Pennsylvania, LLC, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 503 M.D. 2018 |
| | : | |
| Pennsylvania State Police, | : | |
| Bureau of Liquor Control | : | |
| Enforcement, | : | |
| Respondent | : | |

## **O R D E R**

NOW, August 6, 2024, upon consideration of POM of Pennsylvania, LLC's (Petitioner) July 3, 2024 "Application for Limited Relief from Stay and Clarification of the Court's May 25, 2023 Order" (Application), and the answer filed by the Pennsylvania State Police, Bureau of Liquor Control Enforcement (PSP), this Court issues the following Order:

In its Application, Petitioner states that PSP seeks to use this Court's May 25, 2023 Order, which addressed Petitioner's "Motion to Compel Full and Complete Responses to Petitioner's First and Second Sets of Requests for Production of Documents and First Set of Interrogatories Addressed to [PSP]" and PSP's "Motion for Protective Order", as a basis to refuse third-party discovery served on it in a pending federal case. Further, Petitioner asks that this Court lift the stay in this matter imposed by our Order of August 14, 2023 for the limited purpose of clarifying that the May 25, 2023 Order applies only to the proceedings in this Court and is not a blanket prohibition on all discovery requests served on PSP in any federal and/or state court proceedings. In its answer, PSP states that this Court "should not lift the stay in this matter or amend the protective order, or void it, as [Petitioner] has

suggested, and instead it should allow the federal court to resolve a discovery dispute involving the deposition of a PSP representative." (Answer, ¶75).

Upon review, the Court agrees with PSP that any discovery disputes in federal court are properly resolved by that court. As such, there is no reason, or basis, to lift the stay in this matter for the purpose of issuing a clarification regarding our May 25, 2023 Order. Accordingly, Petitioner's Application is hereby DENIED.

_s/ Patricia A. McCullough_
PATRICIA A. McCULLOUGH, Judge