# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT SEAMANS CHERIN & | : | |
| MELLOT, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

Before the court is Plaintiff's motion to file exhibits to a discovery dispute under seal. (Doc. 409.) Following review of the statement of legal and factual justification submitted with Plaintiff's motion, Doc. 409-2, and in accordance with the standard for sealing judicial records as stated in *In re Avandia Marketing, Sales Practices & Products Liability Litigation*, 924 F.3d 662 (3d Cir. 2019), the court finds that sealing exhibits attached to a discovery dispute letter is appropriate. (*See* Doc. 409.) Specifically, the parties have a compelling interest in maintaining the confidentiality of these documents under the protective order in this case at this time. Additionally, no party opposes the sealing of these documents.

1

Accordingly, **IT IS ORDERED THAT** the motion to seal, Doc. 409, is

**GRANTED**, and Doc. 410 shall be sealed in order to protect the compelling

interests of the parties, which outweigh the need to have a public judicial record in

this instance.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: August 8, 2024