## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | | CIVIL ACTION |
| | Plaintiff, | NO 1:20-CV-292 |
| v. | | |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC et al., | | |
| | Defendant. | |

### NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter the appearance of William R. Cruse, Esquire (PA ID 209576) on behalf of

Miscellaneous Non-Party Richard Gmerek in the above-captioned matter.

Dated:  August 29, 2024          **BLANK ROME LLP**

/s/ *William R. Cruse*
William R. Cruse (PA ID 209576)
One Logan Square, 130 N. 18th Street
Philadelphia, PA  19103
Tel: 215-569-5447
Fax: 215-569-5555
William.cruse@blankrome.com

*Attorney for Miscellaneous Non-Party, Richard Gmerek*

133442151v.1

## CERTIFICATE OF SERVICE

I, William R. Cruse, Esquire, hereby certify that on August 29, 2024 I caused a true and correct copy of the foregoing Notice of Entry of Appearance to be served through the Electronic Court Filing System (ECF) upon all counsel and parties of record.

/s/ William R. Cruse
William R. Cruse

133442151v.1