# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

Phone:      (215) 569-5447
Fax:        (215) 832-5447
Email:      william.cruse@blankrome.com

August 29, 2024

**VIA ECF**

The Honorable Jennifer P. Wilson
United States District Court for the
Middle District of Pennsylvania
Sylvia H. Rambo U. S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

> Re:   *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, et al.*,
>       No. 1:20-cv-292: Request for Additional Time to Respond

Dear Judge Wilson:

This firm represents non-party Richard Gmerek in connection with the above-referenced action. We write to request additional time to respond to Plaintiff Pace-O-Matic, Inc.'s ("POM") August 28, 2024 letter to the Court seeking Your Honor's intervention in a discovery-related dispute between POM and Mr. Gmerek, Greenwood Gaming & Entertainment, Inc., and the Defendants. Given the upcoming Labor Day holiday weekend, Mr. Gmerek respectfully requests additional time, until Friday, September 6, to respond to POM's letter. Greenwood Gaming & Entertainment, Inc. and Defendants join in this request for a short extension. No previous extensions of time have been sought.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ William R. Cruse*

William R. Cruse

WRC:

cc:    All counsel of record (*via ECF*)