**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PACE-O-MATIC, INC.,

                       Plaintiff,

     v.

ECKERT SEAMANS CHERIN &
MELLOTT, LLC et al.,

                   Defendant.

CIVIL ACTION
NO 1:20-CV-292

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

     Kindly enter the appearance of Rebecca D. Ward, Esquire (PA ID 79547) on behalf of

Miscellaneous Non-Party Richard Gmerek in the above-captioned matter.

Dated:  August 29, 2024

**BLANK ROME LLP**

/s/ *Rebecca D. Ward*
Rebecca D. Ward (PA ID 79547)
One Logan Square, 130 N. 18th Street
Philadelphia, PA  19103
Tel: 215-569-5397
Fax: 215-569-5555
Rebecca.Ward@blankrome.com

*Attorney for Miscellaneous Non-Party, Richard Gmerek*

150385681v.1

## CERTIFICATE OF SERVICE

I, Rebecca D. Ward, Esquire, hereby certify that on August 29, 2024 I caused a true and correct copy of the foregoing Notice of Entry of Appearance to be served through the Electronic Court Filing System (ECF) upon all counsel and parties of record.

/s/ Rebecca D. Ward
Rebecca D. Ward