**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PACE-O-MATIC, INC., : 
 : 
      Plaintiff, : 
 : 
      v. :     NO. 20-CV-292
 : 
ECKERT, SEAMANS, CHERIN & :     JUDGE WILSON
MELLOTT, LLC, MARK S. : 
STEWART and KEVIN M. : 
SKJOLDAL, : 
 :     ELECTRONICALLY FILED
      Defendants. : 

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW COUNSEL**

Pursuant to Local Rule 83.15, Dennis A. Whitaker and Melissa A. Chapaska, counsel for non-party subpoena recipient Hawke McKeon & Sniscak LLP (HMS) hereby move for leave to withdraw as counsel and for an order directing that HMS be removed from CM/ECF in the above-captioned matter:

1. Pace-O-Matic, Inc., (POM) commenced this action by the filing of a Complaint on February 18, 2020 alleging a breach of fiduciary duty, fraud, and abuse of process against the named defendants.

2. POM served a non-party subpoena on HMS in June 2020, seeking: (1) any document that reflects communications between HMS and defendant Eckert, Seamans Cherin & Mellot, LLC (Eckert) relating to litigation commenced by POM in the Commonwealth Court of Pennsylvania ("the Commonwealth Court

litigation"); (2) any document HMS received from Eckert for use or reference relating to the Commonwealth Court litigation; (3) any communications between HMS partner Kevin McKeon or any other HMS employee and any person at Eckert relating to either the Commonwealth Court litigation or POM's complaint against Eckert in this court; and (4) any communications or documents relating to any potential or actual conflict between Eckert and POM (POM Subpoena).

3.    On July 20, 2020, HMS filed a motion for a protective order or to quash the POM Subpoena (Doc. 52).

4.    By order dated February 16, 2021 (February 2021 Order) (Doc. 88), Magistrate Judge Saporito granted HMS's motion for protective order in part and ordered that certain documents sought by Plaintiff from HMS be withheld from disclosure. February 2021 Order at ¶¶ 1-3.  The February 2021 Order denied HMS's motion for protective order as to the remainder of the documents at issue and directed HMS to disclose such documents to POM. February 2021 Order at ¶¶ 4-5.

5.    On March 2, 2021, HMS filed an appeal of the February 2021 Order (Doc. 95), limited to section III. I. of Judge Saporito's memorandum and paragraph 4 of the February 2021 Order pertaining to judicial estoppel. By e-mail dated March 7, 2021, HMS produced the remainder of the documents ordered disclosed by the February 2021 to counsel for Plaintiff.

6.    By order dated May 9, 2024 (May 2024 Order) (Doc. 386), this Court

directed HMS to produce seven specific records to Plaintiff (the "Ordered Production") within 21 days of the May 2024 Order. Specifically, the May 2024 Order directed HMS to produce to Plaintiff unredacted copies of the following documents:

- HMS-000556-HMS-000557
- HMS-000931-HMS-000933
- HMS-000934-HMS-000935
- HMS-000939-HMS-000941
- HMS-000946-HMS-000948

May 2024 Order at 5. The May 2024 Order further directed HMS to produce to Plaintiff the following documents redacted of information specified in the May 9 Order: HMS-000942-HMS-000945 and HMS-001326-HMS-001330.  May 2024 Order at 5. The May 9 Order provided that the remainder of the documents sought from HMS at issue "shall be withheld from disclosure." May 2024 Order at 1-4.

7.     By email to counsel for Plaintiff dated May 30, 2024, HMS transmitted bates-stamped, PDF files of the Ordered Production to Plaintiff.

8.     POM's motion to compel and HMS's motion for protective order have been resolved.  As HMS is not a party to this action and has fulfilled its production obligations under the February 2021 and May 2024 Order, there is no basis for counsel or HMS to remain on this case, and granting this request for withdrawal of

3

counsel and removal of HMS from CM/ECF will not prejudice any party and will promote the efficient administration of justice.

9.      Counsel for Plaintiff and counsel for Defendants do not object to this request.

WHEREFORE, counsel for Hawke, McKeon & Sniscak, LLP, respectfully request that this Court enter an order (1) terminating Dennis A. Whitaker and Melissa A. Chapaska as counsel of record for third-party Hawke, McKeon & Sniscak, LLP; and (2) directing the Clerk to remove non-party Hawke, McKeon & Sniscak, LLP, and Dennis A. Whitaker, and Melissa A. Chapaska from CM/ECF in these cases.

Respectfully submitted,

Dennis A. Whitaker, I.D. #53975

Melissa A. Chapaska, I.D. #319449
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA  17101
(717) 236-1300
(717) 236-4841
dawhitaker@hmslegal.com
machapaska@hmslegal.com
*Counsel for Hawke McKeon & Sniscak LLP*

Dated: September 3, 2024

4

## CERTIFICATE OF SERVICE

I hereby certify that, on September 3, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the Middle District of Pennsylvania by using the ECF system. Pursuant to LR 5.7, participants in the case who are registered ECF users will be served by the ECF system.

*/s/ Dennis A. Whitaker*