5

## **CERTIFICATE OF CONCURRENCE**

I, Dennis A. Whitaker, hereby certify that I sought the concurrence of counsel for Plaintiff and Defendants in this Motion and I am authorized to represent that counsel for Plaintiff and counsel for Defendants has no objection to the Motion.

*/s/ Dennis A. Whitaker*

Date: September 3, 2024

5