**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PACE-O-MATIC, INC.,                          :
                                             :
        Plaintiff,                      :
                                             :
    v.                                       :          NO. 20-CV-292
                                             :
ECKERT, SEAMANS, CHERIN &    :          JUDGE WILSON
MELLOTT, LLC, MARK S.            :
STEWART and KEVIN M.            :
SKJOLDAL,                               :
                                             :          ELECTRONICALLY FILED
        Defendants.                     :

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the

Unopposed Motion to Withdraw as Counsel by Dennis A. Whitaker and Melissa A.

Chapaska, counsel for non-party Hawke, McKeon & Sniscak, LLP, IT IS HEREBY

ORDERED THAT the Motion is GRANTED. Dennis A. Whitaker and Melissa A.

Chapaska are terminated as counsel of record for third-party Hawke, McKeon &

Sniscak, LLP. The Clerk is hereby directed to remove non-party Hawke, McKeon &

Sniscak, LLP, and Dennis A. Whitaker, and Melissa A. Chapaska from CM/ECF in

these cases.

                                  _____

                                           J.

7