**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 20-CV-292 |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | JUDGE WILSON |
| MELLOTT, LLC, MARK S. | : | |
| STEWART and KEVIN M. | : | |
| SKJOLDAL, | : | |
| | : | ELECTRONICALLY FILED |
| Defendants. | : | |

**ORDER**

AND NOW, this 4th day of September, 2024, upon consideration of the Unopposed Motion to Withdraw as Counsel by Dennis A. Whitaker and Melissa A. Chapaska, counsel for non-party Hawke, McKeon & Sniscak, LLP, IT IS HEREBY ORDERED THAT the Motion is GRANTED. Dennis A. Whitaker and Melissa A. Chapaska are terminated as counsel of record for third-party Hawke, McKeon & Sniscak, LLP. The Clerk is hereby directed to remove non-party Hawke, McKeon & Sniscak, LLP, and Dennis A. Whitaker, and Melissa A. Chapaska from CM/ECF in these cases.

      _s/ Jennifer P. Wilson_
                             J.