**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PACE-O-MATIC, INC.,** | **:** | |
| **Plaintiff** **:** | | **No. 1:20-CV-292** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ECKERT SEAMANS CHERIN &** | **:** | |
| **MELLOT, LLC, et al.** | **:** | |
| | **:** | |
| **Defendant** **:** | | |

## **ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of

the Motion to Quash Corporate Designee Subpoena and/or For a Protective Order,

and any response thereto, it is hereby ORDERED that the Motion is GRANTED.

The Subpoena for Corporate Designee Testimony directed to the Pennsylvania State

Police is hereby QUASHED.

_____
**Honorable Jennifer P. Wilson**
**United States District Judge**