# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

Phone:      (215) 569-5447
Fax:        (215) 832-5447
Email:      william.cruse@blankrome.com

September 17, 2024

**VIA ECF**

The Honorable Jennifer P. Wilson
United States District Court for the
Middle District of Pennsylvania
1501 North 6th Street
Harrisburg, PA 17102

      Re:    *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, et al.,*
           No. 1:20-cv-292: Request for Additional Time to Respond

Dear Judge Wilson:

      This firm represents non-party Richard Gmerek in connection with the above-referenced action. We received this morning Plaintiff Pace-O-Matic, Inc.'s ("POM") letter to the Court, dated September 16, 2024, seeking Your Honor's intervention in a discovery-related dispute concerning the attorney-client privilege between POM, on the one hand, and Mr. Gmerek and Greenwood Gaming & Entertainment, Inc., on the other. We respectfully request jointly with Greenwood Gaming & Entertainment, Inc. a brief extension until **Wednesday, September 25, 2024** to submit a response letter. The undersigned represented Mr. Gmerek in his deposition and made many of the privilege waiver warnings and privilege assertions at issue in POM's letter. I will be out of the office for personal reasons both Friday, September 20, 2024 and Monday, September 23, 2024. This brief extension will provide the time necessary to respond fully and appropriately on this important issue of the attorney-client privilege.  No previous extensions of time have been sought with respect to the discovery dispute raised in POM's September 16, 2024 letter.

      We thank the Court for its consideration of this matter.

                  Respectfully submitted,

                  */s/ William R. Cruse*

                  William R. Cruse

WRC:arc

cc:    All counsel of record (*via ECF*)