

# GA BIBIKOS LLC
### relentless. advocacy. period.

George A. Bibikos
(717) 580-5305
gbibikos@gabibikos.com
www.gabibikos.com

**VIA ECF**

The Honorable Jennifer P. Wilson
U.S. District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Harrisburg, PA 17102
September 6, 2024

Re:     Response to Plaintiff's September 16, 2024 Discovery Dispute Letter: *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellot, LLC et al.*, No. 1:20-cv-292-JPW

Dear Judge Wilson:

I represent Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx"). I have received a letter from Pace-O-Matic, Inc. ("POM"), dated September 16, 2024, filed under seal, raising another dispute over discovery for Your Honor's review. POM takes issue with proper objections based on attorney-client privileged lodged by non-parties Mr. Richard Gmerek, Parx, and defendants Eckert Seamans Cherin & Mellot, Mark Stewart Esq., and Kevin Skjoldal, Esq. ("Eckert").

The undersigned appeared on behalf of Parx during Mr. Gmerek's deposition for purposes of asserting Parx's attorney-client privilege if and as necessary in response to questions from POM's counsel seeking privileged information. In some instances, Parx lodged objections based on privilege and asked the witness to limit his answers to non-privileged information. In other instances, Parx joined in objections based on privileged lodged by counsel for Mr. Gmerek and/or counsel for Eckert and joined in their limiting instructions.

Parx requests an extension until Wednesday, September 25, 2024, to submit a letter in response. Parx requests additional time to respond to POM's letter given the press of other urgent matters for other clients for the remainder of this week. This brief extension will provide Parx with sufficient time to respond fully and appropriately to POM's request that this Court overrule proper objections to questions from POM soliciting privileged information of a non-party from another non-party. This is the first request for an extension with respect to the latest discovery dispute raised by POM in its September 16 letter.

Mr. Gmerek's counsel also requested until Wednesday, September 25, 2024, to submit his letter in response. Parx joined in that request as well.

Thank you for your consideration of this letter.

Very truly yours,

**GA BIBIKOS LLC**

George A. Bibikos

c:      Counsel (via ECF)