## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT SEAMANS CHERIN & | : | |
| MELLOT, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 18th day of September, 2024, following review of non-party Richard Gmerek and Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino's letters requesting an extension of time, Docs. 432 & 433, **IT IS ORDERED THAT** the motions are **GRANTED** and Richard Gmerek and Parx Casino's responsive discovery letters are due **September 25, 2024**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

1