**FILED**
HARRISBURG, PA

OCT 02 2024

PER _____ ĴBᴖ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                )
                                   )
        Plaintiff,                 )        No. 1:20-cv-292-JPW
                                   )
    v.                             )        Judge Wilson
                                   )
ECKERT SEAMANS CHERIN &            )
MELLOTT, LLC; et al.,              )
                                   )
        Defendants.                )

## PLAINTIFF'S MOTION TO FILE PROVISIONALLY UNDER SEAL

Pursuant to LR 5.8 and LCrR 49, and as described in its Statement Pursuant to LCrR 49(c)(2)(a), Plaintiff Pace-O-Matic, Inc. respectfully submits certain documents under seal.

1

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Michael Nolan*
Michael Nolan*
Bola Adeniran*
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Michael.nolan@huschblackwell.com

Michael Martinich-Sauter*
JAMES OTIS LAW GROUP LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(314) 949-3018 (Telephone)
michael.martinich-sauter@james-otis.com

Jeffrey B. Jensen*
TORRIDON LAW PLLC
801 17th Street NW, Suite 1100
Washington, DC 20006
(202) 249-6900 (Telephone)
jjensen@torridonlaw.com

* Appearing by special admission


George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

**Counsel for Plaintiff Pace-O-Matic, Inc.**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on

counsel of record for all parties via email on October 1, 2024.

*/s/ Michael Nolan*

# HUSCH BLACKWELL

Michael Nolan
Partner
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Direct: 314.480.1770
michael.nolan@huschblackwell.com

October 1, 2024

**CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Clerk of Court
U.S. District Court for the Middle District
of Pennsylvania
Sylvia H. Rambo Courthouse
1501 North 6th Street
Harrisburg, PA 17102

> **Re:**   ***Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC; et al.*, No. 1:20-cv-292 – Filings Under Seal**

To Whom It May Concern:

Please find enclosed certain filings submitted ***under seal*** in the above-captioned case by Plaintiff Pace-O-Matic, Inc. In particular, please find (a) Plaintiff's Motion to File Under Seal; (b) Plaintiff's Statement Pursuant to LCrR 49(c)(2)(a); (c) Plaintiff's proposed order regarding sealing; and (d) the transcript of the July 1, 2024 deposition of Richard Gmerek.

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Michael Nolan*

Michael Nolan