IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    )
                                       )
     Plaintiff,                        )        No. 1:20-cv-292-JPW
                                       )
     v.                                )        Judge Wilson
                                       )
ECKERT SEAMANS CHERIN &                )
MELLOTT, LLC; et al.,                  )
                                       )
     Defendants.                       )

## PLAINTIFF'S STATEMENT PURSUANT TO LCrR 49(c)(2)(a)

Pursuant to LR 5.8 and LCrR 49, Plaintiff Pace-O-Matic, Inc. ("POM") respectfully states that it is filing the transcript of the July 31, 2024 deposition of Richard Gmerek under seal pursuant to the Court's October 1, 2024 Order, ECF No. 444.

1

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Michael Nolan*
Michael Nolan*
Bola Adeniran*
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Michael.nolan@huschblackwell.com


Michael Martinich-Sauter*
JAMES OTIS LAW GROUP LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(314) 949-3018 (Telephone)
michael.martinich-sauter@james-otis.com

Jeffrey B. Jensen*
TORRIDON LAW PLLC
801 17th Street NW, Suite 1100
Washington, DC 20006
(202) 249-6900 (Telephone)
jjensen@torridonlaw.com

* Appearing by special admission


George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

***Counsel for Plaintiff Pace-O-Matic, Inc.***

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on counsel of record for all parties via email on October 1, 2024.

*/s/ Michael Nolan*