IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                   )
                                      )
      Plaintiff,                      )      No. 1:20-cv-292-JPW
                                      )
      v.                              )      Judge Wilson
                                      )
ECKERT SEAMANS CHERIN &               )
MELLOTT, LLC; et al.,                 )
                                      )
      Defendants.                     )

## ORDER

The Court hereby GRANTS Plaintiff Pace-O-Matic, Inc.'s Motion to File Under Seal.

SO ORDERED.

_____
Hon. Jennifer P. Wilson
United States District Judge

1