IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:20-cv-292-JPW |
| | ) | |
| v. | ) | Judge Wilson |
| | ) | |
| ECKERT SEAMANS CHERIN & | ) | |
| MELLOTT, LLC; et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court hereby grants Plaintiff's motion to provisionally under seal its brief in opposition to the Pennsylvania State Police's motion to quash and/or for protective order, along with the exhibits to that brief.

SO ORDERED.

s/ Jennifer P. Wilson
Hon. Jennifer P. Wilson
United States District Judge