IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    )
                                       )
    Plaintiff,                         )        No. 1:20-cv-292-JPW
                                       )
    v.                                 )        Judge Wilson
                                       )
ECKERT SEAMANS CHERIN &                )
MELLOTT, LLC; et al.,                  )
                                       )
    Defendants.                        )

## ORDER

The Court hereby GRANTS Plaintiff Pace-O-Matic, Inc.'s Motion to File Under Seal.


SO ORDERED.

                             ___s/ Jennifer P. Wilson_____
                             Hon. Jennifer P. Wilson
                             United States District Judge