# EXHIBIT A

**Huddell, Nathan**

---

| | |
|---|---|
| **From:** | Huddell, Nathan |
| **Sent:** | Tuesday, November 26, 2024 6:19 PM |
| **To:** | michael.nolan@huschblackwell.com; bola.adeniran@huschblackwell.com; michael.martinich-sauter@james-otis.com; jjensen@torridonlaw.com; geowwest@ptd.net |
| **Cc:** | Tintner, Robert S.; Buckley, Peter C. |
| **Subject:** | Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, No. 1:20-cv-292-JPW (M.D. Pa.) |
| **Attachments:** | 2024.11.26 Notice of Deposition of J. McGuinness-C.pdf |

Counsel,

Please see the attached notice.

Regards,

---

**Nathan Huddell**
Counsel
**Fox Rothschild LLP**

Two Commerce Square
2001 Market Street
Suite 1700
Philadelphia, PA 19103

📞 (215) 444-7166
🖨 (215) 299-2150
✉ nhuddell@foxrothschild.com

---

**Learn about our new brand.**

1