# EXHIBIT C

## Huddell, Nathan

| | |
|---|---|
| **From:** | Huddell, Nathan |
| **Sent:** | Friday, December 13, 2024 3:55 PM |
| **To:** | michael.nolan@huschblackwell.com; bola.adeniran@huschblackwell.com; michael.martinich-sauter@james-otis.com; jjensen@torridonlaw.com; geowwest@ptd.net |
| **Cc:** | Tintner, Robert S.; Buckley, Peter C.; Ottolini, Lisa |
| **Subject:** | RE: Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, No. 1:20-cv-292-JPW (M.D. Pa.) |
| **Attachments:** | 2024.12.13 Amended Notice of Deposition of J. McGuinness-C.pdf |

Michael,

Because Mr. McGuinness expects to be available on January 7, 2025—a potential alternative deposition date that you shared with me for the first time today—we will be happy to accommodate your request and to extend you the professional courtesy of rescheduling Mr. McGuinness's deposition for that date.  An amended notice of Mr. McGuinness's deposition is attached.  As the amended notice states, and as I stated during our call this morning, Mr. McGuinness's deposition will be taken by remote means so that Mr. McGuinness is not forced to travel.

Regards,

**Nathan Huddell**
📞 (215) 444-7166
🖨 (215) 299-2150
✉ nhuddell@foxrothschild.com

**Learn about our new brand.**

**From:** Huddell, Nathan <nhuddell@foxrothschild.com>
**Sent:** Tuesday, November 26, 2024 6:19 PM
**To:** michael.nolan@huschblackwell.com; bola.adeniran@huschblackwell.com; michael.martinich-sauter@james-otis.com; jjensen@torridonlaw.com; geowwest@ptd.net
**Cc:** Tintner, Robert S. <RTintner@foxrothschild.com>; Buckley, Peter C. <pbuckley@foxrothschild.com>
**Subject:** Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, No. 1:20-cv-292-JPW (M.D. Pa.)

Counsel,

Please see the attached notice.

Regards,

**Nathan Huddell**
Counsel
**Fox Rothschild LLP**

Two Commerce Square

1

2001 Market Street
Suite 1700
Philadelphia, PA 19103

📞 (215) 444-7166
🖨 (215) 299-2150
✉ nhuddell@foxrothschild.com

**Learn about our new brand.**

2