# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Docket No. 1:20-cv-00292 |
| | : | |
| ECKERT SEAMANS CHERIN & MELLOTT, | : | |
| LLC, MARK S. STEWART, | : | |
| and KEVIN M. SKJOLDAL, | : | (Judge Jennifer P. Wilson) |
| | : | |
| Defendants. | : | |
| | : | |

## AMENDED NOTICE OF DEPOSITION OF JEFFREY MCGUINNESS

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal, by and through their undersigned attorneys, will take the deposition upon oral examination of Jeffery McGuinness on January 7, 2025 at 10:00 a.m. by remote videoconferencing means. The deposition will be recorded by audiovisual and stenographic means and by videoconferencing means. The deposition will take place before a disinterested, duly qualified Notary Public or other officer authorized by law to administer oaths.

Dated: December 13, 2024

/s/ Nathan Huddell
ROBERT S. TINTNER, ESQUIRE (No. 73865)
PETER C. BUCKLEY, ESQUIRE (No. 92313)
NATHAN HUDDELL, ESQUIRE (No. 321472)
FOX ROTHSCHILD LLP
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
(215) 444-7166 (telephone)
(215) 299-2150 (facsimile)
rtintner@foxrothschild.com
pbuckley@foxrothschild.com
nhuddell@foxrothschild.com

*Counsel for Defendants Eckert Seamans Cherin &*
*Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PACE-O-MATIC, INC.,                      :
                                          :
                    Plaintiff,            :
                                          :
          v.                              :     Docket No. 1:20-cv-00292
                                          :
ECKERT SEAMANS CHERIN & MELLOTT,         :
LLC, MARK S. STEWART,                     :
and KEVIN M. SKJOLDAL,                    :     (Judge Jennifer P. Wilson)
                                          :
                    Defendants.           :
                                          :

**CERTIFICATE OF SERVICE**

I, Nathan Huddell, hereby certify that on this 13th day of December, 2024, I served a true

and correct copy of the foregoing document upon the following via email:

Michael P. Nolan
Omobolanle A. Adeniran
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
Clayton, Missouri 63105
michael.nolan@huschblackwell.com
bola.adeniran@huschblackwell.com

*Counsel for Plaintiff Pace-O-Matic, Inc.*


Jeff Jensen
Torridon Law
2311 Wilson Blvd., Suite 640
Arlington, VA 22201
jjensen@torridonlaw.com

*Counsel for Plaintiff Pace-O-Matic, Inc.*

Michael Martinich-Sauter
James Otis Law Group LLC
13321 N. Outer Forty Road, Suite 300
Chesterfield, MO 63017
michael.martinich-sauter@james-otis.com

*Counsel for Plaintiff Pace-O-Matic, Inc.*


George W. Westervelt, Jr., Esquire
706 Monroe Street
P.O. Box 549
Stroudsburg, PA  18360-0549
geowwest@ptd.net

*Counsel for Plaintiff Pace-O-Matic, Inc.*


Dated: December 13, 2024          */s/ Nathan Huddell*
                                   Nathan Huddell