# EXHIBIT E

# Huddell, Nathan

**From:** Nolan, Michael <michael.nolan@huschblackwell.com>
**Sent:** Wednesday, December 18, 2024 3:17 PM
**To:** Huddell, Nathan; Adeniran, Bola; michael.martinich-sauter@james-otis.com; jjensen@torridonlaw.com; geowwest@ptd.net
**Cc:** Tintner, Robert S.; Buckley, Peter C.; Ottolini, Lisa
**Subject:** [EXT] RE: Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, No. 1:20-cv-292-JPW (M.D. Pa.)

Nathan,

Thank you for agreeing to reschedule Mr. McGuinness's deposition. Your amended deposition notice states that the deposition will be conducted remotely. Under the Federal Rules, a deposition can be conducted remotely only by stipulation of the parties or by court order. We do not stipulate to a remote deposition. To the contrary, we strongly believe that we should be able to attend the deposition in-person, though we have no opposition to you participating remotely if you wish. Thus, we respectfully request that you issue an updated notice that calls for Mr. McGuinness to appear at a physical location for the deposition where we may also attend.

Pursuant to request #1 of POM's Third Request for Production, please produce no later than December 23rd all written communications you or your clients have had with Mr. McGuinness and or documents you have provided to or received from him.  Pursuant to interrogatory #2 of POM's Second Set of Interrogatories, interrogatory #5 of POM's Third Set of Interrogatories, and FRCP 26, please also update your interrogatory responses by that date to include Mr. McGuinness' contact information and describe generally the relevant facts of which you believe he is aware.

Regarding the other issue we discussed during Friday's meet and confer, please produce all documents responsive to POM's document requests, including the documents specifically and individually identified in Michael's letter of August 22nd and documents which you collected as part of the key word search.  For any documents which Eckert claims are privileged, please provide a privilege log.  We ask that you produce those documents and logs no later than December 31st.   To the extent you believe non-parties may have a claim of privilege in relation to the documents, you should have sent them to the non-parties months ago.  We cannot allow defendants and other non-parties continued delays.   The documents should have been produced years ago.

**Michael Nolan**
**Partner**
Direct: 314-480-1770
Michael.Nolan@huschblackwell.com

---

**From:** Huddell, Nathan <nhuddell@foxrothschild.com>
**Sent:** Friday, December 13, 2024 2:55 PM
**To:** Nolan, Michael <michael.nolan@huschblackwell.com>; Adeniran, Bola <bola.adeniran@huschblackwell.com>; michael.martinich-sauter@james-otis.com; jjensen@torridonlaw.com; geowwest@ptd.net
**Cc:** Tintner, Robert S. <RTintner@foxrothschild.com>; Buckley, Peter C. <pbuckley@foxrothschild.com>; Ottolini, Lisa <Lisa.Ottolini@huschblackwell.com>
**Subject:** RE: Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, No. 1:20-cv-292-JPW (M.D. Pa.)

[EXTERNAL EMAIL]

Michael,

Because Mr. McGuinness expects to be available on January 7, 2025—a potential alternative deposition date that you shared with me for the first time today—we will be happy to accommodate your request and to extend you the professional courtesy of rescheduling Mr. McGuinness's deposition for that date.  An amended notice of Mr. McGuinness's deposition is attached.  As the amended notice states, and as I stated during our call this morning, Mr. McGuinness's deposition will be taken by remote means so that Mr. McGuinness is not forced to travel.

Regards,


**Nathan Huddell**
(215) 444-7166
(215) 299-2150
nhuddell@foxrothschild.com

**Learn about our new brand.**

---

**From:** Huddell, Nathan <nhuddell@foxrothschild.com>
**Sent:** Tuesday, November 26, 2024 6:19 PM
**To:** michael.nolan@huschblackwell.com; bola.adeniran@huschblackwell.com; michael.martinich-sauter@james-otis.com; jjensen@torridonlaw.com; geowwest@ptd.net
**Cc:** Tintner, Robert S. <RTintner@foxrothschild.com>; Buckley, Peter C. <pbuckley@foxrothschild.com>
**Subject:** Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, No. 1:20-cv-292-JPW (M.D. Pa.)

Counsel,

Please see the attached notice.

Regards,


**Nathan Huddell**
Counsel
**Fox Rothschild LLP**

Two Commerce Square
2001 Market Street
Suite 1700
Philadelphia, PA 19103
(215) 444-7166
(215) 299-2150
nhuddell@foxrothschild.com

**Learn about our new brand.**

2

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.