**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

PACE-O-MATIC, INC.,                          :
                                             :
                        Plaintiff,           :
        v.                                   :        Docket No. 1:20-cv-00292
                                             :
ECKERT SEAMANS CHERIN &                      :
MELLOTT, LLC,  MARK S. STEWART,              :        (Judge Jennifer P. Wilson)
and KEVIN M. SKJOLDAL,                       :
                                             :
                        Defendants.          :
                                             :
_____:

## ORDER

        AND NOW, this _____ day of _____, 202__, upon consideration

of Defendants' letter-motion for leave to depose Jeffrey McGuinness remotely

pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure (the "Motion"), it

is hereby ORDERED that the Motion is GRANTED.  The parties shall conduct Mr.

McGuinness's deposition remotely pursuant to Rule 30(b)(4).

                        BY THE COURT:


                        _____
                        Jennifer P. Wilson, U.S.D.J.