## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS, CHERIN & | : | |
| MELLOTT, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 23rd day of December 2024, having reviewed the letter submitted by Defendants on December 20, 2024, Doc. 454, and concluding that it is not necessary in this instance to await a responsive letter before ruling, **IT IS ORDERED THAT,** pursuant to Federal Rule of Civil Procedure 30(b)(4), the deposition of Jeffrey McGuinness will take place by remote videoconferencing means, as noticed in the Amended Notice of Deposition dated December 13, 2024, Doc. 454-4.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania