IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,               )
                                  )
        Plaintiff,                )        No. 1:20-cv-292-JPW
                                  )
        v.                        )        Judge Wilson
                                  )
ECKERT SEAMANS CHERIN &           )
MELLOTT, LLC; et al.,             )
                                  )
        Defendants.               )

**PLAINTIFF'S CONSENT MOTION TO
MODIFY CASE MANAGEMENT ORDER**

For the reasons described below, Plaintiff Pace-O-Matic, Inc. respectfully requests that the Court extend the deadlines established by the July 22, 2024 Amended Case Management Order (ECF 406) by approximately four months. Defendants consent to this request.

Under the current Case Management Order, the deadline for the completion of fact discovery is February 28, 2025. *See* ECF 406, at 1. At present, several factors outside POM's control prevent the completion of all fact discovery by February 28. First, the Court previously ordered the production of more than 100 documents, overruling certain privilege objections. *See* ECF 382, 383. However, Parx Casino sought to appeal that decision to the Third Circuit. Parx's appeal currently remains

1

pending,[1] and the documents subject to the Court's order have not yet been produced. Without resolution of whether POM will receive these documents—and thus whether POM can examine witnesses about the documents—POM has been unable to complete certain necessary depositions. Despite the pendency of this issue, POM has nevertheless completed certain depositions that it believed could be conducted without reference to the contested documents. POM conducted these depositions in an effort to complete as much discovery as possible consistent with the existing discovery deadlines.

Second, in August 2024, POM notified Defendants of what POM viewed as potential gaps in Defendants' document production. To resolve POM's concerns, Defendants agreed to conduct additional ESI searches using agreed search terms. Defendants' review, production, and logging of the results of these additional searches remains ongoing. It remains uncertain when this process will be complete. Without the opportunity to review these additional documents, POM cannot assess whether POM needs to examine witnesses regarding the documents or whether the documents may warrant additional written discovery. For these reasons, POM has

---

[1] POM has diligently sought to expedite the resolution of this appeal. POM promptly filed a motion to dismiss the appeal for lack of appellate jurisdiction. POM has also filed a motion requesting that the Third Circuit assign the motion to a motions panel per the Third Circuit's internal operating procedures. To date, it appears that the Third Circuit has not assigned the motion to a motions panel.

been unable complete all discovery in the time allotted by the July 22, 2024 Case Management Order.

POM thus respectfully requests that the Court extend the deadlines in the current Case Management Order by approximately four months, as reflected below:

**Discovery Disputes**:        May 16, 2025

**Fact Discovery**:        June 27, 2025

**Dispositive Motions and Supporting Briefs**:        July 31, 2025

**Plaintiff's Expert Reports**:        July 31, 2025

**Defendants' Expert Reports**:        September 2, 2025

**Supplemental and Rebuttal Expert Reports**:        September 16, 2025

**Expert Discovery**:        October 13, 2025

**Motions in Limine and Supporting Briefs**:        November 10, 2025

**Pretrial Memoranda:**        December 8, 2025

**Proposed Voir Dire and Jury Instructions**:        December 8, 2025

**Final Pretrial Conference**:        At the Court's earliest convenience on or after January 5, 2026

**Trial**:        At the Court's earliest convenience on or after

3

January 12, 2026

POM is hopeful that an additional four months will provide sufficient time for the resolution of the issues discussed above that prevented the completion of discovery. Counsel for Defendants consent to the requested extensions.

WHEREFORE, POM respectfully requests that the Court extend the deadlines in the Amended Case Management Order as described above, and for such other relief as the Court deems just and appropriate.

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Michael Nolan*
Michael Nolan*
Bola Adeniran*
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Michael.nolan@huschblackwell.com

Michael Martinich-Sauter*
JAMES OTIS LAW GROUP LLC
13321 North Forty Road, Suite 300
St. Louis, Missouri 63017
(314) 949-3018 (Telephone)
michael.martinich-sauter@james-otis.com

Jeffrey B. Jensen*
TORRIDON LAW PLLC
801 17th Street NW, Suite 1100
Washington, DC 20006
(202) 249-6900 (Telephone)
jjensen@torridonlaw.com

* Appearing by special admission


George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

**Counsel for Plaintiff Pace-O-Matic, Inc.**

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on counsel of record for all parties via the Court's ECF filing system on January 17, 2025.

*/s/ Michael Nolan*