IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                    )
                                       )
    Plaintiff,                         )          No. 1:20-cv-292-JPW
                                       )
v.                                     )          Judge Wilson
                                       )
ECKERT SEAMANS CHERIN &                )
MELLOTT, LLC; et al.,                  )
                                       )
    Defendants.                        )

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this ___ day of January, 2025, upon consideration of

Plaintiff's Consent Motion to Modify Case Management Order, Doc. ___, **IT IS**

**ORDERED THAT** the amended case management deadlines are as follows:

| | |
|---|---|
| Discovery Disputes: | May 16, 2025 |
| Fact Discovery: | June 27, 2025 |
| Dispositive Motions and Supporting Briefs: | July 31, 2025 |
| Plaintiff's Expert Reports: | July 31, 2025 |
| Defendants' Expert Reports: | September 2, 2025 |
| Supplemental and Rebuttal Expert Reports: | September 16, 2025 |
| Expert Discovery: | October 13, 2025 |
| Motions in Limine and Supporting Briefs: | November 10, 2025 |
| Pretrial Memoranda: | December 8, 2025 |
| Proposed Voir Dire and Jury Instructions: | December 8, 2025 |
| Final Pretrial Conference: | January 5, 2026 |
| Trial: | January 12, 2026 |

1

2

HON. JENNIFER P. WILSON
United Stated District Judge

2