# HUSCH BLACKWELL

Michael P. Nolan
Partner

8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Direct: 314.480.1770
Fax: 314.480.1505
michael.nolan@huschblackwell.com

February 6, 2025

Hon. Jennifer P. Wilson
U.S. District Court for the Middle District of Pennsylvania

> **Re:**   ***Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC*, No. 1:20-cv-00292-JPW (M.D. Pa.)**

Dear Judge Wilson:

Plaintiff Pace-O-Matic, Inc. ("POM") respectfully submits this letter responding to certain assertions in the February 5, 2025 letter filed by the Pennsylvania State Police ("PSP"), ECF No. 463. In that letter, the PSP's counsel asserts that, "[t]o PSP's knowledge, the FBI's investigation remains ongoing and has not been terminated." ECF No. 463, at 1.

This representation directly conflicts with representations that have been made by both PSP personnel and the U.S. Attorney's Office. In particular, on February 5—the same day the PSP filed its letter—counsel for POM met with two PSP troopers and two representatives of the Office of Attorney General ("OAG") regarding issues connected to the undercover investigation. During that meeting, counsel for POM was expressly told that the PSP was aware that the FBI had long ago closed its investigation. In addition, a representative of the U.S. Attorney's Office for the Middle District of Pennsylvania has separately represented to POM's counsel that federal law enforcement views POM solely as a victim. These representations from PSP personnel and the U.S. Attorney's Office directly conflict with the PSP's February 5 letter.[1]

The PSP's February 5 letter appears to be specifically intended to harm POM's reputation by implying that POM is the subject of an ongoing FBI investigation. As described above, the PSP apparently lacked a good-faith basis for this representation. Moreover, the public confirmation of a pending federal investigation (even if truthful) would violate longstanding PSP policies and practices. In light of these serious issues, POM has demanded that the PSP immediately retract the inaccurate representations in its February 5 letter.

---

[1] Other aspects of the PSP's letter are, at best, in significant tension with information provided by the PSP during the February 5 meeting and by the U.S. Attorney's Office, as well as information contained in the Goodling presentment.

# HUSCH BLACKWELL

Respectfully Submitted,

HUSCH BLACKWELL LLP

*/s/ Michael Nolan*

Michael P. Nolan
Partner