**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & | : | |
| MELLOTT, LLC, *et al.*, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 12th day of May, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** the motion to quash filed by the Pennsylvania State Police ("PSP"), Doc. 431, is **DENIED**.

Nevertheless, the court recognizing that PSP raises legitimate concerns about the scope of Plaintiff's subpoena, **IT IS FURTHER ORDERED AS FOLLOWS**:

1. Plaintiff and PSP shall confer to discuss how Plaintiff's subpoena topics may be narrowed in light of the accompanying memorandum.

2. Following the conference, PSP shall create a chart that details its remaining objections to the scope of each of Plaintiff's noticed topics. For each topic to which PSP objects, PSP shall provide (a) its specific objections; (b) the basis for each objection; and (c) a proposal on how to modify the topic to address its objections.  The chart shall include a row

for each objected-to topic and three columns, one for the topic number, one for PSP's objections, and one for Plaintiff's response.  PSP then shall provide its completed chart to Plaintiff **by May 26, 2025**.

3. Plaintiff then shall provide a response to PSP's objections in the appropriate column on the chart.  Plaintiff then shall file the chart with the court **by June 2, 2025**.

4. A telephone status conference to discuss the chart is **SCHEDULED** for **June 10, 2025, at 9:30 a.m.**  The parties shall call-in to the conference calling number 717-638-8977, using the phone conference ID 432 592 125#.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania