**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & MELLOTT, LLC., | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**AMENDED CASE MANAGEMENT ORDER**

**AND NOW**, on this 27th day of May, 2025, following a telephone status conference with counsel on May 21, 2025, I**T IS ORDERED THAT** the case management deadlines are amended as follows:

| | |
|---|---|
| Status Conference:[1] | September 24, 2025, at 10:00 a.m. |
| Discovery Disputes: | September 19, 2024 |
| Fact discovery: | October 31, 2025 |
| Dispositive motions and supporting briefs: | November 28, 2025 |
| Plaintiff's expert reports: | November 28, 2025 |
| Defendant's expert reports: | January 2, 2026 |
| Supplemental and rebuttal expert reports: | January 16, 2026 |
| Expert discovery: | February 13, 2026 |
| Motions in limine and supporting briefs: | March 4, 2026 |
| Pretrial memoranda: | April 1, 2026 |
| Proposed voir dire and jury instructions: | April 1, 2026 |
| Trial: | May 4, 2026 |

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge

---

[1] The parties shall call-in to the conference calling number 717-638-8977, using the phone conference ID 432 592 125#. Counsel should be aware that this is a conference calling number that is utilized for multiple calls scheduled in ten- or fifteen-minute intervals. If you dial in and another call is in progress, please wait until the courtroom deputy announces your case. The courtroom deputy is aware when a new caller joins the conference. You should follow the same etiquette expected when you enter a courtroom and a proceeding is in progress. When your case is called, state your name and client. Be advised that court staff are monitoring the conference at all times.

Middle District of Pennsylvania