# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & | : | |
| MELLOTT, LLC*, et al.*, | : | |
| | : | Judge Jennifer P. Wilson |
| Defendants. | | |

## ORDER

**AND NOW**, on this 6th day of June 2025, upon review of the joint submission submitted by Plaintiff and the Pennsylvania State Police ("PSP") pertaining to their ongoing discovery dispute over Plaintiff's Rule 30(b)(6) deposition notice to PSP, Doc. 469, **IT IS ORDERED AS FOLLOWS**:

1. The telephone status conference presently scheduled for June 10, 2025, is **CANCELED**.

2. The court observes that Plaintiff proffered, in the above-referenced joint submission, proposed modifications to Topics 1, 2, 5, 6, and 7.  Plaintiff offered these proposals in response to PSP's own proposed modifications and objections.  PSP shall file a letter that (1) indicates whether it accepts or rejects each of PSP's proposed modifications on these topics specifically, and (2) provides, for each proposal PSP rejects, a brief

1

explanation as to why it rejects the proposal.  The letter shall be limited to three single-spaced pages.  PSP shall file this letter **by June 20, 2025**.

3.  Once PSP's letter is received, the court will take this matter under advisement and issue a ruling without further input from Plaintiff or PSP. If the court requires further information at a later time, a subsequent order will issue.

<div style="margin-left: 40%">

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

</div>