**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PACE-O-MATIC, INC.,

                      Plaintiff,

    v.

ECKERT SEAMANS CHERIN &
MELLOTT, LLC et al.,

                  Defendant.

CIVIL ACTION
NO 1:20-CV-292

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Danielle C. Hudson, Esquire (PA ID 328931) on

behalf of Miscellaneous Party Peter J. Shelly in the above-captioned matter.


Date: June 16, 2025

                        **BLANK ROME LLP**

          BY:    */s/ Danielle C. Hudson*
                    Danielle C. Hudson (ID #328931)
                    One Logan Square
                    130 N. 18th Street
                    Philadelphia, PA  19103
                    Tel: 215-569-5405
                    Email: Danielle.hudson@blankrome.com

                    *Attorney for Miscellaneous Party Peter J. Shelly*

# CERTIFICATE OF SERVICE

I, Danielle C. Hudson Esquire, hereby certify that on this 16th day of June, 2025 I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served through the Electronic Court Filing System (ECF) upon all counsel and parties of record.

*/s/ Danielle C. Hudson.*
Danielle C. Hudson