## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,           :

                        :     **No. 1:20-cv-00292-JPW**

     **Plaintiff,**        :

                        :     **Judge Wilson**

   **v.**                  :

                        :

**EXKERT SEAMANS CHERIN &**  :

**MELLOTT, LLC, et al.,**     :

                        :

    **Defendants.**      :

### PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT RECORD

Plaintiff Pace-O-Matic, Inc. ("POM") respectfully requests leave to supplement the record in connection with the ongoing discovery dispute between POM and the Pennsylvania State Police ("PSP"). In particular, POM respectfully requests leave to file the Declaration of Matthew Haverstick, attached as Exhibit 1 to this Motion. The PSP opposes this request. In support of its request, POM states the following:

1.    As POM has previously explained, during the fall of 2024, POM learned that a PSP trooper had conducted a multi-year undercover investigation while posing as a POM legal compliance employee.

2.    As POM has previously contended, testimony regarding this PSP targeting of POM—including the origins of the investigation and whether it was

1

instituted at the urging of Defendants—would be encompassed by several topics in the 30(b)(6) notice to the PSP, including topics 7 and 18. *See* ECF No. 469.

3.      Although the PSP previously contended that it had no knowledge of that undercover investigation, the PSP now contends that its witnesses cannot answer questions regarding the undercover investigation because "they implicate grand jury information." ECF No. 472, at 3.

4.      The PSP's newfound position directly conflicts with the legal position taken by the Office of Attorney General ("OAG"), on behalf of the Commonwealth of Pennsylvania, in ongoing parallel litigation.

5.      In particular, as described in the Haverstick Declaration that POM seeks leave to submit, POM has sought information regarding the undercover investigation from the state court overseeing the grand-jury proceedings that led to the indictment of Rick Goodling.

6.      In that state-court proceeding, the OAG argued that POM could not obtain any information regarding the undercover investigation because the undercover investigation preceded—and thus was not part of—the grand-jury investigation. The state court accepted this representation and ruled against POM on that basis.

7.      The position successfully advanced by the OAG directly contradicts the position now advanced by the PSP.

8.      POM respectfully seeks leave to submit the Haverstick Declaration to ensure that the Court has a full record regarding key contentions made by the PSP.

9.      POM is cognizant that this request for leave runs counter to the Court's instruction that the Court would rule on the pending motion without further input from the parties. POM does not desire to act contrary to the Court's admonition. POM seeks leave to submit the Haverstick Declaration to protect the integrity of these proceedings and to ensure that the Court rules on a record that accurately reflects the relevant facts, including the Commonwealth's shifting legal positions regarding the issues implicated by the pending motion.

WHEREFORE, POM respectfully requests leave to submit the Declaration of Matthew Haverstick; and for such further relief as the Court deems just and appropriate.

Respectfully submitted,


*/s/Michael Nolan*
Michael Nolan
Bola Adeniran
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Jeff.jensen@huschblackwell.com

Jeffrey B. Jensen
TORRIDON LAW PLLC
801 17th Street NW, Suite 1100
Washington, DC 20006
(202) 249-6900 (Telephone)
jjensen@torridonlaw.com

Michael Martinich-Sauter
JAMES OTIS LAW GROUP LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(314) 949-3018 (Telephone)
michael.martinich-sauter@james-otis.com

George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

***Counsel for Appellee Pace-O-Matic, Inc.***

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that, on July 3, 2025, the foregoing was served on all counsel of record by operation of the Court's electronic filing system.

*/s/Michael Nolan*