IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,                )
                                   )
    Plaintiff,                     )        No. 1:20-cv-292-JPW
                                   )
    v.                             )        Judge Wilson
                                   )
ECKERT SEAMANS CHERIN &            )
MELLOTT, LLC; et al.,              )
                                   )
    Defendants.                    )

## **ORDER**

Before the Court is Plaintiff Pace-O-Matic, Inc.'s Motion for Leave to Supplement Record. For the reasons stated in the Motion, the Court hereby GRANTS the Motion.

SO ORDERED.

_____
Hon. Jennifer P. Wilson
United States District Judge

1