# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & | : | |
| MELLOTT, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 9th day of July, 2025, upon review of the following motion, **IT IS ORDERED THAT** the motion for leave to supplement the record with regard to the ongoing discovery dispute with the Pennsylvania State Police ("PSP") filed by Plaintiff, Doc. 473, is **GRANTED**.  Accordingly, the Declaration of Matthew Haverstick ("Declaration"), Doc. 473-1, shall be docketed as a record in this case in support of Plaintiff's position in this discovery dispute.

**IT IS FURTHER ORDERED THAT** the PSP may file within two weeks a response to the averments in the Declaration and/or the facts stated in Plaintiff's above-mentioned motion as they relate to the pending discovery dispute between PSP and Plaintiff.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania