# EXHIBIT 1

# James Otis Law Group, LLC

530 Maryville Centre Drive, Suite 230, St. Louis, Missouri 63141

August 22, 2024

*Via Email*

Robert Tintner, Esq.
Peter Buckley, Esq.
Nathan Huddell, Esq.
Fox Rothschild LLP
2000 Market Street, #2000
Philadelphia, PA 19103

> Re:    *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC* – Case No. 1:20-cv-292 (M.D. Pa.) – Gmerek Log of Communications with Eckert Seamans Personnel

Dear Counsel:

I am writing regarding a discovery-related issue in the above-captioned lawsuit. As you know, POM served a subpoena on third party Richard Gmerek. POM and Mr. Gmerek reached agreement on ESI search parameters, which are narrowly tailored to identify materials relevant to this litigation. With respect to responsive emails where Eckert personnel were senders or recipients, POM agreed that Mr. Gmerek could identify those emails on a log rather than producing them. Consistent with that agreement, Mr. Gmerek produced a 1,016-page log of emails identified by the agreed search parameters.

POM has compared Mr. Gmerek's log to Eckert's discovery productions and privilege logs. Based on that comparison, POM has identified certain emails that appear to be highly relevant and that include Eckert personnel, but that apparently were neither produced nor logged by Eckert. These emails are highlighted on the version of the Gmerek log that is being transmitted to you via a separate message. For each email highlighted on the log, we respectfully request that Eckert either produce the document or log the document on a privilege log.[1]

While we are reserving judgment until we have had a chance to review the highlighted emails, these apparent omissions potentially raise questions about the parameters that Eckert has used to collect responsive documents. Based on the information contained in Mr. Gmerek's log,

---

[1] Because all of the highlighted emails include at least one Eckert attorney or employee, all of those emails should be within the possession, custody, or control of Eckert. However, if Eckert contends that any of the highlighted emails are not within its possession, custody, or control, then we respectfully request that Eckert explain the circumstances under which each such email was deleted or otherwise became unavailable.

1

we would have expected many of the missing emails to have been identified by Eckert's search parameters and thus either produced or logged.

We are especially concerned about the apparent omission of certain emails where the subject line itself clearly references POM, "Pennsylvania Skill" or "PA Skill" (the trade name under which POM games are offered in Pennsylvania), and Miele (the manufacturer of POM games offered in Pennsylvania).  A non-exhaustive list of examples of such emails include the following:

| Control # (Gmerek Log) | Subject |
| --- | --- |
| 154616.1 | FW: POM of Pennsylvania Oral Argument Report |
| 500290.1 | Paceomatic |
| 42289.1 | RE: Parx; POM 'nuisance lawsuit' |
| 227991.1 | POM complaint |
| 429037.1 | FW: on meile website |
| 48338.1 | FW: PA skill website update |
| 55800.1 | Re: Miele charitable giving |
| 50928.1 | FW: Pennsylvania Commonwealth Court Says Pace-O-Matic's Pennsylvania Skill Are Legal |
| 205863.1 | FW: [External] Pennsylvania Skill Games |
| 243637.1 | Re: POM letter |
| 163652.1 | New POM Game in DC |
| 224071.1 | Pace-O-Matic announces lawsuit against The Bar in Boalsburg |
| 210634.1 | FW: POM PARX statement |
| 213834.1 | Pace O Matic Media Buy info |
| 12091.1 | Poms |
| 7615.1 | Fwd: PA Skill Ad |
| 19511.1 | Fwd: Another PA Skill Ad on Facebook |
| 352351.1 | Meeting Updates and New Pace-O-Matic Lobbyist |
| 295103.1 | PA Skill Reception + Next Call |
| 381526.1 | RE: PA Skill – November 9th Reception |

With respect to these examples, we respectfully request that Eckert explain how these materials were not identified by the search parameters used by Eckert.

We appreciate your prompt attention to these issues.  Please let me know if it would be helpful to discuss these issues further.

Sincerely,

Mike Martinich-Sauter