IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PACE-O-MATIC, INC.,        )
          )
   Plaintiff,        )     No. 1:20-cv-292-JPW
          )
   v.        )     Judge Wilson
          )
ECKERT SEAMANS CHERIN &   )
MELLOTT, LLC; et al.,    )
          )
   Defendants.       )

**PLAINTIFF'S UNOPPOSED MOTION TO
MODIFY CASE MANAGEMENT ORDER**

Plaintiff Pace-O-Matic, Inc. respectfully requests that the Court extend the deadlines established by the May 27, 2025 Amended Case Management Order (ECF 468) by six months. Defendants do not oppose this request.

Under the current Case Management Order, the deadline for the completion of fact discovery is October 31, 2025. *See* ECF 468, at 1. At present, several factors outside POM's control prevent the completion of all fact discovery by October 31st. First, the Court previously ordered the production of more than 100 documents, overruling certain privilege objections. *See* ECF 382, 383. However, Parx Casino sought to appeal that decision to the Third Circuit. Parx's appeal currently remains pending, appellate oral argument has been set for November 10, 2025, and the documents subject to the Court's order have not yet been produced. Without resolution of whether POM will receive these documents—and thus whether POM

1

can examine witnesses about the documents—POM has been unable to complete certain necessary depositions. Despite the pendency of this issue, POM has nevertheless completed certain depositions that it believed could be conducted without reference to the contested documents. POM conducted these depositions in an effort to complete as much discovery as possible consistent with the existing discovery deadlines.

Second, as described in POM's recently filed discovery dispute letter (ECF No. 477), there remains an outstanding discovery dispute that potentially could involve the production of more than 1,000 additional relevant documents. In August 2024, POM notified Defendants of what POM viewed as potential gaps in Defendants' document production.[1] To resolve POM's concerns, Defendants agreed to conduct additional ESI searches using agreed search terms. Over approximately nine months, Defendants produced and logged some additional documents. However, significant discrepancies remained between the produced and logged

---

[1] In an effort to minimize the discovery burdens on non-party Richard Gmerek, POM agreed that Mr. Gmerek need not produce any emails that included Eckert personnel as senders or recipients. Instead, Mr. Gmerek agreed to produce a log of those documents ("the Gmerek log"). After comparing Mr. Gmerek's log to Eckert's production, POM identified certain emails that were not contained in Eckert's productions. Based on the parties' discussions, these differences appear to result from differences between the search parameters agreed to by Mr. Gmerek and the search parameters originally used by Defendants. To resolve POM's concerns, Defendants agreed to conduct additional searches using the parameters agreed to by Mr. Gmerek.

documents. Defendants have now identified document collection issues that have not yet been resolved and will lead to the production of additional documents. It remains uncertain when this process will be resolved. Without the opportunity to satisfactorily resolve these production issues and review these additional documents, POM cannot assess whether POM needs to examine witnesses regarding the documents or whether the documents may warrant additional written discovery.

Additionally, this Court will be ruling on POM's discovery disputes with PSP which will potentially require additional time for the parties to act in accordance with the Court's order.

For these reasons, POM has been unable complete all discovery in the time allotted by the May 27, 2025 Case Management Order.

POM thus respectfully requests that the Court extend the deadlines in the current Case Management Order by approximately six months, as reflected below:

| | |
|---|---|
| **Discovery Disputes** | March 19, 2026 |
| **Fact Discovery** | April 30, 2026 |
| **Dispositive Motions and Supporting Briefs** | May 28, 2026 |
| **Plaintiff's Expert Reports** | May 28, 2026 |
| **Defendants' Expert Reports** | July 2, 2026 |
| **Supplemental and Rebuttal Expert** | July 16, 2026 |

3

| Reports | |
|---|---|
| **Expert Discovery** | August 13, 2026 |
| **Motions in Limine and Supporting Briefs** | September 4, 2026 |
| **Pretrial Memoranda** | October 1, 2026 |
| **Proposed Voir Dire and Jury Instructions** | October 1, 2026 |
| **Final Pretrial Conference** | At the Court's earliest convenience on or after November 9, 2026 |
| **Trial** | At the Court's earliest convenience on or after November 9, 2026 |

POM is hopeful that an additional six months will provide sufficient time for the resolution of the issues discussed above that prevented the completion of discovery.

WHEREFORE, POM respectfully requests that the Court extend the deadlines in the Amended Case Management Order as described above, and for such other relief as the Court deems just and appropriate.

4

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Michael Nolan*
Michael Nolan*
Bola Adeniran*
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Michael.nolan@huschblackwell.com

Michael Martinich-Sauter*
JAMES OTIS LAW GROUP LLC
13321 North Forty Road, Suite 300
St. Louis, Missouri 63017
(314) 949-3018 (Telephone)
michael.martinich-sauter@james-otis.com

Jeffrey B. Jensen*
TORRIDON LAW PLLC
801 17th Street NW, Suite 1100
Washington, DC 20006
(202) 249-6900 (Telephone)
jjensen@torridonlaw.com

* Appearing by special admission

George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

**Counsel for Plaintiff Pace-O-Matic, Inc.**

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on counsel of record for all parties via the Court's ECF filing system on September 19, 2025.

*/s/ Michael Nolan*