# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & | : | |
| MELLOTT, LLC., | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 22nd day of September, 2025, upon consideration of the

unopposed motion to modify case management order, Doc. 478, **IT IS**

**ORDERED THAT** the motion is **GRANTED**.  The case management deadlines

are amended as follows:

| | |
|---|---|
| Status Conference:[1] | March 25, 2026, at 9:30 a.m. |
| Discovery Disputes: | March 19, 2026 |
| Fact discovery: | April 30, 2026 |
| Dispositive motions and supporting briefs: | May 29, 2026 |
| Plaintiff's expert reports: | May 29, 2026 |
| Defendant's expert reports: | July 2, 2026 |
| Supplemental and rebuttal expert reports: | July 17, 2026 |
| Expert discovery: | August 14, 2026 |
| Motions in limine and supporting briefs: | September 9, 2026 |
| Pretrial memoranda: | October 7, 2026 |

---

[1] The parties shall call-in to the conference calling number 717-638-8977, using the phone conference ID 432 592 125#.  Counsel should be aware that this is a conference calling number that is utilized for multiple calls scheduled in ten- or fifteen-minute intervals.  If you dial in and another call is in progress, please wait until the courtroom deputy announces your case.  The courtroom deputy is aware when a new caller joins the conference.  You should follow the same etiquette expected when you enter a courtroom and a proceeding is in progress.  When your case is called, state your name and client.  Be advised that court staff are monitoring the conference at all times.

Proposed voir dire and jury instructions:    October 7, 2026
Trial:[2]    November 2, 2026

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[2] The court schedules every civil case on its docket on a trial list date. A trial list date is distinct from a trial date certain. The court will schedule a trial date certain by means of a separate scheduling order after conferring with counsel about the selection of a trial date certain. If any dispositive motion is filed in this case, the court will generally continue the trial list date and stay the pretrial deadlines pending resolution of the dispositive motion. However, if no dispositive motion is filed in this case, the court will convene a telephone status conference with counsel to select a trial date certain.