**U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 24-1984

PACE-O-MATIC, INC.

v.

ECKERT, SEAMANS CHERIN & MELLOTT LLC; MARK S. STEWART;
KEVIN M. SKJOLDAL

*GREENWOOD GAMING AND ENTERTAINMENT, INC.,
d/b/a Parx Casino,
Appellant

*(Pursuant to Fed. R. App. P. Rule 12(a))
_____

Appeal from
U.S. District Court for the Middle District of Pennsylvania
Judge Jennifer P. Wilson
No. 1:20-cv-00292

Submitted Under Third Circuit L.A.R. 34.1(a)
November 10, 2025

Before: RESTREPO, McKEE and AMBRO, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court

for the Middle District of Pennsylvania and was submitted on November 10, 2025. On

consideration whereof, it is now **ORDERED** and **ADJUDGED** that the appeal is

dismissed. Costs shall be taxed against the Appellant. All of the above in accordance with

the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: February 12, 2026