## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & | : | |
| MELLOTT, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

On February 12, 2026, the court received notice that the Third Circuit has dismissed the appeal filed by Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx") at that court's docket number 24-1984.  (Doc. 482.)  Pursuant to the court's order dated July 3, 2024, Doc. 398, Parx was obligated to inform the court of the Third Circuit's decision and any reason the court should not lift its stay of the deadlines set forth in paragraph 4 of the court's order dated April 29, 2024, Doc. 383.  The court's independent review of the Third Circuit's docket revealed that Parx filed a petition for rehearing on February 25, 2026.  Parx never notified the court of its petition in contravention of the July 3 order.

**AND NOW**, on this 13th day of March, 2026, with the above context in mind, **IT IS ORDERED AS FOLLOWS**:

1. The court's aforementioned stay will remain in place pending the Third Circuit's resolution of Parx's petition for rehearing.

2.  Parx shall notify this court of the Third Circuit's decision on the petition

within 14 days of the decision's issuance.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
