

# GA BIBIKOS LLC
relentless. advocacy. period.

**VIA ECF**

George A. Bibikos
(717) 580-5305
gbibikos@gabibikos.com
www.gabibikos.com

The Honorable Jennifer P. Wilson
U.S. District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Harrisburg, PA 17102

March 16, 2026

Re:     *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellot, LLC et al.*, No. 1:20-cv-292-JPW

Dear Judge Wilson:

I represent Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino. I received notification of an order dated March 13, 2026, indicating that Parx did not notify the Court about a rehearing petition filed in the Third Circuit following that court's decision on Parx's appeal. The order dated July 3, 2024, requires notice to this Court within 14 days of the Third Circuit "resolving the appeal." Counsel for Parx construed that as requiring notice within 14 days after the Third Circuit fully resolved the appeal, including the resolution of any rehearing petitions, which remain pending. Please accept our apologies for misconstruing the Court's July 3 order, and be assured that Parx will notify the Court following the Third Circuit's ruling in accordance with the July 3 order.

Thank you for your consideration of this letter.

Very truly yours,

**GA BIBIKOS LLC**

George A. Bibikos

c:      Counsel (via ECF)

+lawyer | innovations
rethink everything.