OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

April 1, 2026

Mr. Peter J. Welsh
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 N 6th Street
Harrisburg, PA 17102

RE: Pace O Matic Inc v. Eckert Seamans Cherin & Mellott LLC, et al
Case Number: 24-1984
District Court Case Number: 1:20-cv-00292

Dear District/Bankruptcy Clerk

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Kirsi
Case Manager
267-299-4911

cc: George A. Bibikos, Esq.
    Michael Martinich-Sauter, Esq.
    Robert S. Tintner, Esq.