**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACE-O-MATIC, INC., | : | Civil No. 1:20-CV-00292 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECKERT, SEAMANS CHERIN & | : | |
| MELLOTT, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 21st day of April, 2026, upon review of the letters submitted respectively by non-party Greenwood Gaming & Entertainment, Inc., and Plaintiff, Docs. 488 & 489, **IT IS ORDERED AS FOLLOWS**:

1. The stay implemented by paragraph three of the court's order dated July 3, 2024, Doc. 398, is **LIFTED**.

2. The deadline listed in paragraph four of the court's order dated April 29, 2024, Doc. 383, is **VACATED.**

3. For the convenience of the parties, the court summarizes below Defendants' production obligation based on this court's order dated April 29, 2024, Doc. 383, and Judge Saporito's order dated December 1, 2023, Doc. 354. Defendants shall fully comply with the following three paragraphs **by April 28, 2026**.

1

4. Defendants must produce the following documents in unredacted form:

PRIV-00036; PRIV-00040; PRIV-00041; PRIV-00056; PRIV-00057;

PRIV-00062; PRIV-00065; PRIV-00066; PRIV-00067; PRIV-00068;

PRIV-00069; PRIV-00071; PRIV-00072; PRIV-00074; PRIV-00075;

PRIV-00076; PRIV-00077; PRIV-00079; PRIV-00080; PRIV-00081;

PRIV-00084; PRIV-00089; PRIV-00090; PRIV-00092; PRIV-00101;

PRIV-00102; PRIV-00106; PRIV-00107; PRIV-00108; PRIV-00175;

PRIV-00199; PRIV-00232; PRIV-00262; PRIV-00263; PRIV-00264;

PRIV-00265; PRIV-00271; PRIV-00305; PRIV-00308; PRIV-00321;

PRIV-00322; PRIV-00323; PRIV-00329; PRIV-00333; PRIV-00334;

PRIV-0335; PRIV-00493; PRIV-00495; PRIV-00496; PRIV-00497;

PRIV-00554; PRIV-00597; PRIV-00651; PRIV-00653; PRIV-00654;

PRIV-00655; PRIV-00656; PRIV-00657; PRIV-00660; PRIV-00668;

PRIV-00677; PRIV-00692; PRIV-00701; PRIV-00703; PRIV-00711;

PRIV-00722; PRIV-00740; PRIV-00751; PRIV-00760; PRIV-00761;

PRIV-00762; PRIV-00763; PRIV-00782; PRIV-00783; PRIV-00784;

PRIV-00786; PRIV-00787; PRIV-00788; PRIV-00804; PRIV-00806;

PRIV-00807; PRIV-00810; PRIV-00816; PRIV-00817; PRIV-00830;

PRIV-00832; PRIV-00843; PRIV-00874; PRIV-00881; PRIV-00900;

PRIV-00902; PRIV-00911; PRIV-00912; PRIV-00913; PRIV-00919;

PRIV-00935; PRIV-00938; PRIV-00942; PRIV-00946; PRIV-00948;

PRIV-00949; PRIV-00950; PRIV-00958; PRIV-00960; PRIV-00971;

PRIV-00973; PRIV-00987; PRIV-00988; PRIV-00991; PRIV-00996;

PRIV-00998; and PRIV-01008.

5. Defendants must also produce the following documents with the noted

redactions:

    a. PRIV-00105. The email sent by William J. Downey at 11:01 a.m.

       on June 2, 2019, shall be redacted.

    b. PRIV-00366. The first three paragraphs (following the salutation

       "Guys,") shall be redacted.

    c. PRIV-00614. The email sent by Mark S. Stewart at 12:56 p.m. on

       February 9, 2020, shall be redacted.

    d. PRIV-00679. Pages one and six of this document shall be

       redacted.

    e. PRIV-00684. Pages one, two, and six of this document shall be

       redacted.

    f. PRIV-00685. Pages one, two, and six of this document shall be

       redacted.

    g. PRIV-00755. Pages one, two, and six of this document shall be

       redacted.

6. Defendants need not produce document PRIV-00925.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
